UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11318-GAO |
| ) | |
| AMERICAN EXPRESS CO. ) | |
| and IBM CORP., ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF ECHOMAIL, INC.'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65 and Mass. G.L. c. 93, § 42A, plaintiff EchoMail, Inc. ("EchoMail") hereby moves that this Court grant a preliminary injunction against defendants American Express Company and IBM Corporation (collectively "defendants"). EchoMail asks that this matter be heard on an emergency basis as the matter was removed to this Court <u>only hours before the Suffolk Superior Court Business Litigation Session was to hear the injunction motion</u>.

EchoMail has already suffered and will continue to suffer great and irreparable harm that cannot adequately be measured by monetary damages. This harm includes, among other things, loss of income, goodwill, and the misappropriation of its confidential technology. Moreover, EchoMail has no adequate remedy at law.

EchoMail seeks the following relief pending the adjudication of this case:

1. The defendants, and all persons acting for or on their behalf or in concert with them, are restrained and enjoined as follows:

    (a) from using, in any way, EchoMail's confidential and proprietary technology, or any part thereof;

    (b) from disseminating, in any way, EchoMail's confidential and proprietary technology, or any part thereof;

    (c) from altering, destroying, or discarding EchoMail's confidential and proprietary technology, or any part thereof.

2. The defendants, and all persons acting for or on their behalf or in concert with them, are temporarily restrained from failing to:

    (a) immediately return to EchoMail all of EchoMail's confidential and proprietary technology, related information, and all parts thereof; and

    (b) immediately provide to EchoMail any and all notes, emails, memoranda, recording or electronic compilation setting forth the proprietary information or technology derived from the "architecture review" and telephonic conference held on May 4-5, 2005.

3. Such other and further relief as the Court deems just and proper.

WHEREFORE, for all of the reasons stated in its Verified Complaint, the Affidavit of V.A. Shiva Ayyadurai, and memorandum of law, EchoMail respectfully requests that this motion be granted and that its motion for a preliminary injunction be heard on an emergency basis.

Respectfully submitted,

ECHOMAIL, INC.,

By its attorneys,

*(signature)*

Alan D. Rose (BBO#427280)
Alan D. Rose, Jr. (BBO#628871)
ROSE & ASSOCIATES
29 Commonwealth Ave
Boston, Massachusetts 02116
Tel: 617-536-0040

June 23, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand
Date: 6/23/05 *(signature)*