UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS CO. )<br>and IBM CORP., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11318-GAO |

### PLAINTIFF ECHOMAIL, INC.'S EMERGENCY MOTION FOR A HEARING ON ITS MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff EchoMail, Inc. ("EchoMail") hereby moves, on an emergency basis, for a hearing on its motion for a preliminary injunction. By way of procedural background, this matter was filed in Massachusetts Superior Court on Monday, June 20, 2005. At that time, EchoMail sought and obtained from the Suffolk Superior Court Business Litigation Session (van Gestel, J.) a "Short Order of Notice" scheduling its motion for a preliminary injunction for Thursday (today), June 23, 2005 at 2 PM. At noon on June 23, 2005 (two hours prior to the scheduled hearing), counsel for defendant American Express Company ("AmEx") notified undersigned counsel that the case had been removed to this Court pursuant to 28 U.S.C. § 1441 and that the injunction hearing had been taken off of the Superior Court's docket. EchoMail's counsel received no prior communication from either one of the defendants' counsel despite the fact that defendants' counsel received the papers in the case on June 21, 2003.

As a result of the removal, the hearing on EchoMail's motion for a preliminary injunction was not held. EchoMail requests that this Court hear EchoMail's motion for a preliminary injunction as soon as possible, and, in any event, no later than Friday, June 24, 2005.

In further support of this motion, EchoMail states that defendants AmEx and IBM Corporation ("IBM")(collectively "defendants") obtained unprecedented access to the confidential and proprietary technology of EchoMail by fraudulently, pretextually, and illegally using AmEx's contractual relationship with EchoMail to obtain an "architecture" review of EchoMail's cutting-edge, patented, email management system. IBM had no right whatsoever to access EchoMail's technology and proprietary information, but deceptively did so. AmEx permitted this deception to occur. The defendants will improperly use EchoMail's technology and proprietary information in the absence of judicial intervention. Injunctive relief is necessary to protect EchoMail's technology from improper use and dissemination by the defendants.

WHEREFORE, for all of the reasons stated in its Verified Complaint, the Affidavit of V.A. Shiva Ayyadurai, and memorandum of law, EchoMail respectfully requests that this motion be granted and that its motion for a preliminary injunction be heard on an emergency basis.

Respectfully submitted,

ECHOMAIL, INC.,

By its attorneys

Alan D. Rose (BBO#427280)
Alan D. Rose, Jr. (BBO#628871)
ROSE & ASSOCIATES
29 Commonwealth Ave
Boston, Massachusetts 02116
Tel: 617-536-0040
Fax: 617-536-4400

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand
Date: 6/23/05

June 23, 2005