**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ECHOMAIL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS COMPANY )<br>and IBM CORP., )<br>Defendants. )<br>_____ ) | Civil Action No. 05-11318-(GAO) |

## CORPORATE DISCLOSURE STATEMENT OF IBM CORPORATION

Pursuant to Fed R. Civ. P. 7.1 and District of Massachusetts Local Rule 7.3(A), Defendant IBM Corporation ("IBM"), states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

    Respectfully submitted,

    **IBM CORPORATION,**

    By its attorney,

    /s/ Stephen D. Poss
    Stephen D. Poss, P.C. (BBO# 551760)
    GOODWIN PROCTER, LLP
    Exchange Place
    53 State Street
    Boston, MA  02109
    Phone: 617-570-1000
    Fax:  617-523-1231

Dated:  June 24, 2005