UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC.,<br><br>         Plaintiff,<br><br>       v.<br><br>AMERICAN EXPRESS COMPANY,<br>INC., and IBM CORP.,<br><br>         Defendants. | Civil Action No. 05-11318-GAO |

**DEFENDANT AMERICAN EXPRESS COMPANY, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant American Express

Company, Inc. ("American Express Company") makes the following disclosure:

American Express Company has no parent company and is a publicly traded

company.  Berkshire Hathaway, Inc., a publicly traded company, together with its

subsidiaries and affiliates, own approximately 11% of the stock of American Express

Company.

Respectfully submitted,

AMERICAN EXPRESS COMPANY, INC.

By its Attorneys,


   /s/  Evan Georgopoulos      
John F. Farraher, Jr. (BBO # 568194)
Evan Georgopoulos (BBO # 628480)
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000

June 24, 2005

<u>CERTIFICATE OF SERVICE</u>

I, Evan Georgopoulos, hereby certify that on the 24th day of June, 2005, I caused a copy of this Defendant American Express Company, Inc.'s Corporate Disclosure Statement to be served electronically upon the following counsel of record:

<table>
<tr><td>Alan D. Rose, Jr.</td><td>Stephen D. Poss</td></tr>
<tr><td>Rose & Associates</td><td>Goodwin Procter LLP</td></tr>
<tr><td>29 Commonwealth Avenue</td><td>Exchange Place</td></tr>
<tr><td>Boston, MA 02116</td><td>Boston, MA 02109</td></tr>
</table>

　　/s/ Evan Georgopoulos_____
Evan Georgopoulos