UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ECHOMAIL, INC.,

      Plaintiff,

v.

AMERICAN EXPRESS CO. and IBM CORP.,

      Defendants.

Civil Action No. 05-11318 (NMG)

### ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), defendant IBM Corporation ("IBM") by its undersigned attorneys, hereby moves for the admission *pro hac vice* of its counsel, Thomas G. Rafferty and Rowan D. Wilson, both of the law firm of Cravath, Swaine & Moore LLP, New York, New York..  As grounds therefore, IBM states:

1.    Thomas G. Rafferty has prepared a certificate in accordance with the District of Massachusetts Local Rule 83.5.3, attached hereto as Exhibit A, certifying that: (i) Mr. Rafferty is a member in good standing of the Bar of the State of New York, the United States Court of Claims, the United States District Courts for the Northern, Southern, and Eastern Districts of New York, the Eastern District of Michigan and the Northern District of Georgia, and the United States Courts of Appeals for the First, Second, Third, Sixth, and Federal Circuits; (ii) Mr. Rafferty is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Mr. Rafferty.

2.    Rowan D. Wilson has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit B, certifying that: (i) Mr. Wilson is a member in good standing of the Bars of the State of California and the State of New York, the United States Supreme Court, the

LIBA/1561249.1

United States Court of Federal Claims, the United States District Courts for the Northern, Southern, Eastern and Western Districts of New York and the Northern District of California, and the United States Courts of Appeals for the Second, Sixth, Ninth, Eleventh, and Federal Circuits; (ii) Mr. Wilson is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Mr. Wilson.

3. Cravath, Swaine & Moore, LLP is IBM's long-standing litigation counsel in matters such as these and IBM respectfully requests that Mr. Rafferty and Mr. Wilson of Cravath, Swaine & Moore LLP be admitted *pro hac vice* in this case.

WHEREFORE, for the reasons set forth above, IBM respectfully requests that the Court grant its Motion for the admission *pro hac vice* of its counsel, Thomas G. Rafferty and Rowan D. Wilson.

Respectfully submitted,

IBM CORPORATION,

By its attorneys,

 /s/ Stephen D. Poss
Stephen D. Poss, P.C. (BBO # 551760)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Tel: (617) 570-1000
Fax: (617) 523-1231

Dated: June 28, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), counsel for IBM Corporation conferred with counsel for both American Express Co. and EchoMail, Inc. and reports that both counsel for American Express Co. and EchoMail, Inc. assented to consent to this motion on June 28, 2005.

    /s/ Stephen D. Poss

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS CO. and IBM CORP., <br><br> Defendants. | Civil Action No. 05-11318 (NMG) |

## **CERTIFICATE OF THOMAS G. RAFFERTY PURSUANT TO LOCAL RULE 83.5.3(b)**

Thomas G. Rafferty, declares and states as follows:

1.    I am an attorney and a member of the law firm of Cravath, Swaine & Moore LLP, New York, New York. I have been a member in good standing of the Bar of the State of New York since 1989, and the United States Court of Claims since 2002. I am also a member in good standing of the Bars of the United States Court of Appeals for the Federal, First, Second, Third, and Sixth Circuits, and the United States District Courts for the Northern, Southern, and Eastern Districts of New York, and the Eastern District of Michigan. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2.    There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 28, 2005 at New York, New York.

_____
Thomas G. Rafferty

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ECHOMAIL, INC.,

    Plaintiff,

v.

AMERICAN EXPRESS CO. and IBM CORP.,

    Defendants.

Civil Action No. 05-11318 (NMG)

## CERTIFICATE OF ROWAN D. WILSON PURSUANT TO LOCAL RULE 83.5.3(b)

Rowan D. Wilson, declares and states as follows:

1. I am an attorney and a member of the law firm of Cravath, Swaine & Moore LLP, New York, New York. I have been a member in good standing of the Bars of the State of California since 1985, and the State of New York since 1987, the United States Court of Federal Claims since 2002, and the United States Supreme Court since 1993. I am also a member in good standing of the Bars of the United States Court of Appeals for the Federal, Second, Sixth, Ninth, and Eleventh Circuits, and the United States District Courts for the Northern, Southern, Eastern and Western Districts of New York, and the Northern District of California. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

LIBA/1561274.1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 28, 2005 at New York, New York.

_____
Rowan D. Wilson