UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS CO. and IBM CORP., <br><br> Defendants. | CIVIL ACTION NO. 05-11318 |

DECLARATION OF REENA PANIKAR
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

REENA PANIKAR hereby declares as follows:

1. I am a Vice President, Billing and Payment Services for American Express Travel Related Services Company, Inc. ("AXP"). In that position, I provide e-mail support for the US Card Group business unit within AXP. I have provided this function since February 2004. EchoMail, Inc. ("EchoMail") provided services to this business unit. As such, I have personal knowledge of the facts set forth herein.

2. On May 26, 2005, I had a telephone conversation with Sonu Abraham of EchoMail. As the call progressed, other EchoMail personnel joined in, but they did not introduce themselves. Mr. Abraham called me and advised that he had been informed that EchoMail had failed the Technical Due Care Review ("Review") that had taken place on May 4 and 5, 2005. He further indicated that AXP had raised pursuing a Request for Proposal ("RFP"). He was upset with these developments and his tone and manner were confrontational.

3.  In response, I advised Mr. Abraham that I could not discuss the matter because the relationship was controlled by Greg Daniel's organization. I further stated that a RFP is a standard business practice, and that it did not mean that AXP intended to switch vendors. I never stated during this call or at any time that I was running the RFP process or the Review. I never indicated during the call or at any time that the agreement or relationship between AXP and EchoMail was terminated.

4.  I tried on three occasions to end the call, but EchoMail continued to press on in a confrontational and belligerent manner. Finally, I advised that the call was over and hung up the phone.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 27, 2005.

*Reena Panikar* (signature)
REENA PANIKAR

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/28/05