UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS CO. and IBM CORP., <br><br> Defendants. | CIVIL ACTION NO. 05-11318 |

DECLARATION OF GREG DANIEL
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

GREG DANIEL hereby declares as follows:

1.    I am a Vice President, Interactive Marketing for American Express Travel Related Services Company, Inc. ("AXP"). In that position, I am responsible for providing services that support multiple business units within AXP and its affiliates. I have held this position since March 2003, and assumed responsibilities relating to EchoMail, Inc. ("EchoMail") in July 2004. As such, I have personal knowledge of the facts set forth herein.

2.    In light of the significant problems starting in late 2004 with the EchoMail system, on April 15, 2005, AXP released a Request for Information ("RFI"). AXP provided the RFI to EchoMail. I had a telephone conversation with V.A. Shiva in which the topic of the RFI was addressed. I advised Mr. Shiva that the RFI was necessary in light of the problems with the EchoMail system and the failure of EchoMail to address the problems proactively. I told Mr. Shiva that the RFI process did not necessarily mean that AXP would switch vendors, but that AXP intended to explore other potential options.

3. On May 25, 2005, AXP and EchoMail personnel participated in a conference call. From the AXP side, I participated, along with Colleen Dechon and Janice Chai-Chang. In the call, I advised EchoMail that it had performed poorly in the Technical Due Care Review ("Review") that had taken place on May 4 and 5, 2005. I stated that AXP wanted to postpone the software upgrade, and intended to pursue a Request for Proposal ("RFP"). Mr. Shiva of EchoMail responded in a confrontational manner, and objected to the RFP process. I responded that I wanted EchoMail to be a part of the RFP process. While I believed that other options had to be evaluated, AXP had made significant hardware investments with EchoMail, and it would be extremely expensive to move to a new provider.

4. In response to a request from EchoMail, AXP agreed to hold off on issuing an RFP until AXP personnel visited EchoMail at its facility on June 6, 2005, for an e-mail management meeting, and until a technical exchange had occurred between EchoMail and AXP regarding the findings of the Review. This course of action is addressed in an e-mail from Mr. Shiva dated May 25, 2005, a copy of which is attached hereto as Exhibit A.

5. At no point did I advise anyone from EchoMail that Reena Panikar was running the RFP process or the Review. My group, which supports multiple AXP business units, was responsible for the EchoMail relationship. EchoMail provided services to 12 different AXP business units. Ms. Panikar's responsibilities only relate to one unit.

6. Prior to learning that EchoMail sent Kenneth Chenault of American Express Company a letter dated May 26, 2005, purporting to terminate the parties' agreement, AXP had not made any decision regarding termination of the agreement with EchoMail at the end of the year, and I never indicated to EchoMail that the agreement had been terminated by AXP.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 27, 2005.

*[Signature: Gregory J. Daniel]*

GREG DANIEL

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on _____



V.A.Shiva@EchoMail.com
05/25/05 08:12 PM

To: Greg Daniel/AMER/TRS/AEXP@AMEX, Janice M Chai-Chang/AMER/TRS/AEXP@AMEX
cc: Miguel A Rodriguez@AMEX, Robert.Zierten@EchoMail.com, sonu@echomail.com
Subject: Today's Call and Next Steps

Greg and Janice:

In reviewing my thoughts on the call today, here some key points that I want to share. I look forward to your kind feedback.

(1) As you are aware, since 1997, there has NEVER been a technology challenge that EchoMail has not solved by either meeting or exceeding expectations.

(2) In our relationship to-date, committment to truth, trust and open-ness have always existed. Those core values have always been the basis of our great and mutual growth.

With the new change in management, it is our perception, some may have forgotten (1) and (2), as exhibited in recent events.

For example, when the recent RFI was issued, it was presented to EchoMail as merely a "formality." Then, when the Architectural Review was requested, it was presented as an "opportunity", decoupled from the RFI, for EchoMail to "...receive feedback from American Express experts who wanted to ensure that EchoMail 8.1 was a successful deployment."

However, this was not in fact the case.

In turns, that the Architecture Review and the RFI WERE coupled. Moreover, the Architecture Review recommendations were being used to state that EchoMail is not good enough for American Express, and were being used to educate American Express to prepare an RFP against EchoMail.

Had American Express, at the outset, shared its true intentions for the Architectural Review (ie. to determine if EchoMail was worthy), we would not have participated in that review since it would seriously compromise our Intellectual Property and trade secrets. Moreover, such an investment of time to educate American Express on how to conduct RFP's with our competitors would not have made any sense.

Relative to (2), the truth is this: An incident with ISU took place several months ago. That incident which involved the coincidence of multiple issues were used to lay total blame on EchoMail. EchoMail flew to Florida and executed flawlessly on four action items, resolving all technical issues. More importantly, from that incident, EchoMail discovered that the ROOT CAUSE of ISU's problems in low UPH are that EchoMail as a product and E-Mail management as a process are seriously being misused, resulting in UPH of less than 5.

As partners, we expect you to be truthful and open, and not simply react to

misconceptions. Recent misconceptions have resulted in this so-called "Review". Our mutual goal should be to increase UPH at ISU. EchoMail knows how to increase this UPH, and has proactively taken steps with the business unit to do this and layout a clear roadmap. These actions are reflection of our committment to the partnership.

We are glad that today's call took place, and that we have agreed that that the RFP process will not proceed, 1. Until we assess the feedback from Reena's June 6th Meeting, AND 2. EchoMail is given its fair and earlier agreed upon "opportunity" to address the Review recommendations to ensure a successul 8.1 implementation.

It would be very disheartening to take steps that threaten the enormous trust and working relationship we have established, particulary based on misconceptions. After many years, the EchoMail client management team now has direct access to work with business units of American Express. This access, which Robert Zierten will lead, will enable us to ensure the proper use of the system and also enable us to provide the sorely needed consultative services needed to improve the low UPH.

I look forward to having the mini-webinar on E-Mail BPM with the both of you to bring you up to date on ISU's Business Process and our goals for the June 6th meeting. Rob will call you to set the date and time of that mini-webinar.


Kind regards,

Shiva