UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY, INC., and IBM CORP., <br><br> Defendants. | Civil Action No. 05-11318-NMG |

**PARTIALLY ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF LOUIS SMITH AS CO-COUNSEL FOR THE DEFENDANT AMERICAN EXPRESS COMPANY, INC.**

John F. Farraher, Jr., a member of this Court and a member of the firm of Greenberg Traurig, LLP, respectfully moves for the admission to the Bar of this Court, *pro hac vice*, of Louis Smith as co-counsel for the Defendant, American Express Company, Inc. In support of this Motion, attached as Exhibit A is a Certificate For Admission *Pro Hac Vice* of Louis Smith certifying that (1) he is a member of the Bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the Bar of any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Louis Smith be admitted to the Bar of this Court, *pro hac vice*, to appear as co-counsel for the Defendant, American Express Company, Inc.

Respectfully submitted,

AMERICAN EXPRESS
COMPANY, INC.

By its attorneys,

_____
John F. Farraher, Jr. (BBO #568194)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned counsel hereby certifies that he has conferred with plaintiff's counsel in good faith to resolve or narrow the issues raised in this motion and that plaintiff's counsel (Alan Rose) has <u>assented</u> to the relief requested herein. Further, undersigned counsel was unsuccessful in his efforts to contact co-defendant's counsel to confer regarding this motion. In light of the hearing scheduled for June 29, 2005 at 11:00 a.m., undersigned counsel is compelled to file this motion.

_____
John F. Farraher, Jr.

Dated: June 28, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/28/05.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY and IBM CORP., <br><br> Defendants. | Civil Action No. 05-11318 |

## CERTIFICATE FOR ADMISSION
## PRO HAC VICE OF LOUIS SMITH

I, Louis Smith, herby depose on oath and say:

1. I am a member of the bars of the State of New Jersey, State of New York and various Federal Courts, including the United States Supreme Court, the United States Court of Appeals for the Second, Third, Fourth, Fifth and Seventh Circuits and the United States District Court for the District of New Jersey, the Eastern District of New York, the Southern District of New York, and the Northern District of Illinois.

2. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for

the District of Massachusetts.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 27th DAY OF JUNE 2005.**

Louis Smith, NJ Bar # 20231993
Greenberg Traurig, LLP
200 Campus Drive
P.O. Box 677
Florham Park, NJ 07932
Telephone: (973)360-7900
Facsimile: (973) 301-8410