# Rose & Associates

COUNSELLORS AT LAW

29 COMMONWEALTH AVENUE
BOSTON • MASSACHUSETTS • 02116
www.rose-law.net

ALAN D. ROSE
MICHAEL L. CHINITZ
ALAN D. ROSE, JR.
RICHARD E. BOWMAN
MICHAEL J. MOTT

TEL: 617/536-0040
FAX: 617/536-4400

June 23, 2005

**VIA HAND DELIVERY AND EMAIL**

Craig Nicewicz, Courtroom Clerk
Honorable Nathaniel M. Gorton
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

> Re:   Echomail, Inc. v. American Express Co. and IBM Corp.,
>          Civil Action No.05-11318

Dear Mr. Nicewicz:

I am writing to you at the suggestion of Judge Gorton's docket clerk. I am an associate at the firm of Rose & Associates, which represents EchoMail Inc. in a case entitled EchoMail v. American Express, et al, C.A. No. 05-11318. This case was just assigned to Judge Gorton. The case had previously been assigned to Judge O'Toole but on Friday (June 24, 2005) Judge O'Toole recused himself. I am writing with respect to en emergency motion for a hearing on EchoMail's motion for a preliminary injunction, which was filed with the Court on Thursday June, 23.

By way of background, EchoMail originally filed a complaint in the Massachusetts Superior Court on Monday, June 20, 2005, which alleged among other things misappropriation of trade secrets. At that time EchoMail sought a preliminary injunction against the defendants. A hearing was scheduled to take place in state court on EchoMail's motion for preliminary injunction on Thursday, June 23 at 2:00 P.M. Defendants were notified of the hearing on Tuesday, June 21, 2005. On Thursday, June 23, defendants removed the case from state court to federal court. EchoMail's counsel was notified of the removal about two hours before the injunction hearing was to take place in state court. On Thursday afternoon, EchoMail filed a motion for a preliminary injunction in federal court as well as an emergency for a hearing on their request for preliminary injunctive relief. A copy of both EchoMail's motion for preliminary injunction as well as its emergency motion for a hearing on the preliminary injunction motion, were hand delivered to Judge O'Toole's clerk on Thursday afternoon.

**Rose & Associates**

COUNSELLORS AT LAW

Carig Nicewicz, Courtroom Clerk
Honorable Nathaniel M. Gorton
June 27, 2005
Page 2

On Friday, June 24, 2005, Judge O'Toole recused himself from the case and it was subsequently reassigned to Judge Gorton.

As I stated above, this is a case that involves, among other claims, the misappropriation of trade secrets by the defendants. EchoMail has diligently pursued their request for injunctive relief but because of the changes, first from state court to federal court and then from Judge O'Toole to Judge Gorton, EchoMail has not yet be able to obtain a hearing on their motion for preliminary injunctive relief. We respectfully request that our request for a hearing on the injunction be brought to the Judge's attention and that a hearing be scheduled as soon as possible.

Thank you for your attention to this matter.

Very truly yours,

Richard E. Bowman

REB/mkm
Enclosures

cc:    Stephen Poss (by hand delivery)
       Evan Georgopoulos (by hand delivery)