UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS CO. )<br>and IBM CORP., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11318-NMG |

## AFFIDAVIT OF ROBERT ZIERTEN

I, Robert Zierten, hereby depose and state as follows:

1. I am Vice President of Client Services at EchoMail. I have been employed at EchoMail for approximately five years. In my current capacity, I am responsible for many aspects of EchoMail's relationship with AmEx. I have personal knowledge of the facts set forth in this affidavit.

2. I was asked to review the Declaration of Reena Panikar. In paragraph 3 of her declaration, Panikar states that she never stated that she was running the RFP process. I was on the telephone call referred to by Ms. Panikar in paragraph 3 of her declaration. Panikar did state that she was running the RFP process. In fact, Panikar stated that she "had every right to run the RFP." She finally admitted her involvement only after Sonu Abraham confronted her with Greg Daniel's statement that Panikar was running the RFP and that Daniel had ceded all control over the RFP to her.

3. Ms. Panikar also states in paragraph 3 of her declaration that she never indicated that the relationship between AmEx and EchoMail was terminated. This is also false. It was perfectly clear when Ms. Panikar hung up on us that the relationship was

over. She said "you do what you have to do and we'll do what we have to do."

SIGNED UNDER THE PENALTIES OF PERJURY THIS 29th DAY OF JUNE 2005.

_____
Robert Zierten

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 6.29.2005   Alan D. Rose