United States District Court
District of Massachusetts

```
_____
                                 )
ECHOMAIL, INC.,                  )
                                 )
        Plaintiff,               )
                                 )   Civil Action No.
        v.                       )   05-11318-NMG
                                 )
AMERICAN EXPRESS CO., et al.,    )
                                 )
        Defendants.              )
_____)
```

**ORDER**

**GORTON, J.**

Pending before this Court and under advisement is plaintiff's motion for a preliminary injunction (Docket No. 2). The parties are directed to confer, in good faith, and attempt to negotiate a mutually satisfactory nondisclosure agreement between the plaintiff, both defendants and any employees or former employees of defendants, if appropriate, with respect to any information that was disclosed during the so-called "Architecture Review" on May 4 and 5, 2005.

The parties shall file a joint statement on or before 12:00 Noon on Friday, July 8, 2005, informing the Court whether they have reached an agreement and, if not, why not.

The Court will hold in abeyance its ruling on the pending motion for a preliminary injunction until it receives the requested statement.

**So ordered.**

                                           /s/ Nathaniel M. Gorton  
                                           Nathaniel M. Gorton  
                                           United States District Judge

Dated: June 30, 2005