SUFFOLK, ss.

# Commonwealth of Massachusetts

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. __05-2477 BLS__

__ECHOMAIL INC_____, Plaintiff(s)

v.

__AMERICAN EXPRESS CO ET AL_____, Defendant(s)

## SUMMONS AND ORDER OF NOTICE

To the above-named Defendant: **AMERICAN EXPRESS CO and IBM CORP**

You are hereby summoned and required to serve upon __Rose & Associates__ plaintiff's attorney, whose address is __29 Commonwealth Ave. Boston, MA 02116__, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WE ALSO NOTIFY YOU that application has been made in said action, as appears in the complaint, for a preliminary injunction and that a hearing upon such application will be held at the court house at said Boston of our said court on __Thursday in room 1309  13th Floor__ the __twenty third__ day of __June__ A.D. 200_5_, at __two__ o'clock ~~A~~**PM**~~M~~., at which time you may appear and show cause why such application should not be granted.

Witness, Barbara J. Rouse, Esquire, at Boston, the __twentieth__ day of __June__, in the year of our Lord two thousand __five__.

*/s/ Tim Walsh*
Asst. Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM CIV.P.2 3M 12/04

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on \_\_Nov. 21st\_\_, 200\_5\_, I served a copy of the within summons and order of notice, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

Upon IBM Corp By Delivering in Hand to Yvette Conception of CT Corp as Resident Agent, at her last and usual place of employ. To wit, 101 Federal St Boston, Mass

Dated: \_\_6-21\_\_, 200\_5\_.

Thomas L Savage
Special Process Server

**N.B. TO PROCESS SERVER:—**
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

\_\_6-21\_\_, 2005.

Thomas L Savage — Special Process Server

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, ss.
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION
No. \_\_\_\_\_

_____, Plff(s).

v.

_____, Deft(s).

SUMMONS (Mass. R. Civ. P. 4) AND ORDER OF NOTICE ON APPLICATION FOR PRELIMINARY INJUNCTION