UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS CO. )<br>and IBM CORP., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11318-NMG |

PLAINTIFF ECHOMAIL, INC.'S EMERGENCY MOTION
FOR AN IMPOUNDMENT ORDER AND STATEMENT OF REASONS

Pursuant to L.R. Rule 7.2, plaintiff EchoMail, Inc. hereby moves that this Court grant leave to EchoMail to file under an impoundment order a document referred to by EchoMail's counsel at oral argument on EchoMail's motion for a preliminary injunction heard by the Court on June 29, 2005.

As grounds for this motion, EchoMail states as follows:

1. As stated at oral argument, the subject document, the Technology Review Questionnaire, was designated "CONFIDENTIAL" by defendant AmEx and contains on each page the "Confidentiality" provision quoted by undersigned counsel at oral argument.

2. Given defendant AmEx's earlier designation of the document as confidential and given that the document contains trade secret and proprietary information, there is good cause to maintain the confidentiality of this document until further order of the Court. L.R. 7.2(a).

3. In addition, EchoMail also requests that the Court order that the document be provided "For Attorneys Eyes Only" to defendant IBM as it is unknown at this point whether the document was provided by defendant AmEx to defendant IBM.

4. Given AmEx's prior designation of the document as confidential, AmEx's declarant's reference to the document, Ramsammy Decl. ¶ 5, EchoMail's reference to the document at oral argument on the preliminary injunction motion, and the contents of the document, EchoMail believes that the Court should have the benefit of the entire document in its consideration of the pending injunction motion and that it is appropriate to file it under seal.

5.   Furthermore, the document demonstrates the breadth of the information the parties were preparing to discuss—and did discuss—at the May 4-5, 2005 architecture review.

6.   As set forth below, IBM does not oppose the filing of the document under seal at this time without prejudice to any position IBM may take as to whether or not the document is confidential or contains any trade secrets.

7.   Pursuant to the Local Rules, EchoMail will not file the document until such time as the Court rules on this motion.

WHEREFORE, plaintiff EchoMail respectfully requests that this Court allows its motion to file the Technology Review Questionnaire under an order of impoundment.

Respectfully submitted,

ECHOMAIL, INC.,

By its attorneys,

/s/ Alan D. Rose

Alan D. Rose (BBO#427280)
Alan D. Rose, Jr. (BBO#628871)
ROSE & ASSOCIATES
29 Commonwealth Ave
Boston, Massachusetts 02116
Tel: 617-536-0040

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party ~~by mail/by hand~~ on local counsel and by overnight to other counsel
Date: 7/1/05

July 1, 2005

CERTIFICATE OF COMPLIANACE
WITH LOCAL RULES

I, Alan D. Rose, Jr., counsel for plaintiff EchoMail, hereby certify that I have complied with the Local Rules, by calling counsel for the defendants in an effort to resolve or narrow the issues presented herein. Counsel for defendant IBM (without reviewing or agreeing to the language in the motion or EchoMail's characterization of the subject document) "does not object at this time to the filing of the document under seal." Counsel for defendant AmEx has yet to respond.

/s/ Alan D. Rose, Jr.
Alan D. Rose, Jr.