UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS CO. )<br>and IBM CORP., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11318-NMG |

### AFFIDAVIT OF MATHEW "SONU" ABRAHAM

I, Mathew "Sonu" Abraham, hereby depose and state as follows:

1. I am the president of EchoMail.

2. Attached hereto as Exhibit A is a true and accurate copy of the Technology Review Questionnaire that EchoMail received from AmEx and filled out in advance of the architectural review. EchoMail's counsel quoted the "Confidentiality" language at the bottom of the pages during oral argument before the Court on June 29, 2005.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 5th DAY OF JULY, 2005.

_____
Mathew "Sonu" Abraham

**SEALED DOCUMENT**