UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS CO. )<br>and IBM CORP., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11318 NMG |

PLAINTIFF ECHOMAIL, INC.'S REPLY TO AMERICAN
EXPRESS COMPANY'S COUNTERCLAIM

Plaintiff EchoMail, Inc. ("EchoMail") hereby replies to defendant American Express Company's ("AmEx") counterclaim as follows:

1. EchoMail admits the allegations in paragraph 1.

2. EchoMail admits the allegations in paragraph 2.

3. EchoMail admits the allegations in paragraph 3.

4. EchoMail admits that it entered into agreement with AmEx, the terms of which speak for itself, and otherwise denies the allegations in paragraph 4.

5. EchoMail admits the allegations in paragraph 5.

6. EchoMail denies the allegations in paragraph 6.

7. EchoMail denies the allegations in paragraph 7.

8. EchoMail denies the allegations in paragraph 8.

9. EchoMail denies the allegations in paragraph 9.

10. EchoMail denies the allegations in paragraph 10.

11. EchoMail denies the allegations in paragraph 11.

12. EchoMail denies the allegations in paragraph 12.

13. EchoMail denies the allegations in paragraph 13.

14. EchoMail denies the allegations in paragraph 14.

15. EchoMail denies the allegations in paragraph 15.

16. EchoMail denies the allegations in paragraph 16.

17. EchoMail denies the allegations in paragraph 17.

18. EchoMail denies the allegations in paragraph 18.

19. EchoMail denies the allegations in paragraph 19.

20. EchoMail admits that it sent correspondence, which speaks for itself, and otherwise denies the allegations in paragraph 20.

21. EchoMail admits that it sent correspondence, which speaks for itself, and otherwise denies the allegations in paragraph 21.

22. EchoMail admits that it sent correspondence, which speaks for itself, and otherwise denies the allegations in paragraph 22.

23. EchoMail admits that AmEx sent correspondence, which speaks for itself, and otherwise denies the allegations in paragraph 23.

24. EchoMail denies the allegations in paragraph 24. By way of further answer, EchoMail states that it has attempted to address certain issues raised by AmEx.

25. EchoMail denies the allegations in paragraph 25.

26. EchoMail denies that it breached the agreement, and otherwise denies the allegations in paragraph 26.

## FIRST CAUSE OF ACTION
(Breach of Contract)

27. EchoMail hereby realleges and incorporates its answers to paragraphs 1 through 26 as if fully set forth herein.

28. EchoMail admits the allegations in paragraph 28.

29. EchoMail denies the allegations in paragraph 29.

30. EchoMail denies the allegations in paragraph 30.

31. EchoMail denies the allegations in paragraph 31.

32. EchoMail denies the allegations in paragraph 32.

33. EchoMail denies the allegations in paragraph 33.

34. EchoMail denies that it breached the agreement, and otherwise denies the allegations in paragraph 34.

EchoMail denies all prayers for relief.

## SECOND CAUSE OF ACTION
(Breach of the Covenant of Good Faith and Fair Dealing)

35. EchoMail hereby realleges and incorporates its answers in paragraphs 1 through 34 as if fully set forth herein.

36. EchoMail admits the allegation in paragraph 36.

37. EchoMail denies the allegations in paragraph 37.

38. EchoMail denies the allegations in paragraph 38.

39. EchoMail denies the allegations in paragraph 39.

EchoMail denies all prayers for relief.

## THIRD CAUSE OF ACTION
(Replevin)

40. EchoMail hereby realleges and incorporates its answers in paragraphs 1 through 39 as if fully set forth herein

41. EchoMail denies the allegations in paragraph 41.

42. EchoMail admits the allegations in paragraph 42.

43. EchoMail denies the allegations in paragraph 43.

44. EchoMail denies the allegations in paragraph 44.

45. EchoMail denies the allegations in paragraph 45.

EchoMail denies all prayers for relief.

## FOURTH CAUSE OF ACTION
(Conversion)

46. EchoMail hereby realleges and incorporates its answers in paragraphs 1 through 45 as if fully set forth herein.

47. EchoMail denies the allegations in paragraph 47.

48. EchoMail denies the allegations in paragraph 48.

49. EchoMail denies the allegations in paragraph 49.

50. EchoMail denies the allegations in paragraph 50.

EchoMail denies all prayers for relief.

## FIFTH CAUSE OF ACTION
(Unjust Enrichment)

51. EchoMail hereby realleges and incorporates its answers in paragraphs 1 through 50 as if fully set forth herein.

52. EchoMail denies the allegations in paragraph 52.

53. EchoMail denies the allegations in paragraph 53.

54. EchoMail denies the allegations in paragraph 54.

EchoMail denies all prayers for delief.

## SIXTH CAUSE OF ACTION
(Restitution)

55. EchoMail hereby realleges and incorporates its answers in paragraphs 1 through 54 as if fully set forth herein.

56. EchoMail denies the allegations in paragraph 56.

57. EchoMail denies the allegations in paragraph 57.

58. EchoMail denies the allegations in paragraph 58.

EchoMail denies all prayers for relief.

## SEVENTH CAUSE OF ACTION
(Breach of Confidential Duty)

59. EchoMail hereby realleges and incorporates its answers in paragraphs 1 through 58 as if fully set forth herein.

60. EchoMail denies the allegations in paragraph 60.

61. EchoMail denies the allegations in paragraph 61.

62. EchoMail denies the allegations in paragraph 62.

63. EchoMail denies the allegations in paragraph 63.

EchoMail denies all prayers for relief.

## EIGHTH CAUSE OF ACTION
(Unfair and Deceptive Acts and Practices in Violation of G.L. c. 93A, § 11)

64. EchoMail hereby realleges and incorporates its answers in paragraphs 1 through 63 as if fully set forth herein.

65. EchoMail admits the allegations in paragraph 65.

66. EchoMail denies the allegations in paragraph 66.

67.  EchoMail denies that it committed any improper acts, and otherwise denies the allegations in paragraph 67.

68.  EchoMail denies that it violated chapter 93A, and otherwise denies the allegations in paragraph 68.

69.  EchoMail denies the allegations in paragraph 69.

EchoMail denies all prayers for relief.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

AmEx has failed to state claims upon which relief can be granted.

### Second Affirmative Defense

AmEx's claims are barred by the applicable limitations periods.

### Third Affirmative Defense

AmEx's claims are barred by the doctrine of laches.

### Fourth Affirmative Defense

AmEx's claims are barred by the doctrine of waiver.

### Fifth Affirmative Defense

AmEx's claims are barred by estoppel.

### Sixth Affirmative Defense

AmEx's claims are barred by the doctrine of unclean hands.

### Seventh Affirmative Defense

AmEx has failed to mitigate its alleged damages.

### Eighth Affirmative Defense

AmEx's damages, if any, are the proximate result of AmEx's own conduct.

Respectfully submitted,

ECHOMAIL, INC.,

By its attorneys,

_____
Alan D. Rose (BBO#427280)
Alan D. Rose, Jr. (BBO#628871)
ROSE & ASSOCIATES
29 Commonwealth Avenue
Boston, Massachusetts 02116
617-536-0040

July 29, 2005