UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS CO. and IBM CORP., <br><br> Defendants. | CIVIL ACTION NO. 05-11318 |

**MOTION OF DEFENDANT AMERICAN EXPRESS COMPANY FOR SUMMARY JUDGMENT AS TO COUNT THREE OF ITS COUNTERCLAIM**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, defendant American Express Company ("AXP") hereby moves for summary judgment as to Count III of its Counterclaim for Replevin. In support of this motion, AXP submits contemporaneously herewith AXP's Memorandum of Law In Support of Its Motion For Summary Judgment as to Count III of Its Counterclaim, the Declaration of Angela Ramsammy, and a Rule 56 Statement of Undisputed Material Facts.

WHEREFORE, defendant American Express Company respectfully requests that this Court grant its motion for summary judgment as to Count III of its Counterclaim for Replevin, and any other relief this Court deems proper.

Respectfully submitted,

AMERICAN EXPRESS CO.
By its counsel

John F. Farraher, Jr. (BBO# 568194)
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, Massachusetts 02110
(617) 310-6000

1

-and-

Louis Smith
Clark P. Russell
GREENBERG TRAURIG LLP
200 Campus Drive
Florham Park, New Jersey 07832
(973) 360-7900

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Defendant American Express Company, by and through counsel, hereby certifies that it has conferred with plaintiff's counsel in a good faith attempt to resolve or narrow the issues raised in this motion.

_____
John F. Farraher, Jr.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), defendant American Express Co. respectfully requests an oral argument on its Motion For Summary Judgment as to Count III of its Counterclaim.

DATED: September 29, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on _____

2