UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ECHOMAIL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11318 NMG |
| ) | |
| AMERICAN EXPRESS CO. ) | |
| and IBM CORP., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter an appearance on behalf of Lisa A. Tenerowicz as counsel for plaintiff ECHOMAIL, INC. in the above-referenced action.

Respectfully submitted,

ECHOMAIL, INC.,

By its attorneys,

_____
Alan D. Rose (BBO# 427280)
Alan D. Rose, Jr. (BBO# 628871)
Lisa A. Tenerowicz (BBO# 654188)
Rose & Associates
29 Commonwealth Ave.
Boston, MA 02116
Tel.: (617) 536-0040
Fax.: (617) 536-4400

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.
Date: _____

October 3, 2005