# EXHIBIT

# 1

# Rose & Associates

COUNSELLORS AT LAW

29 COMMONWEALTH AVENUE
BOSTON • MASSACHUSETTS • 02116
www.rose-law.net

ALAN D. ROSE
MICHAEL L. CHINITZ
ALAN D. ROSE, JR.
RICHARD E. BOWMAN
MICHAEL J. MOTT

TEL: 617/536-0040
FAX: 617/536-4400

**PRIVILEGED & CONFIDENTIAL**
**FOR SETTLEMENT PURPOSES ONLY**

July 18, 2005

**By Electronic Mail**

Mr. Louis Smith, Esq.
Greenberg Traurig LLP
200 Campus Drive
P.O. Box 677
Florham Park, NJ 07932-0677

Re: EchoMail, Inc. v. American Express Co. and IBM Corp.,
Civil Action No. 05-11318-NMG (D. Mass.)

Dear Mr. Smith:

This will respond to your July 11, 2005 correspondence concerning the return of certain information to AmEx. As I indicated to you earlier, EchoMail will work with AmEx to return the information AmEx is seeking. With respect to the points raised in your July 11 letter, please be advised as follows.

EchoMail will return the server reformatted in order to remove EchoMail's confidential data schema from it. The information AmEx seeks which is currently stored on the server and tape archives will be downloaded onto tape and produced in flat file format. However, the full and incremental tapes to which you refer are EchoMail's and contain EchoMail's confidential data schema and will not be provided to AmEx.

Through the reformatting process, EchoMail will destroy all of AmEx's information and will not retain any other copies of it. We will provide you with assurance of this. Please note, however, that given AmEx's allegations in its counter claims, EchoMail must retain non-confidential descriptions of certain data.

**Rose & Associates**
COUNSELLORS AT LAW

Mr. Louis Smith, Esq.
July 18, 2005
Page 2 of 2


    The work associated with performing these professional services includes reloading the information dating back to 1999, developing the code and procedure for generating the flat file, and generating the flat files. EchoMail will bill AmEx at EchoMail's standard hourly rate of $250 for these services and anticipates that it will take approximately 480 man hours to complete the work over 60 days.

    Please note that since 1999 AmEx has indicated to EchoMail that it would provide tapes to EchoMail for storing and providing to AmEx on a quarterly basis the information you now seek. AmEx never did so. If AmEx had done so, they would now have (with the exception of the last quarter) the information you seek. AmEx would have incurred professional services charges from EchoMail for performing this work.

    EchoMail will begin performing these services as soon as it has received payment.

    Please feel free to call me if you have any questions.

                                   Very truly yours,

                                   Alan D. Rose, Jr.

ARJ:mct