UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ECHOMAIL, INC., )
 )
  Plaintiff, )
 )
v. ) Civil Action No. 05-11318-NMG
 )
AMERICAN EXPRESS CO. )
and IBM CORP., )
 )
  Defendants. )

**PLAINTIFF ECHOMAIL'S RESPONSE TO DEFENDANT AMERICAN EXPRESS COMPANY'S RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AS TO COUNT III OF ITS COUNTERCLAIM**

Pursuant to Rule 56.1 of the Local Rules of the United States District Court for the District of Massachusetts, plaintiff EchoMail, Inc. ("EchoMail") hereby submits this response to defendant American Express Company's ("AmEx") Statement of Undisputed Material Facts in the following correspondingly numbered paragraphs:

1. Undisputed.

2. Undisputed.

3. Undisputed only for the purpose of AmEx's motion for summary judgment as to its counterclaim for replevin.

4. Disputed. In its current form, the Database Server contains EchoMail's proprietary Data Schema, which is not now and has never been the property of AmEx. See Affidavit of Sonu Mathew Abraham ("Abraham Aff.") at ¶¶ 10-11.

5. Disputed. Pursuant to Section 5 "Information Integrity Requirements" in the Email Servicing Statement of Work attached to the Master Agreement, EchoMail was required to

archive AmEx's data on a semi-quarterly basis, with AmEx providing storage for the records. Abraham Aff. at ¶ 5.

6.   Disputed. EchoMail was required to archive AmEx's data on a semi-quarterly basis and AmEx was required to provide storage for the records. Abraham Aff. at ¶ 5. In addition, it is EchoMail's normal business practice to back-up such information. Abraham Aff. at ¶ 9.

7.   EchoMail is without sufficient information to respond to this statement.

8.   EchoMail is without sufficient information to respond to this statement.

9.   EchoMail does not dispute that AmEx's Confidential Customer Information [is extremely valuable and] contains nonpublic information relating to AmEx's customers.

10.   Disputed. At approximately 6:00 p.m. on May 26, 2005, Ms. Reena Paniker of AmEx terminated AmEx's relationship with EchoMail in a telephone conference with three senior members of EchoMail. Abraham Aff. at ¶ 6. Following this telephone conference, EchoMail notified AmEx via letter sent by Federal Express that it beginning on May 27, 2005 at 5:00 p.m., EchoMail would no longer process inbound email from the represented by Ms. Paniker. Notwithstanding this business decision, EchoMail nevertheless allowed AmEx to process existing email within the product until June 3, 2005 at 5:00 p.m. Abraham Aff. at ¶ 7.

11.   Disputed. EchoMail allowed AmEx to process existing email within the product until June 3, 2005 at 5:00 p.m. Abraham Aff. at ¶ 7.

12.   Undisputed.

13.   Disputed. EchoMail is entitled to retain the Database Server and the Customer Information until it receives payment from AmEx for the professional services required to extract EchoMail's proprietary Data Schema from AmEx's Confidential Customer Information

2

and transfer that Information onto tapes in Flat File format. Abraham Aff. at ¶¶ 16, 18, 23. These professional services include (1) developing a code and procedure to extract the data schema and generate the flat file; (2) reloading the information from previous years onto the database server; (3) running the procedure to generate the flat files; and (4) packing and shipping the media with the flat files containing the Confidential Information. Abraham Aff. at ¶ 17.

In the enumerated paragraphs below, EchoMail hereby submits additional statements of material fact that preclude entry of summary judgment on Count III.

14. The Confidential Customer Information AmEx seeks is currently stored on database servers and backup tapes located in EchoMail's data center. It is EchoMail's normal business practice is to back-up such information. Abraham Aff. at ¶ 9.

15. The format in which the Confidential Customer Information is stored in the Database Server and on the back-up tapes is specific to the databases in which the Information is stored. The design of the databases that EchoMail uses to store this Information is proprietary to EchoMail. This proprietary design is known as the "Data Schema." Abraham Aff. at ¶ 10.

16. EchoMail has never provided information such as this to any customer because in order for the customer to extract its own information, EchoMail would be forced to reveal its confidential Data Schema. Abraham Aff. at ¶ 11.

17. Data Schema is a highly confidential component of any computer software application. The Data Schema lays the foundation of how various data elements are stored in a database. In an application such as EchoMail, which is comprised of various software components integrated to work together, each software component accesses the database to insert or update different data elements. Abraham Aff. at ¶ 12. In most cases, data inserted or updated

by one software component is accessed by or relied on by one or more other software components, which in turn may insert the same or other data elements. For this constantly changing system to function efficiently, the data elements must be organized in an efficient manner. Abraham Aff. at ¶ 13.

18. The process of developing an efficient design for a database requires a significant skill and experience, and an improperly designed Data Schema can paralyze a system. The design of a Data Schema must consider, among other things, the type of data stored (e.g. text, numbers, dates, images), the size of the data item, which data items can be grouped together, the relationship between different groups of data elements, how inserting or updating a data element in one group impacts other data elements or groups, and the quickest and most efficient way to access the data in each group or across different groups. Abraham Aff. at ¶ 14.

19. To avoid disclosing the Data Schema when making stored information available to customers such as AmEx, information technology organizations, including EchoMail, typically generate a common readable text format called the "Flat File" format. Abraham Aff. at ¶ 15. Providing such Information in Flat File format is standard practice in the industry and is consistent with EchoMail's past practices with its customers. Abraham Aff. at ¶ 16.

20. EchoMail anticipates that it will have to expend 480 professional service hours, at its standard professional services rate of $250 per hour, to extract its proprietary Data Schema and generate the Flat Files for nearly six (6) years of data. The process of extracting the Data Schema from AmEx's Confidential Customer Information involves four steps: EchoMail must (1) develop a program code and procedure to extract the Data Schema and generate Flat Files; (2) reload information from previous years onto the Database Server; (3) run the procedure on all backup tapes to generate the Flat Files; and (4) pack and ship to AmEx the media with the Flat

Files containing its Confidential Customer Information. Abraham Aff. at ¶¶ 17, 18.

21. AmEx is well-aware of the procedures required to remove EchoMail's proprietary Data Schema and generate Flat Files of the Company's Confidential Customer Information, and further knows that it will be billed for the professional services associated with performing this work. Abraham Aff. at ¶ 23.

22. Upon receipt of payment from AmEx, EchoMail can complete the project in sixty (60) business days and provide AmEx with both Flat Files of its Confidential Customer Information and the Sun E450 Database Server, without the data stored in EchoMail's proprietary Data Schema. Abraham Aff. at ¶ 25.

Respectfully submitted,

ECHOMAIL, INC.

By its attorneys,

_____
Alan D. Rose (BBO#427280)
Alan D. Rose, Jr. (BBO#628871)
Lisa A. Tenerowicz (BBO#654188)
ROSE & ASSOCIATES
29 Commonwealth Ave.
Boston, MA 02116
617-536-0040

October 13, 2005

5