UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., | CIVIL ACTION NO. 05-11318 |
| Plaintiff, | |
| v. | |
| AMERICAN EXPRESS CO. and IBM CORP., | |
| Defendants. | |

## JOINT STATEMENT PURSUANT TO FED. R. CIV. P. 26(F) AND LOCAL RULE 16.1

The parties in this action, by their attorneys, hereby submit this Joint Statement in accordance with the provisions of Fed. R. Civ. P. 26(f) and Local Rule 16.1. The Court has scheduled an Initial Scheduling Conference in this matter for December 7, 2005 at 3:30 p.m.

### I.      Statement Of The Case

Plaintiff EchoMail, Inc. ("Plaintiff" or "EchoMail") filed its complaint against American Express Company ("American Express") and IBM Corp. ("IBM") on June 20, 2005. Plaintiff alleges Misappropriation of Trade Secrets, Unfair Competition, and Unfair and Deceptive Acts and Practices against both Defendants. It also asserts Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, and Interference with Contractual Relations against American Express.

On July 11, 2005, American Express answered the Complaint, and counterclaimed against EchoMail for Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, Replevin, Conversion, Unjust Enrichment, Restitution, Breach of Confidential Duty,

and Unfair and Deceptive Acts and Practices.  IBM also answered the Complaint on July 11, 2005.

## II.    Obligation of Counsel to Confer

Plaintiff and Defendants have conferred with respect to the following:  (i) preparing an agenda of matters to be considered at the scheduling conference; (ii) preparing a proposed pretrial schedule; (iii) considering whether they will consent to trial by magistrate judge; (iv) the exchange of relevant information and documents; (v) the identification of facts and/or legal issues in dispute; and (v) the possibility of settlement and/or alternative dispute resolution upon the completion of discovery.

## III.   Local Rule 16.1(D)(3)Certification

Each party will independently file with the Court the Certification required by Local Rule 16.1(D)(3).

## IV.    Proposed Discovery Plan

**Joint Portion of the Discovery Plan**:

A.    Initial Disclosure pursuant to Fed. R. Civ. P. 26(a)(1) to be completed by December 21, 2005;

B.    The parties shall file any motions to amend or supplement the pleadings, including all motions to add additional parties, by March 1, 2006;

**Defendants' Proposed Remainder of Discovery Plan**

C.    The parties shall complete all fact discovery by May 15, 2006;

D.    Plaintiff shall designate its trial experts, if any, and disclose the information set forth in Fed. R. Civ. P. 26(b)(4)(A)(i), by June 2, 2006, and Defendants will do so by June 23, 2006;

E.      The parties shall file all dispositive motions, including any motions for summary

judgment, by August 15, 2006;

F.      The parties shall complete expert depositions by July 31, 2006;

G.      The parties shall thereafter attend a final pretrial conference to be scheduled by

the Court.

**Plaintiff's Proposed Remainder of Discovery Plan**

C.      The parties shall complete all fact discovery by August 15, 2006;

D.      Plaintiff shall designate its trial experts, if any, and disclose the information set

forth in Fed. R. Civ. P. 26(b)(4)(A)(i), by September 1, 2006, and Defendants will

do so by September 22, 2006;

E.      The parties shall file all dispositive motions, including any motions for summary

judgment, by November 15, 2006;

F.      The parties shall complete expert depositions by October 31, 2006;

G.      The parties shall thereafter attend a final pretrial conference to be scheduled by

the Court.

## V.  <u>Alternative Dispute Resolution/Magistrate Judge</u>

At this time, the parties have not decided on whether they would consent to an alternative

form of dispute resolution or the use of a Magistrate Judge at trial

**PLAINTIFF ECHOMAIL, INC.**
By its attorneys,

/s/ Alan Rose, by John F. Farraher, Jr., with
permission
_____
Alan D. Rose (BBO#427280)
Alan D. Rose, Jr. (BBO#62887)
Rose & Associates
29 Commonwealth Avenue
Boston, MA 02116
TEL:  617-536-0040
FAX:  617-536-4400

**DEFENDANT AMERICAN EXPRESS COMPANY**
By its attorneys,

/s/ John F. Farraher, Jr.
_____
John F. Farraher, Jr. (BBO#568194)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
TEL:  (617) 310-6000
FAX:  (617) 310-6001

and

Louis Smith
Clark P. Russell
Greenberg Traurig, LLP
200 Campus Drive
Florham Park, NJ 07932
TEL:  (973) 360-7900
FAX: (973) 301-8410

**DEFENDANT IBM CORP.**
By its attorneys,

/s/ Stephen Poss and Thomas Rafferty,
by John F. Farraher, Jr., with permission
_____
Stephen D. Poss (BBO #551760)
Goodwin Procter LLP

4

Exchange Place
Boston, MA 02109
TEL:  (617) 570-1000
FAX: (617) 523-1231
       and

Rowan D. Wilson
Thomas G. Rafferty
Cravath, Swaine & Moore, LLP
Worldwide Plaza - 825 Eighth Avenue
New York, NY 10019
TEL:  (212) 474-1000
FAX: (212) 474-3700


<u>CERTIFICATE OF SERVICE</u>

     I John F. Farraher, Jr., hereby certify that on November  30, 2005, I served a copy of the foregoing by first-class mail, postage prepaid, upon:

Alan D. Rose
Rose & Associates
29 Commonwealth Avenue
Boston, MA 02116

Stephen D. Poss
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Thomas G. Rafferty
Cravath, Swaine & Moore, LLP
Worldwide Plaza - 825 Eighth Avenue
New York, NY 10019


          /s/ John F. Farraher, Jr.
          John F. Farraher, Jr.