UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ECHOMAIL, INC.,

    Plaintiff,

v.

AMERICAN EXPRESS CO. and IBM CORP.,

    Defendants.

Civil Action No. 05-11318-NMG

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned, hereby affirm that we have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and have considered resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

IBM CORPORATION,

By its attorneys,

_____
Thomas G. Rafferty, Esq. (f/d/s)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1837

Stephen D. Poss, P.C. (BBO # 551760)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

_____
Jeffrey Zachmann Esq.
Staff Counsel - Corporate Litigation
IBM Corporation

Dated: December 5, 2005