UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 DEC -1  P 2: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ECHOMAIL, INC., <br><br>               Plaintiff, <br><br>v. <br><br>AMERICAN EXPRESS CO. and <br>IBM CORP., <br><br>               Defendants. | CIVIL ACTION NO. 05-11318 |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned, hereby affirm that we have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, for the litigation, and have considered resolution of the litigation through the use of alternative dispute resolution programs outlined in LR 16.4

_____
John F. Farraher, Jr. (BBO#568194)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
TEL: (617) 310-6000
FAX: (617) 310-6001

and

Louis Smith
Clark P. Russell
Greenberg Traurig, LLP
200 Campus Drive
Florham Park, NJ 07932
TEL: (973) 360-7900
FAX: (973) 301-8410

_____
Mark L. LoSacco, Esq.
Group Counsel
American Express Company

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on _____