UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ECHOMAIL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11318 NMG |
| | ) | |
| AMERICAN EXPRESS CO. | ) | |
| and IBM CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned, hereby confirm that we have conferred with a view of establishing a

budget for costs of conducting the full course—and various alternative courses—of the litigation

and have considered the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in Local Rule 16.4.

Alan D. Rose, Jr. (BBO# 628871)
ROSE & ASSOCIATES
29 Commonwealth Ave.
Boston, MA  02116
Tel.: (617) 536-0040
Fax.: (617) 536-4400

Mathew "Sonu" Abraham, President
ECHOMAIL, INC.
701 Concord Ave.
New Media Park
Cambridge, MA 02138
Tel:  (617) 354-8585

December 5, 2005