UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ECHOMAIL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11318-GAO |
| | ) | |
| AMERICAN EXPRESS CO. | ) | |
| and IBM CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO IBM'S MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff EchoMail, Inc. hereby moves to extend the time within which it may file its

opposition to defendant International Business Machine Corp.'s ("IBM") Motion for Judgment

on the Pleadings, from December 21, 2005 through and including Wednesday, January 11, 2006.

Counsel for IBM has assented to this Motion to Extend Time and no party will be

prejudiced by the requested extension.

Respectfully submitted,

ECHOMAIL, INC.,

By its attorneys,

Alan D. Rose (BBO#427280)
Alan D. Rose, Jr. (BBO#628871)
Lisa A. Tenerowicz (BBO# 654188)
ROSE & ASSOCIATES
29 Commonwealth Ave
Boston, Massachusetts 02116
Tel: 617-536-0040

December 12, 2005

-2-

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to Local Rule 7.1, I hereby certify that on December 9, 2005, I contacted IBM's counsel, Stephen D. Poss, in an effort to resolve or narrow the issues presented by this motion and Mr. Poss gave me his assent to this motion.

/s/ Lisa A. Tenerowicz
Lisa A. Tenerowicz

So Ordered:

_____
Nathaniel M. Gorton
United States District Judge
Entered:

- 2 -