UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ECHOMAIL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11318-NMG |
| | ) | |
| AMERICAN EXPRESS CO. | ) | |
| and IBM CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CHANGE OF FIRM NAME**

Please take notice that the firm of Rose & Associates, attorneys for Plaintiff EchoMail, Inc., has changed its name to Rose, Chinitz & Rose, effective as of June 1, 2006. The address, telephone number, and facsimile number of the firm have not changed.

Respectfully submitted,

ECHOMAIL, INC.

By its attorneys,

/s/ Alan D. Rose
Alan D. Rose (BBO #427280)
Alan D. Rose, Jr. (BBO#628871)
Lisa A. Tenerowicz (BBO#654188)
ROSE, CHINITZ & ROSE
29 Commonwealth Avenue
Boston, MA 02116
Tel: 617-536-0040
Fax: 617-536-4400

Dated: June 1, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that this document and all attachments filed through the ECF system will be sent electronically to the registered participant as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail/FedEx/hand delivery to those indicated as non registered participants on June1, 2006.

/s/ Alan D. Rose_____
Alan D. Rose

Dated: June 1, 2006