UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS CO. )<br>and IBM CORP., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11318-GAO |

**PLAINTIFF ECHOMAIL, INC.'S
MOTION TO EXTEND DISCOVERY DEADLINES**

Plaintiff EchoMail, Inc. ("EchoMail") hereby moves to extend the discovery deadlines in this case. Defendants delayed the production of documents for almost five months under the pretext of entering into a protective order to protect confidential information. Defendants initially requested the protective order on February 17, 2006 and then waited until May 8, 2006 to finally approve and sign the order, despite multiple attempts by EchoMail to secure defendants' approval. As grounds for this motion, EchoMail therefore states as follows:

1.  On December 8, 2005 the Court held a Scheduling Conference and later that day entered an electronic scheduling order.

2.  Pursuant to the Court's electronic scheduling order following, all non-expert discovery, including non-expert depositions was to be completed by July 15, 2006.

3.  On January 19, 2006, plaintiff EchoMail served its First Request for Production of Documents on defendant American Express Company ("AmEx"). On the same day, EchoMail served its First Request for Production of Documents on defendant IBM.

4. On February 9, 2006, EchoMail served its first set of interrogatories to both AmEx and IBM. IBM answered on March 27, 2006 and AmEx answered on April 5, 2006.

5. On February 17, 2006, AmEx served its first set of interrogatories and first request for the production of documents on EchoMail. EchoMail responded to the document requests on March 24, 2006 and answered the interrogatories on April 7, 2006.

6. On February 17, 2006, Counsel for IBM wrote to counsel for EchoMail and stated that IBM would not produce documents in response to Plaintiff's requests until a suitable protective order had been entered. See Exhibit 1.

7. Counsel for IBM circulated the first draft of a Stipulation and Order for the Production and Exchange of Confidential Information ("Protective Order") the same day.

8. Counsel for EchoMail circulated an amended draft of the Protective Order on February 28, 2006. See Exhibit 2.

9. Counsel for AmEx then circulated a redline version of EchoMail's draft on March 6, 2006. One day later, on March 7, 2006, EchoMail accepted these changes via email. See Exhibit 3.

10. On March 23, 2006, counsel for EchoMail sent an email to counsel for AmEx inquiring about the status of the Protective Order. AmEx's counsel responded the same day and copied IBM's counsel on the response, asking them to advise whether the March 6 version of the Protective order was acceptable. See Exhibit 4.

11. On April 21, 2006, two-and-one-half months later, EchoMail's counsel wrote to IBM's counsel because IBM had not yet approved the proposed Protective order. See Exhibit 5. The same day, IBM served its first set of interrogatories on EchoMail. IBM's first request for

production of documents followed on April 28, 2006.

12. Counsel for IBM responded on April 24, 2006, indicating that the proposed Protective Order "had become lost in the shuffle" and asking that EchoMail's counsel circulate a signed copy. See Exhibit 6.

13. The Protective Order was finally filed on May 10, 2006. See Docket Entry 50. The entire delay is attributable to the defendants. IBM waited for *one month* to even inform EchoMail's counsel that a protective order was necessary. IBM then waited for almost three months to approve the order they originally drafted. During that entire time, both IBM and AmEx withheld production of their documents.

14. EchoMail was unable to sufficiently identify witnesses or adequately prepared to notice depositions until it received documents from the defendants. On June 16, 2006, AmEx produced a limited number of documents in response to EchoMail's original request -- nearly five months after the document requests were served and five weeks after the entry of the Protective Order. Similarly, on June 23, 2006, IBM produced documents nearly five months after the original document requests were served and six weeks after the entry of the Protective Order.

15. EchoMail's initial review of the defendants' document production indicates that the production is deficient in a number of respects. Accordingly, EchoMail has written to both AmEx and IBM and requested that they produce additional responsive documents. If defendants refuse to produce additional responsive documents, EchoMail will file a motion to compel the production of documents. Even if defendants agree to produce additional responsive documents, EchoMail will not have sufficient time to review these documents and notice depositions prior to the July 15 deposition deadline.

16. AmEx noticed five depositions on June 12, 2006 (four named individuals and one

Fed. R. Civ. P. 30(b)(6)) for the week of July 10 through July 14, 2006. Several of the deponents noticed will be out of the country during that week as well as for the remainder of July and part of August. In addition, counsel for EchoMail has a deposition in another case, <u>Rotondi v. Massachusetts Department of Environmental Protection and Andrew Gottlieb</u>, Civil Action No. SUCV04-4735, scheduled for Wednesday, July 12.

