UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS CO. )<br>and IBM CORP., )<br>)<br>        Defendants. )<br>) | Civil Action No. 05-11318-NMG |

**PLAINTIFF ECHOMAIL, INC.'S MOTION FOR RECONSIDERATION OF THE COURT'S JULY 14, 2006 MEMORANDUM AND ORDER GRANTING DEFENDANT AMERICAN EXPRESS COMPANY'S MOTION FOR SUMMARY JUDGMENT AS TO COUNT III OF ITS COUNTERCLAIM**

Plaintiff EchoMail, Inc. ("EchoMail") hereby moves for reconsideration of the Court's July 14, 2006 Memorandum & Order on defendant American Express Company's ("AmEx") Motion for Summary Judgment on its replevin counterclaim (the "Order").

In support of this motion, EchoMail relies upon its attached Memorandum in Support of its Motion for Reconsideration, and its earlier submissions in opposition to AmEx's motion for summary judgment, including Plaintiff EchoMail's Opposition to AmEx's Motion for Summary Judgment, the Affidavit of Mathew "Sonu" Abraham, and Plaintiff EchoMail's Response to Defendant American Express Company's Rule 56.1 Statement of Undisputed Material Facts.

        Respectfully submitted,

        ECHOMAIL, INC.,

        By its attorneys,

        /s/ Lisa A. Tenerowicz
        _____
        Alan D. Rose (BBO#427280)
        Alan D. Rose, Jr. (BBO#628871)
        Lisa A. Tenerowicz (BBO#654188)
        ROSE, CHINITZ & ROSE
        29 Commonwealth Avenue
        Boston, Massachusetts 02116
        617-536-0040

Date: July 24, 2006