# Rose, Chinitz & Rose

COUNSELLORS AT LAW

29 COMMONWEALTH AVENUE
BOSTON • MASSACHUSETTS • 02116
www.rose-law.net

ALAN D. ROSE
MICHAEL L. CHINITZ
ALAN D. ROSE, JR.
RICHARD E. BOWMAN
MICHAEL J. MOTT
LISA A. TENEROWICZ

TEL: 617/536-0040
FAX: 617/536-4400

August 16, 2006

**BY HAND DELIVERY**
Craig Nicewicz, Courtroom Clerk
Honorable Nathaniel M. Gorton
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

Re:   *EchoMail, Inc. v. American Express Co. and IBM Corp.*,
       Civil Action No.05-11318-NMG

Dear Mr. Nicewicz:

In its July 14, 2006 Memorandum and Order in the above-captioned case (docket # 55), the Court granted Defendant American Express Company's ("AmEx") motion for summary judgment on Count III of its Counterclaim, for replevin of a SUN E450 database server and e-mail communications to and from AmEx customers which purportedly contain confidential information. Following that ruling, on July 24, 2006, Plaintiff EchoMail, Inc. ("EchoMail") filed a motion for reconsideration of the Court's Order (docket # 56) and a supporting memorandum (docket # 57). AmEx filed an opposition to EchoMail's motion for reconsideration on August 7, 2006 (docket #58).

Before the Court rules on the pending motion for reconsideration, EchoMail respectfully requests an opportunity to clarify a factual matter that was initially set forth in its opposition to AmEx's motion for partial summary judgment (docket #36). As EchoMail explained, and emphasized again in its motion for reconsideration, EchoMail requires its customers, including AmEx, to pay the cost of the professional services associated with extraction of data from EchoMail's proprietary database into a flat file. AmEx has in fact paid for precisely such data extraction services on multiple occasions in the past, and therefore, there should not be any question as to whether EchoMail should be paid for such services.

As an example of the past practices between the parties, we submit an April 3, 2003 letter from EchoMail's Michael Clarage to Brett Vanoski of American Express (ECO 0461), including an invoice for a "single manual extract of KEYFILE," (ECO 0463), which demonstrates AmEx's prepayment for data extraction of some particular

**Rose, Chinitz & Rose**
COUNSELLORS AT LAW

Nicewicz, Craig
August 16, 2006
Page 2

data required by AmEX from the EchoMail's proprietary database into a flat file. A copy of this letter, the accompanying invoice, and AmEx's check remitting payment for this data extraction (ECO 0462) is attached as Exhibit 1. This is just one of several instances in which AmEx pre-paid EchoMail for the exact services at issue in AmEx's replevin counterclaim. EchoMail sent a similar letter attaching an invoice for data extract services on April 2, 2003 (ECO 0464). This letter is attached as Exhibit 2.

  Please note that, in the past, for such data extraction services, as in the KEYFILE example, AmEx agreed to pay for those services. AmEx is well-aware of this requirement and has complied with it in the past. Schedule H to the Master Agreement, titled "KEYFILE manual extract," as one example, is attached as Exhibit 3, and states that AmEx would be billed, and expected to prepay, for the professional services for extracting AmEx's customer information from the EchoMail data schema in which it was stored. Specifically, Schedule H provides: "This Schedule is governed by the Terms and Conditions and/or the Master Agreement. **Payment or PO# is due prior to start of work**." (Emphasis added)

  EchoMail is in the process of extracting AmEx's customer information from the confidential and proprietary database and converting that information to flat file format. However, we submit that the parties' agreements and past practices demonstrate that AmEx must prepay for these services.

  EchoMail respectfully requests that you bring this letter to Judge Gorton's attention prior to a ruling on the pending motion for reconsideration. Thank you for your assistance in this matter.

Very truly yours,

*Alan D. Rose, Jr./ums*

Alan D. Rose, Jr.

