UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC.,<br><br>         Plaintiff,<br><br>         v.<br><br>AMERICAN EXPRESS COMPANY and IBM CORP.,<br><br>         Defendants. | Civil Action No. 05-11318-NMG |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*
OF CLARK P. RUSSELL AS CO-COUNSEL FOR THE
DEFENDANT AMERICAN EXPRESS COMPANY**

John F. Farraher, Jr., a member of this Court and a member of the firm of Greenberg Traurig, LLP, respectfully moves for the admission to the Bar of this Court, *pro hac vice*, of Clark P. Russell as co-counsel for the Defendant, American Express Company. In support of this Motion, attached as Exhibit A is a Certificate For Admission *Pro Hac Vice* of Clark P. Russell certifying that (1) he is a member of the Bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the Bar of any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Clark P. Russell be admitted to the Bar of this Court, *pro hac vice*, to appear as co-counsel for the Defendant, American Express Company.

        Respectfully submitted,

        AMERICAN EXPRESS COMPANY

        By its attorneys,

        /s/ John F. Farraher, Jr.
        John F. Farraher, Jr. (BBO #568194)
        GREENBERG TRAURIG, LLP
        One International Place, 20th Floor
        Boston, MA 02110
        Tel: (617) 310-6000
        Fax: (617) 310-6001

Dated: August 30, 2006

## RULE 7.1(A)(2) CERTIFICATE

I, John F. Farraher, Jr., hereby certify that I have conferred with counsel for the plaintiff, EchoMail, Inc. and counsel for the co-defendant, IBM Corp., and they have ASSENTED to the allowance of this motion.

        /s/ John F. Farraher, Jr.
        John F. Farraher, Jr.

**CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicted as non registered participants on August 30, 2006.

                                            /s/ John F. Farraher, Jr.
                                            John F. Farraher, Jr.

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY and IBM CORP., <br><br> Defendants. | Civil Action No. 05-1131-NMG |

**CERTIFICATE FOR ADMISSION**
**PRO HAC VICE OF CLARK P. RUSSELL**

I, Clark P. Russell, hereby depose on oath and say:

1. I am a member of the bars of the State of New Jersey, State of New York and various Federal Courts, including the United States Court of Appeals for the Seventh Circuit, the United States District Court for the District of New Jersey, the Eastern District of New York and the Southern District of New York.

2. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for

the District of Massachusetts.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30th DAY OF AUGUST, 2006.**

/s/ Clark P. Russell
Clark P. Russell, NJ Bar
#005552002
Greenberg Traurig, LLP
200 Park Avenue
P.O. Box 677
Florham Park, NJ  07932
Telephone:  (973)360-7900
Facsimile:  (973) 301-8410