UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11318-NMG |
| ) | |
| AMERICAN EXPRESS CO. ) | |
| and IBM CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF ECHOMAIL, INC.'S MOTION WITHDRAW

Plaintiff EchoMail hereby moves to withdraw its Motion to Compel Answers to Interrogatories from Defendant IBM Corporation (doc. # 61).

Respectfully submitted,

ECHOMAIL, INC.,
By its attorneys

/s/ Lisa A. Tenerowicz
_____
Alan D. Rose (BBO#427280)
Alan D. Rose, Jr. (BBO#628871)
Lisa A. Tenerowicz (BBO#654188)
ROSE, CHINITZ & ROSE
29 Commonwealth Avenue
Boston, MA 02116
Tel: 617-536-0040
Fax: 617-536-4400

Date: October 16, 2006

## Certificate of Service

I hereby certify that this document filed through the ECF system on this 16th day of October, 2006, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 16, 2006.

/s/ Lisa A. Tenerowicz
_____
Lisa A. Tenerowicz