**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
ECHOMAIL, INC.,                         )
                                        )
        Plaintiff,                  )
                                        )
v.                                      )   Civil Action No. 05-11318-NMG
                                        )
AMERICAN EXPRESS COMPANY                )
and IBM CORPORATION                     )
                                        )
        Defendants.                 )
_____)

**PLAINTIFF ECHOMAIL INC.'S MOTION FOR LEAVE TO FILE A REPY TO DEFENDANTS AMERICAN EXPRESS COMPANY'S AND INTERNATIONAL BUSINESS MACHINE COPORATION'S OPPOSTION TO ECHOMAIL'S MOTION TO EXTEND DISCOVERY DEADLINES**

Pursuant to Local Rule 7.1(B)(3) Plaintiff EchoMail, Inc. ("EchoMail") respectfully requests leave to file a Reply to Defendants American Express Company's ("AmEx") and International Business Machine Corporation's Oppositions to EchoMail's Motion to Extend Discovery Deadlines (Docket Nos. 64 & 65).  A Reply is necessary to address the defendants' arguments and call the Court's attention to the mischaracterizations and factual misstatements contained in the Defendants' submissions.  The proposed Reply accompanies this Motion.

      WHEREFORE, Plaintiff EchoMail respectfully requests leave to file a Reply to Defendants' Oppositions to EchoMail's Motion to Extend Discovery Deadlines.

        ECHOMAIL, INC.

        By their attorneys,

        /s/ Alan D. Rose, Jr.
        _____

        Alan D. Rose (BBO# 427280)
        Alan D. Rose, Jr. (BBO#628871)
        Lisa A. Tenerowicz (BBO#654188)
        ROSE, CHINITZ & ROSE
        29 Commonwealth Avenue
        Boston, MA  02116
        Tel: 617-536-0040
        Fax: 617-536-4400

Date: November 1, 2006

## Certificate of Service

    I hereby certify that this document filed through the ECF system on this 1st day of November, 2006, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 1, 2006.

        /s/ Alan D. Rose, Jr.
        _____

        Alan D. Rose, Jr.