UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
ECHOMAIL, INC.,                )
                               )
            Plaintiff,         )
                               )
v.                             )   Civil Action No. 05-11318-NMG
                               )
AMERICAN EXPRESS CO.           )
and IBM CORP.,                 )
                               )
            Defendants.        )
_____)

**PLAINTIFF ECHOMAIL, INC.'S**
**MOTION TO EXTEND DISCOVERY DEADLINES**

Plaintiff EchoMail, Inc. ("EchoMail") hereby moves to extend the expert discovery deadlines in this case. On October 13, 2006, EchoMail filed a motion to extend the deadline for fact discovery in this case until December 15, 2006. On October 27, 2006, defendants American Express Company ("AmEx") and IBM Corporation ("IBM") opposed that motion. On November 1, 2006, EchoMail filed a reply. To date, the Court has not ruled on EchoMail's pending motion. The discovery sought is still necessary but the requested extension date has now passed.

Accordingly, as grounds for this motion and the limited relief it seeks, EchoMail states as follows:

1.      On July 17, 2006, the Court ordered that all non-expert discovery, including non-expert depositions, was to be completed by October 16, 2006. Following that order, the parties worked cooperatively to schedule and complete discovery, including the depositions that each party believed are essential to its respective case. To that end, the parties worked together to

bring deposition witnesses from Arizona, Florida, North Carolina and New Jersey to New York City and Boston in an effort to reduce travel time and avoid delay.

2. Furthermore, the parties worked together to group deponents in such a way that the depositions could be taken efficiently and on successive days. As a result, the parties were able to schedule and complete the depositions of three (3) IBM witnesses, six (6) AmEx witnesses, and six (6) EchoMail witnesses.

3. Despite this cooperative effort, as discovery proceeded, EchoMail determined that additional fact discovery was needed from defendants AmEx and IBM. AmEx and IBM sought to deprive EchoMail of this necessary discovery.

4. Accordingly, on October 13, 2006, EchoMail filed a motion to extend the deadline for fact discovery in this case until December 15, 2006. In that motion, EchoMail stated that it needed several additional weeks to complete fact discovery in the case, including depositions of AmEx and IBM representatives pursuant to Fed. R. Civ. P. 30(b)(6), a supplemental, but narrowly tailored additional document request to AmEx, a motion to compel answers to interrogatories from IBM, and a *subpoena duces tecum* to Ameriprise Financial.

5. On October 27, 2006, AmEx and IBM opposed EchoMail's motion (Doc. # 64 and Doc. # 65), and EchoMail filed a reply on November 1, 2006 (Doc. # 66).

6. Notwithstanding its firm belief that the additional discovery outlined in its October 13, 2006 motion to extend discovery was both necessary and warranted, EchoMail awaited a decision from the Court and did not seek this additional discovery in the absence of Court authorization to do so.

7. To date, however, the Court has not ruled on EchoMail's pending motion. EchoMail nevertheless believes that the discovery sought in that motion is still necessary.

EchoMail also seeks additional time to complete the expert discovery that it believes is necessary.

8.	In addition, once discovery is completed, the parties will need sufficient time to prepare and respond to motions pursuant to Rule 56, which explains why the parties seek to extend that deadline and the scheduling of the pretrial conference as well.

9.	The extension of the discovery deadlines sought in this motion will not unduly delay the ultimate resolution of this action and are in the interests of justice.

WHEREFORE, Plaintiff EchoMail respectfully requests that the Court extend the discovery deadlines as follows:

1. Plaintiff will designate experts by February 14, 2007 and defendants will designate experts by March 7, 2007.

2. All expert depositions will be completed by March 30, 2007.

3. Dispositive motions will be filed by April 13, 2007 and responses by May 11, 2007.

4. Trial date to be set by the Court.

Respectfully submitted,

ECHOMAIL, INC.,
By its attorneys,

/s/ Lisa A. Tenerowicz
_____
Alan D. Rose (BBO#427280)
Alan D. Rose, Jr. (BBO#628871)
Lisa A. Tenerowicz (BBO#654188)
ROSE, CHINITZ & ROSE
29 Commonwealth Ave
Boston, Massachusetts 02116
Tel: 617-536-0040
Fax: 617-536-4400

Date:  January 9, 2007

Certification of Compliance with Local Rule 7.1

      Pursuant to Local Rule 7.1(A) (2), I hereby certify that on or about December 21, 2006, January 4, and January 5, 2007, I conferred with AmEx's counsel, Louis Smith, in an effort to resolve or limit the issues presented by this motion. We were unable to resolve or narrow the issues presented in this motion. In addition, on January 5 and January 8, and January 9, 2007, I conferred with IBM's counsel, Stephen Poss, in a similar effort to resolve or narrow the issues presented in this motion but were unable to do so.

                                                    /s/ Lisa A. Tenerowicz
                                                    _____
                                                      Lisa A. Tenerowicz

Certificate of Service

      I hereby certify that this document filed through the ECF system on this 9th day of January, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 9, 2007.

                                                     /s/ Lisa A. Tenerowicz
                                                      _____
                                                     Lisa A. Tenerowicz