UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC.,<br><br>               Plaintiff,<br><br>               v.<br><br>AMERICAN EXPRESS COMPANY and IBM CORP.,<br><br>               Defendants. | Civil Action No. 05-11318 |

**DEFENDANT AMERICAN EXPRESS COMPANY'S OPPOSITION
TO MOTION TO EXTEND DISCOVERY DEADLINES**

Defendant American Express Company ("American Express") for the following reasons opposes Plaintiff EchoMail, Inc.'s ("EchoMail") Motion to Extend Discovery Deadlines ("Third Motion to Extend"):[1]

1.     Per an Order entered on December 8, 2005, this Court set July 15, 2006 as the deadline to complete fact discovery in this matter. That deadline could not be met because EchoMail failed to proceed diligently with regard to discovery, and thus on June 27, 2006, EchoMail filed its first Motion to Extend Discovery Deadlines ("First Motion to Extend").

2.     The Court granted EchoMail's First Motion to Extend, and the deadline regarding fact discovery was extended to October 16, 2006. The Court required EchoMail to designate any experts by November 30, 2006, defendants to designate any experts by December 22, 2006, and experts depositions to be completed by January 31, 2007.

---

[1] As discussed below, this motion marks the third time that EchoMail has requested that the Court extend discovery deadlines in this case. The earlier requests were filed on June 27, 2006 and October 13, 2006, respectively.

3. After receiving its requested extension from the Court, EchoMail once again failed to proceed diligently with discovery. As a result, on October 13, 2006, EchoMail filed its second Motion to Extend Discovery Deadlines ("Second Motion to Extend"), which was opposed by both American Express and IBM Corporation. EchoMail sought to extend fact discovery through December 15, 2006, but otherwise did not "seek to extend the other deadlines in the case, including the January 31, 2007 deadline for expert discovery and the February 15, 2007 deadline for dispositive motions." Second Motion to Extend at 1.

4. Thus, under the schedule requested by EchoMail in its Second Motion to Extend, EchoMail would have been required to designate experts while fact discovery remained on-going. Despite that, EchoMail never designated any experts or served any expert reports.

5. The Court did not grant EchoMail's Second Motion to Extend. On January 9, 2007, EchoMail filed this Third Motion to Extend, seeking to extend all deadlines in the case.

6. EchoMail provides no explanation as to why it failed to designate experts or serve expert reports by the November 30, 2006, deadline. EchoMail in its Second Motion to Extend indicated that it would designate any experts while fact discovery remained on-going and would not seek to extend any other deadlines. There is no basis now, long after the applicable deadlines have passed, to push out deadlines and thus delay further the resolution of this matter. American Express thus opposes the relief sought by EchoMail in its Third Motion to Extend.

        Respectfully submitted,

        AMERICAN EXPRESS COMPANY
        By its attorneys,


        /s/ John F. Farraher, Jr.
        John F. Farraher, Jr.  BBO # 568194
        Greenberg Traurig, LLP
        One International Place, 20th Floor
        Boston, Massachusetts  02110
        Tel: (617) 310-6000
        Fax: (617) 310-6001

Dated:  January 23, 2007


## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on January 23, 2007.


        /s/ John F. Farraher, Jr.