```
                  United States District Court
                    District of Massachusetts
```

| | |
|---|---|
| ECHOMAIL, INC.,<br>    Plaintiff,<br><br>    v.<br><br><br>AMERICAN EXPRESS COMPANY, INC.<br>and INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.<br>) 05-11318-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM & ORDER**

GORTON, J.

    Pending before this Court are two motions of plaintiff EchoMail, Inc. ("EchoMail"), a provider of web-based software, hardware and services designed for e-mail management, to extend discovery deadlines. The defendants in the matter, American Express Company ("AmEx") and International Business Machines Corporation ("IBM") oppose both motions.

    On July 17, 2006, this Court allowed a motion of EchoMail for an extension of time to complete discovery, and the deadline was extended to October 16, 2006. Three days before that deadline, EchoMail filed a second motion for an extension of time, claiming that it needed limited relief to complete

additional discovery in the case. EchoMail identified the following additional items: deposition testimony of IBM and AmEx representatives pursuant to Fed. R. Civ. P. 30(b)(6), a narrowly tailored supplemental document request to AmEx and a <u>subpoena duces tecum</u> to Ameriprise Financial (formerly American Express Financial Advisors).[1]

EchoMail now seeks additional fact discovery as well as to extend all other discovery deadlines. Having reviewed all of the parties' filings, the Court concludes that in the interests of justice, the Court will allow the plaintiff's request for a limited extension of discovery deadlines, including fact discovery. The Court hastens to add that this is the <u>very last</u> extension and any further discovery disputes that cannot be resolved by counsel will be resolved by the Court, together with the award of substantial costs against the losing party, commensurate with that party's ability to pay.

**ORDER**

Accordingly, the plaintiff's motion for extension of time (Docket No. 62) and motion to extend discovery deadlines (Docket No. 68) are ALLOWED. The discovery deadlines are hereby extended as follows:

---

[1] According to the docket, EchoMail's motion to compel answers to interrogatories from IBM (Docket No. 61) was withdrawn on October 16, 2006.

1) Plaintiff is permitted to take the additional discovery requested in its motion to extend deadline (Docket No. 62) but no more and all fact discovery shall be completed on or before April 13, 2007;

2) Plaintiff shall designate its experts on or before April 27, 2007 and defendants shall designate their experts on or before May 18, 2007 and Rule 26 information with respect to such experts shall be produced on those respective dates;

3) all expert depositions shall be completed on or before June 8, 2007;

4) dispositive motions shall be filed on or before June 22, 2007 and responded to on or before July 20, 2007;

5) a final pretrial conference will be held on Friday, October 19, 2007 at 3:00 p.m and

6) Jury Trial will commence on Monday, October 29, 2007 at 9:00 a.m.

**So ordered.**

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated: February 8, 2007