# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC.,<br><br>                  Plaintiff,<br><br>    v.<br><br>AMERICAN EXPRESS CO. and INTERNATIONAL BUSINESS MACHINES, CORP.,<br><br>                  Defendants. | Civil Action No. 05-11318-NMG<br><br>Oral Argument Requested |

## DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant International Business Machines Corporation ("IBM") respectfully moves for summary judgment on Counts I, II, and III of Plaintiff EchoMail, Inc.'s ("EchoMail") Complaint ("Complaint"). In support of this motion, IBM submits contemporaneously herewith IBM's Memorandum of Law in Support of Its Motion for Summary Judgment, the Declaration of Stephen D. Poss in Support of International Business Machines Corporation's Motion for Summary Judgment, the Declaration of Sheryl A. Koval in Support of International Business Machines Corporation's Motion for Summary Judgment, and a Local Rule 56.1 Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment.

WHEREFORE, for these reasons and those set forth more fully in IBM's Memorandum of Law filed herewith, IBM respectfully requests that the Court grant this motion and enter summary judgment in its favor:

    1. Dismissing the Complaint against IBM in its entirety with prejudice;

2. Awarding IBM the costs and fees of this Motion; and

3. Such other and further relief as the Court deems just and proper.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I certify that I conferred with counsel for the Plaintiff in a good faith attempt to resolve or narrow the issues presented by this motion.

_____/s/ Stephen D. Poss_____

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), IBM believes that oral argument may assist the Court and respectfully requests a hearing on this motion.

Respectfully submitted,

IBM CORPORATION,

By its attorneys,

___/s/ Stephen D. Poss_____
Stephen D. Poss
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

and

Thomas G. Rafferty
Rowan D. Wilson
(both admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Dated: June 22, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 22, 2007.

    _/s/ Stephen D. Poss_____