**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ECHOMAIL, INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>AMERICAN EXPRESS CO. and<br>INTERNATIONAL BUSINESS<br>MACHINES, CORP.,<br><br>            Defendants. | Civil Action No. 05-11318-<br>NMG |

<u>**DECLARATION OF SHERYL A. KOVAL IN SUPPORT OF DEFENDANT
INTERNATIONAL BUSINESS MACHINES CORPORATION'S MOTION FOR
SUMMARY JUDGMENT**</u>

I, Sheryl A. Koval, do hereby declare and state as follows:

1.     I am attorney with the law firm of Goodwin Procter LLP and licensed to practice in the state of Massachusetts.

2.     On May 15, 2007, I conducted a search of archived EchoMail.com websites through the website Archive.org.

3.     Archive.org provides access to archived copies of websites through the "Wayback Machine" (Exhibit A).

4.     When a website address is entered into the Wayback Machine, the search engine retrieves an index of dates on which the website address was archived.  As described on the archive.org website, when a specific date is chosen, the resulting home pages "point to other archived pages at as close a date as possible" (Exhibit B).

5.     When EchoMail.com is typed into the Wayback Machine, it results in 263 archive dates for the years 1998-2006 (Exhibit C).

6.    Based on my search, I selected pages from the EchoMail.com website at various points in time and in its various iterations that existed from 2000 through the present.

7.    Attached to this affidavit at Exhibit D are copies of pages from the EchoMail.com website that resulted from choosing the March 2, 2000 date listed on the Wayback Machine results page. I selected the March 2, 2000 date because it appeared to be the first date on which there was a archived copy of the full EchoMail.com website.

8.    Attached to this affidavit at Exhibit E are copies of pages from the EchoMail.com website that resulted from choosing the March 27, 2002 date listed on the Wayback Machine results page. I selected the March 27, 2002 date as it appeared to be at or close to the date when a substantially revised version of the EchoMail.com website first appeared.

9.    Attached to this affidavit at Exhibit F are copies of pages from the EchoMail.com website that resulted from choosing the November 29, 2003 date listed on the Wayback Machine results page. I selected the November 29, 2003 date as it appeared to be at or close to the date when a substantially revised version of the EchoMail.com website first appeared.

10.    Attached to this affidavit at Exhibit G are copies of pages from the EchoMail.com website that resulted from choosing the December 11, 2004 date listed on the Wayback Machine results page. I selected the December 11, 2004 date as it appeared to be at or close to the last date available in 2004 that contained a fully workable archived version.

11.    Attached to this affidavit at Exhibit H are copies of pages from the EchoMail.com website that resulted from choosing the April 27, 2005 date listed on the Wayback Machine results page. I selected the April 27, 2005 date because it was the closest date preceding the May 4-5, 2005 Technical Due Care review.

12.     Attached to this affidavit at Exhibit I are copies of pages from the EchoMail.com website

as it appeared on May 15, 2007.  I printed these pages directly from the EchoMail.com website

on that date.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts

that the foregoing is true and correct.  Executed this 22nd day of June 2007 in Boston,

Massachusetts.

_____
Sheryl A. Koval


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the
registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies
will be sent to those indicated as non registered participants on June 22, 2007.

/s/ Stephen D. Poss

- 3 —

# EXHIBIT A



**INTERNET ARCHIVE**

Web | Moving Images | Texts | Audio | Software | Education | Patron Info | About IA

Forums | FAQs | Contributions | Jobs | Donate

Search: [_____] All Media Types [GO]

Upload    Anonymous User (login or join us)    [RSS]

## Welcome to the Archive

The Internet Archive is building a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public.

## Web



85 billion pages

http:// [Take Me Back]
Advanced Search

## Texts
215,976 texts

Browse (by keyword)  [RSS]

**This Just In** (more)

[untitled item]
34 minutes ago

Curator's Choice (more)



Recent Reviews

**The bird book - illustrating in natural colors....**

The tales and poems of Edgar Allan Poe

## Audio
143,735 recordings

Browse (by keyword)  [RSS]

**This Just In** (more)

Jennifer from San....
24 minutes ago

Curator's Choice (more)



Recent Reviews

**The Great Failure of Wikipedia**
"The Great Failure of Wikipedia": Presentation by Jason Scott at Notacon 3 in Cleveland, Ohio, on...

Take Pills Die - 07.02.22 I'll See You When My Battery Dies

## Live Music Archive
39,430 concerts

Browse (by band)  [RSS]

**This Just In** (more)

Alfred Howard and the...
1 hour ago

Curator's Choice (more)



**Dave Alvin Live at The Neighborhood Church on...**
Disc 1: 1 Rachel 3:34 2 (Please Welcome) 0:28 3 Blackjack David 6:55 4 (Last Year) 0:25 5 Dry River....

Recent Reviews

Northwoods Band Live at Miramar Theatre on 2007-06-14

## Announcements (more)

new upload and download count systems

Book digitization discussion on NPR

Internet Archive officially a library

## Moving Images
73,061 movies

Browse (by keyword)  [RSS]

**This Just In** (more)

Meet the Robinsons [150....
29 minutes ago

Curator's Choice (more)



**This Charming Couple**
Marriage training film dramatizing a partnership too fraught with conflicts to survive. Produced as...

Recent Reviews

US Hysteria
Average rating: ☆☆☆☆☆

**dh2666**
Average rating: ★★☆☆☆

Average rating: ★★★★★
Grateful Dead Live at Greek Theatre, U. Of California on 1987-06-19
Average rating: ★★★☆☆

**tpd079**
Average rating: ★★★★☆
Mr Duke - I Can't Find My Keys (emp037)
Average rating: ★★★★★

Average rating: ★★★★☆
Lenore
Average rating: ★★★★☆

## Most recent posts (write a post by going to a forum) more...

| Subject | Poster | Forum | Replies | Views | Date |
|---|---|---|---|---|---|
| Re: Question about religion (non-Dead) | acetboy | GratefulDead | 2 | 23 | 1 minute ago |
| Re: The Studio. | acetboy | GratefulDead | 0 | 1 | 11 minutes ago |
| Re: The Studio. | high flow | GratefulDead | 0 | 3 | 30 minutes ago |
| LAMA - new site | Scrim | GratefulDead | 0 | 16 | 34 minutes ago |
| Re: Jam Bands...where do you stand? | Liamfinnegan | GratefulDead | 0 | 5 | 41 minutes ago |
| Re: Jam Bands...where do you stand? | fireeagle | GratefulDead | 0 | 8 | 49 minutes ago |
| Re: recent DL 7's & thanks | William Tell | GratefulDead | 0 | 6 | 50 minutes ago |
| The Studio. | Earl B. Powell | GratefulDead | 2 | 30 | 52 minutes ago |
| Re: Jam Bands...where do you stand? | William Tell | GratefulDead | 0 | 12 | 54 minutes ago |
| Re: Jam Bands...where do you stand? | acetboy | GratefulDead | 0 | 6 | 1 hour ago |

**Institutional Support**

| | | |
|---|---|---|
| Alexa Internet | National Science Foundation | Hewlett Foundation |
| HP Computer | Library of Congress | |
| The Kahle/Austin Foundation | LizardTech | Individual contributors |
| Prelinger Archives | Sloan Foundation | |

Skin: classic | columns | custom!
Skin: classic | columns | custom!

# EXHIBIT B



**Web** | **Moving Images** | **Texts** | **Audio** | **Software** | **Education** | **Patron Info** | **About IA**



Home     Wayback Machine | Blog | Researcher Access | FreeCache | SFLan | Petabox | Heritrix | Open Source Media | BookMobile

**Search:**      Wayback Machine     GO!     Upload     **Anonymous User** (login or join us)

Advanced Search

---

**About the Wayback Machine**

Browse through 85 billion web pages archived from 1996 to a few months ago. To start surfing the Wayback, type in the web address of a site or page where you would like to start, and press enter. Then select from the archived dates available. The resulting pages point to other archived pages at as close a date as possible. Keyword searching is not currently supported.

http://archive.bibalex.org, the Internet archive at the New Library of Alexandria, Egypt, mirrors the Wayback Machine. Try your search there when you have trouble connecting to the Wayback servers.

Wayback Machine Hardware

Web Collaborations with the Smithsonian and the Library of Congress

Terms, Privacy, Copyright

Contact Us

Frequent Asked Questions

---

**Contributors**

Aaron Parkening

---

**The Wayback Machine**

http://                  Take Me Back

Advanced Search

---

**Around the World in 2 Billion Pages**

Join us in capturing 2 billion pages from around the world! This project is designed to create a unique global snapshot of the Web and to help improve and demonstrate the scalability of the Heritrix web crawler. The crawl has begun!

---

**Web Archiving Services**



ARCHIVING THE INTERNET FOR FUTURE GENERATIONS
COLLECT IT, MANAGE IT, SEARCH IT...ARCHIVE-IT

Archive-It is a subscription-based archiving service geared towards a broad range of institutions. The service enables subscribers to capture, catalog, and preserve online material from their own institutions as well as from the world wide web. Users are able to create and access their text searchable collections, without needing technical support or infrastructure.

Current partners include the Library of Congress, Library of Virginia, University of Toronto, University of Southern California, Indiana University and North Carolina State Archives, alongside other respected academic and memory institutions.

Contact the Archive-It team for more details about subscribing to this service and to learn more about our Curated and Domain Crawl services.

EXHIBIT C



INTERNET ARCHIVE
**WayBackMachine**

**Enter Web Address:** http://          All ▓    Take Me Back    Adv. Search  Compare Archive Pages

Searched for **http://www.echomail.com**

Note some duplicates are not shown. See all.
* denotes when site was updated.

# Search Results for Jan 01, 1996 - Jun 20, 2007

**263** Results

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 3 pages | 7 pages | 16 pages | 17 pages | 18 pages | 26 pages | 40 pages | 58 pages | 27 pages |
| | | Nov 11, 1998 * | Jan 25, 1999 * | Mar 02, 2000 * | Feb 24, 2001 * | Feb 03, 2002 | Jan 26, 2003 | Jan 31, 2004 * | Jan 26, 2005 * | Jan 01, 2006 |
| | | Dec 05, 1998 | Jan 28, 1999 | Mar 03, 2000 | Feb 25, 2001 | Mar 27, 2002 * | Feb 01, 2003 | Feb 06, 2004 | Jan 29, 2005 | Jan 02, 2006 |
| | | Dec 12, 1998 | Feb 08, 1999 * | May 10, 2000 | Mar 31, 2001 | May 31, 2002 * | Feb 05, 2003 | Feb 22, 2004 * | Feb 04, 2005 * | Jan 06, 2006 * |
| | | | Aug 24, 1999 * | May 20, 2000 | Apr 02, 2001 | Jun 03, 2002 | Feb 10, 2003 | Mar 21, 2004 * | Feb 10, 2005 | Jan 07, 2006 |
| | | | Aug 28, 1999 | May 29, 2000 | Apr 09, 2001 * | Jun 05, 2002 | Mar 20, 2003 | Apr 03, 2004 | Feb 11, 2005 | Jan 08, 2006 |
| | | | Oct 12, 1999 | Jun 20, 2000 | May 04, 2001 | Jul 27, 2002 | Mar 23, 2003 | Apr 23, 2004 * | Feb 13, 2005 | Jan 09, 2006 |
| | | | Oct 13, 1999 | Jul 06, 2000 | May 16, 2001 | Aug 01, 2002 | Apr 21, 2003 | May 07, 2004 * | Feb 18, 2005 * | Jan 10, 2006 |
| | | | | Aug 16, 2000 * | May 17, 2001 | Aug 02, 2002 | Apr 24, 2003 | May 20, 2004 | Feb 20, 2005 * | Jan 14, 2006 * |
| | | | | Oct 18, 2000 * | May 20, 2001 | Aug 14, 2002 | May 25, 2003 | Jun 04, 2004 | Feb 25, 2005 | Jan 27, 2006 |
| | | | | Oct 18, 2000 * | Jun 24, 2001 * | Sep 21, 2002 | Jun 10, 2003 | Jun 07, 2004 | Feb 28, 2005 | Jan 29, 2006 * |
| | | | | Oct 19, 2000 * | Oct 12, 2001 | Oct 07, 2002 | Jun 25, 2003 | Jun 10, 2004 | Mar 01, 2005 * | Jan 30, 2006 |
| | | | | Oct 19, 2000 * | Oct 13, 2001 | Oct 16, 2002 | Jun 27, 2003 | Jun 12, 2004 | Mar 03, 2005 * | Feb 01, 2006 |
| | | | | Oct 26, 2000 * | Oct 14, 2001 | Nov 13, 2002 * | Jul 27, 2003 | Jun 20, 2004 * | Apr 03, 2005 * | Feb 02, 2006 * |
| | | | | Nov 09, 2000 * | Oct 15, 2001 | Nov 21, 2002 | Jul 28, 2003 | Jun 22, 2004 | Apr 27, 2005 * | Feb 05, 2006 * |
| | | | | Nov 19, 2000 * | Oct 16, 2001 | Nov 23, 2002 | Aug 06, 2003 | Jun 23, 2004 | May 07, 2005 * | Feb 06, 2006 |
| | | | | Dec 06, 2000 | Oct 17, 2001 | Nov 24, 2002 | Sep 27, 2003 | Jun 26, 2004 | May 19, 2005 * | Feb 08, 2006 |
| | | | | | Oct 18, 2001 | Nov 29, 2002 | Oct 02, 2003 | Jul 02, 2004 | May 21, 2005 | Mar 02, 2006 * |
| | | | | | | Dec 13, 2002 | Oct 11, 2003 | Jul 03, 2004 | Jun 12, 2005 | Mar 05, 2006 |
| | | | | | | | Oct 14, 2003 | Jul 04, 2004 | Jun 18, 2005 | Apr 06, 2006 * |
| | | | | | | | Oct 16, 2003 | Jul 11, 2004 | Jun 30, 2005 * | Apr 12, 2006 |
| | | | | | | | Nov 29, 2003 * | Jul 15, 2004 | Jul 08, 2005 * | Apr 20, 2006 |
| | | | | | | | Dec 04, 2003 | Jul 26, 2004 * | Jul 13, 2005 | Apr 21, 2006 |
| | | | | | | | Dec 12, 2003 | Aug 02, 2004 * | Jul 17, 2005 | Apr 24, 2006 * |
| | | | | | | | Dec 22, 2003 | Aug 14, 2004 * | Jul 27, 2005 * | Apr 27, 2006 |
| | | | | | | | Dec 26, 2003 | Aug 30, 2004 * | Jul 29, 2005 | May 18, 2006 * |
| | | | | | | | | Sep 06, 2004 * | Aug 06, 2005 * | May 19, 2006 |
| | | | | | | | | Sep 09, 2004 | Aug 09, 2005 | Jun 02, 2006 * |
| | | | | | | | | Sep 11, 2004 * | Aug 13, 2005 | |
| | | | | | | | | Sep 22, 2004 | Aug 14, 2005 * | |

Sep 23, 2004 *
Sep 24, 2004
Oct 20, 2004 *
Oct 22, 2004
Oct 24, 2004 *
Nov 25, 2004 *
Dec 04, 2004 *
Dec 05, 2004
Dec 05, 2004 *
Dec 11, 2004 *
Dec 18, 2004

Aug 28, 2005 *
Aug 31, 2005
Sep 23, 2005 *
Sep 24, 2005
Oct 01, 2005 *
Oct 25, 2005 *
Oct 30, 2005 *
Nov 02, 2005
Nov 06, 2005
Nov 09, 2005 *
Nov 25, 2005 *
Nov 26, 2005
Nov 27, 2005
Nov 30, 2005 *
Dec 01, 2005
Dec 03, 2005
Dec 05, 2005
Dec 08, 2005 *
Dec 11, 2005 *
Dec 12, 2005
Dec 14, 2005 *
Dec 15, 2005 *
Dec 20, 2005
Dec 23, 2005 *
Dec 24, 2005
Dec 25, 2005
Dec 28, 2005 *
Dec 30, 2005
Dec 31, 2005

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# EXHIBIT D



## THE ECHOMAIL® SOLUTION

EchoMail helps companies leverage e-mail to more effectively manage their customer relationships and outsource their IT infrastructure deployment to an ASP. We provide our customers with a Web-based CRM platform that can be delivered either as a hosted application service or as in-house software.

The EchoMail solution manages both inbound and outbound e-mail-based communication through an integrated platform that offers:

- detailed real-time profiling and analysis of the customer,

- data warehousing of customer profiles and relevant customer data,

- high-quality Web-based customer service to meet the requests of the customer,

- creative and strategic solutions,

- rapid time to market,

- scalability and affordability, and

- targeted direct e-mail programs to build brand loyalty and to generate new sales via promotions

EchoMail enables businesses to use their incoming e-mail messages to (i) enhance the value of their Internet customer relationships, (ii) increase the effectiveness of their online business strategies and (iii) maximize the return on their Internet-related investments. The EchoMail solution provides the following benefits:

**Full Customer Relations Management Product Suite** - enables businesses to use the Internet to build profitable and long-term customer relationships by quickly and accurately responding to incoming e-mail messages or routing message traffic to the appropriate customer relations representative. In addition, EchoMail analyzes electronic dialog in real-time, memorizes and warehouses data and, fulfills customer care needs with input generated by e-mail.

**Increased Sales Opportunities** - improves service levels, leading to improved customer satisfaction and loyalty. The improvement in service, combined with EchoMail's ability to craft targeted responses and generate outbound promotions and advertising campaigns, enhances the opportunities of businesses to cross-sell and up-sell to current and new customers.

**Efficient Outbound Direct Marketing** - provides for direct marketing programs that have the ability to craft targeted outbound promotions and advertising campaigns.

**Reduced Customer Service Costs** - significantly reduces the number of customer service representatives required to service inbound e-mail from customers. Our system also reduces the cost per customer communication by enabling businesses to effectively manage incoming e-mail messages and communicate with their customers over a more cost-effective communications medium.

**Real-Time Market Research** - enables businesses to warehouse and mine incoming e-mail messages to produce real-time market research. Companies can use this market research to generate focused mailing lists and execute effective

▶ **The Solution:**
  - RMOS Training & Consulting
  - Hardware Network Architecture Design & Deployment

▶ **Inbound:**
  - Data Mining, Analysis & Pattern Recognition
  - E-Mail & Customer Database Integration
  - Software Hosting & Applications Services
  - Call Center Integration & Web-Based Customer Care

▶ **Outbound:**
  - Outbound
  - Newsletters
  - Case Study
  - Sendable E-Cards
  - E-Cards
  - Creative Process



©1995-2000 EchoMail, Inc.
All rights reserved.
Trademark & Copyright
Terms & Conditions of Use

outbound promotions and advertising campaigns.

**Scalability** - employs scalable, secure and reliable Web-based system architecture that is capable of managing more than 500,000 incoming e-mail messages per day.

**Ease of Integration with E-Commerce Platforms** - based on open standards, our applications can be integrated easily with leading e-commerce platforms, call center systems and customer databases, enabling customer service representatives to combine information from multiple applications to provide customer service representatives with comprehensive customer information.



## OUR ECHOMAIL® PRODUCT SUITE

In order to attract and retain your best customers, you need to know who they are, their wants, their needs, and their buying patterns. EchoMail provides that information by analyzing and interpreting vast quantities of data–customer demographics, product purchase histories, cross-sales, service calls, Internet experiences and online transactions–turning information into insight and developing conclusive, fact-based strategies to gain that competitive edge.



