## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS CO. AND INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendants. | C.A. No. 05-11318-NMG |

### DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the following documents have been manually filed with the Court under seal and are available in paper form only:

1. Defendant International Business Machines Corporation's Memorandum of Law in Support of Its Motion for Summary Judgment;

2. Defendant International Business Machine Corporation's Local Rule 56.1 Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment; and

3. Declaration of Stephen D. Poss in Support of Defendant International Business Machines Corporation's Motion for Summary Judgment, with accompanying exhibits 1 through 29.

The original documents are maintained under seal in the Clerk's Office.

        Respectfully submitted,

        IBM CORPORATION,

        By its attorneys,

         /s/ Stephen D. Poss_____
        Stephen D. Poss
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA 02109
        (617) 570-1000

        and

        Thomas G. Rafferty
        Rowan D. Wilson
        (both admitted *pro hac vice*)
        CRAVATH, SWAINE & MOORE LLP
        Worldwide Plaza

Dated: June 22, 2007        825 Eighth Avenue
        New York, NY 10019

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 22, 2007.

         /s/ Stephen D. Poss_____