UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS CO. and IBM CORP., <br><br> Defendants. | CIVIL ACTION NO. 05-11318 (NMG) |

**DEFENDANT AMERICAN EXPRESS COMPANY'S
NOTICE OF MANUAL FILING WITH CLERK'S OFFICE**

Notice is hereby given that the following documents have been manually filed with the Court under seal and are available in paper form only:

1. Rule 56.1 Statement Of Undisputed Material Facts In Support Of American Express Company's Motion For Summary Judgment;

2. Defendant American Express Company's Memorandum Of Law In Support Of Its Motion For Summary Judgment;

3. Declaration Of Louis Smith In Support Of American Express Company's Motion For Summary Judgment; and

4. Declaration Of Colleen Dechon In Support Of Motion For Summary Judgment.

The original documents are maintained under seal in the Clerk's Office.

                Respectfully submitted,

                AMERICAN EXPRESS CO.
                By its counsel,

                /s/ John F. Farraher, Jr.
                John F. Farraher, Jr. (BBO# 568194)
                GREENBERG TAURIG, LLP
                One International Place, 20th Floor
                Boston, Massachusetts  02110
                617-310-6000

2

-and-

Louis Smith
GREENBERG TAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
(973) 360-7900

DATED: June 25, 2007

## CERTIFICATE OF SERVICE

I, John F. Farraher, Jr., hereby certify that on the 25th day of June, 2007, I served electronically a copy of the above to the following counsel of record:

| | |
|---|---|
| ROSE CHINITZ & ROSE | GOODWIN PROCTER LLP |
| Alan D. Rose, Jr. | Stephen D. Poss |
| 29 Commonwealth Avenue | Exchange Place |
| Boston, Massachusetts  02116 | Boston, MA 02109 |
| 617-536-0040 | (617) 570-1000 |
| Attorneys for Plaintiff EchoMail Inc. | Counsel for defendant IBM Corp. |

/s/ John F. Farraher, Jr._____
John F. Farraher