UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS CO. and IBM CORP., <br><br> Defendants. | CIVIL ACTION NO. 05-11318 (NMG) |

## DEFENDANT AMERICAN EXPRESS COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to FED. R. CIV. P. 56 and Local Rule 56.1, Defendant American Express Company ("AXP") hereby moves for summary judgment seeking dismissal of all claims asserted by Plaintiff EchoMail, Inc. ("EchoMail") against AXP in its Complaint, except for EchoMail's claim for fees in connection with the return to AXP of its confidential information, and in favor of AXP as to Count One of its Counterclaim for breach of contract.

In support of its motion, AXP relies upon its accompanying Rule 56.1 Statement of Undisputed Material Facts, Memorandum of Law, and Declarations of Louis Smith and Colleen Dechon.

WHEREFORE, pursuant to FED. R. CIV. P. 56(c) and Local Rule 56.1, AXP respectfully requests that the Court grant it summary judgment dismissing all of EchoMail's claims against AXP (except for EchoMail's claim for fees in connection with the return to AXP of its confidential information), and grant summary judgment in favor of AXP as to Count One of its Counterclaim for breach of contract in the amount of $487,335, plus prejudgment interest.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), AXP states that it believes that oral argument will assist the Court in ruling on this motion, and therefore respectfully requests such argument.

**LOCAL RULE 7.1(A)(2) CERTIFICATE**

I, John F. Farraher, Jr., Esq., hereby certify that co-counsel for AXP, Louis Smith, spoke with opposing counsel in a good faith attempt to resolve or narrow the issues concerning this motion for summary judgment before its filing, but counsel were unable to do so.

/s/ John F. Farraher, Jr.
John F. Farraher, Jr.


Respectfully submitted,

AMERICAN EXPRESS CO.
By its counsel


/s/ John F. Farraher, Jr.
John F. Farraher, Jr. (BBO# 568194)
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, MA  02110
(617) 210-6000

-and-

Louis Smith
GREENBERG TRAURIG LLP
200 Park Avenue
Florham Park, NJ  07932
(973) 360-7900

DATED:     June 25, 2007

## CERTIFICATE OF SERVICE

I, John F. Farraher, Jr., hereby certify that on the 25th day of June, 2007, I served electronically a copy of the above to the following counsel of record:

| | |
|---|---|
| ROSE CHINITZ & ROSE | GOODWIN PROCTER LLP |
| Alan D. Rose, Jr. | Stephen D. Poss |
| 29 Commonwealth Avenue | Exchange Place |
| Boston, Massachusetts  02116 | Boston, MA 02109 |
| 617-536-0040 | (617) 570-1000 |
| Attorneys for Plaintiff EchoMail Inc. | Counsel for defendant IBM Corp. |

        /s/ John F. Farraher, Jr._____
          John F. Farraher