UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS CO. )<br>and IBM CORP., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11318-NMG |

**PLAINTIFF ECHOMAIL, INC.'S
NOTICE OF MANUAL FILING WITH THE CLERK'S OFFICE**

Notice is hereby given that the following documents have been filed manually with the Court under seal and are available in paper form only:

1. Plaintiff EchoMail, Inc.'s Opposition to American Express Company's Motion for Summary Judgment;

2. Plaintiff EchoMail, Inc.'s Opposition to IBM Corporation's Motion for Summary Judgment;

3. Plaintiff EchoMail Inc.'s Response to Defendant American Express Company's Rule 56.1 Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment;

4. Plaintiff EchoMail Inc.'s Response to Defendant IBM Corporation's Rule 56.1 Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment;

5. Declaration of Lisa A. Tenerowicz in Support of Plaintiff EchoMail Inc.'s Opposition to American Express Company's Motion for Summary Judgment; and

6. Declaration of Lisa A. Tenerowicz in Support of Plaintiff EchoMail Inc.'s Opposition to IBM Corporation's Motion for Summary Judgment.

The original documents are maintained under seal in the Clerk's Office.

Respectfully submitted,

ECHOMAIL, INC.,

By its attorneys,

/s/ Lisa A. Tenerowicz

Alan D. Rose (BBO#427280)
Alan D. Rose, Jr. (BBO#628871)
Lisa A. Tenerowicz (BBO#654188)
ROSE, CHINITZ & ROSE
29 Commonwealth Avenue
Boston, Massachusetts 02116
Tel: 617-536-0040
Fax: 617-536-4400

Date: July 23, 2007

## Certificate of Service

I hereby certify that a true and accurate copy of the foregoing Opposition to American Express Company and IBM Corporation's Motions for Summary Judgment was served upon Stephen D. Poss, counsel for defendant IBM, by overnight mail on July 23, 2007, and was served upon John F. Farraher, Jr. and Louis Smith, counsel for American Express Company, by overnight mail on July 23, 2007.

/s/ Lisa A. Tenerowicz

Lisa A. Tenerowicz