GOODWIN | PROCTER

Stephen D. Poss
617.570.1886
sposs@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

August 27, 2007

**By Hand Delivery and e-filing**

Craig Nicewicz, Courtroom Clerk
The Honorable Nathaniel M. Gorton
United States District Court for
  the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA  02210

Re:   **EchoMail, Inc. v. American Express Co. and IBM Corp.,
      U.S.D.C., D. Mass., Civil Action No. 05-CV-11318 NMG**

Dear Craig:

We represent defendant IBM in the above-referenced matter current pending before Judge Gorton. I am writing to follow up on the defendants' requests for oral argument on their pending motions for summary judgment.

Both defendants have filed motions for summary judgment in this action. The pretrial conference is scheduled for October 19, 2007, and the trial is scheduled to commence on October 29, 2007. Defendant IBM, in its motion for summary judgment, respectfully requested a hearing on its motion pursuant to Local Rule 7.1(D). Counsel for IBM believes that oral argument may be of assistance to the Court in deciding the summary judgment motion and therefore respectfully requests that an oral argument be scheduled at the Court's earliest convenience on defendant IBM's motion for summary judgment.

GOODWIN | PROCTER

Craig Nicewicz, Courtroom Clerk
August 27, 2007
Page 2


Thank you very much.

Sincerely yours,

Stephen D. Poss

SDP/flc
cc:   Thomas G. Rafferty, Esq.
      Alan D. Rose, Jr., Esq.
      Louis Smith, Esq.
      John F. Farraher, Jr., Esq.