John F. Farraher<br>
Tel. (617) 310-6029<br>
Fax (617) 279-8429<br>
FARRAHERJ@gtlaw.com

August 28 , 2007

**Via Hand Delivery and e-filing**

United States District Court
for the District of Massachusetts
John Joseph Moakley US Courthouse
One Courthouse Way, 5th Floor
Boston MA 02110
**Attention:  Craig Nicewicz**

  Re: *Echomail, Inc. v. American Express Company, Inc., et al.*
     USDC for the District of MA. C.A. No. 05-11318-NMG

Dear Craig:

  This firm is legal counsel to Defendant American Express Company in connection with the above matter.  On June 25, 2007, American Express filed a partial motion for summary judgment and, pursuant to Local Rule 7.1(D), requested an oral argument on its motion.  Yesterday, we received a copy of a letter from counsel for the co-defendant, IBM, renewing IBM's earlier request for a hearing on its motion for summary judgment.  American Express concurs with IBM that oral argument may be of assistance to the Court in deciding the parties' respective summary judgment motions and, therefore, respectfully requests that an oral argument be scheduled at the Court's earliest convenience.

           Very truly yours,

           /s/ John F. Farraher, Jr.
           John F. Farraher, Jr.

cc: Stephen D. Poss, Esq. (via e-filing)
   Thomas G. Rafferty, Esq. (via e-filing)
   Alan D. Rose, Sr., Esq. (via e-filing)
   Louis Smith, Esq. (via e-mail)