# Rose, Chinitz & Rose

COUNSELLORS AT LAW

29 COMMONWEALTH AVENUE
BOSTON • MASSACHUSETTS • 02116
www.rose-law.net

ALAN D. ROSE
MICHAEL L. CHINITZ
ALAN D. ROSE, JR.
RICHARD E. BOWMAN
LISA A. TENEROWICZ
MEREDITH A. WILSON
NICHOLAS J. ROSENBERG
AMY R. SILVERMAN

TEL: 617/536-0040
FAX: 617/536-4400

October 9, 2007

**By Hand**

Craig Nicewicz, Courtroom Clerk
Honorable Nathaniel M. Gorton
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   EchoMail, Inc. v. American Express Co. and IBM Corp.,
      Civil Action No.05-11318

Dear Mr. Nicewicz:

Enclosed for the record in this matter please find three (3) copies of Deposition Exhibit 11, a series of EchoMail's system architecture diagrams, introduced at the deposition of Gene Deans on October 9, 2006, and referred to in Deposition Exhibit 10, the Technical Evaluation Questionnaire ("TEQ") that EchoMail completed and submitted to American Express prior to the Architecture Review on May 4-5, 2005, also introduced at Mr. Deans' deposition. In addition, these architecture diagrams were referenced in the depositions of EchoMail employees V.A. Shiva Ayyadurai, Sonu Abraham, Robert Zierten, and Roman Zavolly. We inadvertently failed to include these materials as part of the exhibits before the Court.

Thank you for your attention to this matter.

Very truly yours,

Lisa A. Tenerowicz

LAT/
Enclosures

cc:   Stephen Poss (by hand delivery)

**Rose, Chinitz & Rose**
COUNSELLORS AT LAW

Carig Nicewicz, Courtroom Clerk
Honorable Nathaniel M. Gorton
October 9, 2007
Page 2

      Louis Smith (by hand delivery)