UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC.,<br><br>                Plaintiff,<br><br>                v.<br><br>AMERICAN EXPRESS COMPANY and IBM CORP.,<br><br>                Defendants. | Civil Action No. 05-11318 |

## AMERICAN EXPRESS COMPANY'S MOTION FOR RECONSIDERATION

Pursuant to Fed. R. Civ. P. 7(b) and Local Rule 7.1, Defendant American Express Company ("AmEx") respectfully requests that this Court reconsider its Memorandum & Order filed on October 18, 2007 with respect to Count I (Misappropriation of Trade Secrets) and Count III (Unfair and Deceptive Practices, M.G.L. c. 93A) and enter summary judgment in AmEx's favor on both counts.  In support of its request, AmEx respectfully refers the Court to its memorandum of law filed and served herewith.

    **WHEREFORE**, AmEx prays that this Court:

(a).     Enter summary judgment in its favor on Count I (Misappropriation of Trade Secrets) and Count III (Unfair and Deceptive Practices, M.G.L. c. 93A); and

(b).     That the Court grant other such further relief as it deems just and appropriate.

        Respectfully submitted,

        AMERICAN EXPRESS COMPANY
        By its attorneys,


        /s/ John F. Farraher, Jr.
        John F. Farraher, Jr.  BBO # 568194
        Greenberg Traurig, LLP
        One International Place, 20th Floor
        Boston, Massachusetts  02110
        Tel: (617) 310-6000
        Fax: (617) 310-6001

        and

        Louis Smith (admitted *pro hac vice*)
        GREENBERG TAURIG, LLP
        200 Park Avenue
        Florham Park, New Jersey 07932-0677
        Tel:  (973) 360-7900
        Fax:  (973) 301-8410


Dated:  October 29, 2007

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

The undersigned counsel for Defendant American Express Company hereby certifies that defendant's co-counsel, Louis Smith, conferred in good faith with counsel for the plaintiff to narrow or resolve the issues raised herein.

        /s/ John F. Farraher, Jr.
        John F. Farraher, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on October 29, 2007.


        /s/ John F. Farraher, Jr.