UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS CO. and )<br>IBM CORP., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11318 (NMG) |

## NOTICE OF APPEARANCE

Kindly enter the appearance in the above-entitled action of Zachary C. Kleinsasser, Esq., of the law firm of Greenberg Traurig, LLP as counsel for the Defendant American Express Co.

                                                      Respectfully submitted,
                                                      AMERICAN EXPRESS CO.
                                                      By its counsel,

/s/ Zachary C. Kleinsasser
John F. Farraher, Jr. (BBO # 568194)
Zachary C. Kleinsasser (BBO # 664291)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000

-and-

Louis Smith
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, NJ 07932
(973) 360-7900

Dated: November 29, 2007

BOS 46,305,700v1 11/26/2007

## CERTIFICATE OF SERVICE

I certify that on the 29th day of November, 2007, I caused to be served, electronically, a copy of the preceding document upon the following counsel of record:

| Alan D. Rose, Esq.<br>Alan D. Rose, Jr., Esq.<br>Rose, Chinitz & Rose<br>29 Commonwealth Avenue<br>Boston, MA 02116 | Stephen D. Poss, P.C.<br>Goodwin Proctor LLP<br>Exchange Place<br>Boston, MA 02109 |
|---|---|

/s/ Zachary C. Kleinsasser

BOS 46,305,700v1 11/26/2007                2