UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11318 (NMG) |
| ) | |
| v. ) | |
| ) | |
| AMERICAN EXPRESS CO. and ) | |
| IBM CORP., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT AMERICAN EXPRESS COMPANY'S MOTION IN LIMINE TO STRIKE THE REPORT AND EXCLUDE THE TESTIMONY OF PLAINTIFF ECHOMAIL'S EXPERT WITNESS DR. DANIEL N. JACKSON

Defendant American Express Company ("AXP") hereby moves to strike the expert report of Daniel N. Jackson (the "Report") served by Plaintiff EchoMail, Inc. ("EchoMail") and to preclude Dr. Jackson from testifying at trial. In support of its motion, AXP respectfully refers the Court to its memorandum of law and Declaration of Louis Smith, both filed herewith.

**WHEREFORE**, AXP respectfully requests that the Court enter an Order striking Dr. Jackson's Report and precluding Dr. Jackson from testifying at trial.

Respectfully submitted,

AMERICAN EXPRESS COMPANY
By its attorneys,

 /s/ John F. Farraher, Jr.
John F. Farraher, Jr.  BBO # 568194
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, Massachusetts  02110
Tel: (617) 310-6000
Fax: (617) 310-6001

and

Louis Smith (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932-0677
Tel:  (973) 360-7900
Fax:  (973) 301-8410

Dated:  November 29, 2007

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned counsel for Defendant American Express Company hereby certifies that defendant's counsel conferred in good faith with counsel for the plaintiff to narrow or resolve the issues raised herein.

/s/ John F. Farraher, Jr.
John F. Farraher, Jr.

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on November 29, 2007.

/s/ John F. Farraher, Jr.