UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., <br><br> Plaintiff <br><br> v. <br><br> AMERICAN EXPRESS CO. AND INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendants. | Civil Action No. <br> 05-11318-NMG |

### DECLARATION OF LOUIS SMITH IN SUPPORT OF AMERICAN EXPRESS COMPANY'S MOTION IN LIMINE TO STRIKE THE REPORT AND EXCLUDE THE TESTIMONY OF PLAINTIFF ECHOMAIL, INC.'S EXPERT WITNESS DANIEL N. JACKSON

I, LOUIS SMITH, declare and state:

1. I am an attorney with the law firm of Greenberg Traurig LLP, counsel for Defendant, American Express Company ("AXP") in this matter. I submit this Declaration in support of AXP's Motion In Limine to strike the report and exclude the testimony of EchoMail, Inc.'s expert witness Daniel N. Jackson.

### THE FAILURE TO PRODUCE MR. JACKSON FOR A DEPOSITION

2. EchoMail, Inc. ("EchoMail") served an expert report of Daniel N. Jackson dated April 26, 2007. The deadline to complete expert depositions in this matter was set for June 8, 2007. *See* Docket Entry 71. Defendants attempted to schedule Mr. Jackson's deposition prior to the June 8, 2007 deadline. In response, EchoMail indicated that Mr. Jackson would be out of the country through June 8, 2007, but was available on June 14

for his deposition. A true and correct copy of a June 1, 2007 e-mail from counsel for EchoMail to counsel for Defendants reflecting the above is attached hereto as Exhibit A.

3. In light of the circumstances, Defendants agreed to go forward with Mr. Jackson's deposition on June 14. A true and correct copy of June 5, 2007, e-mails among counsel confirming this is attached hereto as Exhibit B.

4. On June 8, 2007, counsel for EchoMail unilaterally adjourned Mr. Jackson's deposition in light of their trial commitment in another matter. Counsel for EchoMail further advised that "[w]e will work with all of you to find a new set of mutually convenient dates for these depositions." A true and correct copy of the June 8, 2007 e-mail from counsel for EchoMail to counsel for Defendants reflecting the above is attached hereto as Exhibit C.

5. Thereafter, counsel for AXP requested that counsel for EchoMail provide additional dates for the deposition of Mr. Jackson. Counsel for EchoMail refused to supply any such dates, and instead indicated that EchoMail may object to producing Mr. Jackson for a deposition. After EchoMail never further responded with regard to AXP's request, counsel for AXP sent a letter requesting that EchoMail advise whether it would produce Mr. Jackson for a deposition. A true and correct copy of the letter dated November 2, 2007 from counsel to AXP to counsel for EchoMail is attached hereto as Exhibit D. EchoMail never responded to that letter, never supplied the requested dates for a deposition of Mr. Jackson, and never produced Mr. Jackson for a deposition.

## DOCUMENTS NEVER PRODUCED IN FACT DISCOVERY ATTACHED TO MR. JACKSON'S REPORT

6. Fact discovery closed on April 13, 2007. *See* Docket Entry 71. That deadline had been extended twice at the urging of EchoMail. The depositions of the EchoMail representatives were completed by October 13, 2006.

7. On October 11, 2006, EchoMail produced its last document during fact discovery, Bearing Bates number ECO 21689. A true and correct copy of the cover letter accompanying that production is attached hereto as Exhibit E.

8. Mr. Jackson's report dated April 26, 2007, has three documents attached to it covering Bates numbers ECO 21690-21715 (Exhibits 10, 14, and 15 to Mr. Jackson's report). These documents were not produced during fact discovery. AXP was thus not able to ask the EchoMail representatives about these documents during their depositions. Moreover, EchoMail did not point out to AXP that certain Bates stamped documents attached to Mr. Jackson's report had never been produced in fact discovery.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 29, 2007.

_____
LOUIS SMITH

Exhibit A

**Smith, Louis (Shld-NJ-LT)**

From: Russell, Clark (Assoc-NJ-LT)
Sent: Friday, June 01, 2007 2:51 PM
To: Smith, Louis (Shld-NJ-LT)
Subject: FW: Expert Depositions

---

**From:** Lisa Tenerowicz [mailto:lat@rose-law.net]
**Sent:** Friday, June 01, 2007 2:39 PM
**To:** 'Poss, Stephen D'; Russell, Clark (Assoc-NJ-LT)
**Cc:** 'Alan Rose Jr'
**Subject:** Expert Depositions

Steve and Clark,

We have conferred with Mr. Jackson. As you know, he will be traveling in Finland from June 4 through June 8. After his return from Finland, he is available on June 14 for a deposition to be held in Boston.

