UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
ECHOMAIL, INC.,                       )
                                                )    Civil Action No. 05-11318 (NMG)
            Plaintiff,         )
                                                )
v.                                              )
                                                )
AMERICAN EXPRESS CO. and       )
IBM CORP.,                        )
                                                )
            Defendants.     )
_____)

**DEFENDANT AMERICAN EXPRESS COMPANY'S *ASSENTED-TO* MOTION
TO IMPOUND THE EXPERT REPORT OF DANIEL N. JACKSON**

      Pursuant to Local Rule 7.2 of the United States District Court for the District of Massachusetts and the Stipulation and Order for the Production and Exchange of Confidential Information entered into among the parties and dated April 28, 2006 (*See* Docket Entry No. 50) (the "Stipulation"), Defendant American Express Company ("AXP"), with plaintiff's assent, seeks an order permitting the filing, under seal, of the expert report (the "Report") of Dr. Daniel N. Jackson.  In support of its request, AXP states as follows:

      1.     The Report was produced by Echomail and designated "confidential" in accordance with the Stipulation.  EchoMail has indicated that disclosure of the information contained in the Report could adversely affect its business, commercial, financial or personal interests or be reasonably likely to cause competitive injury to EchoMail.

      2.     On November 29, 2007, AXP filed a motion in limine seeking to exclude the Report from evidence and preclude Dr. Jackson from testifying at trial.  *See*, Defendant American Express Company's Motion In Limine To Strike The Report And Exclude The Testimony of Plaintiff's Expert Witness Dr. Daniel Jackson ("Motion In Limine").  In order for

the Court to evaluate AXP's Motion In Limine, it will be necessary for the Court to review the Report and the attachments thereto. Filing the Report under seal will allow for such a review and still maintain the confidentiality of the information contained therein.

3. The parties propose that the impounding order be lifted only upon further order of the Court, that the papers be kept in the Clerk's nonpublic information file during any post-impoundment period, and that the impounded information be returned to plaintiff's counsel at the conclusion of this case.

**WHEREFORE**, AXP respectfully request that the Court allow this Assented-to Motion for Impoundment.

                                           Respectfully submitted,

                                           AMERICAN EXPRESS CO.
                                           By its counsel


                                         /s/ John F. Farraher, Jr.
                                         John F. Farraher, Jr. (BBO# 568194)
                                         GREENBERG TRAURIG LLP
                                         One International Place, 20th Floor
                                         Boston, MA  02110
                                         (617) 210-6000

                                             -and-

                                         Louis Smith
                                         GREENBERG TRAURIG, LLP
                                         200 Park Avenue
                                         Florham Park, NJ 07932
                                         (973) 360-7900


Dated: November 29, 2007

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned counsel for Defendant American Express Company hereby certifies that Defendant's counsel conferred in good faith with counsel for Plaintiff EchoMail, Inc., and that Plaintiff's counsel assents to this Motion to Impound.

/s/ John F. Farraher, Jr.
John F. Farraher, Jr.

## CERTIFICATE OF SERVICE

I certify that on the 29th day of November, 2007, I caused to be served, electronically, a copy of the preceding document upon the following counsel of record:

| | |
|---|---|
| Alan D. Rose, Esq. <br> Alan D. Rose, Jr., Esq. <br> Rose, Chinitz & Rose <br> 29 Commonwealth Avenue <br> Boston, MA 02116 | Stephen D. Poss, P.C. <br> Goodwin Proctor LLP <br> Exchange Place <br> Boston, MA 02109 |

/s/ John F. Farraher, Jr.