UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
ECHOMAIL, INC.,                     )
                                    )   Civil Action No. 05-11318 (NMG)
            Plaintiff,              )
                                    )
v.                                  )
                                    )
AMERICAN EXPRESS CO. and            )
IBM CORP.,                          )
                                    )
            Defendants.             )
_____)

### DEFENDANT AMERICAN EXPRESS COMPANY'S MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE OR ARGUMENT REGARDING ALLEGED CONTRACT DAMAGES PURPORTEDLY SUFFERED BY ECHOMAIL AFTER DECEMBER 31, 2005

Defendant American Express Company ("AXP") hereby moves to preclude Plaintiff EchoMail, Inc. ("EchoMail") from introducing at trial any evidence or argument concerning any alleged contract damages that EchoMail purportedly suffered after December 31, 2005. In support of its motion, AXP respectfully refers the Court to its memorandum of law filed herewith.

**WHEREFORE**, AXP respectfully requests that the Court enter an Order precluding EchoMail from offering evidence or argument at trial concerning any alleged contract damages that EchoMail purportedly suffered after December 31, 2005.

        Respectfully submitted,

        AMERICAN EXPRESS COMPANY
        By its attorneys,


        /s/ John F. Farraher, Jr.
        John F. Farraher, Jr.  BBO # 568194
        Greenberg Traurig, LLP
        One International Place, 20th Floor
        Boston, Massachusetts  02110
        Tel: (617) 310-6000
        Fax: (617) 310-6001

        and

        Louis Smith (admitted *pro hac vice*)
        GREENBERG TRAURIG, LLP
        200 Park Avenue
        Florham Park, New Jersey 07932-0677
        Tel:  (973) 360-7900
        Fax:  (973) 301-8410


Dated:  November 29, 2007


## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

    The undersigned counsel for Defendant American Express Company hereby certifies that defendant's counsel conferred in good faith with counsel for the plaintiff to narrow or resolve the issues raised herein.

                                        /s/ John F. Farraher, Jr.
                                        John F. Farraher, Jr.


## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on November 29, 2007.

                                        /s/ John F. Farraher, Jr.