UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS CO. and )<br>IBM CORPORATION, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11318-NMG |

## ECHOMAIL'S PROPOSED VOIR DIRE QUESTIONS

Pursuant to the Court's September 18, 2007 Procedural Order, plaintiff EchoMail, Inc. respectfully submits the following proposed voir dire questions:

1. Are you related to or acquainted with or, to your knowledge, is a member of your family acquainted with any of the principals, officers, or employees of the following companies:

   - EchoMail, Inc.
   - American Express Company
   - IBM Corporation

2. Have you or any member of your family ever been employed by or had any business dealings with or any financial interest in any of the companies that I just mentioned?

3. Do you know or are you related to or acquainted with, or to your knowledge, is a member of your family acquainted with any of the lawyers in this case?

   - Alan D. Rose, Jr.
   - Lisa A. Tenerowicz
   - Louis Smith
   - John F. Farraher, Jr.
   - Clark Russell

4. Have you or any members of your family or any of your close friends had any dealings with or been represented or employed by any of the lawyers or law firms involved in this case? These law firms are:

   - Rose, Chinitz & Rose
   - Greenberg Traurig

5. Do you, or any relatives or close friends, personally know any of the potential witnesses in this case? These witnesses are [read the parties' witness lists.]

6. Have you, or any relatives or close friends, ever sued someone or been sued by someone?

7. Have you ever been a party to a contract dispute and if so, would this affect your ability to be fair and impartial in this case?

8. Have you or a member of your immediate family ever worked for a company whose business involved credit cards, financial services, or travel services?

9. Do you have any legal education or training?

10. Have you or anyone that you know ever written the code for a computer program?

11. Have you ever served on a jury? If so, what kind of case? Civil or criminal?

12. This case involves EchoMail's claim of misappropriation of trade secrets against American Express. Have you heard, read, or seen anything about this case or cases like it before you came into court this morning?

13. Are you aware of any personal bias or prejudice whatsoever either in favor of or against the professions, individuals, issues or industries involved in this case?

14. Do you have any hearing or visual impairments or suffer from any medical or emotional condition that may affect your ability to give full attention to all of the evidence at trial?

15. [Poll jurors on occupations.]

                                                  Respectfully submitted,

                                                  ECHOMAIL, INC.

                                                  By its attorneys,

                                                  /s/ Lisa A. Tenerowicz
                                                  _____
                                                  Alan D. Rose, Jr. (BBO#628871)
                                                  Lisa A. Tenerowicz (BBO# 654188)
                                                  ROSE, CHINITZ & ROSE
                                                  29 Commonwealth Avenue
                                                  Boston, MA 02116
                                                  TEL: 617-536-0040

Date: November 29, 2007                 FAX: 617-536-4400

- 3 -

**Certificate of Service**

    I hereby certify that this document filed through the ECF system on this 29th day of November, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 29, 2007.

                                            /s/ Lisa A. Tenerowicz

                                            Lisa A. Tenerowicz