UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS CO. and )<br>IBM CORPORATION, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-11318-NMG |

### ECHOMAIL'S WITNESS LIST

Pursuant to Fed. R. Civ. P. 26(a)(3)(C) and the Court's order dated September 18, 2007, plaintiff EchoMail, Inc. ("EchoMail") respectfully states that it expects to call the following witnesses at trial. EchoMail also reserves the right to call additional witnesses to respond to American Express Company's ("AmEx") case-in-chief and to call any witnesses on AmEx's witness list.

<u>EchoMail expects to call the following witnesses at trial:</u>

1. V.A. Shiva
   EchoMail, Inc.
   701 Concord Avenue
   Cambridge, MA 02138
   Tel: (617) 354-8585

2. Sonu Matthew Abraham
   EchoMail, Inc.
   701 Concord Avenue
   Cambridge, MA 02138
   Tel: (617) 354-8585

3. Gene Deans
   7 Brookview Circle
   Jamesberg, NJ 08831
   Tel: (732) 521-3441

4. Robert Zierten
   25 Monroe St. #2
   Somerville, MA 02143
   Tel: (617) 776-2972

5. Roman Zavolly
   EchoMail, Inc.
   701 Concord Avenue
   Cambridge, MA 02138
   Tel: (617) 354-8585

6. Hariharan Subramanian
   Chennai, India

7. Angela Ramsammy
   American Express Company

8. Greg Daniel
   American Express Company
   New York, NY

9. Colleen Dechon
   American Express Company
   New York, NY

10. Reena Panikar
    American Express Company
    2965 West Corporate Lakes Blvd.
    Weston, FL 33331-3626
    Tel: (954) 375-5000

11. Professor Daniel N. Jackson,
    Massachusetts Institute of Technology
    Computer Science & Artificial Intelligence Lab.
    The Stata Center, Building 32
    32 Vassar Street
    Cambridge, MA 02139

<u>EchoMail may call the following witnesses if the need arises:</u>

1. Miguel Rodriguez
   American Express Company
   Weston, FL

- 3 -

2. Ben Hung
American Express Company
New York, NY

<u>EchoMail may introduce the deposition testimony of the following individuals:</u>

1. Angela Poletis
5549 West Camino Vivaz
Glendale, AZ 85310

2. Todd Seager
Orem, UT

3. Stephen Gibbons
Tuscon, AZ

                                                                                       Respectfully submitted,

                                                                                       ECHOMAIL, INC.,

                                                                                       By its attorneys,

                                                                                       /s/ Lisa A. Tenerowicz

                                                                                       Alan D. Rose, Jr. (BBO# 628871)
                                                                                       Lisa A. Tenerowicz (BBO# 654188)
                                                                                      ROSE, CHINITZ & ROSE
                                                                                      29 Commonwealth Avenue
                                                                                       Boston, Massachusetts 02116
                                                                                       Tel: 617-536-0040
                                                                                       Fax: 617-536-4400

Date:   November 29, 2007

## Certificate of Service

I hereby certify that this document filed through the ECF system on this 29th day of November, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 29, 2007.

/s/ Lisa A. Tenerowicz

_____

Lisa A. Tenerowicz