# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC.,                ) | |
|                      ) | |
|         Plaintiff,    ) | |
|                      ) | |
| v.                     ) | Civil No. 05-11318-NMG |
|                      ) | |
| AMERICAN EXPRESS CO. and    ) | |
| IBM CORPORATION,        ) | |
|                      ) | |
|        Defendants.    ) | |

## PLAINTIFF'S TRIAL EXHIBITS

Plaintiff expects to offer some or all of the following exhibits at the trial of this matter.

| Trial Exhibit[1] | Depo Exhibit[2] | Description |
|:---:|:---:|---|
| Y | 1 | Emails between A. Poletis, S. Gibbons and T. Seager re EchoMail TDC Review |
| Y | 4 | Technical Due Care Report |
| Y | 9 | 5/13/05 Email from A. Ramsammy to G. Deans re Tape Stock for AmEx Backups |
| Y | 10 | EchoMail's Completed TEQ |
| Y | 11 | EchoMail Product Dev. and Release Process |
| Y | 12 | Draft Agenda for May 4-5, 2005 AR |
| Y | 13 | Gene Deans handwritten notes from AR |

[1] "Y" stands for "Yes" and indicates those exhibits that EchoMail expects to offer at trial.
"M" stands for "Maybe" and indicates those exhibits that EchoMail might offer at trial.

[2] Where applicable, for counsel's ease of reference, the deposition exhibit number has been provided.

| Trial Exhibit[1] | Depo Exhibit[2] | Description |
|---|---|---|
| Y | 15 | Confidentiality Agreement |
| Y | 16 | 1999 Stand Alone Agreement |
| Y | 18 | 2004 Amendment to Master Agreement |
| Y | 21 | EchoMail Patents |
| Y | 22 | 5/25/05 Email from V.A. Shiva to G. Daniel and J. Chai-Chang |
| Y | 28 | 6/2/05 Draft Letter from V.A. Shiva to K. Chenault |
| M | 31 | 2004 Extension of Master Agreement |
| Y | 35 | S. Abraham's April 2005 Report from India Visit |
| Y | 36 | S. Abraham's CSE Feedback Report |
| Y | 38 | 4/11/05 Email from A. Ramsammy to V.A. Shiva |
| Y | 40 | 5/2/05 Email from H. Subramanian to A. Ramsammy attaching flow & infrastructure diagrams |
| Y | 41 | 6/20/05 Email from S. Abraham to C. Dechon attaching outstanding invoices |
| Y | 48 | 4/11/05 Email from A. Ramsammy to S. Abraham |
| M | 50 | 4/25/05 Email from R. Zierten to C. Dechon re NDA/ Confidentiality agreements |
| Y | 52 | 4/21/05 Email from A. Ramsammy to R. Zierten re Follow Up for AR |
| M | 53 | 4/29/05 Email from A. Ramsammy re:  AR Invitation |
| Y | 54 | 5/25/05 Email from R. Zierten to G. Daniel & J. Chai-Chang |
| M | 73 | 2/17/05 Email from A. Ramsammy to A. Simon & C. Dechon |
| Y | 74 | 2/22/05 Email from A. Ramsammy to A. Simon et al. |

| Trial Exhibit[1] | Depo Exhibit[2] | Description |
|---|---|---|
| Y | 75 | 2/24/05 Email from C. Dechon to A. Ramsammy |
| Y | 76 | 3/1/05 Email from A. Ramsammy to P. Harvey |
| M | 77 | 4/8/05 Emails re RFI Timeline and Agreement |
| M | 78 | 4/11/05 Email from A. Kelwalkar to AmEx personnel re Information on Email Servicing |
| Y | 79 | 3/29/05 Email from C. Dechon to A. Ramsammy forwarding ISU Executive Summary |
| Y | 80 | 3/19/05 Email from V.A. Shiva to S. Abraham & AmEx personnel re Throttling |
| Y | 81 | 3/21/05 Email from A. Ramsammy to J. Chai-Chang re Throttling |
| Y | 82 | E-Mail Servicing Meeting with ISU & EchoMail Agenda |
| Y | 84 | 4/1/05 Email from A. Ramsammy to AmEx personnel re Action Items from 3/30 meeting |
| M | 85 | 4/26/05 Email from A. Ramsammy to C. Zodrow re TDC Request form |
| Y | 87 | 4/7/05 Email from A. Ramsammy to A. Williams re Deep Dive AR |
| M | 88 | 4/21/05 Email from A. Ramsammy to R. Zierten re Follow-Up for AR |
| M | 92 | 3/7/05 Email from A. Bhatnagar to R. Panikar et al. |
| Y | 95 | 3/7/05 Email from P. Chandrakumar to several AmEx and EchoMail recipients re In-box slowness |
| Y | 101 | 3/22/05 Email from C. Dechon to V.A. Shiva re Throttling |
| Y | 102 | 3/23/05 Email from S. Abraham to C. Dechon |
| Y | 103 | 4/15/05 Email from C. Dechon to A. Ramsammy re Action Items from ISU (AXP 04671) |

