UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., ) | |
| ) | Civil Action No. 05-11318 (NMG) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMERICAN EXPRESS CO. and ) | |
| IBM CORP., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT AMERICAN EXPRESS COMPANY'S MOTION IN LIMINE TO PRECLUDE (1) EVIDENCE OR ARGUMENT BASED ON SPECULATION AND (2) OPINION TESTIMONY WHICH DOES NOT SATISFY THE REQUIREMENTS OF FED. R. EVID. 701**

Defendant American Express Company ("AXP") hereby moves to preclude Plaintiff EchoMail, Inc. ("EchoMail") from soliciting any testimony or putting forward arguments based on speculation or from offering opinion testimony which does not satisfy the requirements of Fed. R. Evid. 701. In support of its motion, AXP respectfully refers the Court to its memorandum of law filed herewith.

**WHEREFORE**, AXP respectfully requests that this Court enter an Order precluding EchoMail from offering testimony or argument based on speculation or offering opinion testimony which does not satisfy the requirements of Fed. R. Evid. 701.

Respectfully submitted,
AMERICAN EXPRESS COMPANY
By its attorneys,

/s/ John F. Farraher, Jr.
John F. Farraher, Jr.  BBO # 568194
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, Massachusetts  02110
Tel: (617) 310-6000
Fax: (617) 310-6001

and

Louis Smith (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932-0677
Tel:  (973) 360-7900
Fax:  (973) 301-8410

Dated:  November 29, 2007

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned counsel for Defendant American Express Company hereby certifies that defendant's counsel conferred in good faith with counsel for the plaintiff to narrow or resolve the issues raised herein.

/s/ John F. Farraher, Jr.
John F. Farraher, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on November 29, 2007.

/s/ John F. Farraher, Jr.