UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
ECHOMAIL, INC.,                     )
                                    )    Civil Action No. 05-11318 (NMG)
            Plaintiff,              )
                                    )
v.                                  )
                                    )
AMERICAN EXPRESS CO. and            )
IBM CORP.,                          )
                                    )
            Defendants.             )
_____)

### DEFENDANT AMERICAN EXPRESS COMPANY'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OR ARGUMENT THAT THE TECHNOLOGY EVALUATION QUESTIONNAIRE CONTAINS TRADE SECRETS OR CONFIDENTIAL INFORMATION

Defendant American Express Company ("AXP") hereby moves to preclude Plaintiff EchoMail, Inc. ("EchoMail") from introducing evidence or argument at trial that the Technology Evaluation Questionnaire ("TEQ") contains trade secrets or confidential information. In support of its motion, AXP respectfully refers the Court to its memorandum of law filed herewith.

**WHEREFORE**, AXP respectfully requests that this Court enter an Order precluding EchoMail from introducing evidence or arguing at trial that the TEQ, and the information contained therein, contains trade secrets or confidential information under the parties' relevant agreements.

Respectfully submitted,

AMERICAN EXPRESS COMPANY

By its attorneys,

/s/ John F. Farraher, Jr.
John F. Farraher, Jr.  BBO # 568194
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, Massachusetts  02110
Tel: (617) 310-6000

and

Louis Smith (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932-0677
Tel:  (973) 360-7900
Fax:  (973) 301-8410

Dated:  November 29, 2007

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned counsel for Defendant American Express Company hereby certifies that defendant's counsel conferred in good faith with counsel for the plaintiff to narrow or resolve the issues raised herein.

/s/ John F. Farraher, Jr.

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on November 29, 2007.

/s/ John F. Farraher, Jr.