UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
ECHOMAIL, INC.,                     )
                                    )   Civil Action No. 05-11318 (NMG)
            Plaintiff,              )
                                    )
v.                                  )
                                    )
AMERICAN EXPRESS CO. and            )
IBM CORP.,                          )
                                    )
            Defendants.             )
_____)
```

**DEFENDANT AMERICAN EXPRESS CO.'S PROPOSED VOIR DIRE QUESTIONS**

Defendant American Express Co. ("AXP"), by its undersigned counsel, hereby submits its proposed voir dire questions. AXP further requests that the Court permit follow-up questions if a particular juror's answer(s) warrants further inquiry.

**A.    Familiarity With Parties And Related Entities**

1. Are you (or is anyone you know) currently (or formerly) affiliated in any way with American Express?

2. Are you (or is anyone you know) currently (or formerly) a customer of or do business with American Express?

3. Are you (or is anyone you know) currently (or formerly) an American Express cardholder?

4. Have you (or anyone you know) had any dispute, controversy or negative experience with American Express?

5. Do you (or anyone you know) currently (or formerly) own stock in American Express?

6. Are you (or is anyone you know) currently (or formerly) affiliated in any way with Echomail?

7. Are you (or is anyone you know) currently (or formerly) a customer of or do business with Echomail?

8.    Are you (or is anyone you know) currently (or formerly) affiliated in any way with IBM Corp?

9.    Are you (or is anyone you know) currently (or formerly) a customer of or do business with IBM Corp?

10.    Do you (or does anyone you know) currently (or formerly) own stock in IBM Corp?

11.    Are you (or is anyone you know) currently (or formerly) affiliated in any way with Millennium Software Productions (India) Private, Ltd?

12.    Are you (or is anyone you know) currently (or formerly) a customer of or do business with Millennium Software Productions (India) Private, Ltd?

**B.    Familiarity With Prospective Witnesses**

1.    The following is a list of individuals who may be called as witnesses in this case. Each of the following potential witnesses is from Massachusetts unless I state otherwise:

    [read names of witnesses listed by parties]

    (a).    Do you know or are you related to or acquainted with any of these potential witnesses?

**C.    Familiarity With Law Firms and Lawyers**

1.    The parties to this lawsuit are represented by two Boston law firms: Greenberg Traurig and Rose, Chinitz & Rose (formerly known as Rose & Associates).

    (a).    Are you familiar with or in any way acquainted with Greenberg Traurig or Rose, Chinitz & Rose?

    (b).    Have you (or anyone you know) ever been employed by Greenberg Traurig or Rose, Chinitz & Rose?

    (c).    Have you (or anyone you know) ever been represented by Greenberg Traurig or Rose, Chinitz & Rose?

    (d).    Have you (or anyone you know) ever been involved in a law suit where one of the parties was represented by Greenberg Traurig or Rose, Chinitz & Rose?

2.    The lawyers who will be involved with the trial include Lou Smith, Jay Farraher, Zack Kleinsasser, Alan Rose, and Lisa Tenerowicz.

    (a).    Do you know, or are you in any way acquainted with, any of the lawyers involved in this case?

    (b).    Have you (or anyone you know) ever been represented by any of the lawyers involved in this case?

    (c).    Have you (or anyone you know) ever been involved in a law suit where one of the parties was represented by any of the lawyers involved in this case?

**D.**    **Prior Involvement in a Lawsuit**

1. Have you (or anyone you know) ever been a plaintiff or defendant in a law suit?

2. Have you (or anyone you know) ever been a witness in a law suit?

3. Have you ever been convicted of a crime?

**E.**    **Case Specific Questions**

1. Have you (or anyone you know) ever worked in the software/computer industry?

2. Have you (or anyone you know) ever owned, managed or been employed by a business which provides e-mail processing or computer data services?

3. Have you (or anyone you know) ever had involvement issuing or responding to a "request for information" (also know as an "RFI") or a "request for proposals" (also known as an "RFP")?

4. Have you (or anyone you know) ever been involved in a situation in which information that someone claimed was confidential was alleged to have been impermissibly disclosed to or used by another person or business?

5. Have you (or anyone you know), personally or professionally, been involved in circumstances where one party alleges that another party breach the terms of a contract?

6. Are you (or is anyone you know) the holder of any patents, trade marks, or trade secrets?

7. Have you (or anyone you know) ever been a party to a confidentiality or non-disclosure agreement?

8. Have you (or anyone you know) been laid-off, had work hours reduced, or been terminated because the company you were employed by set-up business operations outside of Massachusetts or overseas?

9. Have you (or anyone you know) ever invested in or been employed by a start-up company?

10. Have you (or anyone you know) ever been involved in contract negotiations, extensions and/or terminations?

**F.    Miscellaneous Questions**

1. Have you heard, read or seen anything about this case before you came into Court this morning?

2. Have you discussed this case with anyone, including other people in the jury pool, right up to this very moment?

3. Have you formed any opinion concerning this case from what I've told you thus far, from being introduced to the lawyers and the parties or from watching these proceedings?

4. Do you have any hearing or visual impairment or suffer from any medical or emotional condition that might affect your ability to give full attention to all of the evidence at this trial?

5. Do you have any doubt that you will be able to render a verdict based solely on the evidence presented in this courtroom and on the law as I will provide it for you in my instructions, disregarding any other ideas or beliefs that you may have?

6. Do you have any bias at all that might prevent you from rendering a fair and impartial verdict in this case? And by "bias," I mean, do you favor either side or oppose either side for any reason whatsoever?

        Respectfully submitted,
        AMERICAN EXPRESS CO.
        By its counsel,


        /s/ John F. Farraher, Jr.
        John F. Farraher, Jr. (BBO # 568194)
        GREENBERG TAURIG, LLP
        One International Place, 20th Floor
        Boston, MA 02110
        (617) 310-6000

        -and-

        Louis Smith
        GREENBERG TRAURIG, LLP
        200 Park Avenue
        Florham Park, NJ 07932
        (973) 360-7900

Dated: November 29, 2007

## CERTIFICATE OF SERVICE

I certify that on the 29th day of November, 2007, I caused to be electronically served a copy of the preceding document upon the following counsel of record:

| | |
|---|---|
| Alan D. Rose, Esq.<br>Alan D. Rose, Jr., Esq.<br>Rose, Chinitz & Rose<br>29 Commonwealth Avenue<br>Boston, MA 02116 | Stephen D. Poss, P.C.<br>Goodwin Proctor LLP<br>Exchange Place<br>Boston, MA 02109 |

        /s/ John F. Farraher, Jr.

5