UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 05-11318-NMG |
| AMERICAN EXPRESS CO. AND ) | |
| INTERNATIONAL BUSINESS ) | |
| MACHINES CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**DEFENDANT AMERICAN EXPRESS COMPANY'S**
**DESIGNATION OF WITNESSES**

Defendant American Express Company ("AXP") hereby designates the following

witnesses that it may call to support its claims or defenses at trial.  AXP reserves the right

to delete individuals from this list and to alter or amend this list after it has reviewed the

individuals designated by plaintiff EchoMail, Inc.  AXP also reserves the right to call

witnesses who have not been designated herein for rebuttal purposes.  Witnesses whose

testimony AXP may offer through deposition are identified in AXP's Trial Deposition

Designations.

1.      Angella Ramsammy
        Phoenix, Arizona

2.      Colleen Dechon
        New York, New York

3.       Greg Daniel
         New York, New York


4.       Reena Paniker
         Ft. Lauderdale, Florida


5.       Kevin Jeffay
         Chapel Hill, North Carolina


6.       Andre Williams
         Atlanta, Georgia


7.       Steve Capandonis
         Ft. Lauderdale, Florida


8.       Mary Jo Aleshire
         Phoenix, Arizona


9.       Benjamin Hung
         New York, New York



                                          Respectfully submitted,

                                          AMERICAN EXPRESS CO.

                                          By its attorneys,


                                           /s/  John F. Farraher, Jr.
                                          John F. Farraher, Jr. (BBO #568194)
                                          Greenberg Traurig, LLP
                                          One International Place
                                          Boston, MA  02110
                                          Tel: (617) 310-6000

                                          and

                                          Louis Smith
                                          Greenberg Traurig, LLP
                                          200 Park Avenue
                                          Florham Park, NJ 07932
                                          Tel: (973) 360-7900

Dated: November 29, 2007

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on November 29, 2007.

/s/ John F. Farraher, Jr.