UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS CO. AND )<br>INTERNATIONAL BUSINESS )<br>MACHINES CORP., )<br>)<br>Defendants. )<br>)<br>) | Civil Action No.<br>05-11318-NMG |

**DEFENDANT AMERICAN EXPRESS COMPANY'S**
**LIST OF PROPOSED EXHIBITS**

Defendant American Express Company ("AXP") hereby designates exhibits that it may offer as evidence at trial. AXP reserves the right to delete items, or to alter or amend this list after it has reviewed the exhibits designated by plaintiff EchoMail, Inc. Moreover, AXP reserves the right to use exhibits that have not been designated herein for impeachment or rebuttal purposes.

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Prior Identifying Number |
|---|---|---|
| 1. | Technical Due Diligence Review Report | Depo Ex 4 |
| 2. | 8/9/04 Meeting Invitation | Depo Ex 7 |
| 3. | 5/13/05 E-mail regarding Tape Stock | Depo Ex 9 |
| 4. | Technical Evaluation Questionnaire | Depo Ex 10 |
| 5. | Confidentiality Agreement | Depo Ex 15 |

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Prior Identifying Number |
|---|---|---|
| 6. | Stand Alone Agreement | Depo Ex 16 |
| 7. | E-mail Servicing Deck | Depo Ex 17 |
| 8. | Contract Amendment | Depo Ex 18 |
| 9. | EchoMail Presentation | Depo Ex 19 |
| 10. | 5/25/05 E-mail | Depo Ex 22 |
| 11. | Termination Notice | Depo Ex 23 |
| 12. | Follow-up Termination Notice | Depo Ex 24 |
| 13. | 5/28/05 E-mails | Depo Ex 25 |
| 14. | "Follow Up" E-mails | Depo Ex 26 |
| 15. | May 31, 2005 Quigley Letter | Depo Ex 27 |
| 16. | Contract Extension | Depo Ex 31 |
| 17. | 9/28/04 E-mail from Chandrakumar | Depo Ex 34 |
| 18. | November 2005 E-mails re: Architecture Review | Depo Ex 37 |
| 19. | E-mails re: Architecture Review with enclosed process document | Depo Ex 38 |
| 20. | 4/18/05 E-mails | Depo Ex 39 |
| 21. | 6/20/05 E-mail re: EchoMail invoices with invoices | Depo Ex 41 |
| 22. | March 2005 E-mails | Depo Ex 42 |
| 23. | Disaster Recovery Plan | Depo Ex 8 |
| 24. | CSE Feedback | Depo Ex 36 |
| 25. | 5/6/05 E-mails re: EchoMail TDC | Depo Ex 3 |
| 26. | 12/5/04 E-mails re: Certs | Depo Ex 32 |
| 27. | 8/12/04 E-mails w/Escalation Process Attachment | Depo Ex 33 |
| 28. | E-mails regarding Certificates | Depo Ex 47 |
| 29. | 4/22/05 E-mail re: Clarification | Depo Ex 49 |
| 30. | April 2005 E-mails with attached Agreement | Depo Ex 50 |
| 31. | May 2005 E-mails re: Meeting | Depo Ex 51 |
| 32. | April 2005 E-mails with attached Agenda | Depo Ex 48 |