17. IBM has not yet noticed depositions, but requested EchoMail's permission to notice a reasonable number of depositions at a date later than July 15, 2006 in exchange for EchoMail's two requests for additional time to answer IBM's first set of interrogatories. EchoMail answered those interrogatories on June 15, 2006 and served its responses to IBM's first request for the production of documents on June 21, 2006.

18. EchoMail should also be permitted to take a reasonable number of depositions and should not be prejudiced by defendants delay in negotiating and approving the Protective Order and producing documents.

19. The proposed extension of the discovery deadline is necessary for EchoMail to finish document discovery and complete deposition discovery.

20. This is the first request to extend the discovery deadlines and is not being offered for the purpose of delay.

21. Despite the fact that much of the delay can be attributed to the defendants, neither counsel to AmEx nor counsel for IBM will not assent to this motion; IBM's counsel has, however, agreed not to oppose the motion.

22. In conclusion, defendants have taken the position that EchoMail should be limited to a period of three weeks to fully review defendant's document production, notice, and take all depositions. They have taken this position despite the fact that EchoMail served its requests for

- 4 -

the production of documents on January 19, 2006 -- over five months ago.

22.     The extensions sought herein will not unduly delay the ultimate disposition of this case.

WHEREFORE, Plaintiff EchoMail respectfully requests that the Court extend the discovery deadlines as follows:

1.  All written discovery, including document production and non-expert depositions be concluded by October 15, 2006.

2.  Plaintiff will designate experts by November 30, 2006 and defendants will designate experts by December 22, 2006.

3.  All expert depositions will be completed by January 31, 2007.

4.  Dispositive motions will be filed by February 15, 2007 and responses by March 1, 2007.

5.  Trial date to be set by the Court.

Respectfully submitted,

ECHOMAIL, INC.,
By its attorneys,

/s/ Lisa A. Tenerowicz
_____
Alan D. Rose (BBO#427280)
Alan D. Rose, Jr. (BBO#628871)
Lisa A. Tenerowicz (BBO#654188)
ROSE, CHINITZ & ROSE
29 Commonwealth Ave
Boston, Massachusetts 02116
Tel: 617-536-0040
Fax: 617-536-4400

Date:  June 27, 2006

**Certification of Compliance with Local Rule 7.1**

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on or about June 20, June 23, and June 27, 2006, I conferred with AmEx's counsel, Louis Smith, in an effort to resolve or limit the issues presented by this motion. We were unable to resolve or narrow the issues presented in this motion. In addition, I conferred with IBM's counsel Thomas Rafferty on June 27, 2006 in a similar effort to resolve or narrow the issues. Mr. Rafferty stated that IBM neither supports nor plans to oppose this motion.

/s/ Lisa A. Tenerowicz
_____
Lisa A. Tenerowicz

### Certificate of Service

I hereby certify that this document filed through the ECF system on this 27th day of June, 2006, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 27, 2006.