ARJ/
Enclosures
cc: Louis Smith (by email and mail)
   John Farraher (by email and mail)



Thursday, April 03, 2003

American Express
Brett Vankoski
IED/3 WFC 32nd Floor 200
Vesey Street
NY, NY 10285

Message sent via: 1st Class Mail

Subject: Invoice Schedule H monthly extract

Dear Brett:

Thank you again for your continued business. Attached is the invoice for single manual extract of KEYFILE for ISU and SBS for March 2003 (See Schedule H).

If you have any questions please contact me directly.

Best Regards,

*Michael Clarage*

Michael Clarage

enc:   Invoice 4996

MSC/msc

EchoMail, Inc.
701 Concord Avenue
New Media Park
Cambridge, Mass.
02138-1057

tel: 617-354-8585
fax: 617-354-8899
www.echomail.com

CONFIDENTIAL ECO 0461



**American Express**
**Travel Related Services Company, Inc.**
20002 North 19th Avenue
Phoenix, Arizona 85027
FC Invoice Inquiries@aexp.com

| CHECK DATE | VENDOR I.D. | ACCOUNTS PAYABLE CHECK |
|---|---|---|
| 05/05/03 | 023761401 | CHECK NUMBER 82093573 |

74-1292
724

PAY  *Two Thousand One Hundred And 00/100 Dollars*

TO THE ORDER OF
444
ECHOMAIL INC
701 CONCORD AVENUE
CAMBRIDGE MA  02138

**CHECK AMOUNT**
******2,100.00

*Walter S Berman*
AUTHORIZED SIGNATURE

to
National Bank of Detroit - Dearborn
Detroit, Michigan 48226

⑈82093573⑈ ⑆072412927⑆ 00250466⑈

REF NO: AP-000-023761401    CK NO: 82093573

| OUR VOUCHER NO. | YOUR INVOICE NO. | OUR PURCHASE ORDER | REFERENCE DATE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 023053 | 4995 | | 03-31-03 | 1,785.00 | .00 | 1,785.00 |
| 023055 | 4996 | | 04-02-03 | 315.00 | .00 | 315.00 |

CONFIDENTIAL ECO 0462

| | TOTALS | | | 2,100.00 | .00 | 2,100.00 |

REMITTANCE ADVICE
DETACH BEFORE DEPOSITING
CD 5131 (Rev.

American Express Travel Related Services Company, Inc.

EchoMail, Inc.

701 Concord Avenue
Cambridge, MA 02138
(617) 354-8585
www.echomail.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/2/2003 | 4996 |

*Recd*

**BILL TO**

American Express
IED/3 WFC 32nd Floor
200 Vesey Street
New York, NY 10285
Attn:- Brett Vankoski

| Contract No. | TERMS | DUE DATE | REP |
|---|---|---|---|
| Schedule H | Net 15 | 4/17/2003 | MC |

| ITEM | DESCRIPTION | QTY | RATE | Expiration Date | AMOUNT |
|---|---|---|---|---|---|
| CC-PS-Engineering | CC Engineering Senior (Includes Developers, Quality Assurance and MIS/Hosting) in hours | 2 | 157.50 | | 315.00 |
| | ......... For the month of March 2003 | | | | |

Thank you for your business.

**Total** $315.00

More detailed descriptions of the Services are contained
in the contract and/or Scope of Work for each service,
which are incorporated herein and made a part hereof.

CONFIDENTIAL ECO 0463



Wednesday, April 02, 2003

American Express
Brett Vankoski
IED/3 WFC 32nd Floor 200
Vesey Street
NY, NY 10285

Message sent via: 1st Class Mai

Subject: Invoices for Schedule G, H, and Finance Charges

Dear Brett:

Thank you again for your continued business. Attached are the invoices for your Schedule G (MQ Series application development) and Schedule H (KEYFILE Extract) as well as finance charges on invoice 4267.

If you have any questions please contact me directly.