▶ **RMOS**™
Full suite of echomail products for customer relationship management.

▶ **Fact Sheet**
Detailed facts about the EchoMail product line.

▶ **FAQ's**
Frequently Asked Questions about EchoMail and its capabilities.

▶ **Benefits**
Check out the many benefits to using EchoMail.

▶ **Awards**
EchoMail continues to win awards in the fields of technology, customer service and marketing.

▶ **Global Features**
All of our product offerings include the following key features ...

▶ **Technology**
EchoMail is built on an open, scalable web-based architecture.



©1995-2000 EchoMail, Inc.
All rights reserved.
Trademark & Copyright
Terms & Conditions of Use

The knowledge you gain can then be distributed around your company or around the world, helping to make crucial and profitable decisions such as which markets to enter, which customers to pursue, and which products to promote.

EchoMail has in-depth, industry-specific experience across consulting services, hardware and software solutions. This approach can create business intelligence solutions that are tailored just for your business. We have a dedicated team of specialists with industry, applications and developer expertise all eager to help our customers store, mine and use information to their fullest advantage.



## TECHNOLOGY

EchoMail® is built on an open, scalable web-based architecture. Our technologies employ industry standards that facilitate integration with customers' databases and systems and enable our customers to develop applications on the EchoMail platform. These industry standards include Oracle, the Windows NT operating system, Lotus Domino and Sun Solaris.

EchoMail is also based on three core technologies that have been developed by our research and development team: (i) XIVA? -- a technology for e-mail categorization, (ii) Trinity?-- a scalable e-Mail processing architecture, and (iii) INO? -- a database model for inbound and outbound e-mail data storage.

*XIVA -- E-Mail Categorization.* Our core technology for e-mail categorization and classification, known as XIVA, was developed by our founder based on research and experience in the field of pattern recognition. Most systems to date attempt to categorize e-mail using the same mechanisms that were employed in traditional paper mail sorting, including denoting e-mail by category. The XIVA approach recognizes that e-mail, a type of digital matter, has properties very much like physical matter. These properties include attitude, issue, request, customer type and product/service type. Our technology and approach categorizes e-mail by each one of these properties. This enables EchoMail to elicit information about an e-mail with greater relevance and accuracy.

In addition, our approach to e-mail categorization employs a variety of technologies to ascertain values for the individual properties. Most systems either use neural networks, case-based reasoning or other singular approaches. Our methodology uses many different technologies, including thesauri, dictionaries and morphological analyzers. This hybrid approach is not tied to any particular technology and enables us to construct a mechanism for connecting the different technologies to ensure the best e-mail categorization.

- Our approach to analyzing and managing e-mail communication enables our EchoMail product suite to:
- provide our customers with a unique methodology of e-mail categorization,
- ensure scaleable deployments as e-mail volume increases,
- provide for accurate measures of categorization, and
- offer workflow mechanisms that allow users of the system to offer input to increase the accuracy of the categorization.

*Trinity -- Scaleable E-Mail Processing Architecture.* All of our software products are built on a standards-based, scalable architecture that is designed to address the evolving needs of companies engaged in e-commerce. Our architecture enables our platform to be placed on a single server or distributed across multiple servers with different operating systems. Our architecture enables our clients to quickly add hardware to increase scalability requirements.

*INO -- Database Model for Inbound and Outbound E-Mail Data.* The EchoMail product suite offers the ability to manage both inbound and outbound e-mail communications through the use of our INO database model. This model enables the seamless integration of both inbound and outbound transactions. In addition, this model also allows ease of integration with previously existing customer databases that may be client specific.

Since its initial release, EchoMail has received the following awards: the Internet Commerce Expo/LA Expo 1998 Best of Class Award for Best Messaging Solution, the 1997 Lotus Beacon Award for Best Messaging Solution and the 1997 Massachusetts Interactive Media Counsel (MIMC) Award for Best E-Mail/Fax Application.



©1995-2000 EchoMail, Inc.
All rights reserved.
Trademark and Copyright Info
Terms and Conditions of Use



## ECHOMAIL® STRATEGIC PARTNER PROGRAM

EchoMail develops alliances with best-of-breed solution and service providers. Our strategic partners include the most distinguished Web developers, eCommerce application developers, system integrators, database suppliers and Computer-Telephony Integration vendors in the market today. Each partner provides a complementary product or service that extends and enhances EchoMail's product line to deliver maximum value to our joint customers. By combining strengths, EchoMail and our partners provide a complete solution for eCustomer relations.

> "The Internet plays an integral part in our beyond-the-box strategy and service offerings," said Mike Mata, vice president of eCommerce and Business Development, Gateway Business. "The relationships we forge to deliver on this strategy are key to our success. EchoMail's technology and industry leadership position them well to define the e-customer relationship market. The company's business solutions give us the ability to help our business clients leverage the Internet to deliver optimum customer service."

### Solution Partners

Solution Partners are leading technology companies whose products integrate with EchoMail to deliver the most complete and extended Internet Front Office systems. Solution Partners include leading Internet services companies whose solution offerings combine with EchoMail to deliver maximum value and competitive advantage to our customers.

### System Integrators

EchoMail's system integrator/consulting partners bring expert business knowledge, industry expertise and unsurpassed technical ability to every phase of an EchoMail implementation. Offering a wide range of services, these partners build and deliver solutions that seamlessly integrate EchoMail into enterprise web, email, back-office and transaction systems.

### Resellers

EchoMail's reseller partners are industry-leading software companies that complement and add value to EchoMail. By embedding EchoMail's award winning applications in their comprehensive customer deployments, our reseller partners deliver more complete solutions at reduced risk and cost to our joint customers.

### Database

EchoMail applications run on both Microsoft SQL Server 6.5/7.0 and Oracle7 or Oracle8 Server. In addition, our partnerships with leading database suppliers ensure that EchoMail products can integrate and exchange data with DB2, Informix, Sybase and other ODBC compliant databases.

### How to Become a Partner

To provide the best solutions for our customers, EchoMail partners with companies that are leaders in their respective industries. Our shared goal is to deliver comprehensive, well-integrated systems that ensure our customers' success.

---

▶ **Become a Partner**
EchoMail partners with companies that are leaders in their respective industries.

▶ **The Weber Group**
A strategic partnership that offers a method to e-mail relationships.

▶ **IBM**
IBM selected EchoMail, Inc. for E-Care and E-Marketing Solutions.

▶ **Lotus**
EchoMail, Inc. is a Lotus Premium Business Partner.

▶ **Exodus**
Providing EchoMail, Inc. with premiere hosting facilities.

▶ **WIPRO**
WIPRO partners with EchoMail, Inc. to help Indian market improve e-business.

▶ **Open Market**
Collaborating on OM Transact for E-commerce transactions.

▶ **Sybase**
Sybase has selected EchoMail, Inc. as a premier business partner.



©1995-2000 EchoMail, Inc.
All rights reserved.
Trademark & Copyright
Terms & Conditions of Use

If you are interested in becoming a strategic partner click **here**.



**IBM**
IBM and EchoMail, Inc. have collaborated on many projects in the past. In 1997, IBM selected EchoMail® for E-Care and E-Marketing Solutions. Today, IBM re-markets EchoMail® and also uses it at Telcom/Media tradeshows.



©1995-2000 EchoMail, Inc.
All rights reserved.
Trademark and Copyright Info
Terms and Conditions of Use



**CALL ME NOW:**          **DEMO Request:**          **Job Opportunites:**

**Customers**

▶ **EchoMail Client List**
Our customers are the best in the world--enterprises that need a real, tested solution, not something that they will be tested with.

▶ **EchoMail Case Studies**
Learn how EchoMail serves our clients.

▶ **Rosie!**
Watch how customers rely so much on the power of EchoMail. *(Requires Macromedia Flash plugin)*

## BECOME A CUSTOMER

In today's business world one thing is certain: competition is more intense than ever--everyone is after your customers. And, thanks in part to the Internet; your company is compiling more customer data than ever before. EchoMail® solutions are helping our clients capitalize on the massive amounts of customer data they acquire, so they can keep their customers loyal and transform their business enterprise into a leading customer-focused, information-driven e-business.

Our primary markets include customer-focused enterprises such as electronic commerce, high technology, financial services, government, retail and the entertainment industry. Please review our client list and case studies to see how EchoMail is helping Global 2000 businesses develop successful e-business strategies.



©1995-2000 EchoMail Corporation
All rights reserved.
Trademark and Copyright Info
Terms and Conditions of Use



## ECHOMAIL® CASE STUDIES

**AT&T** - The Future of Communications:



AT&T knew that e-mail would be the future for communicating over the Internet. They wanted a solution that would handle the volumes of e-mail their websites would receive. After careful review and analysis, EchoMail® was selected. For two years, EchoMail® has provided sales leads, prompt and accurate responses to AT&T business clients, and routed e-mails in multiple languages to representatives all over the world. With EchoMail®, the future of communication is all within AT&T's reach.

**cK one** - cK one for Calvin Klein - Reaching the Next generation:



EchoMail® handles both inbound and outbound e-mail communications for the cK one advertising campaign. The campaign features a cast of young, hip characters and introduces an innovative interactive element: personal e-mail addresses for each character depicted in the advertising. EchoMail® was used to automate the process by which web users could send messages to the campaign characters, as well as to send outgoing customized responses and messages to these web users. With EchoMail®, consumers can begin personally interacting with the characters, forming connections to the campaign and its cast. The campaign's e-mail component has a simultaneous worldwide availability, and is changing direct marketing as we know it.

**Gateway** - Listening to customers in real time:



Gateway builds computers "Your Way", so they need to know what you want. EchoMail/DM® offers Gateway a wide range of valuable up-to-the-second market information based on web site user activities and inquiries. Advanced reporting, including an executive summary, and real-time tracking reports are automatically gathered from direct marketing campaigns and promotions. This valuable information is used to create Gateway's electronic mailing lists and web-based newsletters. EchoMail® helps Gateway bring affordable, personalized technology to their customers.

**IBM** - Supplying Leads in a Wireless World:



With over 600 tradeshow exhibits each year, IBM has proven to be a powerhouse in lead generation. Now, with EchoMail/LM®, IBM has real-time lead capture and management directly from the tradeshow floor using card scanners, business card readers and from IBM WorkPads. EchoMail® then automatically e-mails the lead to the appropriate sales representative and an e-brochure to the customer.

**JCPenney** - Fast Accurate Responses and High-Quality Customer Service:



JCPenney is one of the largest retail and catalog companies in the world. They know fast accurate responses and high quality customer service is key to survival. So, when JCPenney needed to solve their ?e-mail overload?, they chose the most accurate and effective e-mail classification and response system in the industry, EchoMail®.

---



©1995-2000 EchoMail, Inc.
All rights reserved.
Trademark and Copyright Info
Terms and Conditions of Use





"EchoMail® instantly enables you to improve customer satisfaction, strengthen your brand image and improve your productivity by compressing response times and improving the overall quality of response."
--*Robert Gibson,Solutions Executive, IBM*

**Products used:**
EchoMail Business Intelligence
EchoMail Lead Management

**Number of e-mails processed:**
Over 3 million inbound and outbound e-mails
Over 50 Lead Management campaigns
Integration with IBM's OMSYS sales database

**Service Solutions:**
Lead Management
Website & content development
Data Mining
Business Intelligence Support
Network Architecture
Workflow Analysis
Direct Mail and Strategic Planning
Training and Consulting

**Success Story: IBM**

**Company Overview:**
IBM Corporation ("IBM") is at the center of today's global technology revolution. It's fueling growth and inspiring people in ways not seen in a generation. An energized IBM management team has been transforming the enterprise and executing new strategic alliances. A core issue at IBM is leveraging their existing customer relationships and deepening new relationships. IBM has found its solution in the EchoMail Lead Management Module.

**Our Philosophy**
Information technology is changing every aspect of life: how people work, learn, and govern themselves, and how people think about communication and culture. For many businesses, future success is tied to customer satisfaction, and therefore, there is a business priority in rapidly responding to communications and requests for information. IBM places customer satisfaction as a core value.

**What EchoMail Does for IBM**
EchoMail provides IBM with the ability to respond to sales leads from the over 600 IBM trade shows its sponsors annually, from any digital-touch point, such as card readers, scanners, PDAs, or manual input devices. IBM's primary focus is to quickly turn around leads generated at trade shows. For example, during a recent IBM trade show, one lead generated by a request from a CEO of a major hardware manufacturer was responded to by the sales team on the floor, and by the time the CEO reached his hotel room later, there was a multimedia electronic brochure in his e-mail in box.

But the story even gets better.

Later that same evening, another of IBM's sales representatives, who was in Tokyo and unable to make the trade show, sent an e-mail and touched the customer for a second time within 24 hours. The direct, positive result of this proactive solution was $15 million in new business.

**IBM has been using EchoMail for 3 years**

**Types of Inquiries Handled**

- Requests for product catalogs
- Pricing requests
- Auto-Response and Auto-Suggest
- E-Mail feedback requests
- E-commerce queries

**Types of Data Records Handled and Capabilities**

- E-Mail Address
- Phone Number
- Fax Number
- Sales Representative Name
- Product/Solution(s) of Interest
- Trade Show Name
- Trade Show Date

At the close of the show, lead data is exported directly to the appropriate client database or for lead management via the following functions:

- Custom Query Generation
- Automatic Lead Distribution via E-Mail
- Targeted Outbound Mailings via E-Mail
- One- and Two-Dimensional Statistical Analysis
- Lead Qualification and Follow-Up

**The Real Value of EchoMail**
With EchoMail, IBM is proactively managing, responding and communicating with their customers. The EchoMail suite provides a one-stop solution to IBM's customer-relationship management and communication challenge. Every day, IBM's customers feel the positive effects of EchoMail. Today, the potential for using e-mail capabilities to improve marketing efforts and customer relationships is virtually limitless.

"Leveraging the strengths of DB2 Universal Database and MQSeries within EchoMail helps companies keep their fingers on the pulse of customer desires and manage effective direct e-mail campaigns and promotions."
--*Scott Armour*
*Director, Worldwide ISV Software*
*Sales & Marketing, IBM Software.*

**EchoMail has helped IBM generate over $15 million in real sales.**

**Primary EchoMail Benefits:**
EchoMail provides sales leads to IBM and accurate responses to IBM's business clients.

EchoMail routes e-mails to potential customers and sales representatives all over the world at any time of day.



©1995-2000 EchoMail, Inc.
All rights reserved.
Trademark and Copyright Info
Terms and Conditions of Use



**ECHOMAIL® CORPORATE FACT SHEET**
**ECHOMAIL CORPORATION**
The E-Mail Communications Company

**Mission:**

EchoMail Corp. delivers relationship marketing and unified intelligent messaging solutions that improve customer satisfaction and build brand loyalty.

**Markets:**

Customer-focused enterprises for which improved customer satisfaction and relationship marketing solutions are critical business requirements.

**Technology:**

Company founder, V.A. Shiva developed EchoMail's patented technology, XIVA™, from two decades of research in pattern recognition and classification. XIVA is at the heart of EchoMail's products. This core technology is based on decades of research in signal processing, information retrieval, neural networks, natural language processing and semantic networks. EchoMail's solutions deliver long-term, demonstrated ROI in high-volume, mission-critical applications.

**Product:**

**EchoMail®**

**EchoMail/CC®** is a state-of-the-art, turnkey workflow platform for receiving, managing, routing, responding and tracking inbound e-mail and/or Web form data originating from a Web site or an Internet address. EchoMail/CC is being used by customer service departments and call centers to increase the quality and speed of service to their most valuable asset - their customers.

**EchoMail/DM®** is a state-of-the-art, turnkey direct marketing platform for managing mailing lists and executing outbound e-mail campaigns. **EchoMail/DM®** is a scalable solution that integrates with the EchoMail suite of offerings including **EchoMail/CC®** and **EchoMail/RM®**, to fully realize the promise of one-to-one relationship marketing.

**EchoMail/RM®** is a state-of-the-art, turnkey relationship marketing platform. It offers the full workflow capabilities of **EchoMail/CC®** for receiving, managing, routing, responding to and tracking inbound e-mail at a Web site or Internet address **combined** with a Business Intelligence module that automates the
e-mail classification and response process. **EchoMail/RM®** also includes the full capabilities of **EchoMail/DM®** for executing direct e-mail campaigns and promotions.

**EchoMail/LM®** is the first Web-based, real-time lead capture and management system built specifically for trade shows. **EchoMail/LM®** allows companies to gather leads from the trade show floor, edit the information that's captured, post the data directly to the central database, and automatically export the data via the Web and e-mail. **EchoMail/LM®** can receive lead data from a magnetic card scanner, a business card reader, or from a user who manually enters the lead information. Since the system is web-based, designated users can log on during the trade show to monitor the progress of the sales leads that are generated. Users can also create custom queries and statistical reports in real time over the Web.

**Key Customers:**

AT&T, Allstate, Gateway, IBM, JCPenney, John Hancock, Nike, Sprint PCS, Unilever and others.

**Partnerships:**

IBM, TNTechnologies, Open Market, Lotus, Sybase, GTE Internet orking, Wipro Infotech (of India), Modem Media. Poppe Tyson, Internet Commerce Expo (ICE) and others.

**Offices:**

Headquartered in Cambridge, MA. Additional offices in Chennai (Madras), India.

**Home Office Address:**

66 Church Street
Cambridge, MA 02138
(617) 354-8585
**http://web.archive.org/web/20000607120715/http://www.echomail.com/flash/home.html**

**Founded:**

December, 1994- EchoMail Companies.

**Media Contact:**

Jane B. Welch, Director, Corporate Communications
(617) 354-8585, **press@interactive.com**

---



©1995-2000 EchoMail Corporation
All rights reserved.
Trademark and Copyright Info
Terms and Conditions of Use



**CUSTOMER QUOTES**

### Gateway

"The Internet plays an integral part in our beyond-the-box strategy and service offerings. The relationships we forge to deliver on this strategy are key to our success. EchoMail's technology and industry leadership position them well to define the e-customer relationship market. The company's business solutions give us the ability to help our business clients leverage the Internet to deliver optimum customer service."

*Mike Mata*
*Vice President of E-Commerce and Business Development*
*Gateway Business*

### Calvin Klein

"The next generation has different values and communicates in a very modern way. What you have is a new kind of intimacy that's really a paradox--people all over the world are more in touch than ever, but they're doing it one-to-one with e-mail and over the Internet."

*Calvin Klein*
*Calvin Klein Cosmetics Company*

### IBM

"EchoMail® is the new IP-based call center, the hub of the new marketing information and decision support center, and the future of one-to-one relationship marketing. It may sound too good to be true, and there is a catch: it is absolutely painless to get started and shows you results the first week after you decide to use it."

*Randall McComas*
*Vice President*
*Telecommunications*
*IBM*

### Meta Group

"We expect to see companies increasingly rely on e-mail as a sales, marketing and customer retention tool. These organizations will increasingly respond to inbound e-mail and create targeted outbound multi-media e-mail campaigns."