Also, we would like to depose Mr. Case and Mr. Jeffay in Boston. Please let me know when they are available during the week of June 18 and we will try to work out a mutually convenient time to take their depositions. Although Alan and I have a trial that is scheduled to begin on Tuesday June 19 in Suffolk Superior Court (June 18 is Bunker Hill day – a holiday in Suffolk County), we are working with opposing counsel to continue that trial until later in the summer and expect to file a motion to continue either later today or on Monday.

In the event that the Court does not continue the trial date, we will have to reschedule the expert depositions. Our expectation, however, is that the trial will be continued.

-Lisa


Lisa A. Tenerowicz
Rose, Chinitz & Rose
29 Commonwealth Avenue
Boston, MA 02116
Tel: 617-536-0040
Fax: 617-536-4400

****************************************************************
This email message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.

Rose, Chinitz & Rose
tel: 617-536-0040
****************************************************************

11/14/2007

# Exhibit B

## Smith, Louis (Shld-NJ-LT)

**From:** Smith, Louis (Shld-NJ-LT)
**Sent:** Tuesday, June 05, 2007 1:23 PM
**To:** Lisa Tenerowicz
**Cc:** Alan Rose Jr; trafferty@cravath.com; 'Poss, Stephen D'; Russell, Clark (Assoc-NJ-LT)
**Subject:** RE: Expert Depositions

Lisa,

We are fine with June 14 for EchoMail's expert.

Mr. Jeffay is not available the week of June 18, but is available the following week on June 26, 28, or 29. Please advise as soon as possible if one of those dates works for you. Thank you.

Lou


Louis Smith
GREENBERG TRAURIG LLP
200 Park Avenue
Florham Park, NJ 07932
(p) (973) 360-7915
(f) (973) 301-8410
smithlo@gtlaw.com



**From:** Poss, Stephen D [mailto:SPoss@goodwinprocter.com]
**Sent:** Tuesday, June 05, 2007 12:49 PM
**To:** Lisa Tenerowicz; Russell, Clark (Assoc-NJ-LT)
**Cc:** Alan Rose Jr; Smith, Louis (Shld-NJ-LT); trafferty@cravath.com
**Subject:** RE: Expert Depositions

Lisa--

June 14 is OK for us for the deposition of EchoMail's expert.

IBM's expert, Mr. Case, is available on June 18. Please confirm.

Thanks.

regards,

--Steve Poss


Stephen D. Poss
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

11/14/2007

# Exhibit C

**Smith, Louis (Shld-NJ-LT)**

| | |
|---|---|
| From: | Lisa Tenerowicz [lat@rose-law.net] |
| Sent: | Friday, June 08, 2007 3:41 PM |
| To: | 'Poss, Stephen D'; Smith, Louis (Shld-NJ-LT); Russell, Clark (Assoc-NJ-LT); trafferty@cravath.com |
| Cc: | 'Alan Rose Jr' |
| Subject: | Expert Depositions |

Gentlemen,

Alan and I were not able to continue our trial and, as a result, we will need to reschedule the expert depositions that were on the calendar for June 14, 18, and 26.

We expect the trial to last for approximately 10 days – concluding on June 29. The following week is the week of July 4th. Accordingly, we will be available for expert depositions starting July 9. We will work with all of you to find a new set of mutually convenient dates for these depositions.

Best,
-Lisa

Lisa A. Tenerowicz
Rose, Chinitz & Rose
29 Commonwealth Avenue
Boston, MA 02116
Tel: 617-536-0040
Fax: 617-536-4400

*********************************************************************
This email message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.

Rose, Chinitz & Rose
tel: 617-536-0040
*********************************************************************

11/14/2007

# Exhibit D

Case 1:05-cv-11318-NMG    Document 98-2    Filed 11/29/2007    Page 7 of 12

# Greenberg
# Traurig

Louis Smith, Esq.
Tel. (973) 360-7915
Fax (973) 301-8410
smithlo@gtlaw.com

November 2, 2007

**VIA FACSIMILE**

Alan D. Rose, Jr., Esq.
Rose & Associates
29 Commonwealth Avenue
Boston, Massachusetts 02116

      Re:    **EchoMail, Inc. v. American Express Company**
                **Civil Action No. 05-11318**

Dear Alan:

    Following up on our telephone conversation on October 26, 2007, please advise whether EchoMail will produce its expert, Daniel N. Jackson, for a deposition.