| Trial Exhibit[1] | Depo Exhibit[2] | Description |
|---|---|---|
| M | 104 | 4/28/05 Email from M. Aleshire to R. Panikar |
| M | 105 | 5/4/05 Email from A. Simon to T. Purcell re EchoMail Follow Up |
| Y | 106 | 5/10/05 Email from M. Rodriguez to M. Aleshire & A. Ramsammy re Next Steps regarding EchoMail |
| M | 107 | 5/26/05 Email from M. Rodriguez to C. Dechon re Today's Call and Next Steps |
| M | 108 | 6/7/05 Email from C. Dechon to G. Daniel |
| M | 111 | 2/11/05 Email from S. Abraham to M. Rodriguez, C. Dechon and other AmEx personnel re Notes from the Meeting |
| Y | 113 | 3/3/05 Email from A. Ramsammy to C. Dechon et al. re Proposed Agenda for Florida Mtg. |
| M | 116 | 4/5/05 Email from A. Williams to A. Ramsammy re Arch Deep Dive w/ EchoMail |
| Y | 117 | 4/8/05 Email from A. Kelwalkar to C. Dechon et al. re Email Servicing RFI |
| M | 119 | 5/6/05 Email from M. Rodriguez to C. Dechon re RFI Responses |
| Y | 120 | 5/10/05 Email from M. Aleshire to M. Rodriguez |
| Y | 124 | 2/23/05 Email from A. Ramsammy to J. Chai-Chang |
| Y | 126 | 5/4/05 Email from R. Panikar to V.A. Shiva re EchoMail Follow Up |
| Y | 127 | 5/4/05 Email from R. Panikar to V.A. Shiva |
| M | 133 | 4/30/04 Email from P. Harvey to C. Dechon re Preparation for Meeting with Reena |
| Y | 136 | 5/12/05 Email from A. Simon to C. Dechon re Inbound Servicing |

| Trial Exhibit[1] | Depo Exhibit[2] | Description |
|---|---|---|
| M | 137 | 5/12/05 Email from R. Zierten to C. Dechon re EchoMail Response to RFI |
| Y | 138 | 5/12/05 Email from M. Aleshire to C. Dechon re Inbound Servicing |
| M | 139 | 5/16/05 Email from C. Dechon to G. Daniel re EchoMail Situation |
| Y | 140 | 5/20/05 Email from M. Rodriguez to C. Dechon re Email Servicing RFI |
| Y | | D. Jackson's Expert Report & Exhibits |
| Y | | 1/10/2007 Invoice (#6450) for generation of AmEx data stored in EchoMail system to flat file format |
| M | | 5/12/2006 Email from M. Rodriguez to A. Williams re EchoMail AR – Communication Strategy (AXP 03337) |
| M | | EchoMail Power Point Presentation (ECO 5403 – ECO 5456) |
| M | | EchoMail Power Point Presentation on EchoMail's Product and Development Infrastructure Review (ECO 5263 – ECO 55299) |
| Y | | 5/2/05 Email from H. Subramanian to A. Ramsammy re Diagrams |
| M | | EchoMail's Non-Disclosure Agreements (ECO 20813 – ECO 20229) |
| M | | EchoMail's Employment Agreements (ECO 0582 – ECO 0586) |
| Y | | 4/11/05 Email from A. Ramsammy to H. Subramanian re Sample Architecture and Flow Diagrams (AXP 01481 – AXP 01503) |
| Y | | EchoMail Invoice #5848 (ECO 2623) |
| Y | | EchoMail Invoice #5850 (ECO 2544) |

EchoMail reserves the right to introduce any exhibit identified in American Express Company's Exhibit List and all pleadings filed in this case. EchoMail also reserves the right to introduce at trial any documents or materials that might be hereinafter produced by AmEx.

ECHOMAIL, INC.

By its attorneys,

/s/ Lisa A. Tenerowicz

_____
Alan D. Rose, Jr. (BBO#62887)
Lisa A. Tenerowicz (BBO# 654188)
ROSE, CHINITZ & ROSE
29 Commonwealth Avenue
Boston, MA 02116
TEL: 617-536-0040
FAX: 617-536-4400

Date: November 29, 2007

### Certificate of Service

I hereby certify that this document filed through the ECF system on this 29th day of November, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 29, 2007.

/s/ Lisa A. Tenerowicz

_____
Lisa A. Tenerowicz