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Prior Identifying Number |
|---|---|---|
| 33. | 4/21/05 E-mail re: Review | Depo Ex 52 |
| 34. | April/May 2005 E-mails re: Review | Depo Ex 53 |
| 35. | 5/25/05 E-mail re: Meeting Notes | Depo Ex 54 |
| 36. | September 2004 E-mails re: EchoMail 7.3 | Depo Ex 68 |
| 37. | 10/28/04 E-mails | Depo Ex 69 |
| 38. | 10/08/04 E-mail re: Agenda | Depo Ex 71 |
| 39. | 11/03/04 E-mails | Depo Ex 72 |
| 40. | 4/08/05 E-mails re: RFI | Depo Ex 77 |
| 41. | April 2005 E-mails | Depo Ex 78 |
| 42. | March 2005 E-mails with attached Summary | Depo Ex 79 |
| 43. | 3/21/05 E-mail re: Throttling | Depo Ex 81 |
| 44. | March 2005 E-mails re: Agenda | Depo Ex 83 |
| 45. | 4/1/05 E-mail re: Action Items | Depo Ex 84 |
| 46. | April 2005 E-mails re: Review | Depo Ex 85 |
| 47. | April 2005 E-mails re: Review | Depo Ex 86 |
| 48. | 4/7/05 E-mail re: Review | Depo Ex 87 |
| 49. | 3/7/05 E-mail re: Servicing Support | Depo Ex 95 |
| 50. | 5/29/05 E-mail re: Outage | Depo Ex 96 |
| 51. | 5/31/05 E-mails re: Action Steps | Depo Ex 97 |
| 52. | 5/31 and 6/1/05 E-mails | Depo Ex 98 |
| 53. | 6/1 and 6/2/05 E-mails re: Entry Points | Depo Ex 99 |
| 54. | 3/22/05 E-mail re: Throttling | Depo Ex 101 |
| 55. | 4/15/05 E-mail re: Action Items | Depo Ex 103 |
| 56. | 6/7/05 E-mail re: RFP | Depo Ex 108 |
| 57. | 3/23/05 E-mail re: Arcitecture | Depo Ex 114 |
| 58. | April 2005 E-mails re: RFI | Depo Ex 117 |
| 59. | May 2005 E-mails re: Meeting | Depo Ex 118 |

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Prior Identifying Number |
|---|---|---|
| 60. | May 2005 E-mails re: Private Bank | Depo Ex 121 |
| 61. | January 2005 E-mails re: Platform | Depo Ex 123 |
| 62. | March 2005 E-mails re: Servicing | Depo Ex 125 |
| 63. | 5/4/05 E-mail re: Follow -up | Depo Ex 126 |
| 64. | 5/31/05 E-mails re: Customer Service | Depo Ex 129 |
| 65. | 5/31/05 E-mail re: Status | Depo Ex 130 |
| 66. | 6/1/05 Meeting Notice | Depo Ex 131 |
| 67. | 4/15/05 E-mail with attached RFI | Depo Ex 134 |
| 68. | 4/27/05 E-mail with attached questions | Depo Ex 135 |
| 69. | 5/12/05 E-mails re: Inbound Servicing | Depo Ex 136 |
| 70. | 5/12/05 E-mail re: RFI | Depo Ex 137 |
| 71. | 5/16/05 E-mails re: EchoMail | Depo Ex 139 |
| 72. | 5/20/05 E-mails re: RFI | Depo Ex 140 |
| 73. | Services Agreement | AXP 02010-2123 |
| 74. | Confidential Disclosure Agreement (EchoMail and IBM) | Poss Dec., Ex. 5 |
| 75. | Confidential Disclosure Agreement | Depo Ex 30 |
| 76. | Invoices/Payment Documents | Dechon SJ Dec., Ex B; AXP 721, 4844, ECO 297-298 |
| 77. | E-Mail Servicing: Interim Solutions | AXP 04052-04065 |
| 78. | EchoMail 8.0 Performance Metrics | AXP 04663-04666 |
| 79. | Agendas | AXP 04667-04670 |
| 80. | June 2005 E-Mails | AXP 01962-01963 |
| 81. | May 2004 E-Mails w/attachment | AXP 02757-02774 |
| 82. | E-Mail Servicing Open Bugs Reports | ECO 2744-2753; 6893-6988; 7404-7538; 7546-8100; 8104-8375; 8827-8914; 16259-16308; 16323-16391; 16466-16515; 16633-16717; 19060-68 |