/s/ Lisa A. Tenerowicz
_____
Lisa A. Tenerowicz

# EXHIBIT 1

# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| THOMAS R. BROME | STEPHEN L. GORDON | WORLDWIDE PLAZA | STEPHEN L. BURNS | GEORGE A. STEPHANAKIS |
| ROBERT D. JOFFE | DANIEL L. MOSLEY | 825 EIGHTH AVENUE | KATHERINE B. FORREST | DARIN P. McATEE |
| ALLEN FINKELSON | GREGORY M. SHAW | NEW YORK, NY 10019-7475 | KEITH R. HUMMEL | GARY A. BORNSTEIN |
| RONALD S. ROLFE | PETER S. WILSON | | DANIEL SLIFKIN | TIMOTHY G. CAMERON |
| PAUL C. SAUNDERS | JAMES C. VARDELL, III | TELEPHONE: (212) 474-1000 | JEFFREY A. SMITH | KARIN A. DeMASI |
| DOUGLAS D. BROADWATER | ROBERT H. BARON | FACSIMILE: (212) 474-3700 | ROBERT I. TOWNSEND, III | LIZABETHANN R. EISEN |
| ALAN C. STEPHENSON | KEVIN J. GREHAN | | WILLIAM J. WHELAN, III | DAVID S. FINKELSTEIN |
| MAX R. SHULMAN | STEPHEN S. MADSEN | | SCOTT A. BARSHAY | DAVID GREENWALD |
| STUART W. GOLD | C. ALLEN PARKER | | PHILIP J. BOECKMAN | RACHEL G. SKAISTIS |
| JOHN W. WHITE | MARC S. ROSENBERG | CITYPOINT | ROGER G. BROOKS | PAUL H. ZUMBRO |
| JOHN E. BEERBOWER | WILLIAM B. BRANNAN | ONE ROPEMAKER STREET | WILLIAM V. FOGG | JOEL F. HEROLD |
| EVAN R. CHESLER | SUSAN WEBSTER | LONDON EC2Y 9HR | FAIZA J. SAEED | ERIC W. HILFERS |
| PATRICIA GEOGHEGAN | TIMOTHY G. MASSAD | TELEPHONE: 44-20-7453-1000 | RICHARD J. STARK | GEORGE F. SCHOEN |
| D. COLLIER KIRKHAM | DAVID MERCADO | FACSIMILE: 44-20-7860-1150 | THOMAS E. DUNN | ERIK R. TAVZEL |
| MICHAEL L. SCHLER | ROWAN D. WILSON | | JULIE SPELLMAN SWEET | |
| KRIS F. HEINZELMAN | JOHN T. GAFFNEY | WRITER'S DIRECT DIAL NUMBER | RONALD CAMI | |
| B. ROBBINS KIESSLING | PETER T. BARBUR | | MARK I. GREENE | SPECIAL COUNSEL |
| ROGER D. TURNER | SANDRA C. GOLDSTEIN | | SARKIS JEBEJIAN | SAMUEL C. BUTLER |
| PHILIP A. GELSTON | PAUL MICHALSKI | (212) 474-1837 | JAMES C. WOOLERY | GEORGE J. GILLESPIE, III |
| RORY O. MILLSON | THOMAS G. RAFFERTY | | DAVID R. MARRIOTT | THOMAS D. BARR |
| NEIL P. WESTREICH | MICHAEL S. GOLDMAN | | MICHAEL A. PASKIN | |
| FRANCIS P. BARRON | RICHARD HALL | | ANDREW J. PITTS | |
| RICHARD W. CLARY | ELIZABETH L. GRAYER | | MICHAEL T. REYNOLDS | OF COUNSEL |
| WILLIAM P. ROGERS, JR. | JULIE A. NORTH | | ANTONY L. RYAN | ROBERT ROSENMAN |
| JAMES D. COOPER | ANDREW W. NEEDHAM | | GEORGE E. ZOBITZ | CHRISTINE BESHAR |

February 17, 2006

<u>EchoMail, Inc. v. American Express Co. and IBM Corp.,</u>
<u>(Civil Action No. 05-11318-NMG) D. Mass.</u>

Dear Counsel:

In responding to EchoMail's document request, IBM has collected a number of responsive documents in its possession that contain information covered by the confidentiality agreement included as part of the Services Agreement signed by IBM and AmEx. Without a protective order that is acceptable to both AmEx and plaintiff, IBM will be unable to produce any such documents. To resolve this issue, I have attached for your consideration a draft confidentiality agreement. Please let me have your comments and position on this matter at your earliest convenience.

Very truly yours,

Thomas G. Rafferty

Louis Smith, Esq.
   Greenberg Traurig LLP
      200 Campus Drive, P.O. Box 677
         Florham, NJ 07932-7915

Alan D. Rose, Sr., Esq.
   Rose & Associates
      29 Commonwealth Avenue
         Boston, MA 02116

Encl.

BY FAX

# EXHIBIT 2

## Lisa Tenerowicz

**From:** Lisa Tenerowicz [lat@rose-law.net]
**Sent:** Tuesday, February 28, 2006 10:16 AM
**To:** 'SmithLo@gtlaw.com'; 'TRafferty@cravath.com'
**Cc:** 'GSoledad@cravath.com'; 'AdrJr@rose-law.net'
**Subject:** RE: EchoMail v. AmEx and IBM / IBM's Draft of Confidentiality Agreement



Protective Order
Redline.DOC (...

Lou,

My apologies.  Here it is.