Best Regards,

*Michael Clarage*

Michael Clarage

enc:   Invoices 4994, 4995, 4990

MSC/msc

EchoMail, Inc.
701 Concord Avenue
New Media Park
Cambridge, Mass.
02138-1057

tel: 617-354-8585
fax: 617-354-8899
www.echomail.com

**CONFIDENTIAL ECO 0464**

MAR-17-2003 MON 12:50 PM                FAX NO.                               P. 02/03



**Schedule H**
KEYFILE manual extract

**Customer Name:** American Express
**Customer Address:** IED/3 WFC 32nd Floor
200 Vesey Street
New York, NY 10285
Attn: Brett Vankoski
**Business Development:** Dr. Michael Clarage
**Effective Term:** 01-mar-2003 – 01-mar-2004
**Description:** KEYFILE manual extract. EchoMail will extract an ASCII delimited file for Amex. This file will contain the fields [Business Unit, CSR id, TICKET, Account Number].
This schedule contains: "One Time" for the setup and extract of the first file; "Recurring" for each subsequent file extract is required. Amex will only be billed "Recurring" for files extracted. It is not an automatic monthly charge.

**Pricing Schedule**

| Part Number | Part Description | Units | Unit Price | License Expiration Date | Recurring (monthly) | One-Time |
|---|---|---|---|---|---|---|
| | Professional Services | | | | | |
| CC-PS-Engineering | Professional Services – CC Engineering Senior (includes Developers, Quality Assurance, and MIS/Hosting) | 6hr | $ 157.50 | N/A | $ 0.00 | $ 945.00 |
| CC-PS-ProjectManagement | Professional Services – Project Management | 4hr | $ 210.00 | N/A | $ 0.00 | $ 840.00 |
| CC-PS-Engineering | Professional Services – CC Engineering Senior (includes Developers, Quality Assurance, and MIS/Hosting) | 2hr | $ 157.50 | N/A | $ 315.00 | $ 0.00 |
| | | | | Sub-Total | $ 315.00 | $ 1785.00 |
| | | | | Net Due | $ 315.00 | $ 1785.00 |

**Payment Schedule:**
Customer agrees to pay EchoMail, Inc. according to the following payment schedule:
<u>Timing</u>                                                                         <u>Amount</u>
Upon Signing of Schedule H                                       $1785.00
Recurring for every file extracted after the first file       $315.00

Additional charges shall apply at the Unit Price set forth above in the event that quantity of use of the foregoing licensed software and services exceeds purchased amounts hereunder. Such additional charges shall be billed directly to Customer on a monthly basis. EchoMail, Inc. shall issue no credits to Customer for any licenses not used by Customer on the Expiration Date.

Subject to approval by the Customer, costs for shipping, telecommunications (including cell and phone costs), mailing costs, and out-of-pocket expenses incurred by EchoMail, Inc. in its performance of this Schedule and the Statement(s) of Work attached hereto and made a part hereof are not included herein, and will be billed directly to Customer on a monthly basis. If Customer requires EchoMail to travel on behalf of Customer for execution of this Schedule or associated Statement of Work, and such travel is pre-approved by Customer, then Customer agrees to administrate travel including ticket purchase, hotel, and car. If EchoMail administers the travel, a processing fee in the amount of $225 shall apply for all travel related expenses per roundtrip.

EchoMail, Inc.
701 Concord Avenue
New Media Park
Cambridge, Mass.
02138-1057

CONFIDENTIAL ECO 0471

tel: 617-354-9595
fax: 617-354-8899
www.echomail.com

MAR-17-2003 MON 12:51 PM                              FAX NO.                               P. 03/03

This Schedule is governed by the Terms and Conditions and/or the Master Agreement. Payment or PO# is due prior to start of work. Both parties below acknowledge and agree to the foregoing as of this 1st day of March 2003, and to execute their respective performance obligations as set forth in the Statement(s) of Work attached hereto and made a part hereof.

EchoMail, Inc.                                  Client

By: _____                   By: _____/s/ illegible_____

Print: V.A Shiva Ayyadurai                      Print: _Matthew Coenio_

Title: President/CEO                            Title: _Director - IED US. Operations_

                                                PO#: _____



EchoMail   Customer

CONFIDENTIAL ECO 0472