*Matthew Cain*
*Vice President*
*Meta Group*

### Patricia Seybold Group

"EchoMail® provides its customers with a turnkey solution designed to streamline the process of establishing and maintaining productive customer conversations using electronic mail,"

*Chad Rider*
*Patricia Seybold Group*

### IBM

"EchoMail® instantly enables you to improve customer satisfaction, strengthen your brand image and improve your productivity by compressing response times and improving the overall quality of response."

*Robert Gibson*

*Solutions Executive*

*IBM*

**Internet Commerce Expo**

"EchoMail® has been a great tool for our organization. It has greatly facilitated the planning, implementation and precision of our marketing programs, resulting in a more efficient deployment of staff time and resources."

*Michael Twohig*
*Vice President Business Operations*
*Internet Commerce Expo*

**GSDM**

"Thanks for all your help. You've set the new gold standard in customer service."

*Matthew Childs*
*Director of Interactive Services*
*GSDM*

---

©1995-2000 EchoMail, Inc.
All rights reserved.
Trademark and Copyright Info
Terms and Conditions of Use

# EXHIBIT E



CALL ME NOW | DEMO | PRESS ROOM



### The EchoMail Product Suite
The award-winning E-Mail Relationship Management solution for the Fortune 1000. The EchoMail Suite powers large volumes of inbound and outbound E-Mail by automatically receiving, processing, responding, storing and tracking all correspondence.



### EchoMail Customers
Fortune 1000 companies initiate, grow and retain relationships through E-Mail. EchoMail's customers represent a number of industries including financial services, consumer/retail, government, high-tech and telecommunications.



### Dr. E-Mail on Call
E-Mail—a real-time alternative for discovering new business opportunities. The next event will be held on April 25.



### Getting Creative at EchoMail
Celebrate spring with the latest seasonal greeting cards: For Spring a Spring Butterfly, April Showers, Butterfly Kisses, and for Tax Day (April 15) Tax Day Woman and Tax Day Man.

### EchoMail News
Please visit our press center for the latest information

### Four U.S. Senators Honored
With *The EchoMail 2002 Pioneer Award* for Constituent Care, Technology Integration, and E-Government.

### *Business Week* Special Report – The E-Mail Monster
EchoMail CEO discusses how marketers can stay on the good side of consumers.

### EchoMail Wins 2001 Product of the Year Award
From *Customer Inter@ction Solutions*™ for its E-Mail Management Solution.

### EchoMail in *The Wall Street Journal* Under the Radar
EchoMail Provides an Answer for the Avalanche of E-Mail.

### MSNBC, CNBC, and *The Wall Street Journal*
Feature EchoMail in "Could this be the end of snail mail?" stories.

### *The Wall Street Journal* on MSNBC
Mail Scare Could be Lethal for Businesses.

©1995-2002 EchoMail, Inc.
All rights reserved.
Trademark & Copyright
Terms & Conditions of Use





## OUR ECHOMAIL® PRODUCT SUITE

Since 1994, EchoMail has led the industry as an Application Service Provider (ASP). This deployment involves IT consulting, hardware setup, software installation, network design, Virtual Private Network (VPN) setup, hardware and software integration, monitoring and service level agreements, software upgrades and ongoing Management Information Services (MIS) support to ensure uptime and customer satisfaction.

**The EchoMail Digital Refinery™**

*Patent pending: All rights reserved.*

- **EchoMail Product Suite Summary**
  Full suite of echomail products for customer relationship management.
- **Technology**
  EchoMail is built on an open, scalable web-based architecture.
- **Awards & Honors**
  EchoMail continues to win awards in the fields of technology, customer service and marketing.
- **FAQ's**
  Frequently Asked Questions about EchoMail and its capabilities.
- **Features & Benefits**
  There are many benefits to using EchoMail.

©1995-2002 EchoMail, Inc.
All rights reserved.
Trademark & Copyright
Terms & Conditions of Use

EchoMail's patented technology, XIVA™, is a result of two decades of research in pattern recognition and classification, signal processing, information retrieval, neural networks, natural language processing, and semantic networks. EchoMail's solutions deliver long-term, demonstrated return on investment in high-volume, customer-critical enterprise-wide applications.



## EchoMail® Technology

EchoMail technology is built on an open, scalable, web-based architecture, employing industry standards that facilitate integration with customers' infrastructure. These industry standards include Oracle, Windows NT, Lotus Domino, and Sun Solaris.

EchoMail utilizes three core technologies:

I. Xiva™ – a technology for E-Mail categorization
II. Trinity™ – a scalable E-Mail processing architecture
III. INO™ – a database model for inbound and outbound E-Mail data storage

I. **XIVA – E-Mail Categorization.** XIVA, the core technology for E-Mail categorization and classification developed by company founder V.A. Shiva is based on his research and experience in the field of pattern recognition. The XIVA approach recognizes that E-Mail, though digital, has properties very much like physical matter. These properties include attitude, issue, request, customer type, and product/service type. This approach takes advantage of the digital medium to categorize E-Mail by all of these properties. This enables EchoMail to elicit information about E-Mail with greater relevance and accuracy in multiple dimensions.

To determine the proper categories, the EchoMail methodology analyzes the problem from multiple angles, including thesauri, dictionaries, and morphological analyzers. This hybrid approach enables the construction of a mechanism for connecting different categorization technologies. XIVA analyzes and manages E-Mail communications to:

- Provide EchoMail customers with a unique methodology of E-Mail categorization
- Ensure scalable deployments as E-Mail volume increases
- Provide for accurate categorization
- Offer workflow mechanisms that allow users to increase the accuracy of the categorization

II. **Trinity – scalable E-Mail Processing Architecture.** Trinity is built on a standards-based, scalable architecture enabling the use of a single server or multiple servers with different operating systems, and is designed to address the evolving needs of companies involved in e-commerce.

III. **INO – Database Model for Inbound and Outbound E-Mail Data.** The EchoMail product suite offers the ability to manage both inbound and outbound E-Mail communications with the INO database model. This model seamlessly integrates both inbound and outbound transactions, as well as incorporating previously existing client-specific databases.

**Secure Access and Transmission**
EchoMail ensures secure system access using standard protocols.

©1995-2002 EchoMail, Inc.
All rights reserved.
Trademark & Copyright
Terms & Conditions of Use



**BENEFITS OF ECHOMAIL®**

**EchoMail – The Company**

**EchoMail is a profitable and stable organization.**
EchoMail, founded in 1994, is privately held and profitable without venture capital funding.

**EchoMail clients are Global 2000 corporations.**
EchoMail's prestigious client base strengthens the company and its product line through their need for secure, consistent, 24-7 run time.

**The EchoMail Product Suite**

**EchoMail is the only complete relationship marketing solution.**
EchoMail can handle both customer service and direct marketing, as well as lead management and data mining. It is the only complete relationship marketing solution on the market today.

**EchoMail is a fully integrated product line.**
Unlike its competitors, EchoMail has designed its software to work together rather than enhancing functionality through mergers and acquisitions.

**EchoMail is a web-based application.**
EchoMail is accessible via any common browser, including Netscape and Internet Explorer. Because it is platform independent, it can be integrated into a variety of operating environments and database servers.

**EchoMail is cost-effective.**
Companies can realize significant savings by automating their electronic customer service within the first year of implementation.

**EchoMail is highly accurate.**
In one independent evaluation, EchoMail's core technology, XIVA™, achieved nearly twice the accuracy level of its nearest competitor.

**EchoMail handles multiple requests and routing capabilities.**
Until now, only humans could recognize two separate requests within one E-Mail. EchoMail recognizes and appropriately routes conflicting or complementary information to multiple destinations and creates appropriate responses.

**EchoMail becomes more accurate over time.**
Because EchoMail utilizes intelligent categorization technology, the system learns as it goes via interaction with Customer Service Reps.

**EchoMail has a guaranteed performance model.**
EchoMail's consistently high run time means that a company can staff its systems 24-7, to meet global customer service needs.

**EchoMail is secure.**
All EchoMail transmissions are encrypted. A diagram of the security architecture is available upon request.

**EchoMail has valuable reporting functions.**

EchoMail tracks E-Mail activity and logs demographic statistics in real-time. It issues reports for marketing, account managers, and senior executives.

**EchoMail is easy to implement and learn.**
Because EchoMail takes advantage of unsupervised classification technology, it virtually runs on its own. Staff members attend one training session, which outlines the purpose of EchoMail and briefs senior management on its reporting function.

©1995-2002 EchoMail, Inc.
All rights reserved.
Trademark & Copyright
Terms & Conditions of Use



## ECHOMAIL® STRATEGIC PARTNER PROGRAM

EchoMail develops alliances with best-of-breed solution and service providers. Our strategic partners include the most distinguished Web developers, eCommerce application developers, system integrators, database suppliers and Computer-Telephony Integration vendors in the market today. Each partner provides a complementary product or service that extends and enhances EchoMail's product line to deliver maximum value to our joint customers. By combining strengths, EchoMail and our partners provide a complete solution for eCustomer relations.

> "The Internet plays an integral part in our beyond-the-box strategy and service offerings,"

> "The relationships we forge to deliver on this strategy are key to our success. EchoMail's technology and industry leadership position them well to define the e-customer relationship market. The company's business solutions give us the ability to help our business clients leverage the Internet to deliver optimum customer service."

> Mike Mata, Vice President of eCommerce and Business Development, Gateway Business.

#### Solution Partners

Solution Partners are leading technology companies whose products integrate with EchoMail to deliver the most complete and extended Internet Front Office systems. Solution Partners include leading Internet services companies whose solution offerings combine with EchoMail to deliver maximum value and competitive advantage to our customers.

#### System Integrators

EchoMail's system integrator/consulting partners bring expert business knowledge, industry expertise and unsurpassed technical ability to every phase of an EchoMail implementation. Offering a wide range of services, these partners build and deliver solutions that seamlessly integrate EchoMail into enterprise web, email, back-office and transaction systems.

#### Resellers

EchoMail's reseller partners are industry-leading software companies that complement and add value to EchoMail. By embedding EchoMail's award winning applications in their comprehensive customer deployments, our reseller partners deliver more complete solutions at reduced risk and cost to our joint customers.

#### Database

EchoMail applications run on both Microsoft SQL Server 6.5/7.0 and Oracle7 or Oracle8 Server. In addition, our partnerships with leading database suppliers ensure that EchoMail products can integrate and exchange data with DB2, Informix, Sybase and other ODBC compliant databases.

#### How to Become a Partner

To provide the best solutions for our customers, EchoMail partners with companies that are leaders in their respective industries. Our shared goal is to deliver comprehensive, well-integrated systems that ensure our customers' success.

- **Become a Partner**
  EchoMail partners with companies that are leaders in their respective industries.
- **The Weber Group**
  A strategic partnership that offers a method to e-mail relationships.
- **IBM**
  IBM selected EchoMail, Inc. for E-Care and E-Marketing Solutions.
- **Lotus**
  EchoMail, Inc. is a Lotus Premium Business Partner.
- **Exodus**
  Providing EchoMail, Inc. with premiere hosting facilities.
- **WIPRO**
  WIPRO partners with EchoMail, Inc. to help Indian market improve e-business.
- **Open Market**
  Collaborating on OM Transact for E-commerce transactions.
- **Sybase**
  Sybase has selected EchoMail, Inc. as a premier business partner.

If you are interested in becoming a strategic partner click **here**.

©1995-2000 EchoMail, Inc.
All rights reserved.
Trademark & Copyright
Terms & Conditions of Use



**IBM**

IBM and EchoMail, Inc. have collaborated on many projects in the past. In 1997, IBM selected EchoMail® for E-Care and E-Marketing Solutions. Today, IBM re-markets EchoMail® and also uses it at Telcom/Media tradeshows.

©1995-2001 EchoMail, Inc.
All rights reserved.
Trademark & Copyright
Terms & Conditions of Use



## BECOME A CUSTOMER

In today's business world one thing is certain: competition is more intense than ever-everyone is after your customers. And, thanks in part to the Internet your company is compiling more customer data than ever before. EchoMail® solutions are helping our clients capitalize on the massive amounts of customer data they acquire, so they can keep their customers loyal and transform their business enterprise into a leading customer-focused, information-driven e-business.

Our primary markets include customer-focused enterprises such as electronic commerce, high technology, financial services, government, retail and the entertainment industry. Please review our client list and case studies to see how EchoMail is helping Global 2000 businesses develop successful e-business strategies.

Customer Quotes Great customer service is a primary focus at EchoMail, as you will see by these quotes.

## ECHOMAIL® CLIENT LIST

Good customer service is, understandably a goal of most companies. Great service can build loyalty among your existing clients and, through word-of-mouth, create new ones. It can also be the factor that differentiates you from your competitors. We understand the importance of customer service and work with you to develop your positioning strategy.

EchoMail clients include:

- Alvin Ailey American Dance Theater
- Classified Ventures, Inc.
- BancOne Services Corporation
- Bush for President, Inc.
- Entertainment Media Services, Inc.
- Gateway, Inc.
- Calvin Klein Cosmetics Company
- Citicorp
- United States Senate
- GEICO Direct

- Hasbro Interactive, Inc.
- HomePortfolio, Inc.
- Lycos, Inc.
- Rx.com, Inc.
- Salomon Smith Barney
- Silicon Graphics, Inc.
- Sprint Spectrum, L.P.
- TELUS Corporation
- The Procter & Gamble Company
- Unilever Consumer Services

### Case Studies
Please review our case studies to see how EchoMail is helping Global 1000 businesses develop successful e-business strategies.

### Kmart Corporation
With EchoMail, Kmart is able to maintain low CSR headcount despite an increase in E-Mail queries.

### AT&T
AT&T is truly reaching out and digitally touching the customers who count, and it's their customers who are feeling the positive effects of EchoMail.

### cK one
With EchoMail, Calvin Klein is managing, responding and engaging their customers in real time.

### Gateway
EchoMail/DM delivers to Gateway a wide range of valuable up-to-the-second market information based on web site user activities and inquiries.

### IBM
EchoMail provides sales leads to IBM and routes e-mails to potential customers and sales representatives all over the world at any time of day.

©1995-2002 EchoMail, Inc.
All rights reserved.
Trademark & Copyright
Terms & Conditions of Use



**CALL ME NOW**    **DEMO**    **PRESS ROOM**



"EchoMail® instantly enables you to improve customer satisfaction, strengthen your brand image and improve your productivity by compressing response times and improving the overall quality of response."
*--Robert Gibson, Solutions Executive, IBM*

**Products used:**
EchoMail Business Intelligence
EchoMail Lead Management

**Number of e-mails processed:**
Over 3 million inbound and outbound e-mails
Over 50 Lead Management campaigns
Integration with IBM's OMSYS sales database

**Service Solutions:**
Lead Management
Website & content development
Data Mining
Business Intelligence Support
Network Architecture
Workflow Analysis
Direct Mail and Strategic Planning
Training and Consulting

**Success Story: IBM**

**Company Overview:**
IBM Corporation ("IBM") is at the center of today's global technology revolution. It's fueling growth and inspiring people in ways not seen in a generation. An energized IBM management team has been transforming the enterprise and executing new strategic alliances. A core issue at IBM is leveraging their existing customer relationships and deepening new relationships. IBM has found its solution in the EchoMail Lead Management Module.

**Our Philosophy**
Information technology is changing every aspect of life: how people work, learn, and govern themselves, and how people think about communication and culture. For many businesses, future success is tied to customer satisfaction, and therefore, there is a business priority in rapidly responding to communications and requests for information. IBM places customer satisfaction as a core value.

**What EchoMail Does for IBM**
EchoMail provides IBM with the ability to respond to sales leads from the over 600 IBM trade shows its sponsors annually, from any digital-touch point, such as card readers, scanners, PDAs, or manual input devices. IBM's primary focus is to quickly turn around leads generated at trade shows. For example, during a recent IBM trade show, one lead generated by a request from a CEO of a major hardware manufacturer was responded to by the sales team on the floor, and by the time the CEO reached his hotel room later, there was a multimedia electronic brochure in his e-mail in box.

But the story even gets better.

Later that same evening, another of IBM's sales representatives, who was in Tokyo and unable to make the trade show, sent an e-mail and touched the customer for a second time within 24 hours. The direct, positive result of this proactive solution was $15 million in new business.

**IBM has been using EchoMail for 3 years**

**Types of Inquiries Handled**

- Requests for product catalogs
- Pricing requests
- Auto-Response and Auto-Suggest
- E-Mail feedback requests
- E-commerce queries

**Types of Data Records Handled and Capabilities**

- E-Mail Address
- Phone Number
- Fax Number
- Sales Representative Name

- Product/Solution(s) of Interest
- Trade Show Name
- Trade Show Date

At the close of the show, lead data is exported directly to the appropriate client database or for lead management via the following functions:

- Custom Query Generation
- Automatic Lead Distribution via E-Mail
- Targeted Outbound Mailings via E-Mail
- One- and Two-Dimensional Statistical Analysis
- Lead Qualification and Follow-Up

**The Real Value of EchoMail**
With EchoMail, IBM is proactively managing, responding and communicating with their customers. The EchoMail suite provides a one-stop solution to IBM's customer-relationship management and communication challenge. Every day, IBM's customers feel the positive effects of EchoMail. Today, the potential for using e-mail capabilities to improve marketing efforts and customer relationships is virtually limitless.

"Leveraging the strengths of DB2 Universal Database and MQSeries within EchoMail helps companies keep their fingers on the pulse of customer desires and manage effective direct e-mail campaigns and promotions."
*--Scott Armour*
*Director, Worldwide ISV Software*
*Sales & Marketing, IBM Software.*

**EchoMail has helped IBM generate over $15 million in real sales.**

**Primary EchoMail Benefits:**
EchoMail provides sales leads to IBM and accurate responses to IBM's business clients.

EchoMail routes e-mails to potential customers and sales representatives all over the world at any time of day.

©1995-2002 EchoMail, Inc.
All rights reserved.
Trademark & Copyright
Terms & Conditions of Use



**TESTIMONIALS**

**Wall Street Journal Columnist**
"EchoMail Can Sort, Answer Deluge of E-Mails. The company's program is designed to improve corporate responsiveness to e-mail by automating the processing."

*The Wall Street Journal's*
*"Under The Radar" column by*
*William M. Bulkeley.*

**Sen. William Frist**
"Most e-mails from constituents still get a glance from staffers, but that's not going to last for long. EchoMail is good enough to categorize most e-mails and send appropriate responses."

*Sen. William Frist,*
*Tennessee Republican and*
*technology enthusiast.*

**B3 Corp**
"I read about Shiva and tracked him down. I became enamored with the technology." David Archambault, president of *B3 Corp.*, Sherman Oaks, Calif., which runs Internet promotions for companies such as AOL Time Warner Inc., its majority owner, and Bank of America Corp. "We use EchoMail to reduce customer-service costs. As new questions arise, B3 trains EchoMail just as it would an employee. We had more inconsistency with our live service reps. In our tests, EchoMail answered as much as 95% of all e-mails correctly."

*David Archambault*
*President*
*B3 Corp*

**Summit Strategies**
"The beauty of EchoMail Direct is its simplicity. In fewer than 15 steps, EchoMail Direct users can launch an e-mail marketing campaign. EchoMail Direct walks the users step-by-step through the entire process, from choosing the campaign type (sales offer, newsletter, greeting card, etc.) and e-mail design template to selecting the mailing list."