                                        Sincerely yours,

                                        Louis Smith

LS/smh

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
Tokyo-Office/Strategic Alliance

www.gtlaw.com

Greenberg Traurig, LLP | Attorneys at Law | 200 Park Avenue | P.O. Box 677 | Florham Park, NJ 07932-0677
Tel 973.360.7900 | Fax 973.301.8410

# Greenberg Traurig

**Transmittal Cover Sheet**

| From: | Tel: | E-Mail: |
|---|---|---|
| Louis Smith | (973) 360-7915 | smithlo@gtlaw.com |

| To: | Fax No: | Company: | Phone No.: |
|---|---|---|---|
| Alan D. Rose, Jr., Esq. | (617) 536-4400 | Rose, Chinitz & Rose | (617) 536-0040 |

**File No.:** 010668.051700

**Re:** EchoMail, Inc. v. American Express Company
Civil Action No. 05-11318

**Date:** November 2, 2007

**No. Pages:** Including Cover Sheet  2

If you do not receive all pages properly, please call The sender.

**Notes:**

Also sent via:   [ ] US Mail   [ ] Overnight   [ ] Messenger   [ ] Email   [X] No Other

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for your postage. Thank you.

200 Park Avenue, Post Office Box 677, Florham Park, New Jersey 07932   Phone: 973.360.7900   Fax: 973.301.8410
NJ 226291648v1 11/2/2007

## MESSAGE CONFIRMATION

11/02/2007  16:01
ID=GREENBERG TRAURIG NJ

| DATE | S,R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | S.C. |
|---|---|---|---|---|---|---|
| 11/02 | 00'25" | 0668#051700#16175364400# | TX | 002 | OK | 0000 |

11/02/2007   15:55   GREENBERG TRAURIG NJ → 0668#051700#16175364400#   NO.839   P001

# Greenberg Traurig

**Transmittal Cover Sheet**

From: Louis Smith
Tel: (973) 360-7915
E-Mail: smithlo@gtlaw.com

| To: | Fax No: | Company: | Phone No.: |
|---|---|---|---|
| Alan D. Rose, Jr., Esq. | (617) 536-4400 | Rose, Chinitz & Rose | (617) 536-0040 |

File No.: 010668.051700

Re: EchoMail, Inc. v. American Express Company
Civil Action No. 05-11318

Date: November 2, 2007

No. Pages: Including Cover Sheet  2

If you do not receive all pages properly, please call The sender.

Notes:

Also sent via:  ☐ US Mail  ☐ Overnight  ☐ Messenger  ☐ Email  ☒ No Other

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for your postage. Thank you.

200 Park Avenue, Post Office Box 677, Florham Park, New Jersey 07932   Phone: 973.360.7900   Fax: 973.301.8410
NJ 226291648v1 11/2/2007

# Exhibit E

# Rose, Chinitz & Rose

COUNSELLORS AT LAW

29 COMMONWEALTH AVENUE
BOSTON • MASSACHUSETTS • 02116
www.rose-law.net

ALAN D. ROSE
MICHAEL L. CHINITZ
ALAN D. ROSE, JR.
RICHARD E. BOWMAN
MICHAEL J. MOTT
LISA A. TENEROWICZ

TEL: 617/536-0040
FAX: 617/536-4400

October 11, 2006

**BY HAND DELIVERY**

Louis Smith
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ 07932

Re: *EchoMail, Inc. v. American Express Co. and IBM Corp.*,
Civil Action No. 05-11318-NMG

Dear Jay:

Enclosed please find a document just discovered, bearing Bates no. CONFIDENTIAL ECO 21689. Please note that the document is designated as "Confidential" pursuant to the Stipulation and Order for the Production and Exchange of Confidential Information in this case.

Please do not hesitate to call me if you should have any questions.

Very truly yours,

Lisa A. Tenerowicz

LAT/dmc
Enclosure
cc: Thomas Rafferty (by email w/ encl.)