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Prior Identifying Number |
|---|---|---|
| 83. | April 2005 E-Mails | AXP 03202-03204 |
| 84. | April/May 2005 E-Mails re: EchoMail Issues | AXP 02476-02477 |
| 85. | Direct Marketing RFP | ECO 3524-3545 |
| 86. | Inbound E-Mail Servicing Vendor Selection | AXP 01216-01225 |
| 87. | 5/31/05 E-Mail w/Action Item List | AXP 01853-01857 |
| 88. | 6/29/05 E-Mail re: servicing recovery | AXP 01991 |
| 89. | Millennium Software Productions Website Excerpt | |
| 90. | Technology Due Care Review Initial Request Form | AXP 04726-4730 |
| 91. | 4/13/05 E-Mail re: Review | AXP 03190 |
| 92. | 5/9/05 E-Mails re: TDC Discussion | AXP 04582-04583 |
| 93. | 4/06/05 E-Mails re: Review | AXP 00877 |
| 94. | 4/13/05 E-Mails re: Review | AXP 03102 |
| 95. | April 2005 E-Mails re: Review | AXP 02537-02539 |
| 96. | 5/20/05 E-Mails re: RFI | AXP 00593-594 |
| 97. | EchoMail's Patents | Jackson Report, Ex. 9 |
| 98. | EchoMail Power Point | ECO 2729-2740 |
| 99. | 5/18/05 E-Mail re: Amex | ECO 21649 |
| 100. | 5/28/05 E-Mails | ECO 21674-75 |
| 101. | EchoMail Internal Issue Log | ECO 20230-20916 |
| 102. | 10/04/04 and 2/04/05 E-Mails | ECO 21106-21107 |
| 103. | 11/30/04 E-Mail | ECO 21141 |
| 104. | 12/16/04 E-Mails | ECO 21144-46 |
| 105. | January 2005 E-Mails | ECO 21151-53 |
| 106. | March 2005 E-Mails | ECO 21342-45 |
| 107. | March 2005 E-Mails | ECO 21351-55 |
| 108. | 4/7/05 E-Mail | ECO 21522 |
| 109. | March 2005 E-Mails | ECO 21301-09 |

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Prior Identifying Number |
|---|---|---|
| 110. | March 2005 E-Mails | ECO 21292-95 |
| 111. | March 2005 E-Mails | ECO 21321-23 |
| 112. | 2/11/05 E-Mails | ECO 21199-21200 |
| 113. | EchoMail Payments Chart | AXP 04841 |
| 114. | Payment Correspondence | AXP 04842-43 |
| 115. | Invoice Cover Sheet | AXP 04845 |
| 116. | Right Now Payments Chart | AXP 04846 |
| 117. | Checks to Right Now | AXP 04847-48 |
| 118. | Right Now Payment Correspondence | AXP 04849 |
| 119. | Chart re: Lost Transactions | AXP 04850 |
| 120. | Servicing Benefits Report | AXP 04851-55 |
| 121. | Right Now Invoice Documentation | AXP 04671A-04725 |
| 122. | Unit Cost Analysis Chart | AXP 02124 |
| 123. | Expense Report Documentation | AXP 02125-02252 |
| 124. | Expense Report Documentation | AXP 02253-02465 |
| 125. | Unit Cost Analysis Chart | AXP 00077 |
| 126. | Epic Forecasting Summary | AXP 00059-76 |
| 127. | IBL International Payments - Monthly Reports | AXP 00025-53 |
| 128. | Payroll Register | AXP 04856-05018 |
| 129. | Statement of Work | AXP 00001-4 |
| 130. | Right Now Invoices | AXP 00005-24 |
| 131. | Servicing Benefits Document | AXP 4851-55 |
| 132. | Technology Due Care Review Document | AXP 78-83 |
| 133. | 8/04 E-Mail regarding contract | AXP 540-541 |
| 134. | 8/06/04 E-Mail regarding contract | AXP 550 |
| 135. | E-Mail Servicing Contract Renewal | AXP 570-583 |
| 136. | 10/28/04 E-Mail | AXP 798 |