-Lisa

-----Original Message-----
From: SmithLo@gtlaw.com [mailto:SmithLo@gtlaw.com]
Sent: Tuesday, February 28, 2006 10:14 AM
To: lat@rose-law.net; TRafferty@cravath.com
Cc: GSoledad@cravath.com; AdrJr@rose-law.net
Subject: RE: EchoMail v. AmEx and IBM / IBM's Draft of Confidentiality Agreement

Lisa,

I did not receive the attachment.  Can you please send again.  Thanks.

Louis Smith
GREENBERG TRAURIG LLP
200 Park Avenue
Florham Park, NJ 07932
(p) (973) 360-7915
(f) (973) 301-8410
smithlo@gtlaw.com

------------------------------------------------------------

    Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.


    The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

------------------------------------------------------------


From: Lisa Tenerowicz [mailto:lat@rose-law.net]
Sent: Tuesday, February 28, 2006 9:59 AM

1

```
To: Smith, Louis (Shld-NJ-LT); 'Thomas Rafferty'
Cc: 'Gabriel Soledad'; 'ARJ'
Subject: EchoMail v. AmEx and IBM / IBM's Draft of Confidentiality Agreement
```

Tom,

I have attached a redline version of the draft confidentiality agreement you sent to us last week.  I asked Gabriel Soledad to send me a Word version of the document so we could better respond to the proposed draft.

Please let me know if the proposed revisions are acceptable.

Best,

Lisa Tenerowicz

```
-----Original Message-----
From: Gabriel Soledad [mailto:GSoledad@cravath.com]
Sent: Tuesday, February 21, 2006 4:52 PM
To: Lisa Tenerowicz
Cc: smithlo@gtlaw.com; Thomas Rafferty
Subject: Re: EchoMail v. AmEx and IBM / IBM's Draft of Confidentiality
Agreement
```

Lisa,

Attached below, please find word versions of the confidentiality agreement and its attachment.

Thank you.


|    | "Lisa Tenerowicz" <lat@rose-law.net> | |
|----|---|---|
| To |  | GSoledad@cravath.com |
| cc | 02/21/2006 10:20 AM | "'ARJ'" <AdrJr@rose-law.net> |
| Subject |  | EchoMail v. AmEx and IBM / IBM's Draft of Confidentiality Agreement |

Please send us a version of the proposed agreement in Word format so that we might suggest redline edits.

Thanks you.

-Lisa

Lisa A. Tenerowicz
ROSE & ASSOCIATES
29 Commonwealth Avenue
Boston, MA 02116
Tel: (617) 536-0040
Fax: (617) 536-4400


     (See attached file: NYLit_2363924_1.DOC)     (See attached file: NYLit_2363509_1.DOC)

  This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other
  than a designated addressee is unauthorized. If you are not an intended
recipient, please
  delete this e-mail from the computer on which you received it.

3

# EXHIBIT 3

## Lisa Tenerowicz

| | |
|---|---|
| From: | Lisa Tenerowicz [lat@rose-law.net] |
| Sent: | Tuesday, March 07, 2006 3:47 PM |
| To: | 'SmithLo@gtlaw.com'; 'TRafferty@cravath.com' |
| Cc: | 'GSoledad@cravath.com'; 'AdrJr@rose-law.net'; 'FARRAHERJ@GTLAW.com' |
| Subject: | RE: EchoMail v. AmEx and IBM / IBM's Draft of Confidentiality Agreement |

Lou,

Alan and I have reviewed the revised version of the confidentiality agreement and find it acceptable. We did notice, however, that the spacing appears to be askew, which may be a function of the redlining.

-Lisa

-----Original Message-----
From: SmithLo@gtlaw.com [mailto:SmithLo@gtlaw.com]
Sent: Monday, March 06, 2006 6:14 PM
To: lat@rose-law.net; TRafferty@cravath.com
Cc: GSoledad@cravath.com; AdrJr@rose-law.net; FARRAHERJ@GTLAW.com
Subject: RE: EchoMail v. AmEx and IBM / IBM's Draft of Confidentiality Agreement

Attached is a revised draft with redline changes showing alterations from the version Lisa circulated. If acceptable, please advise.

------------------------------------------------------------

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.