*Kate Claus*
*Associate Analyst*
*Summit Strategies*

**Mass High Tech**
"Dr. E-Mail, aka V.A. Shiva, is a technologist, and that seems to be the reason his company, EchoMail, is surviving today in the CRM (customer relationship management) space. His product actually works."

*By Dyke Hendrickson*
*"On the Move"*
*Mass High Tech*

**India West**
"Some companies come storming into the business arena making a big stir, only to disappear in a puff of smoke. Other companies, like EchoMail Inc., founded by V.A. Shiva in 1995, build their technology 'slowly and methodically' making sure their products can deliver on its promises."

*Richard Springer*
*India West*

**Gateway**
"The Internet plays an integral part in our beyond-the-box strategy and service offerings. The relationships we forge to deliver on this strategy are key to our success. EchoMail's technology and industry leadership position them well to define the e-customer relationship market. The company's business solutions give us the ability to help our business clients leverage the Internet

to deliver optimum customer service."

*Mike Mata*
*Vice President of E-Commerce and Business Development*
*Gateway Business*

**Calvin Klein**
"The next generation has different values and communicates in a very modern way. What you have is a new kind of intimacy that's really a paradox--people all over the world are more in touch than ever, but they're doing it one-to-one with e-mail and over the Internet."

*Calvin Klein*
*Calvin Klein Cosmetics Company*

**IBM**
"EchoMail® is the new IP-based call center, the hub of the new marketing information and decision support center, and the future of one-to-one relationship marketing. It may sound too good to be true, and there is a catch: it is absolutely painless to get started and shows you results the first week after you decide to use it."

*Randall McComas*
*Vice President Telecommunications*
*IBM*

**Meta Group**
"We expect to see companies increasingly rely on e-mail as a sales, marketing and customer retention tool. These organizations will increasingly respond to inbound e-mail and create targeted outbound multi-media e-mail campaigns."

*Matthew Cain*
*Vice President*
*Meta Group*

**Patricia Seybold Group**
"EchoMail® provides its customers with a turnkey solution designed to streamline the process of establishing and maintaining productive customer conversations using electronic mail,"

*Chad Rider*
*Patricia Seybold Group*

**IBM**
"EchoMail® instantly enables you to improve customer satisfaction, strengthen your brand image and improve your productivity by compressing response times and improving the overall quality of response."

*Robert Gibson*
*Solutions Executive*
*IBM*

**Internet Commerce Expo**
"EchoMail® has been a great tool for our organization. It has greatly facilitated the planning, implementation and precision of our marketing programs, resulting in a more efficient deployment of staff time and resources."

*Michael Twohig*
*Vice President Business Operations*
*Internet Commerce Expo*

**GSDM**
"Thanks for all your help. You've set the new gold standard in customer service."

*Matthew Childs*
*Director of Interactive Services*
*GSDM*

©1995-2002 EchoMail, Inc.
All rights reserved.
Trademark & Copyright
Terms & Conditions of Use

# EXHIBIT F



| COMPANY | SOLUTIONS | CUSTOMERS | DR. E-MAIL | PARTNERS | LOGIN | CONTACT US |



Increasing Profits By Delivering Productivity, Loyalty and Quality
Through the Strategic, Creative and Technological Use of E-Mail

©1995-2003 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use

 **echomail.** The E-Mail Company™

| COMPANY | SOLUTIONS | CUSTOMERS | DR. E-MAIL | PARTNERS | LOGIN | CONTACT US |

About Us     In The News     Press Room     Awards & Honors     Analysts     Contact Us     Find Your Rep

## COMPANY | AWARDS & HONORS

Discover Magazine

Epcot Center

Europe Online

Forrester

Frost & Sullivan

IBM

ICE

Lemelson-MIT

Lotus Software

MIMC

MIT Technology Review

One Show Interactive

PCWeek

TMC Labs

United States Senate

Verizon

Yahoo














©1995-2003 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use

E-Mail this page to a friend.


**echomail.** The E-Mail Company™

| COMPANY | SOLUTIONS | CUSTOMERS | DR. E-MAIL | PARTNERS | LOGIN | CONTACT US |

About Us    In The News    Press Room    Awards & Honors    Analysts    Contact Us    Find Your Rep

## COMPANY | AWARDS & HONORS

Discover Magazine

Epcot Center

Europe Online

Forrester

Frost & Sullivan

IBM

ICE

Lemelson-MIT

Lotus Software

MIMC

MIT Technology Review

One Show Interactive

PCWeek

TMC Labs

United States Senate

Verizon

Yahoo

**IBM Best Online Community**

When it came to choosing the Best Online Community for 1996, IBM EchoMail, Inc.'s Harvard-Square.com website as the site that meets ' needs of its diverse members by incorporating community businesse the arts, (1996).

©1995-2003 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use

E-Mail this page to a friend.

# ((echomail® The E-Mail Company™

| COMPANY | SOLUTIONS | CUSTOMERS | DR. E-MAIL | PARTNERS | LOGIN | CONTACT US |

Solutions Home    Core Technologies    Software Applications    Agency Services    Infrastructure    Education and Training

## INFRASTRUCTURE  |  HOSTING SERVICES

Data Integration

Firewall Setup

Hardware Procurement

Hosting Services

Networking

Network Security

Systems Architecture



EchoMail is a leading provider of Lotus Notes Domino Hosting for Enterprise Applications, mail and websites since 1995.

Our Hosting services are:
- Secure
- Reliable
- Scalable
- Affordable

EchoMail can provide dedicated or shared server resources to host on a variety of operating systems, and has been an IBM/Lotus Business partner since 1997.

EchoMail strives to provide the best customer support in the ASP space. We have a team of highly skilled project managers that will coordinate your installation and provide a single point of contact for all your needs. We monitor our hosted environment 24X7 and technical staff is on hand 365 days per year.

©1995-2003 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use

E-Mail this page to a friend.



| COMPANY | SOLUTIONS | CUSTOMERS | DR. E-MAIL | PARTNERS | LOGIN | CONTACT US |

Customers Home      Client List      Case Studies      Testimonials

## CUSTOMERS





### EchoMail, Inc. The E-Mail Solutions Company

Fortune 1000 companies initiate, grow and retain relationships through E-Mail. EchoMail's customers represent a number of industries including financial services, consumer/retail, government, high-tech and telecommunications.

In today's business world one thing is certain: competition is more intense than ever-everyone is after your customers. And, thanks in part to the Internet your company is compiling more customer data than ever before. EchoMail® solutions are helping our clients capitalize on the massive amounts of customer data they acquire, so they can keep their customers loyal and transform their business enterprise into a leading customer-focused, information-driven e-business.

Our primary markets include customer-focused enterprises such as electronic commerce, high technology, financial services, government, retail and the entertainment industry. Please review our client list and case studies to see how EchoMail is helping Global businesses develop successful e-business strategies.

Good customer service is, understandably a goal of most companies. Great service can build loyalty among your existing clients and, through word-of-mouth, create new ones. It can also be the factor that differentiates you from your competitors. We understand the importance of customer service and work with you to develop your positioning strategy.

©1995-2003 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use

 E-Mail this page to a friend.



**echomail**® The E-Mail Company™

| COMPANY | SOLUTIONS | CUSTOMERS | DR. E-MAIL | PARTNERS | LOGIN | CONTACT US |

Client List    Case Studies    Testimonials

## CUSTOMERS | CLIENT LIST

| | | |
|---|---|---|
| Alvin Ailey | Family Circle | Procter&Gamble |
| American Express | Fidelity | Purina |
| Apartments.com | Fireman's Fund | Ragu |
| AT&T | Gateway | Rhino |
| BankOne | GEICO Direct | RightStart.com |
| Bausch & Lomb | GM | Rx.com |
| Beckton Dickinson | Gortons | SGI |
| Capital Group | Hasbro | Snuggle |
| Cars.com | Hershey | Sprint |
| Cendant | Homeportfolio.com | Tide |
| Citi | IBM | Tosco Corporation |
| CKone | JCPenney | TransUnion |
| Classified Ventures | JohnHancock | Unilever |
| Con Agra | K-Mart | Unipath |
| CopperTone | Lipton | US Senate |
| Days Inn | Lycos | VSA arts |
| Dial | Mentadent | Walmart |
| Dominion | PGATour.com | WB |
| Dove | Popular Science | Wisk |

©1995-2003 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use

E-Mail this page to a friend.

 **echomail**® The E-Mail Company™

| COMPANY | SOLUTIONS | CUSTOMERS | DR. E-MAIL | PARTNERS | LOGIN | CONTACT US |

Client List     Case Studies     Testimonials

## CUSTOMERS  |  CASE STUDIES

AT&T

Calvin Klein

Days Inn

Dove Soap

Gateway

Geico

Hershey Foods

IBM

Kmart Corporation

Tide Laundry Detergent

US Senate

Fortune 1000 companies initiate, grow and retain relationships through E-Mail. EchoMail's customers represent a number of industries including financial services, consumer/retail, government, high-tech and telecommunications.

Click the screenshot to read their case study.

   

  

  

©1995-2003 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use

 E-Mail this page to a friend.


**echomail.** The E-Mail Company™

| COMPANY | SOLUTIONS | CUSTOMERS | DR. E-MAIL | PARTNERS | LOGIN | CONTACT US |

Customers Home    Client List    Case Studies    Testimonials

## CUSTOMERS | CASE STUDIES

AT&T

Calvin Klein

Days Inn

Dove Soap

Gateway

Geico

Hershey Foods

IBM

Kmart Corporation

Tide Laundry Detergent

US Senate



"EchoMail® instantly enables you to improve customer satisfaction, strengthen your brand image and improve your productivity by compressing response times and improving the overall quality of response."
--*Robert Gibson,*
*Solutions Executive, IBM*

**Products used:**
EchoMail® Business Intelligence™
EchoMail® Lead Management™

**Number of e-mails processed:**
Over 3 million inbound and outbound e-mails
Over 50 Lead Management campaigns
Integration with IBM's OMSYS sales database

**Service Solutions:**
Lead Management
Website & content development
Data Mining
Business Intelligence Support
Network Architecture
Workflow Analysis
Direct Mail and Strategic Planning
Training and Consulting

**Success Story: IBM**

**Company Overview:**
IBM Corporation ("IBM") is at the center of today's global technology revolution. It's fueling growth and inspiring people in ways not seen in a generation. An energized IBM management team has been transforming the enterprise and executing new strategic alliances. A core issue at IBM is leveraging their existing customer relationships and deepening new relationships. IBM has found its solution in the EchoMail Lead Management Module.

**Our Philosophy**
Information technology is changing every aspect of life: how people work, learn, and govern themselves, and how people think about communication and culture. For many businesses, future success is tied to customer satisfaction, and therefore, there is a business priority in rapidly responding to communications and requests for information. IBM places customer satisfaction as a core value.

**What EchoMail Does for IBM**
EchoMail provides IBM with the ability to respond to sales leads from the over 600 IBM trade shows its sponsors annually, from any digital-touch point, such as card readers, scanners, PDAs, or manual input devices. IBM's primary focus is to quickly turn around leads generated at trade shows. For example, during a recent IBM trade show, one lead generated by a request from a CEO of a major hardware manufacturer was responded to by the sales team on the floor, and by the time the CEO reached his hotel room later, there was a multimedia electronic brochure in his e-mail in box.

But the story even gets better.

Later that same evening, another of IBM's sales representatives, who was in Tokyo and unable to make the trade show, sent an e-mail and touched the customer for a second time within 24 hours. The direct, positive result of this proactive solution was $15 million in new business.

**IBM has been using EchoMail for 3 years**

**Types of Inquiries Handled**
• Requests for product catalogs

• Pricing requests
• Auto-Response and Auto-Suggest


**echomail**® The E-Mail Company™

COMPANY | SOLUTIONS | CUSTOMERS | DR. E-MAIL | PARTNERS | LOGIN | CONTACT US

Client List      Case Studies      Testimonials

## CUSTOMERS | TESTIMONIALS

Calvin Klein

Chad Rider,
Patricia Seybold Group

David Archambault,
B3 Corp

Dyke Hendrickson,
Mass High Tech

Kate Claus,
Summit Strategies

Matthew Cain,
Meta Group

Matthew Childs,
GSDM

Michael Twohig,
Internet Commerce
Expo

Mike Mata,
Gateway

Randall McComas,
IBM

Richard Springer,
India West

Robert Gibson,
IBM

Sen. William Frist,
US Senate

William M. Bulkeley,
Wall Street Journal

**Calvin Klein**

"The next generation has different values and communicates in a very modern way. What ɣ have is a new kind of intimacy that's really a paradox--people all over the world are more i touch than ever, but they're doing it one-to-one with e-mail and over the Internet."

*Calvir*
*Calvin Klein Cosmetics Cor*

©1995-2003 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use

E-Mail this page to a friend.



The E-Mail Company™

| COMPANY | | SOLUTIONS | | CUSTOMERS | | DR. E-MAIL | | PARTNERS | | LOGIN | | CONTACT US |

Customers Home      Client List      Case Studies      Testimonials

## CUSTOMERS | TESTIMONIALS

Calvin Klein

Chad Rider,
Patricia Seybold Group

David Archambault,
B3 Corp

Dyke Hendrickson,
Mass High Tech

Kate Claus,
Summit Strategies

Matthew Cain,
Meta Group

Matthew Childs,
GSDM

Michael Twohig,
Internet Commerce
Expo

Mike Mata,
Gateway

Randall McComas,
IBM

Richard Springer,
India West

Robert Gibson,
IBM

Sen. William Frist,
US Senate

William M. Bulkeley,
Wall Street Journal

**IBM**

"EchoMail® is the new IP-based call center, the hub of the new marketing information and decision support center, and the future of one-to-one relationship marketing. It may sound too good to be true, and there is a catch: it is absolutely painless to get started and shows you results the first week after you decide to use it."

*Randall McComas*
*Vice President Telecommunications*
*IBM*

©1995-2003 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use

E-Mail this page to a friend.



| COMPANY | SOLUTIONS | CUSTOMERS | DR. E-MAIL | PARTNERS | LOGIN | CONTACT US |

Customers Home        Client List        Case Studies        Testimonials

## CUSTOMERS | TESTIMONIALS

Calvin Klein

Chad Rider,
Patricia Seybold Group

David Archambault,
B3 Corp

Dyke Hendrickson,
Mass High Tech

Kate Claus,
Summit Strategies

Matthew Cain,
Meta Group

Matthew Childs,
GSDM

Michael Twohig,
Internet Commerce
Expo

Mike Mata,
Gateway

Randall McComas,
IBM

Richard Springer,
India West

Robert Gibson,
IBM

Sen. William Frist,
US Senate

William M. Bulkeley,
Wall Street Journal

**IBM**

"EchoMail® instantly enables you to improve customer satisfaction, strengthen your brand image and improve your productivity by compressing response times and improving the overall quality of response."

*Robert Gibson*
*Solutions Executive*
*IBM*

©1995-2003 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use

E-Mail this page to a friend.

**((echomail.** The E-Mail Company™

| COMPANY | SOLUTIONS | CUSTOMERS | DR. E-MAIL | PARTNERS | LOGIN | CONTACT US |

## PARTNERS

Introduction

Overview

Background

Application Form

### EchoMail® Strategic Partner Program

EchoMail develops alliances with best-of-breed solution and service providers. Our strategic partners include the most distinguished Web developers, eCommerce application developers, system integrators, database suppliers and Computer-Telephony Integration vendors in the market today. Each partner provides a complementary product or service that extends and enhances EchoMail's product line to deliver maximum value to our joint customers. By combining strengths, EchoMail and our partners provide a complete solution for eCustomer relations.

*"The Internet plays an integral part in our beyond-the-box strategy and service offerings,"*

*"The relationships we forge to deliver on this strategy are key to our success. EchoMail's technology and industry leadership position them well to define the e-customer relationship market. The company's business solutions give us the ability to help our business clients leverage the Internet to deliver optimum customer service."*

Mike Mata, Vice President of eCommerce and Business Development, Gateway Business.

©1995-2003 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use

E-Mail this page to a friend.

 **echomail.** The E-Mail Company™

| COMPANY | SOLUTIONS | CUSTOMERS | DR. E-MAIL | PARTNERS | LOGIN | CONTACT US |

PARTNERS | OVERVIEW

Introduction

Overview

Background

Application Form

**How to become an EchoMail® strategic partner**

To provide the best solutions for our customers, EchoMail partners with companies that are leaders in their respective industries. Our shared goal is to deliver comprehensive, well-integrated systems that ensure our customer's success.

When selecting a partner, EchoMail seeks to build alliances that mutually strengthen and extend our product offerings to provide strategic value for our customers. Combining strengths enables EchoMail and our partners to enhance our respective market positions, develop new markets, streamline cooperative development efforts and establish competitive differentiation.

The EchoMail partner program provides a variety of opportunities to raise awareness and increase exposure through collaborative marketing programs. We work with each partner to develop programs that emphasize product synergies, market leadership, and enhance our ability to penetrate key accounts. Through joint press releases, lead sharing, collateral development, trade show participation and web site collaboration, we foster mutual growth.

Apply Here

©1995-2004 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use

E-Mail this page to a friend.

**((echomail®** The E-Mail Company™

| COMPANY | SOLUTIONS | CUSTOMERS | DR. E-MAIL | PARTNERS | LOGIN | CONTACT US |

## PARTNERS | BACKGROUND

Introduction

Overview

Background

Application Form

To provide the best solutions for our customers, EchoMail partners with companies that are leaders in their respective industries. Our shared goal is to deliver comprehensive, well-integrated systems that ensure our customers' success.

**Solution Partners**
Solution Partners are leading technology companies whose products integrate with EchoMail to deliver the most complete and extended Internet Front Office systems. Solution Partners include leading Internet services companies whose solution offerings combine with EchoMail to deliver maximum value and competitive advantage to our customers.

**System Integration Partners**
EchoMail's system integrator/consulting partners bring expert business knowledge, industry expertise and unsurpassed technical ability to every phase of an EchoMail implementation. Offering a wide range of services, these partners build and deliver solutions that seamlessly integrate EchoMail into enterprise web, email, back-office and transaction systems.

**Resellers Partners**
EchoMail's reseller partners are industry-leading software companies that complement and add value to EchoMail. By embedding EchoMail's award winning applications in their comprehensive customer deployments, our reseller partners deliver more complete solutions at reduced risk and cost to our joint customers.

**Database Partners**
EchoMail applications run on both Microsoft SQL Server 6.5/7.0 and Oracle7 or Oracle8 Server. In addition, our partnerships with leading database suppliers ensure that EchoMail products can integrate and exchange data with DB2, Informix, Sybase and other ODBC compliant databases.

©1995-2004 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use

 E-Mail this page to a friend.

# EXHIBIT G

  CONTACT US  CALL ME NOW  REQUEST DE

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |

Company Home    About Us    In The News    Press Room    Awards & Honors    Analysts    Find Your Rep



# EchoMail Company

EchoMail, Inc. was founded as Millennium Cybernetics by V.A. Shiva in 1994. In 1998, Millennium Cybernetics was acquired by General Interactive, Inc. (GII), a privately held technologies company based in Cambridge, MA. The company was renamed to EchoMail, Inc. in January 2000. EchoMail, Inc. specializes in intelligent messaging solutions for electronic relationship marketing and management. Today, EchoMail is the solution of choice for many Fortune 500 companies, mid-market companies, and small/medium businesses.