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Prior Identifying Number |
|---|---|---|
| 137. | 11/3/04 E-Mails | AXP 815-818 |
| 138. | Oct.-Nov. 2004 E-Mails regarding EchoMail | AXP 833-835 |
| 139. | March 2005 E-Mails | AXP 844-846 |
| 140. | March 2005 E-Mails | AXP 857-859 |
| 141. | March 2005 E-Mails | AXP 0867-870 |
| 142. | 4/1/05 E-Mail | AXP 871-72 |
| 143. | 4/1/05 E-Mail | AXP 875 |
| 144. | 4/6/05 E-Mail | AXP 880 |
| 145. | 4/11/05 E-Mail | AXP 902-903 |
| 146. | 4/12/05 E-Mail | AXP 917 |
| 147. | April 2005 E-Mails | AXP 926-927 |
| 148. | April 2005 E-Mails | AXP 976-977 |
| 149. | 4/28/05 E-Mail | AXP 983 |
| 150. | 4/29/05 E-Mails | AXP 990-991 |
| 151. | 5/12/05 E-Mails | AXP 1003-1004 |
| 152. | 4/11/05 E-Mail w/attachment regarding diagrams | AXP 1481-99 |
| 153. | 5/31/05 E-Mail | AXP 1865 |
| 154. | 6/01/05 E-Mail | AXP 01907-08 |
| 155. | June 2005 E-Mails | AXP 1928-31 |
| 156. | 5/9/05 E-Mail | AXP 2948 |
| 157. | 5/9/05 Invitation | AXP 2968 |
| 158. | 5/4/05 Invitation | AXP 2989 |
| 159. | April 2005 E-Mails | AXP 3029-33 |
| 160. | 4/20/05 E-Mail | AXP 3115-16 |
| 161. | April 2005 E-Mails | AXP 3185-87 |
| 162. | 3/16/05 E-Mail | AXP 3267-68 |
| 163. | May 27, 2005 E-Mails | AXP 3362-63 |

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Prior Identifying Number |
|---|---|---|
| 164. | 8/12/04 E-Mail | AXP 4453-54 |
| 165. | EchoMail Payment Documentation | AXP 4842-45 |
| 166. | Distribution Detail Report | AXP 05021-25 |
| 167. | 6/6/05 E-Mails | AXP 1934-35 |
| 168. | June 2005 E-Mails | AXP 1943-45 |
| 169. | 6/29/05 E-Mail | AXP 1991 |
| 170. | 7/6/05 E-Mail | AXP 1993-94 |
| 171. | 5/12/05 E-Mails | AXP 2479-80 |
| 172. | 5/12/05 E-Mail | AXP 2486 |
| 173. | 4/15/05 E-Mail | AXP 04671 |
| 174. | Debrief from EchoMail Visit | AXP 4641-4657 |
| 175. | 11/1/04 e-Mail | AXP 2613 |
| 176. | October 2004 E-Mails | AXP 2614-17 |
| 177. | 11/3/04 E-Mail with attached deck/diagram | AXP 2619-2634 |
| 178. | 5/29/05 E-Mails | AXP 2635-36 |
| 179. | Expert Report of Kevin Jeffay | |
| 180. | EchoMail web pages | Jeffay Report, Exhibit C |
| 181. | EchoMail's Reply to Opposition to Extend Discovery Deadlines w/Exhibits | Docket Entry 66 |
| 182. | District of Massachusetts Electronic Case Filing Administrative Procedures dated January 1, 2006 | |
| 183. | Payment documentation | ECO 299-300, 302-311 |
| 184. | 10/9/04 E-Mail | ECO 17061 |
| 185. | 11/1/04 E-Mail | ECO 17071 |
| 186. | 11/5/04 E-Mail | ECO 17083 |
| 187. | Nov. 2004 E-Mails | ECO 17097-98 |
| 188. | 2/4/05 E-Mail | ECO 17150-51 |
| 189. | 2/8/05 E-Mail | ECO 17164-65 |

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Prior Identifying Number |
|---|---|---|
| 190. | 3/15/05 E-Mails | ECO 17216-17 |
| 191. | 4/11/05 E-Mail | ECO 17239-40 |
| 192. | 4/11/05 E-Mail | ECO 17242-45 |
| 193. | 5/31/05 E-Mails | ECO 20169-82 |
| 194. | 4/5/05 E-Mail | ECO 21386 |
| 195. | 4/18/05 E-Mail | ECO 21552 |
| 196. | 5/27/05 E-Mail | ECO 21666 |
| 197. | 5/27 and 5/28/05 E-Mails | ECO 21667-68 |
| 198. | April 2005 E-Mails | Dep. Ex. 1 |
| 199. | RightNow Invoices | AXP 04671A; 04672-74; 00022-24; 04685 |

Respectfully submitted,

AMERICAN EXPRESS CO.

By its attorneys,


 /s/  John F. Farraher, Jr.
John F. Farraher, Jr. (BBO # 568194)
Greenberg Traurig, LLP
One International Place
Boston, MA  02110
Tel: (617) 310-6000

and

Louis Smith
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ 07932
Tel: (973) 360-7900


Dated: November 29, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on November 29, 2007.

                                                      /s/ John F. Farraher, Jr.