The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

------------------------------------------------------------

From: Lisa Tenerowicz [mailto:lat@rose-law.net]
Sent: Tuesday, February 28, 2006 10:16 AM
To: Smith, Louis (Shld-NJ-LT); TRafferty@cravath.com
Cc: GSoledad@cravath.com; AdrJr@rose-law.net
Subject: RE: EchoMail v. AmEx and IBM / IBM's Draft of Confidentiality Agreement

Lou,

My apologies. Here it is.

-Lisa

-----Original Message-----
From: SmithLo@gtlaw.com [mailto:SmithLo@gtlaw.com]

1

# EXHIBIT 4

## Lisa Tenerowicz

| | |
|---|---|
| **From:** | Lisa Tenerowicz [lat@rose-law.net] |
| **Sent:** | Thursday, March 23, 2006 3:56 PM |
| **To:** | 'SmithLo@gtlaw.com' |
| **Cc:** | 'AdrJr@rose-law.net'; 'FARRAHERJ@GTLAW.com' |
| **Subject:** | EchoMail v. AmEx and IBM |

Lou,

On March 6 you circulated a redline version of the proposed confidentiality agreement. The following day, I sent you an email notifying you that Alan Rose and I had reviewed the redline version and found it acceptable.

What is the current status of the confidentiality agreement? Please let us know.

-Lisa

Lisa A. Tenerowicz
ROSE & ASSOCIATES
29 Commonwealth Avenue
Boston, MA 02116
Tel: (617) 536-0040
Fax: (617) 536-4400

# EXHIBIT 5

# Rose & Associates

COUNSELLORS AT LAW

ALAN D. ROSE
MICHAEL L. CHINITZ
ALAN D. ROSE, JR.
RICHARD E. BOWMAN
MICHAEL J. MOTT
LISA A. TENEROWICZ

29 COMMONWEALTH AVENUE
BOSTON • MASSACHUSETTS • 02116
www.rose-law.net

TEL: 617/536-0040
FAX: 617/536-4400

April 21, 2006

**BY HAND DELIVERY**

Mr. Stephen D. Poss, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Re: *EchoMail, Inc. v. American Express Co. and IBM Corp.*,
Civil Action No. 05-11318-NMG (D. Mass.)

Dear Steve:

On March 6, 2006 Lou Smith, counsel to American Express, circulated a revised draft of the proposed Stipulation and Order for the Production and Exchange of Confidential Information ("Stipulation") that you originally circulated on February 17, 2006. On March 7, 2003, Alan Rose and I advised Lou that the revised version of the Stipulation was acceptable to EchoMail. Two weeks later, on March 23, 2006, I sent Lou an email, asking him about the status of the Stipulation. In his reply to me, and to you and Tom Rafferty, Lou informed me that the Stipulation was acceptable to American Express and that we were awaiting approval from IBM.

Today we received IBM's First Set of Interrogatories. IBM clearly has no problem moving forward with discovery, yet refuses to approve a Stipulation that it proposed nearly two months ago. Please let us know immediately what IBM's position is with respect to the latest draft of the Stipulation.

Very truly yours,

Lisa A. Tenerowicz

LAT/elm
Enclosure

cc: Thomas Rafferty, Esq. (by overnight mail)
John Farraher (by hand delivery)
Louis Smith, Esq. (by overnight mail)

# EXHIBIT 6

**GOODWIN | PROCTER**

Stephen D. Poss, P.C.
617.570.1886
sposs@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

April 24, 2006

**By Facsimile (617-536-4400)**

Lisa A. Tenerowicz, Esq.
Rose & Associates
29 Commonwealth Avenue
Boston, MA 02116

Re:    **EchoMail, Inc. v American Express Co. and IBM Corp.,
        Civil Action No. 05-11318-NMG (D. Mass.)**

Dear Lisa:

Thank you for your letter of Friday evening, April 21, concerning the proposed protective order in this case.

We didn't realize the proposed Stipulation and Order had become lost in the shuffle. Please circulate a copy signed by counsel for EchoMail and American Express and counsel for IBM will be pleased to sign it right away.

By the way, IBM did not "refuse to approve" the Stipulation, and a simple phone call would have achieved the same result.

Sincerely yours,

Stephen D. Poss, P.C.

SDP:mt

cc:    Thomas Rafferty, Esq. (by facsimile)
        John Farraher (by facsimile)
        Louis Smith, Esq. (by facsimile)

LIBA/1693440.1