EchoMail has been granted U.S. Patent number 6,668,281 for its E-Mail Automation Technology.

**COMPANY**

■ About Us

■ In the News

■ Press Room

■ Awards & Honours

■ Analysts

■ Find your Rep

□**NEWS**
□
**Online Users Entitled To Privacy**
A federal court ruling last week overturning a post-September 11 law th allowed government agents to secretly obtain information from Internet servic providers, (ISP's).
□
**Ask Dr. E-Mail!**
Question: What are the regulatory issue surrounding storage of E-Mail?
□
**The Intelligence In E-Mail**
Dr. E-Mail's definition of e-mail:?An electronic medium for asynchronous conversation.
□
□**EVENTS**
□
**Annual E-Mail Seminar**
2005 8th Annual E-Mail Seminar
Learn how to drive your organization to long-term growth and sustainable profitability.
□
**CAN-SPAM**
CAN-SPAM Compliance Workshops
Covering the CAN-SPAM Act and Europ Union Anti-Spam Laws.
□
**Dr. E-Mail**
Dr. E-Mail on Call Webinar Seminars
Provides information about the latest E Mail marketing techniques and industry insights.
□

©1995-2004 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

 E-Mail this page to a friend.

  CONTACT US  CALL ME NOW  REQUEST D 

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |

| Company Home | About Us | In The News | Press Room | Awards & Honors | Analysts | Find Your Rep |

COMPANY | AWARDS & HONORS

# Awards & Honors

Discover Magazine
Epcot Center
Europe Online
Forrester
Frost & Sullivan
IBM
ICE
Lemelson-MIT
Lotus Software
MIMC
MIT Technology Review
One Show Interactive
PCWeek
TMC Labs
United States Senate
Verizon
Yahoo

   

 

 

  

 

©1995-2004 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

 E-Mail this page to a friend.

   

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |
|---|---|---|---|---|---|---|
| Company Home | About Us | In The News | Press Room | Awards & Honors | Analysts | Find Your Rep |

COMPANY | AWARDS & HONORS

Discover Magazine

Epcot Center

Europe Online

Forrester

Frost & Sullivan

IBM

ICE

Lemelson-MIT

Lotus Software

MIMC

MIT Technology Review

One Show Interactive

PCWeek

TMC Labs

United States Senate

Verizon

Yahoo

# IBM

**IBM**

## IBM Best Online Community

When it came to choosing the Best Online Community for 1996, IBM chose EchoMail, Inc.'s Harvard-Square.com website as the site that meets the needs of its diverse members by incorporating community businesses with the arts, (1996).

©1995-2004 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

E-Mail this page to a friend.

   

CONTACT US    CALL ME NOW    REQUEST DE

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |

Services Home    Agency Services    Infrastructure    Education and Training

INFRASTRUCTURE | HOSTING SERVICES

Data Integration

Firewall Setup

Hardware
Procurement

Hosting Services

Networking

Network Security

Systems
Architecture

# Hosting Services

EchoMail is a leading provider of Lotus Notes Domino Hosting for Enterprise Applications, mail and websites since 1995.

Our Hosting services are:
- Secure
- Reliable
- Scalable
- Affordable

EchoMail can provide dedicated or shared server resources to host on a variety of operating systems, and has been an IBM/Lotus Business partner since 1997.
EchoMail strives to provide the best customer support in the ASP space. We have a team of highly skilled project managers that will coordinate your installation and provide a single point of contact for all your needs. We monitor our hosted environment 24X7 and technical staff is on hand 365 days per year.

©1995-2004 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

E-Mail this page to a friend.

 **echomail.**

 CONTACT US     CALL ME NOW     REQUEST D[

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |

Services Home    Agency Services    Infrastructure    Education and Training

## INFRASTRUCTURE | SYSTEM ARCHITECTURE

Data Integration

Firewall Setup

Hardware
Procurement

Hosting Services

Networking

Network Security

Systems
Architecture



# Systems Architecture

EchoMail addresses Electronic System Architecture technology challenges. EchoMail provides fluent, multi-level model integration required for true systems design and analysis. The ability to combine high-level behavioral models with lower-level device models in a multi-disciplined environment allows designers to rapidly make tradeoffs. The EchoMail system is divided into three sub-systems; the client server, the central server, and the user interface.

The client server runs on the client's personal computer and consists of a Hypertext Transfer Protocol (HTTP) client, or Web browser, a persistent HTTP server, data scripts, and a local database. The Web browser and server communicate via HTTP, the Web server and data scripts communicate via the Common Gateway Interface (CGI), and the scripts and database communicate via an application programming interface (API).

The central server runs on a Unix workstation and consists of three persistent servers; an HTTP server, the Andes central server, and a central database. The Web and Andes servers communicate via a CGI stub; the Web server and stub use the CGI protocol and the stub and the Andes server use the Andes protocol. The Andes server and database communicate via TCP/IP.

The user interface to the central server is essentially an interface to the central database. It allows the user to remotely manage the registration of assets and the client's progress through EchoMail products (DM, CC, DW, Direct, BPO). Asset authoring tools can also reside here, or be downloaded for Use on a user's local system.



©1995-2004 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

E-Mail this page to a friend.

  CONTACT US   CALL ME NOW   REQUEST DE

| COMPANY | | SOLUTIONS | | SERVICES | | **TESTIMONIALS** | DR. E-MAIL | | PARTNERS | | LOGIN |

Testimonials Home    Customer Quotes    Case Studies

## TESTIMONIALS

Calvin Klein

Chad Rider,
Patricia Seybold
Group

David Archambault,
B3 Corp

Dyke Hendrickson,
Mass High Tech

Kate Claus,
Summit Strategies

Matthew Cain,
Meta Group

Matthew Childs,
GSDM

Michael Twohig,
Internet Commerce
Expo

Mike Mata,
Gateway

Randall McComas,
IBM

Richard Springer,
India West

Robert Gibson, IBM

Sen. William Frist,
US Senate

William M.
Bulkeley, Wall
Street Journal

# Calvin Klein

"The next generation has different values and communicates in a very modern way. What you have is a new kind of intimacy that's really a paradox--people all over the world are more in touch than ever, but they're doing it one-to-one with e-mail and over the Internet."

*Calvin Klein*
*Calvin Klein Cosmetics Company*



©1995-2004 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

 E-Mail this page to a friend.

  CONTACT US   CALL ME NOW   REQUEST DE

| COMPANY | SOLUTIONS | SERVICES | **TESTIMONIALS** | DR. E-MAIL | PARTNERS | LOGIN |

Testimonials Home    Customer Quotes    Case Studies

## TESTIMONIALS | CUSTOMER QUOTES

Calvin Klein

Chad Rider,
Patricia Seybold
Group

David Archambault,
B3 Corp

Dyke Hendrickson,
Mass High Tech

Kate Claus,
Summit Strategies

Matthew Cain,
Meta Group

Matthew Childs,
GSDM

Michael Twohig,
Internet Commerce
Expo

Mike Mata,
Gateway

Randall McComas,
IBM

Richard Springer,
India West

Robert Gibson, IBM

Sen. William Frist,
US Senate

William M.
Bulkeley, Wall
Street Journal

# IBM

"EchoMail® is the new IP-based call center, the hub of the new marketing information and decision support center, and the future of one-to-one relationship marketing. It may sound too good to be true, and there is a catch: it is absolutely painless to get started and shows you results the first week after you decide to use it."

*Randall McComas*
*Vice President Telecommunications*
*IBM*



©1995-2004 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

 E-Mail this page to a friend.

  

CONTACT US    CALL ME NOW    REQUEST DE

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |

Testimonials Home    Customer Quotes    Case Studies

## TESTIMONIALS | CUSTOMER QUOTES

Calvin Klein

Chad Rider,
Patricia Seybold
Group

David Archambault,
B3 Corp

Dyke Hendrickson,
Mass High Tech

Kate Claus,
Summit Strategies

Matthew Cain,
Meta Group

Matthew Childs,
GSDM

Michael Twohig,
Internet Commerce
Expo

Mike Mata,
Gateway

Randall McComas,
IBM

Richard Springer,
India West

Robert Gibson, IBM

Sen. William Frist,
US Senate

William M.
Bulkeley, Wall
Street Journal

# IBM

"EchoMail® instantly enables you to improve customer satisfaction, strengthen your brand image and improve your productivity by compressing response times and improving the overall quality of response."

*Robert Gibson*
*Solutions Executive*



©1995-2004 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

E-Mail this page to a friend.

 **echomail.**

 CONTACT US   CALL ME NOW   REQUEST D

| COMPANY | SOLUTIONS | SERVICES | **TESTIMONIALS** | DR. E-MAIL | PARTNERS | LOGIN |
|---|---|---|---|---|---|---|

Testimonials Home    Customer Quotes    Case Studies

## TESTIMONIALS | CUSTOMER QUOTES

Wall Street Journal Columnist

Sen. William Frist

B3 Corp

Summit Strategies

Mass High Tech

India West

Gateway

Calvin Klein

IBM

Meta Group

Patricia Seybold Group

IBM

Internet Commerce Expo

GSDM

### Wall Street Journal Columnist
"EchoMail Can Sort, Answer Deluge of E-Mails. The company's program is designed to improve corporate responsiveness to e-mail by automating the processing."

*The Wall Street Journal's*
*"Under The Radar" column by*
*William M. Bulkeley.*

⬆ TOP

### Sen. William Frist
"Most e-mails from constituents still get a glance from staffers, but that's not going to last for long. EchoMail is good enough to categorize most e-mails and send appropriate responses."

*Sen. William Frist,*
*Tennessee Republican and*
*technology enthusiast.*

⬆ TOP

### B3 Corp
"I read about Shiva and tracked him down. I became enamored with the technology." David Archambault, president of *B3 Corp.*, Sherman Oaks, Calif., which runs Internet promotions for companies such as AOL Time Warner Inc., its majority owner, and Bank of America Corp. "We use EchoMail to reduce customer-service costs. As new questions arise, B3 trains EchoMail just as it would an employee. We had more inconsistency with our live service reps. In our tests, EchoMail answered as much as 95% of all e-mails correctly."

*David Archambault*
*President*
*B3 Corp*

⬆ TOP

### Summit Strategies
"The beauty of EchoMail Direct is its simplicity. In fewer than 15 steps, EchoMail Direct users can launch an e-mail marketing campaign. EchoMail Direct walks the users step-by-step through the entire process, from choosing the campaign type (sales offer, newsletter, greeting card, etc.) and e-mail design template to selecting the mailing list."

*Kate Claus*
*Associate Analyst*
*Summit Strategies*

⬆ TOP

### Mass High Tech
"Dr. E-Mail, aka V.A. Shiva, is a technologist, and that seems to be the reason his company, EchoMail, is surviving today in the CRM (customer relationship management) space. His product actually works."

*By Dyke Hendrickson*
*"On the Move"*
*Mass High Tech*

↑ TOP

### India West

"Some companies come storming into the business arena making a big stir, only to disappear in a puff of smoke. Other companies, like EchoMail Inc., founded by V.A. Shiva in 1995, build their technology 'slowly and methodically' making sure their products can deliver on its promises."

*Richard Springer*
*India West*

↑ TOP

### Gateway

"The Internet plays an integral part in our beyond-the-box strategy and service offerings. The relationships we forge to deliver on this strategy are key to our success. EchoMail's technology and industry leadership position them well to define the e-customer relationship market. The company's business solutions give us the ability to help our business clients leverage the Internet to deliver optimum customer service."

*Mike Mata*
*Vice President of E-Commerce and Business Development*
*Gateway Business*

↑ TOP

### Calvin Klein

"The next generation has different values and communicates in a very modern way. What you have is a new kind of intimacy that's really a paradox--people all over the world are more in touch than ever, but they're doing it one-to-one with e-mail and over the Internet."

*Calvin Klein*
*Calvin Klein Cosmetics Company*

↑ TOP

### IBM

"EchoMail® is the new IP-based call center, the hub of the new marketing information and decision support center, and the future of one-to-one relationship marketing. It may sound too good to be true, and there is a catch: it is absolutely painless to get started and shows you results the first week after you decide to use it."

*Randall McComas*
*Vice President Telecommunications*
*IBM*

↑ TOP

### Meta Group

"We expect to see companies increasingly rely on e-mail as a sales, marketing and customer retention tool. These organizations will increasingly respond to inbound e-mail and create targeted outbound multi-media e-mail campaigns."

*Matthew Cain*
*Vice President*
*Meta Group*

↑ TOP

### Patricia Seybold Group

"EchoMail® provides its customers with a turnkey solution designed to streamline the process of establishing and maintaining productive customer conversations using electronic mail,"

*Chad Rider*
*Patricia Seybold Group*

⬆ TOP

### IBM

"EchoMail® instantly enables you to improve customer satisfaction, strengthen your brand image and improve your productivity by compressing response times and improving the overall quality of response."

*Robert Gibson*
*Solutions Executive*
*IBM*

⬆ TOP

### Internet Commerce Expo

"EchoMail® has been a great tool for our organization. It has greatly facilitated the planning, implementation and precision of our marketing programs, resulting in a more efficient deployment of staff time and resources."

*Michael Twohig*
*Vice President Business Operations*
*Internet Commerce Expo*

⬆ TOP

### GSDM

"Thanks for all your help. You've set the new gold standard in customer service."

*Matthew Childs*
*Director of Interactive Services*
*GSDM*

⬆ TOP

---

©1995-2004 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

 E-Mail this page to a friend.

 **echomail.**

 CONTACT US   CALL ME NOW   REQUEST DE

| COMPANY | SOLUTIONS | SERVICES | **TESTIMONIALS** | DR. E-MAIL | PARTNERS | LOGIN |

Testimonials Home     Customer Quotes     Case Studies

## TESTIMONIALS | CASE STUDIES

AT&T

Calvin Klein

Days Inn

Dove Soap

Fortune500

Gateway

Geico

Hershey Foods

IBM

Kmart Corporation

Los Angeles Times

Star Tribune

Tide Laundry Detergent

US Legislative Branch

Fortune 1000 companies initiate, grow and retain relationships through E-Mail. EchoMail's customers represent a number of industries including financial services, consumer/retail, government, high-tech and telecommunications.

Click the screenshot to read their case study.

   

   

   

 

©1995-2004 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement



| COMPANY | SOLUTIONS | SERVICES | **TESTIMONIALS** | DR. E-MAIL | PARTNERS | LOGIN |

Testimonials Home    Customer Quotes    Case Studies

## CASE STUDIES | IBM

AT&T

Calvin Klein

Days Inn

Dove Soap

Fortune500

Gateway

Geico

Hershey Foods

IBM

Kmart Corporation

Los Angeles Times

Star Tribune

Tide Laundry Detergent

US Legislative Branch



"EchoMail® instantly enables you to improve customer satisfaction, strengthen your brand image and improve your productivity by compressing response times and improving the overall quality of response."
--*Robert Gibson,*
*Solutions Executive, IBM*

**Products used:**
EchoMail® Business Intelligence™
EchoMail® Lead Management™

**Number of e-mails processed:**
Over 3 million inbound and outbound e-mails
Over 50 Lead Management campaigns
Integration with IBM's OMSYS sales database

**Service Solutions:**
Lead Management
Website & content development
Data Mining
Business Intelligence Support
Network Architecture
Workflow Analysis
Direct Mail and Strategic Planning
Training and Consulting

### Success Story: IBM

**Company Overview:**
IBM Corporation ("IBM") is at the center of today's global technology revolution. It's fueling growth and inspiring people in ways not seen in a generation. An energized IBM management team has been transforming the enterprise and executing new strategic alliances. A core issue at IBM is leveraging their existing customer relationships and deepening new relationships. IBM has found its solution in the EchoMail Lead Management Module.

**Our Philosophy**
Information technology is changing every aspect of life: how people work, learn, and govern themselves, and how people think about communication and culture. For many businesses, future success is tied to customer satisfaction, and therefore, there is a business priority in rapidly responding to communications and requests for information. IBM places customer satisfaction as a core value.

**What EchoMail Does for IBM**
EchoMail provides IBM with the ability to respond to sales leads from the over 600 IBM trade shows its sponsors annually, from any digital-touch point, such as card readers, scanners, PDAs, or manual input devices. IBM's primary focus is to quickly turn around leads generated at trade shows. For example, during a recent IBM trade show, one lead generated by a request from a CEO of a major hardware manufacturer was responded to by the sales team on the floor, and by the time the CEO reached his hotel room later, there was a multimedia electronic brochure in his e-mail in box.

But the story even gets better.

Later that same evening, another of IBM's sales representatives, who was in Tokyo and unable to make the trade show, sent an e-mail and touched the customer for a second time within 24 hours. The direct, positive result of this proactive solution was $15 million in new business.

**IBM has been using EchoMail for 3 years**

**Types of Inquiries Handled**
- Requests for product catalogs
- Pricing requests
- Auto-Response and Auto-Suggest
- E-Mail feedback requests
- E-commerce queries

**Types of Data Records Handled and Capabilities**
- E-Mail Address
- Phone Number
- Fax Number
- Sales Representative Name
- Product/Solution(s) of Interest
- Trade Show Name
- Trade Show Date

At the close of the show, lead data is exported directly to the appropriate client database or for lead management via the following functions:
- Custom Query Generation
- Automatic Lead Distribution via E-Mail
- Targeted Outbound Mailings via E-Mail
- One- and Two-Dimensional Statistical Analysis
- Lead Qualification and Follow-Up

**The Real Value of EchoMail**
With EchoMail, IBM is proactively managing, responding and communicating with their customers. The EchoMail suite provides a one-stop solution to IBM's customer-relationship management and communication challenge. Every day, IBM's customers feel the positive effects of EchoMail. Today, the potential for using e-mail capabilities to improve marketing efforts and customer relationships is virtually limitless.

"Leveraging the strengths of DB2 Universal Database and MQSeries within EchoMail helps companies keep their fingers on the pulse of customer desires and manage effective direct e-mail campaigns and promotions."
*--Scott Armour*
*Director, Worldwide ISV Software*
*Sales & Marketing, IBM Software.*

**EchoMail has helped IBM generate over $15 million in real sales.**

**Primary EchoMail Benefits:**
EchoMail provides sales leads to IBM and accurate responses to IBM's business clients.

EchoMail routes e-mails to potential customers and sales representatives all over the world at any time of day.

©1995-2004 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

E-Mail this page to a friend.

# EXHIBIT H

 **echomail**®

 CONTACT US     CALL ME NOW     REQUEST D

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |



# Advanced Tools for E-Mail & Electronic Communications

EchoMail delivers proven tools and industry solutions for increasing your productivity in managing the ever growing volume of electronic communications, while enabling you to execute innovative programs that you never thought possible.

**TESTIMONIALS**

"The beauty of EchoMail Direct is its simplicity. In fewer than 15 steps, EchoMail Direct users can launch an e marketing campaign. EchoMail Direct walks the users step-by-step through entire process, from choosing the campaign type (sales offer, newslette greeting card, etc.) and e-mail desig template to selecting the mailing list.

*Kate (*
*Associate An*
*Summit Stra*

**CAN-SPAM SEMINAR 2005**

## INDUSTRY SOLUTIONS

Banking & Financial Services
Insurance
Media & Publishing
Consumer Packaged Goods
Retail & eTail
Life Sciences & Pharmaceuticals
Transportation & Fleet Management
Energy & Utilities
Government & Non-Profits
Small & Medium Businesses

## APPLICATIONS

E-Mail Response Management
Electronic Marketing
Electronic Surveys & Panels
Self-Service
Contact Management
Sales Management
Compliance & Storage
Event Management
Knowledge Management
Crisis Management

## PRODUCTS & TOOLS

EchoMail® Customer Care™ V7.3
EchoMail® Direct Marketing™ V6.5
EchoMail® Direct™ V6.4
EchoMail® Business Intelligence™ V7.:
EchoMail® FAQ/Self-Service™ V7.3
EchoMail® Data Warehouse™ V7.0
EchoMail® SFA™ V7.3
EchoMail Communications Manager V8

**NEWS**

**Online Users Entitled To Privacy**
A federal court ruling last week overturning a post-September 11 law t allowed government agents to secretly obtain information from Internet servic providers, (ISP's).

**Ask Dr. E-Mail!**
Question: What are the regulatory issu surrounding storage of E-Mail?

**The Intelligence In E-Mail**
Dr. E-Mail's definition of E-Mail:?An electronic medium for asynchronous conversation.

**EVENTS**

**Annual E-Mail Seminar**
*2005 8th Annual E-Mail Seminar*
Learn how to drive your organization tc long-term growth and sustainable profitability.

**CAN-SPAM**

### WE PROUDLY SPONSOR



 **Guggenheim** MUSEUM
Looking to the future, the foundation has proposed the Guggenheim Museum New York, a new facility to be located in Lower Manhattan. Designed by Frank Gehry.



Internationally acclaimed producer and distributor of noncommercial news, talk, and entertainment programming.

### PRESS

**EchoMail lights up direct marketing effort of nation's leading candle manufacturer.**
Yankee candle the nation's leading manufacturer of premium scented candles has chosen EchoMail? Direct Marketing? to enhance brand image and create product awareness.

**EchoMail Provides Direct Marketing and Analytics for TradingMarkets.com**
- TradingMarkets.com the world's largest site for traders using EchoMail advanced analytics for subscriber intelligence.

**FTC Seeks Comments on Proposed Can-Spam Rules** - Commission wants your comments before September 13, 2004.

**IronPort Selects EchoMail as Marketing Partner** - IronPort Selects EchoMail as Marketing Partner.



**EchoMail Certifies to the Safe Harbor framework -** EchoMail joins organizations in the EU providing privacy Protection for personal data.

**More...**

CAN-SPAM Compliance Workshops Covering the CAN-SPAM Act and Europ Union Anti-Spam Laws.

**Dr. E-Mail**
*Dr. E-Mail on Call Webinar Seminars* Provides information about the latest E-Mail marketing techniques and indus insights.





Is the region's premier presenter of global culture, featuring music and dance from the far and near corners of the globe.

©1995-2005 EchoMail, Inc. All rights reserved.
**Trademark & Copyright | Terms & Conditions of Use | Privacy Statement**

 **echomail.**

 CONTACT US     CALL ME NOW     REQUEST DE

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |
|---|---|---|---|---|---|---|

| Company Home | About Us | In The News | Press Room | Awards & Honors | Analysts | Find Your Rep |

## COMPANY  |  AWARDS & HONORS

| | |
|---|---|
| Discover Magazine | # Awards & Honors |

Epcot Center

Europe Online

Forrester

Frost & Sullivan

IBM

ICE

Lemelson-MIT

Lotus Software

MIMC

MIT Technology Review

One Show Interactive

PCWeek

TMC Labs

Verizon

Yahoo

            

©1995-2005 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

  CONTACT US  CALL ME NOW  REQUEST DE

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |
|---|---|---|---|---|---|---|
| Company Home | About Us | In The News | Press Room | Awards & Honors | Analysts | Find Your Rep |

## COMPANY | AWARDS & HONORS

Discover Magazine

Epcot Center

Europe Online

Forrester

Frost & Sullivan

IBM

ICE

Lemelson-MIT

Lotus Software

MIMC

MIT Technology Review

One Show Interactive

PCWeek

TMC Labs

United States Senate

Verizon

Yahoo

# IBM

IBM.

### IBM Best Online Community

When it came to choosing the Best Online Community for 1996, IBM chose EchoMail, Inc.'s Harvard-Square.com website as the site that meets the needs of its diverse members by incorporating community businesses with the arts, (1996).

©1995-2005 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement



 CONTACT US     CALL ME NOW     REQUEST DE

| COMPANY | SOLUTIONS | SERVICES | **TESTIMONIALS** | DR. E-MAIL | PARTNERS | LOGIN |

Testimonials Home    Customer Quotes    Case Studies

## TESTIMONIALS | CUSTOMER QUOTES

Calvin Klein

Chad Rider,
Patricia Seybold
Group

David Archambault,
B3 Corp

Dyke Hendrickson,
Mass High Tech

Kate Claus,
Summit Strategies

Matthew Cain,
Meta Group

Matthew Childs,
GSDM

Michael Twohig,
Internet Commerce
Expo

Mike Mata,
Gateway

Randall McComas,
IBM

Richard Springer,
India West

Robert Gibson, IBM

Sen. William Frist,
US Senate

William M.
Bulkeley, Wall
Street Journal

# IBM

"EchoMail® is the new IP-based call center, the hub of the new marketing information and decision support center, and the future of one-to-one relationship marketing. It may sound too good to be true, and there is a catch: it is absolutely painless to get started and shows you results the first week after you decide to use it."

*Randall McComas*
*Vice President Telecommunications*
*IBM*



---

©1995-2005 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

E-Mail this page to a friend.

  CONTACT US  CALL ME NOW    REQUEST DE

| COMPANY | SOLUTIONS | SERVICES | **TESTIMONIALS** | DR. E-MAIL | PARTNERS | LOGIN |

Testimonials Home    Customer Quotes    Case Studies

## TESTIMONIALS | CUSTOMER QUOTES

Calvin Klein

Chad Rider,
Patricia Seybold
Group

David Archambault,
B3 Corp

Dyke Hendrickson,
Mass High Tech

Kate Claus,
Summit Strategies

Matthew Cain,
Meta Group

Matthew Childs,
GSDM

Michael Twohig,
Internet Commerce
Expo

Mike Mata,
Gateway

Randall McComas,
IBM

Richard Springer,
India West

Robert Gibson, IBM

Sen. William Frist,
US Senate

William M.
Bulkeley, Wall
Street Journal

# IBM

"EchoMail® instantly enables you to improve customer satisfaction, strengthen your brand image and improve your productivity by compressing response times and improving the overall quality of response."

*Robert Gibson
Solutions Executive*



©1995-2005 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

✉ E-Mail this page to a friend.

  

**CONTACT US**    **CALL ME NOW**    REQUEST DI

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |

Testimonials Home    Customer Quotes    Case Studies

## TESTIMONIALS | CUSTOMER QUOTES

Wall Street Journal
Columnist

Sen. William Frist

B3 Corp

Summit Strategies

Mass High Tech

India West

Gateway

Calvin Klein

IBM

Meta Group

Patricia Seybold
Group

IBM

Internet Commerce
Expo

GSDM

### Wall Street Journal Columnist
"EchoMail Can Sort, Answer Deluge of E-Mails. The company's program is designed to improve corporate responsiveness to e-mail by automating the processing."

*The Wall Street Journal's*
*"Under The Radar" column by*
*William M. Bulkeley.*

⬆ TOP

### Sen. William Frist
"Most e-mails from constituents still get a glance from staffers, but that's not going to last for long. EchoMail is good enough to categorize most e-mails and send appropriate responses."

*Sen. William Frist,*
*Tennessee Republican and*
*technology enthusiast.*

⬆ TOP

### B3 Corp
"I read about Shiva and tracked him down. I became enamored with the technology." David Archambault, president of *B3 Corp.*, Sherman Oaks, Calif., which runs Internet promotions for companies such as AOL Time Warner Inc., its majority owner, and Bank of America Corp. "We use EchoMail to reduce customer-service costs. As new questions arise, B3 trains EchoMail just as it would an employee. We had more inconsistency with our live service reps. In our tests, EchoMail answered as much as 95% of all e-mails correctly."

*David Archambault*
*President*
*B3 Corp*

⬆ TOP

### Summit Strategies
"The beauty of EchoMail Direct is its simplicity. In fewer than 15 steps, EchoMail Direct users can launch an e-mail marketing campaign. EchoMail Direct walks the users step-by-step through the entire process, from choosing the campaign type (sales offer, newsletter, greeting card, etc.) and e-mail design template to selecting the mailing list."

*Kate Claus*
*Associate Analyst*
*Summit Strategies*

⬆ TOP

### Mass High Tech
"Dr. E-Mail, aka V.A. Shiva, is a technologist, and that seems to be the reason his company, EchoMail, is surviving today in the CRM (customer relationship management) space. His product actually works."

*By Dyke Hendrickson*
*"On the Move"*
*Mass High Tech*

↑ TOP

### India West

"Some companies come storming into the business arena making a big stir, only to disappear in a puff of smoke. Other companies, like EchoMail Inc., founded by V.A. Shiva in 1995, build their technology 'slowly and methodically' making sure their products can deliver on its promises."

*Richard Springer*
*India West*

↑ TOP

### Gateway

"The Internet plays an integral part in our beyond-the-box strategy and service offerings. The relationships we forge to deliver on this strategy are key to our success. EchoMail's technology and industry leadership position them well to define the e-customer relationship market. The company's business solutions give us the ability to help our business clients leverage the Internet to deliver optimum customer service."

*Mike Mata*
*Vice President of E-Commerce and Business Development*
*Gateway Business*

↑ TOP

### Calvin Klein

"The next generation has different values and communicates in a very modern way. What you have is a new kind of intimacy that's really a paradox--people all over the world are more in touch than ever, but they're doing it one-to-one with e-mail and over the Internet."

*Calvin Klein*
*Calvin Klein Cosmetics Company*

↑ TOP

### IBM

"EchoMail® is the new IP-based call center, the hub of the new marketing information and decision support center, and the future of one-to-one relationship marketing. It may sound too good to be true, and there is a catch: it is absolutely painless to get started and shows you results the first week after you decide to use it."

*Randall McComas*
*Vice President Telecommunications*
*IBM*

↑ TOP

### Meta Group

"We expect to see companies increasingly rely on e-mail as a sales, marketing and customer retention tool. These organizations will increasingly respond to inbound e-mail and create targeted outbound multi-media e-mail campaigns."

*Matthew Cain*
*Vice President*
*Meta Group*

↑ TOP

### Patricia Seybold Group

"EchoMail® provides its customers with a turnkey solution designed to streamline the process of establishing and maintaining productive customer conversations using electronic mail,"

*Chad Rider*
*Patricia Seybold Group*

⬆ TOP

### IBM

"EchoMail® instantly enables you to improve customer satisfaction, strengthen your brand image and improve your productivity by compressing response times and improving the overall quality of response."

*Robert Gibson*
*Solutions Executive*
*IBM*

⬆ TOP

### Internet Commerce Expo

"EchoMail® has been a great tool for our organization. It has greatly facilitated the planning, implementation and precision of our marketing programs, resulting in a more efficient deployment of staff time and resources."

*Michael Twohig*
*Vice President Business Operations*
*Internet Commerce Expo*

⬆ TOP

### GSDM

"Thanks for all your help. You've set the new gold standard in customer service."

*Matthew Childs*
*Director of Interactive Services*
*GSDM*

⬆ TOP

---

©1995-2005 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

✉ E-Mail this page to a friend.

 **echomail.**

 CONTACT US    CALL ME NOW    REQUEST DE

| COMPANY | | SOLUTIONS | | SERVICES | | TESTIMONIALS | DR. E-MAIL | | PARTNERS | | LOGIN |

Testimonials Home    Customer Quotes    Case Studies

## TESTIMONIALS | CASE STUDIES

AT&T

Calvin Klein

Days Inn

Dove Soap

Fortune500

Gateway

Geico

Hershey Foods

IBM

Kmart Corporation

Los Angeles Times

Star Tribune

Tide Laundry
Detergent

US Legislative
Branch

Fortune 1000 companies initiate, grow and retain relationships through E-Mail. EchoMail's customers represent a number of industries including financial services, consumer/retail, government, high-tech and telecommunications.

Click the screenshot to read their case study.

   

  

  





©1995-2005 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

 E-Mail this page to a friend.

 **echomail.**

 CONTACT US     CALL ME NOW     REQUEST DE

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |

Testimonials Home    Customer Quotes    Case Studies

## CASE STUDIES | IBM

**AT&T**

**Calvin Klein**

**Days Inn**

**Dove Soap**

**Fortune500**

**Gateway**

**Geico**

**Hershey Foods**

**IBM**

**Kmart Corporation**

**Los Angeles Times**

**Star Tribune**

**Tide Laundry Detergent**

**US Legislative Branch**



"EchoMail® instantly enables you to improve customer satisfaction, strengthen your brand image and improve your productivity by compressing response times and improving the overall quality of response."
--*Robert Gibson,
Solutions Executive, IBM*

**Products used:**
EchoMail® Business Intelligence™
EchoMail® Lead Management™

**Number of e-mails processed:**
Over 3 million inbound and outbound e-mails
Over 50 Lead Management campaigns
Integration with IBM's OMSYS sales database

**Service Solutions:**
Lead Management
Website & content development
Data Mining
Business Intelligence Support
Network Architecture
Workflow Analysis
Direct Mail and Strategic Planning
Training and Consulting

**Success Story: IBM**

**Company Overview:**
IBM Corporation ("IBM") is at the center of today's global technology revolution. It's fueling growth and inspiring people in ways not seen in a generation. An energized IBM management team has been transforming the enterprise and executing new strategic alliances. A core issue at IBM is leveraging their existing customer relationships and deepening new relationships. IBM has found its solution in the EchoMail Lead Management Module.

**Our Philosophy**
Information technology is changing every aspect of life: how people work, learn, and govern themselves, and how people think about communication and culture. For many businesses, future success is tied to customer satisfaction, and therefore, there is a business priority in rapidly responding to communications and requests for information. IBM places customer satisfaction as a core value.

**What EchoMail Does for IBM**
EchoMail provides IBM with the ability to respond to sales leads from the over 600 IBM trade shows its sponsors annually, from any digital-touch point, such as card readers, scanners, PDAs, or manual input devices. IBM's primary focus is to quickly turn around leads generated at trade shows. For example, during a recent IBM trade show, one lead generated by a request from a CEO of a major hardware manufacturer was responded to by the sales team on the floor, and by the time the CEO reached his hotel room later, there was a multimedia electronic brochure in his e-mail in box.

But the story even gets better.

Later that same evening, another of IBM's sales representatives, who was in Tokyo and unable to make the trade show, sent an e-mail and touched the customer for a second time within 24 hours. The direct, positive result of this proactive solution was $15 million in new business.

**IBM has been using EchoMail for 3 years**

**Types of Inquiries Handled**
- Requests for product catalogs
- Pricing requests
- Auto-Response and Auto-Suggest
- E-Mail feedback requests
- E-commerce queries

**Types of Data Records Handled and Capabilities**
- E-Mail Address
- Phone Number
- Fax Number
- Sales Representative Name
- Product/Solution(s) of Interest
- Trade Show Name
- Trade Show Date

At the close of the show, lead data is exported directly to the appropriate client database or for lead management via the following functions:
- Custom Query Generation
- Automatic Lead Distribution via E-Mail
- Targeted Outbound Mailings via E-Mail
- One- and Two-Dimensional Statistical Analysis
- Lead Qualification and Follow-Up

**The Real Value of EchoMail**
With EchoMail, IBM is proactively managing, responding and communicating with their customers. The EchoMail suite provides a one-stop solution to IBM's customer-relationship management and communication challenge. Every day, IBM's customers feel the positive effects of EchoMail. Today, the potential for using e-mail capabilities to improve marketing efforts and customer relationships is virtually limitless.

"Leveraging the strengths of DB2 Universal Database and MQSeries within EchoMail helps companies keep their fingers on the pulse of customer desires and manage effective direct e-mail campaigns and promotions."
--*Scott Armour*
*Director, Worldwide ISV Software*
*Sales & Marketing, IBM Software.*

**EchoMail has helped IBM generate over $15 million in real sales.**

**Primary EchoMail Benefits:**
EchoMail provides sales leads to IBM and accurate responses to IBM's business clients.

EchoMail routes e-mails to potential customers and sales representatives all over the world at any time of day.

©1995-2005 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

E-Mail this page to a friend.

  CONTACT US    CALL ME NOW    REQUEST DE

| COMPANY | SOLUTIONS | SERVICES |  | DR. E-MAIL | PARTNERS | LOGIN |

Solutions Home    Core Technologies    Products & Tools    Applications    Industry Solutions

## PRODUCTS & TOOLS | BUSINESS INTELLIGENCE



**Sidebar:**
- EchoMail® Customer Care™
- EchoMail® Direct Marketing Enterprise™
- EchoMail® Direct™
- EchoMail® Business Intelligence™
- EchoMail® FAQ/Self-Service™
- EchoMail® Data Warehouse™
- EchoMail® SFA™
- EchoMail® Communications Manager™

# EchoMail® Business Intelligence™

EchoMail® Business Intelligence™ is based on Xiva™, a proprietary technology process for analyzing E-Mail. It examines and automatically categorizes each message by attitude, issue, request, sender type and product or service.

Once E-Mails are categorized, EchoMail®/BI™ can be used in conjunction with EchoMail®/CC™, EchoMail®/DW™, EchoMail®/LM™ or EchoMail®/DM™ to instinctively calculate and send responses, integrate E-Mail categorization with existing customer data, automatically route leads and perform intelligent targeted outbound mailings. EchoMail®/BI™ is also designed to act as a standalone application for monitoring all inbound and outbound E-Mail to report important trends.

CALL ME NOW    REQUEST DEMO

**FEATURES & BENEFITS**
- Analyze audience attitude
- Collect and categorize your customers
- Monitor your inbound and outbound E-Mails
- Track and manage CRS performance
- Automate and increase E-Mail response time
- Compatible with Oracle and IBM DB2

©1995-2005 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

E-Mail this page to a friend.

 **echomail.**

 CONTACT US    CALL ME NOW    REQUEST DE

| COMPANY | SOLUTIONS | SERVICES | | DR. E-MAIL | PARTNERS | LOGIN |

Solutions Home     Core Technologies     Products & Tools     Applications     Industry Solutions

### PRODUCTS & TOOLS | DATA WAREHOUSE



EchoMail® **Customer Care™**

EchoMail® **Direct Marketing Enterprise™**

EchoMail® **Direct™**

EchoMail® **Business Intelligence™**

EchoMail® **FAQ/Self-Service™**

EchoMail® **Data Warehouse™**

EchoMail® **SFA™**

EchoMail® **Communications Manager™**

# EchoMail® Data Warehouse™

EchoMail DW provides maximized availability, direct management, easy deployment and configuration, quick tuning and modification of critical databases and instance parameters. DW comes with standard pre-developed reports. It also allows users to generate and store complex custom reports across all available data (Inbound and Outbound) that can be accessed at any time. These reports can be executed or updated for a given time period and across different parameters.

 CALL ME NOW    REQUEST DEMO

**FEATURES & BENEFITS**

- Create complex reports and deep analysis with ease.
- Works with IBM DB2 and Oracle.
- Unified data model lets you simultaneously access data from across the EchoMail suite of products. Provides a scalable solution for E-Mail list management
- Enables integration with legacy internal database systems
- Web interface for list querying and data access
- Secure, scalable three-tier architecture.

---

©1995-2005 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement



 CONTACT US     CALL ME NOW     REQUEST DEMO    SITE MA

| COMPANY | SOLUTIONS | SERVICES | ⌐ | DR. E-MAIL | **PARTNERS** | LOGIN |

PARTNERS  |  OVERVIEW

Introduction

Overview

Background

Application Form

## Overview

### How to become an EchoMail® strategic partner

To provide the best solutions for our customers, EchoMail partners with companies that are leaders in their respective industries. Our shared goal is to deliver comprehensive, well-integrated systems that ensure our customer's success.

When selecting a partner, EchoMail seeks to build alliances that mutually strengthen and extend our product offerings to provide strategic value for our customers. Combining strengths enables EchoMail and our partners to enhance our respective market positions, develop new markets, streamline cooperative development efforts and establish competitive differentiation.

The EchoMail partner program provides a variety of opportunities to raise awareness and increase exposure through collaborative marketing programs. We work with each partner to develop programs that emphasize product synergies, market leadership, and enhance our ability to penetrate key accounts. Through joint press releases, lead sharing, collateral development, trade show participation and web site collaboration, we foster mutual growth.

Apply Here

©1995-2005 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

E-Mail this page to a friend.



 CONTACT US   CALL ME NOW   REQUEST DE

| COMPANY | SOLUTIONS | SERVICES | | DR. E-MAIL | PARTNERS | LOGIN |

## PARTNERS



Introduction
Overview
Background
Application Form

# EchoMail Partners

### EchoMail® Strategic Partner Program

EchoMail develops alliances with best-of-breed solution and service providers. Our strategic partners include the most distinguished Web developers, eCommerce application developers, system integrators, database suppliers and Computer-Telephony Integration vendors in the market today. Each partner provides a complementary product or service that extends and enhances EchoMail's product line to deliver maximum value to our joint customers. By combining strengths, EchoMail and our partners provide a complete solution for eCustomer relations.

> *"The Internet plays an integral part in our beyond-the-box strategy and service offerings,"*
>
> *"The relationships we forge to deliver on this strategy are key to our success. EchoMail's technology and industry leadership position them well to define the e-customer relationship market. The company's business solutions give us the ability to help our business clients leverage the Internet to deliver optimum customer service."*
>
> Mike Mata, Vice President of eCommerce and Business Development,
> Gateway Business.

©1995-2005 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

  CONTACT US  CALL ME NOW  REQUEST DEMO SITE MA

| COMPANY | SOLUTIONS | SERVICES | | DR. E-MAIL | PARTNERS | LOGIN |

PARTNERS  |  BACKGROUND

Introduction
Overview
Background
Application Form

# Background

To provide the best solutions for our customers, EchoMail partners with companies that are leaders in their respective industries. Our shared goal is to deliver comprehensive, well-integrated systems that ensure our customers' success.

**Solution Partners**
Solution Partners are leading technology companies whose products integrate with EchoMail to deliver the most complete and extended Internet Front Office systems. Solution Partners include leading Internet services companies whose solution offerings combine with EchoMail to deliver maximum value and competitive advantage to our customers.

**System Integration Partners**
EchoMail's system integrator/consulting partners bring expert business knowledge, industry expertise and unsurpassed technical ability to every phase of an EchoMail implementation. Offering a wide range of services, these partners build and deliver solutions that seamlessly integrate EchoMail into enterprise web, email, back-office and transaction systems.

**Resellers Partners**
EchoMail's reseller partners are industry-leading software companies that complement and add value to EchoMail. By embedding EchoMail's award winning applications in their comprehensive customer deployments, our reseller partners deliver more complete solutions at reduced risk and cost to our joint customers.

**Database Partners**
EchoMail applications run on both Microsoft SQL Server 6.5/7.0 and Oracle7 or Oracle8 Server. In addition, our partnerships with leading database suppliers ensure that EchoMail products can integrate and exchange data with DB2, Informix, Sybase and other ODBC compliant databases.

©1995-2005 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement

E-Mail this page to a friend.

# EXHIBIT I

  CONTACT US  CALL ME NOW   REQUEST DEMO  SITE M

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |



# Advanced Tools for E-Mail & Electronic Communications

**EchoMail delivers proven tools and industry solutions for increasing your productivity in managing the ever growing volume of electronic communications, while enabling you to execute innovative programs that you never thought possible.**

**TESTIMONIALS**

"Thank you very much for the generous sup
EchoMail has recently shown to our chapt
the American Red Cross. By becomin
sponsor of the 10th Annual Red Cross (
EchoMail became a significant part in helpin
raise the funds necessary to provide I
shelter, clothing and emotional support to vic
of disaster. With so much recent attention b
given to the needs of national disasters suc
Hurricane Katrina your support of the local
Cross relief is critical."

*Kevin Sulli*
*American Red Cross of Central New Jer*



**INDUSTRY SOLUTIONS**

Banking & Financial Services
Insurance
Media & Publishing
Consumer Packaged Goods
Retail & eTail
Life Sciences & Pharmaceuticals
Transportation & Fleet Management
Energy & Utilities
Government & Non-Profits
Small & Medium Businesses

**APPLICATIONS**

E-Mail Response Management
E-Mail Marketing
Electronic Surveys & Panels
Self-Service
Contact Management
Sales Management
Compliance & Storage
Notification Management
Event Management
Knowledge Management
Crisis Management

**PRODUCTS & TOOLS**

EchoMail® Customer Care™ V7.5
EchoMail® Direct Marketing™ V7.4.3
EchoMail® Direct™ V6.4
EchoMail® Business Intelligence™ V7.5
EchoMail® FAQ/Self-Service™ V7.3
EchoMail® Data Warehouse™ V7.3
EchoMail® SFA™ V7.3
EchoMail® Communications Manager V

**WE PROUDLY SPONSOR**



**Guggenheim** MUSEUM
Abu Dhabi's museum will join a highly exclusive Guggenheim museum network which currently includes New York, Venice in Italy, Bilbao in Spain, Berlin in Germany and Las Vegas.



Globally acclaimed producer and distributor of non-commercial programming - news, talk, and entertainment.



**PRESS**

**EchoMail spreads the message of healthy eating for healthy living.**
Natural and organic food company Homegrown Naturals chooses EchoMail to spread its message of healthy living and to disseminate product information.

**Nation's leading business publication enters into strategic alliance with EchoMail.**
Money-Media, the country's leading provider of news to the money management industry and corporate governance world, selects EchoMail for targeted outreach of niche audience.

**EchoMail, the natural choice of country's leading nature cure company.**
Botanical Laboratories the nation's leading manufacturer of homeopathic remedies, natural formulations and nutritional supplements selects EchoMail® Direct

**NEWS**

**DM News: Online News Dissemination**
Leading Dailies choose EchoMail techno
to "Air" news and views

**EchoMail - The Choice of Non-Profits**
"EchoMail provides the cutting edge to i
profits"

**Ask Dr. E-Mail!**
Question: What are the regulatory iss
surrounding storage of E-Mail?

**The Intelligence In E-Mail**
Dr. E-Mail's definition of E-Mail: An electr
medium for asynchronous conversation.

**EVENTS**

**E-Mail Seminar - 2007**
Learn how to drive your organization to l
term growth and sustainable profitability.

**CAN-SPAM Compliance Workshops**
Covering the CAN-SPAM Act and Europ
Union Anti-Spam Laws.



Supplements Echo's Echomail Direct Marketing™ to reach out and spread product awareness among its target audience.

**Dr. E-Mail on Call - Seminars**
Provides information about the latest E-Mail marketing techniques and industry insights.

**More...**

 

Premier presenter of global culture, featuring music and dance from the far and near corners of the globe.

---

©1995-2007 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use |
Privacy Statement
✉ E-Mail this page to a friend
▤ Subscribe

Partner links :  Interactive.com
Making Business Easy™

LogoCat.com
Designs Developed In Real-Time



 CONTACT US     CALL ME NOW     REQUEST DEMO     SITE M.

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |
|---|---|---|---|---|---|---|
| Company Home | About Us | In The News | Press Room | Awards & Honors | Analysts | Find Your Rep |

COMPANY | AWARDS & HONORS

## Awards & Honors

Discover Magazine

Epcot Center

Europe Online

Forrester

Frost & Sullivan

ICE

Lemelson-MIT

Lotus Software

MIMC

MIT Technology Review

One Show Interactive

PCWeek

TMC Labs

Verizon

Yahoo














one show interactive

Discover

verizon

Lotus.

IBM

YAHOO!

PCWEEK

Ep©ot

MIT

©1995-2007 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use |
Privacy Statement
✉ E-Mail this page to a friend
▤ Subscribe

Partner links : Interactive.com
Making Business Easy™

☐

LogoCat.com
Designs Developed In Real-Ti

 **echomail.**

 CONTACT US    CALL ME NOW     REQUEST DEMO     SITE M.

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |
|---|---|---|---|---|---|---|

Company Home    About Us    In The News    Press Room    Awards & Honors    Analysts    Find Your Rep

COMPANY | AWARDS & HONORS

Discover Magazine

Epcot Center

Europe Online

Forrester

Frost & Sullivan

IBM

ICE

Lemelson-MIT

Lotus Software

MIMC

MIT Technology Review

One Show Interactive

PCWeek

TMC Labs

Verizon

Yahoo

# IBM

**IBM**

## IBM Best Online Community

When it came to choosing the Best Online Community for 1996, IBM chose EchoMail, Inc.'s Harvard-Square.com website as the site that meets the needs of its diverse members by incorporating community businesses with the arts, (1996).

©1995-2007 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement
✉ E-Mail this page to a friend
⊠ Subscribe

Partner links : Interactive.com
Making Business Easy™

LogoCat.com
Designs Developed In Real-Ti

  CONTACT US  CALL ME NOW  REQUEST DEMO  SITE M.

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |

Services Home    Agency Services    Infrastructure    Education and Training

## INFRASTRUCTURE | HOSTING SERVICES

Data Integration

Firewall Setup

Hardware
Procurement

Hosting Services

Networking

Network Security

Systems
Architecture

### Hosting Services

EchoMail is a leading provider of Lotus Notes Domino Hosting for Enterprise Applications, mail and websites since 1995.

Our Hosting services are:
- Secure
- Reliable
- Scalable
- Affordable

EchoMail can provide dedicated or shared server resources to host on a variety of operating systems, and has been an IBM/Lotus Business partner since 1997.
EchoMail strives to provide the best customer support in the ASP space. We have a team of highly skilled project managers that will coordinate your installation and provide a single point of contact for all your needs. We monitor our hosted environment 24X7 and technical staff is on hand 365 days per year.

 

©1995-2007 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use |
Privacy Statement
✉ E-Mail this page to a friend
✉ Subscribe

Partner links : Interactive.com
Making Business Easy™

LogoCat.com
Designs Developed In Real-Ti

  CONTACT US  CALL ME NOW  REQUEST DEMO  SITE M.

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |

Services Home     Agency Services     Infrastructure     Education and Training

## INFRASTRUCTURE  |  SYSTEM ARCHITECTURE

Data Integration

Firewall Setup

Hardware
Procurement

Hosting Services

Networking

Network Security

Systems
Architecture



## System Architecture

EchoMail addresses Electronic System Architecture technology challenges. EchoMail provides fluent, multi-level model integration required for true systems design and analysis. The ability to combine high-level behavioral models with lower-level device models in a multi-disciplined environment allows designers to rapidly make tradeoffs. The EchoMail system is divided into three sub-systems; the client server, the central server, and the user interface.

The client server runs on the client's personal computer and consists of a Hypertext Transfer Protocol (HTTP) client, or Web browser, a persistent HTTP server, data scripts, and a local database. The Web browser and server communicate via HTTP, the Web server and data scripts communicate via the Common Gateway Interface (CGI), and the scripts and database communicate via an application programming interface (API).

The central server runs on a Unix workstation and consists of three persistent servers; an HTTP server, the Andes central server, and a central database. The Web and Andes servers communicate via a CGI stub; the Web server and stub use the CGI protocol and the stub and the Andes server use the Andes protocol. The Andes server and database communicate via TCP/IP.

The user interface to the central server is essentially an interface to the central database. It allows the user to remotely manage the registration of assets and the client's progress through EchoMail products (DM, CC, DW, Direct, BPO). Asset authoring tools can also reside here, or be downloaded for Use on a user's local system.

©1995-2007 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use |
Privacy Statement
✉ E-Mail this page to a friend
✉ Subscribe

Partner links :  Interactive.com
                 Making Business Easy™

                 LogoCat.com
                 Designs Developed In Real-Ti



 **echomail**®

 CONTACT US    CALL ME NOW    REQUEST DEMO    SITE M.

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |

Testimonials Home    Customer Quotes    Case Studies

## TESTIMONIALS | CUSTOMER QUOTES

| | |
|---|---|
| Calvin Klein | **IBM** |
| Chad Rider, Patricia Seybold Group | "EchoMail® is the new IP-based call center, the hub of the new marketing information and decision support center, and the future of one-to-one relationship marketing. It may sound too good to be true, and there is a catch: it is absolutely painless to get started and shows you results the first week after you decide to use it." |
| David Archambault, B3 Corp | |
| Dyke Hendrickson, Mass High Tech | |
| Kate Claus, Summit Strategies | *Randall McComas*<br>*Vice President Telecommunications*<br>*IBM* |
| Matthew Cain, Meta Group | |
| Matthew Childs, GSDM |  |

Calvin Klein

Chad Rider,
Patricia Seybold
Group

David Archambault,
B3 Corp

Dyke Hendrickson,
Mass High Tech

Kate Claus,
Summit Strategies

Matthew Cain,
Meta Group

Matthew Childs,
GSDM

Michael Twohig,
Internet Commerce
Expo

Mike Mata,
Gateway

Randall McComas,
IBM

Richard Springer,
India West

Robert Gibson, IBM

William M.
Bulkeley, Wall
Street Journal

©1995-2007 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use |
Privacy Statement
✉ E-Mail this page to a friend
▦ Subscribe

Partner links : Interactive.com
Making Business Easy™

☐

LogoCat.com
Designs Developed In Real-Ti

 **echomail.**

 CONTACT US     CALL ME NOW     REQUEST DEMO    SITE M/

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |

Testimonials Home     Customer Quotes     Case Studies

## TESTIMONIALS | CUSTOMER QUOTES

Calvin Klein

Chad Rider,
Patricia Seybold
Group

David Archambault,
B3 Corp

Dyke Hendrickson,
Mass High Tech

Kate Claus,
Summit Strategies

Matthew Cain,
Meta Group

Matthew Childs,
GSDM

Michael Twohig,
Internet Commerce
Expo

Mike Mata,
Gateway

Randall McComas,
IBM

Richard Springer,
India West

Robert Gibson, IBM

William M.
Bulkeley, Wall
Street Journal

### IBM

"EchoMail® instantly enables you to improve customer satisfaction, strengthen your brand image and improve your productivity by compressing response times and improving the overall quality of response."

*Robert Gibson*
*Solutions Executive*

**IBM** ®

---

©1995-2007 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use |
Privacy Statement
✉ E-Mail this page to a friend
▨ Subscribe

Partner links : Interactive.com
Making Business Easy™

LogoCat.com
Designs Developed In Real-Ti

  CONTACT US  CALL ME NOW  REQUEST DEMO  SITE M.

| COMPANY | SOLUTIONS | SERVICES | **TESTIMONIALS** | DR. E-MAIL | PARTNERS | LOGIN |

Testimonials Home    Customer Quotes    Case Studies

## TESTIMONIALS | CUSTOMER QUOTES

American Red Cross

B3 Corp

Calvin Klein

FLW Outdoors

Gateway

GSDM

India West

Internet Commerce Expo

Money-Media

Mass High Tech

Meta Group

Patricia Seybold Group

Sen. William Frist

Summit Strategies

Wall Street Journal Columnist

Wheels

Yankee Candle

### American Red Cross of Central New Jersey
"Thank you very much for the generous support EchoMail has recently shown to our chapter of the American Red Cross. By becoming a sponsor of the 10th Annual Red Cross Gala, EchoMail became a significant part in helping us raise the funds necessary to provide food, shelter, clothing and emotional support to victims of disaster. With so much recent attention being given to the needs of national disasters such as Hurricane Katrina your support of the local Red Cross relief is critical."

*Kevin Sullivan*
*CEO*
*American Red Cross of Central New Jersey.*

↑ TOP

### B3 Corp
"I read about Shiva and tracked him down. I became enamored with the technology." David Archambault, president of *B3 Corp.*, Sherman Oaks, Calif., which runs Internet promotions for companies such as AOL Time Warner Inc., its majority owner, and Bank of America Corp. "We use EchoMail to reduce customer-service costs. As new questions arise, B3 trains EchoMail just as it would an employee. We had more inconsistency with our live service reps. In our tests, EchoMail answered as much as 95% of all E-Mails correctly."

*David Archambault*
*President*
*B3 Corp*

↑ TOP

### Calvin Klein
"The next generation has different values and communicates in a very modern way. What you have is a new kind of intimacy that's really a paradox--people all over the world are more in touch than ever, but they're doing it one-to-one with E-Mail and over the Internet."

*Calvin Klein*
*Calvin Klein Cosmetics Company*

↑ TOP

### FLW Outdoors
"EchoMail has been Highly Responsive to our needs and Provides extremely Reliable service."

*Dave Washburn*
*FLW Outdoors*

↑ TOP

### Gateway
"The Internet plays an integral part in our beyond-the-box strategy and service offerings. The relationships we forge to deliver on this strategy are key to our success. EchoMail's technology and industry leadership position them well to define the e-customer relationship market. The company's business solutions give us the ability to help our business clients leverage the Internet to deliver optimum customer service."

*Mike Mata*
*Vice President of E-Commerce and Business Development*
*Gateway Business*

↑ TOP

### GSDM
"Thanks for all your help. You've set the new gold standard in customer service."

*Matthew Childs*

*Director of Interactive Services*
*GSDM*

↑ TOP

**India West**
"Some companies come storming into the business arena making a big stir, only to disappear in a puff of smoke. Other companies, like EchoMail Inc., founded by V.A. Shiva in 1995, build their technology 'slowly and methodically' making sure their products can deliver on its promises."

*Richard Springer*
*India West*

↑ TOP

**Internet Commerce Expo**
"EchoMail® has been a great tool for our organization. It has greatly facilitated the planning, implementation and precision of our marketing programs, resulting in a more efficient deployment of staff time and resources."

*Michael Twohig*
*Vice President Business Operations*
*Internet Commerce Expo*

↑ TOP

**Mass High Tech**
"Dr. E-Mail, aka V.A. Shiva, is a technologist, and that seems to be the reason his company, EchoMail, is surviving today in the CRM (customer relationship management) space. His product actually works."

*By Dyke Hendrickson*
*"On the Move"*
*Mass High Tech*

↑ TOP

**Money-Media**
"EchoMail was an excellent choice for my company's broadcast E-Mail needs. We integrated our systems and achieved high levels of automation and functionality. EchoMail provides excellent support, a great product, and they developed custom functionality based around my business. Their focus on me, the customer, is what made our partnership so successful. We can now do more with less!"

*Daniel Fink*
*Group Marketing Director*
*Money-Media*

↑ TOP

**Meta Group**
"We expect to see companies increasingly rely on E-Mail as a sales, marketing and customer retention tool. These organizations will increasingly respond to inbound E-Mail and create targeted outbound multi-media E-Mail campaigns."

*Matthew Cain*
*Vice President*
*Meta Group*

↑ TOP

**Patricia Seybold Group**
"EchoMail® provides its customers with a turnkey solution designed to streamline the process of establishing and maintaining productive customer conversations using electronic mail,"

*Chad Rider*
*Patricia Seybold Group*

↑ TOP

**Sen. William Frist**
"Most E-Mails from constituents still get a glance from staffers, but that's not going to last for long. EchoMail is good enough to categorize most E-Mails and send appropriate responses."

*Sen. William Frist,*
*Tennessee Republican and*
*technology enthusiast.*

↑ TOP

### Summit Strategies

"The beauty of EchoMail Direct is its simplicity. In fewer than 15 steps, EchoMail Direct users can launch an e-mail marketing campaign. EchoMail Direct walks the users step-by-step through the entire process, from choosing the campaign type (sales offer, newsletter, greeting card, etc.) and e-mail design template to selecting the mailing list."

*Kate Claus*
*Associate Analyst*
*Summit Strategie*

↑ TOP

### Wall Street Journal Columnist

"EchoMail Can Sort, Answer Deluge of E-Mails. The company's program is designed to improve corporate responsiveness to E-Mail by automating the processing."

*The Wall Street Journal's*
*"Under The Radar" column by*
*William M. Bulkeley.*

↑ TOP

### Wheels

"Thanks to everyone at Echomail for the lovely gift. It was a complete surprise! It has been great working with all of you this past year. Everyone that I have had the opportunity to communicate with has provided quality service and assistance! I appreciate the help that I always receive, which in turn, makes my job less complicated. I hope all of you had a wonderful holiday and best wishes for a healthy, happy, and prosperous New Year!"

*Jocelyn Flojo*
*Wheels Inc*

↑ TOP

### Yankee Candle

"Your team has been most responsive to our needs, you are an excellent service provider."

*Dana Springfield*
*Yankee Candle*

↑ TOP

©1995-2007 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use |
Privacy Statement
✉ E-Mail this page to a friend
✉ Subscribe

Partner links :  Interactive.com
Making Business Easy™
☐
LogoCat.com
Designs Developed In Real-Ti



 CONTACT US    CALL ME NOW    REQUEST DEMO    SITE M

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |
|---|---|---|---|---|---|---|

Testimonials Home    Customer Quotes    Case Studies

## TESTIMONIALS | CASE STUDIES

**American Red Cross of Central New Jersey**

**AT&T**

**Botanical Laboratories**

**Calvin Klein**

**ChicagoEvents**

**Cookie Jar**

**Days Inn**

**Dove Soap**

**FLW Outdoors**

**Fortune500**

**Gateway**

**Homegrown Naturals**

**Nation's largest direct marketer of Auto Insurance**

**Hershey Foods**

**Kmart Corporation**

**Los Angeles Times**

**Star Tribune**

**Tide Laundry Detergent**

**Nestle Purina**

**Trading Markets**

**TNS-NFO**

**The Green Guide**

**Salomon Smith Barney**

**Sheppard Mullin**

**QVC**

**P&G Tremor**

**Prajnopaya**

Fortune 1000 companies initiate, grow and retain relationships through E-Mail. EchoMail's customers represent a number of industries including financial services, consumer/retail, government, high-tech and telecommunications.

Click the screenshot to read their case study.

   

   

   

   

   

   

NPR

Newport News

New Boston Fund

Metavante
Corporation

Money Media

Guggenheim
Museum

Equity Residential

E.W.Scripps

Carpenter
Technology

Unitrin

Yankee Candle

   
   
   
   
   

©1995-2007 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use |
Privacy Statement
E-Mail this page to a friend
Subscribe

Partner links : Interactive.com
Making Business Easy™

LogoCat.com
Designs Developed In Real-Ti

  CONTACT US  CALL ME NOW  REQUEST DEMO  SITE M.

| COMPANY | | SOLUTIONS | | SERVICES | | **TESTIMONIALS** | | DR. E-MAIL | | PARTNERS | | LOGIN |

Testimonials Home    Customer Quotes    Case Studies

## CASE STUDIES | IBM

AT&T

Calvin Klein

Days Inn

Dove Soap

Fortune500

Gateway

Nation's largest
direct marketer of
Auto Insurance

Hershey Foods

IBM

Kmart Corporation

Los Angeles Times

Star Tribune

Tide Laundry
Detergent

Nestle Purina

Trading Markets

TNS-NFO

The Green Guide

Salomon Smith
Barney

QVC

P&G Tremor

NPR

Newport News

New Boston Fund

Metavante
Corporation

Guggenheim
Museum

Equity Residential

E.W.Scripps



"EchoMail® instantly enables you to improve customer satisfaction, strengthen your brand image and improve your productivity by compressing response times and improving the overall quality of response."
--*Robert Gibson,*
*Solutions Executive, IBM*

**Products used:**
EchoMail® Business Intelligence™
EchoMail® Lead Management™

**Number of E-Mails processed:**
Over 3 million inbound and outbound E-Mails
Over 50 Lead Management campaigns
Integration with IBM's OMSYS sales database

**Service Solutions:**
Lead Management
Website & content development
Data Mining
Business Intelligence Support
Network Architecture
Workflow Analysis
Direct Mail and Strategic Planning
Training and Consulting

**Success Story: IBM**

**Company Overview:**
IBM Corporation ("IBM") is at the center of today's global technology revolution. It's fueling growth and inspiring people in ways not seen in a generation. An energized IBM management team has been transforming the enterprise and executing new strategic alliances. A core issue at IBM is leveraging their existing customer relationships and deepening new relationships. IBM has found its solution in the EchoMail Lead Management Module.

**Our Philosophy**
Information technology is changing every aspect of life: how people work, learn, and govern themselves, and how people think about communication and culture. For many businesses, future success is tied to customer satisfaction, and therefore, there is a business priority in rapidly responding to communications and requests for information. IBM places customer satisfaction as a core value.

**What EchoMail Does for IBM**
EchoMail provides IBM with the ability to respond to sales leads from the over 600 IBM trade shows its sponsors annually, from any digital-touch point, such as card readers, scanners, PDAs, or manual input devices. IBM's primary focus is to quickly turn around leads generated at trade shows. For example, during a recent IBM trade show, one lead generated by a request from a CEO of a major hardware manufacturer was responded to by the sales team on the floor, and by the time the CEO reached his hotel room later, there was a multimedia electronic brochure in his E-Mail in box.

But the story even gets better.

Later that same evening, another of IBM's sales representatives, who was in Tokyo and unable to make the trade show, sent an E-Mail and touched the customer for a second time within 24 hours. The direct, positive result of this proactive solution was $15 million in new business.

**IBM has been using EchoMail for 3 years**

**Types of Inquiries Handled**
- Requests for product catalogs
- Pricing requests
- Auto-Response and Auto-Suggest
- E-Mail feedback requests
- E-commerce queries

Carpenter
Technology

Allstate

~~E-commerce queries~~

### Types of Data Records Handled and Capabilities

- E-Mail Address
- Phone Number
- Fax Number
- Sales Representative Name
- Product/Solution(s) of Interest
- Trade Show Name
- Trade Show Date

At the close of the show, lead data is exported directly to the appropriate client database or for lead management via the following functions:

- Custom Query Generation
- Automatic Lead Distribution via E-Mail
- Targeted Outbound Mailings via E-Mail
- One- and Two-Dimensional Statistical Analysis
- Lead Qualification and Follow-Up

### The Real Value of EchoMail

With EchoMail, IBM is proactively managing, responding and communicating with their customers. The EchoMail suite provides a one-stop solution to IBM's customer-relationship management and communication challenge. Every day, IBM's customers feel the positive effects of EchoMail. Today, the potential for using E-Mail capabilities to improve marketing efforts and customer relationships is virtually limitless.

"Leveraging the strengths of DB2 Universal Database and MQSeries within EchoMail helps companies keep their fingers on the pulse of customer desires and manage effective direct E-Mail campaigns and promotions."
--*Scott Armour*
*Director, Worldwide ISV Software*
*Sales & Marketing, IBM Software.*

### EchoMail has helped IBM generate over $15 million in real sales.

### Primary EchoMail Benefits:

EchoMail provides sales leads to IBM and accurate responses to IBM's business clients.

EchoMail routes E-Mails to potential customers and sales representatives all over the world at any time of day.

©1995-2007 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use |
Privacy Statement
✉ E-Mail this page to a friend
✉ Subscribe

Partner links : Interactive.com
Making Business Easy™

☐

LogoCat.com
Designs Developed In Real-Ti

  CONTACT US   CALL ME NOW  REQUEST DEMO   SITE M.

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |

Solutions Home      Core Technologies      Products & Tools      Applications      Industry Solutions

## CORE TECHNOLOGIES | BUSINESS INTELLIGENCE

Analytics

Business
Intelligence

Data Capture

Data Warehouse

Delivery

Filtering

Workflow

### EchoMail® Business Intelligence™

EchoMail Business Intelligence is based on XivaTM, a proprietary technology process for analyzing E-Mail. It examines and automatically categorizes each message by attitude, issue, request, sender type and product or service.

Once E-Mails are categorized, BI can be used in conjunction with EchoMail CC, EchoMail DW, EchoMail LM or EchoMail DM to instinctively calculate and send responses, integrate E-Mail categorization with existing customer data, automatically route leads and perform intelligent targeted outbound mailings. EchoMail BI is also designed to act as a standalone application for monitoring all inbound and outbound E-Mail to report important trends.

 CALL ME NOW     REQUEST DEMO

**FEATURES & BENEFITS**

- Analyze audience attitude
- Collect and categorize your customers
- Monitor your inbound and outbound E-Mails
- Track and manage CRS performance
- Automate and increase E-Mail response time
- Compatible with Oracle and IBM DB2

©1995-2007 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use |
Privacy Statement
✉ E-Mail this page to a friend
📧 Subscribe

Partner links : Interactive.com
Making Business Easy™

LogoCat.com
Designs Developed In Real-Ti

  CONTACT US  CALL ME NOW   REQUEST DEMO   SITE M.

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |

Solutions Home    Core Technologies    Products & Tools    Applications    Industry Solutions

## CORE TECHNOLOGIES | DATA WAREHOUSE

Analytics

Business
Intelligence

Data Capture

Data Warehouse

Delivery

Filtering

Workflow

### EchoMail® Data Warehouse™

EchoMail Data Warehouse provides maximized availability, direct management, easy deployment and configuration, quick tuning and modification of critical databases and instance parameters. Data Warehouse (DW) comes with standard pre-developed reports. It also allows users to generate and store complex custom reports across all available data (Inbound and Outbound) that can be accessed at any time. These reports can be executed or updated for a given time period and across different parameters.

 CALL ME NOW    REQUEST DEMO

**FEATURES & BENEFITS**

- Create complex reports and deep analysis with ease.
- Works with IBM DB2 and Oracle.
- Unified data model lets you simultaneously access data from across the EchoMail suite of products. Provides a scalable solution for E-Mail list management
- Enables integration with legacy internal database systems
- Web interface for list querying and data access
- Secure, scalable three-tier architecture.

©1995-2007 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use |
Privacy Statement
✉ E-Mail this page to a friend
☰ Subscribe

Partner links : Interactive.com
Making Business Easy™

LogoCat.com
Designs Developed In Real-Ti



 CONTACT US     CALL ME NOW    REQUEST DEMO     SITE M,

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |

Solutions Home    Core Technologies    Products & Tools    Applications    Industry Solutions

## PRODUCTS & TOOLS | BUSINESS INTELLIGENCE

**Left navigation:**
EchoMail® Customer Care™

EchoMail® Direct Marketing Enterprise™

EchoMail® Direct™

EchoMail® Business Intelligence™

EchoMail® FAQ/Self-Service™

EchoMail® Data Warehouse™

EchoMail® SFA™

EchoMail® Communications Manager™



### EchoMail® Business Intelligence™

EchoMail® Business Intelligence™ is based on Xiva™, a proprietary technology process for analyzing E-Mail. It examines and automatically categorizes each message by attitude, issue, request, sender type and product or service.

Once E-Mails are categorized, EchoMail®/BI™ can be used in conjunction with EchoMail®/CC™, EchoMail®/DW™, EchoMail®/LM™ or EchoMail®/DM™ to instinctively calculate and send responses, integrate E-Mail categorization with existing customer data, automatically route leads and perform intelligent targeted outbound mailings. EchoMail®/BI™ is also designed to act as a standalone application for monitoring all inbound and outbound E-Mail to report important trends.

CALL ME NOW        REQUEST DEMO

**FEATURES & BENEFITS**

- Analyze audience attitude
- Collect and categorize your customers
- Monitor your inbound and outbound E-Mails
- Track and manage CRS performance
- Automate and reduce E-Mail response time
- Compatible with Oracle and IBM DB2

©1995-2007 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use |
Privacy Statement
✉ E-Mail this page to a friend
▤ Subscribe

Partner links : Interactive.com
Making Business Easy™

LogoCat.com
Designs Developed In Real-Ti

   

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |

Solutions Home    Core Technologies    Products & Tools    Applications    Industry Solutions

## PRODUCTS & TOOLS | DATA WAREHOUSE

**EchoMail®**
**Customer Care™**

**EchoMail® Direct**
**Marketing**
**Enterprise™**

**EchoMail® Direct™**

**EchoMail®**
**Business**
**Intelligence™**

**EchoMail®**
**FAQ/Self-Service™**

**EchoMail® Data**
**Warehouse™**

**EchoMail® SFA™**

**EchoMail®**
**Communications**
**Manager™**



### EchoMail® Data Warehouse™

EchoMail Data Warehouse provides maximized availability, direct management, easy deployment and configuration, quick tuning and modification of critical databases and instance parameters. Data Warehouse (DW) comes with standard pre-developed reports. It also allows users to generate and store complex custom reports across all available data (Inbound and Outbound) that can be accessed at any time. These reports can be executed or updated for a given time period and across different parameters.



**FEATURES & BENEFITS**

- Create complex reports and in-depth analysis with ease.
- Works with IBM DB2 and Oracle.
- Unified data model lets you simultaneously access data from across the EchoMail suite of products. Provides a scalable solution for E-Mail list management
- Enables integration with legacy internal database systems
- Web interface for list querying and data access
- Secure, scalable three-tier architecture.

©1995-2007 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement
✉ E-Mail this page to a friend
▤ Subscribe

Partner links : Interactive.com
Making Business Easy™

LogoCat.com
Designs Developed In Real-Ti

 **echomail.**

 CONTACT US     CALL ME NOW     REQUEST DEMO    Q SITE M.

COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | **PARTNERS** | LOGIN

PARTNERS

Introduction
Overview
Background
Application Form



## EchoMail Partners

### EchoMail® Strategic Partner Program

EchoMail develops alliances with best-of-breed solution and service providers. Our strategic partners include the most distinguished Web developers, eCommerce application developers, system integrators, database suppliers and Computer-Telephony Integration vendors in the market today. Each partner provides a complementary product or service that extends and enhances EchoMail's product line to deliver maximum value to our joint customers. By combining strengths, EchoMail and our partners provide a complete solution for eCustomer relations.

*"The Internet plays an integral part in our beyond-the-box strategy and service offerings,"*

*"The relationships we forge to deliver on this strategy are key to our success. EchoMail's technology and industry leadership position them well to define the e-customer relationship market. The company's business solutions give us the ability to help our business clients leverage the Internet to deliver optimum customer service."*

Mike Mata, Vice President of eCommerce and Business Development, Gateway Business.

©1995-2007 EchoMail, Inc. All rights reserved. Trademark & Copyright | Terms & Conditions of Use | Privacy Statement
✉ E-Mail this page to a friend
⊠ Subscribe

Partner links : Interactive.com
Making Business Easy™

☐

LogoCat.com
Designs Developed In Real-Ti

   

CONTACT US     CALL ME NOW     REQUEST DEMO     SITE M/

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | PARTNERS | LOGIN |

PARTNERS | OVERVIEW

Introduction
Overview
Background
Application Form

## Overview

### How to become an EchoMail® strategic partner

To provide the best solutions for our customers, EchoMail partners with companies that are leaders in their respective industries. Our shared goal is to deliver comprehensive, well-integrated systems that ensure our customer's success.

When selecting a partner, EchoMail seeks to build alliances that mutually strengthen and extend our product offerings to provide strategic value for our customers. Combining strengths enables EchoMail and our partners to enhance our respective market positions, develop new markets, streamline cooperative development efforts and establish competitive differentiation.

The EchoMail partner program provides a variety of opportunities to raise awareness and increase exposure through collaborative marketing programs. We work with each partner to develop programs that emphasize product synergies, market leadership, and enhance our ability to penetrate key accounts. Through joint press releases, lead sharing, collateral development, trade show participation and web site collaboration, we foster mutual growth.

Apply Here

©1995-2007 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement
E-Mail this page to a friend
Subscribe

Partner links : Interactive.com
Making Business Easy™

LogoCat.com
Designs Developed In Real-Ti

   

CONTACT US    CALL ME NOW    REQUEST DEMO    SITE M.

| COMPANY | SOLUTIONS | SERVICES | TESTIMONIALS | DR. E-MAIL | **PARTNERS** | LOGIN |

PARTNERS | BACKGROUND

Introduction

Overview

Background

Application Form

# Background

To provide the best solutions for our customers, EchoMail partners with companies that are leaders in their respective industries. Our shared goal is to deliver comprehensive, well-integrated systems that ensure our customers' success.

## Solution Partners
Solution Partners are leading technology companies whose products integrate with EchoMail to deliver the most complete and extended Internet Front Office systems. Solution Partners include leading Internet services companies whose solution offerings combine with EchoMail to deliver maximum value and competitive advantage to our customers.

## System Integration Partners
EchoMail's system integrator/consulting partners bring expert business knowledge, industry expertise and unsurpassed technical ability to every phase of an EchoMail implementation. Offering a wide range of services, these partners build and deliver solutions that seamlessly integrate EchoMail into enterprise web, email, back-office and transaction systems.

## Resellers Partners
EchoMail's reseller partners are industry-leading software companies that complement and add value to EchoMail. By embedding EchoMail's award winning applications in their comprehensive customer deployments, our reseller partners deliver more complete solutions at reduced risk and cost to our joint customers.

## Database Partners
EchoMail applications run on both Microsoft SQL Server 6.5/7.0 and Oracle7 or Oracle8 Server. In addition, our partnerships with leading database suppliers ensure that EchoMail products can integrate and exchange data with DB2, Informix, Sybase and other ODBC compliant databases.

©1995-2007 EchoMail, Inc. All rights reserved.
Trademark & Copyright | Terms & Conditions of Use | Privacy Statement
✉ E-Mail this page to a friend
▧ Subscribe

Partner links : Interactive.com
Making Business Easy™

LogoCat.com

Designs Developed In Real-Ti