UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
ECHOMAIL, INC.,                  )
                                            )
              Plaintiff,    )
                                            )
    v.                        )         Civil Action No. 05-11318-NMG
                                            )
AMERICAN EXPRESS      )
COMPANY,                   )
                                            )
              Defendant.   )
_____)

**DEFENDANT AMERICAN EXPRESS COMPANY'S
TRIAL DEPOSITION DESIGNATIONS**

In accordance with this Court's orders dated September 18, 2007 and October 30, 2007, Defendant American Express Company ("AXP") hereby designates deposition testimony that it may offer as evidence at trial. AXP reserves the right to alter or amend these designations after it has reviewed deposition testimony designated by Plaintiff Echomail, Inc, if any. Moreover, AXP reserves the right to use deposition testimony which has not been designated for any purpose permitted by Fed R. Civ. P. 32.

**DEPOSITION OF SONU MATHEW ABRAHAM (October 11, 2006)**

| | | |
|---|---|---|
| Page 6, line 12 | through | Page 6, line 13 |
| Page 10, line 5 | through | Page 10, line 11 |
| Page 10, line 24 | through | Page 11, line 6 |
| Page 14, line 12 | through | Page 14, line 23 |
| Page 15, line 9 | through | Page 15, line 24 |
| Page 16, line 8 | through | Page 16, line 10 |
| Page 17, line 9 | through | Page 18, line 1 |
| Page 19, line 11 | through | Page 20, line 4 |
| Page 20, line 5 | through | Page 21, line 4 |
| Page 21, line 14 | through | Page 21, line 17 |
| Page 24, line 6 | through | Page 25, line 2 |

| Page 29, line 4 | through | Page 29, line 13 |
|---|---|---|
| Page 31, line 2 | through | Page 32, line 11 |
| Page 32, line 12 | through | Page 34, line 18 |
| Page 38, line 24 | through | Page 40, line 1 |
| Page 44, line 19 | through | Page 45, line 10 |
| Page 47, line 13 | through | Page 47, line 23 |
| Page 47, line 24 | through | Page 48, line 3 |
| Page 49, line 2 | through | Page 52, line 17 |
| Page 52, line 18 | through | Page 53, line 1 |
| Page 53, line 2 | through | Page 53, line 10 |
| Page 55, line 4 | through | Page 55, line 10 |
| Page 56, line 19 | through | Page 57, line 10 |
| Page 57, line 11 | through | Page 59, line 13 |
| Page 65, line 18 | through | Page 66, line 12 |
| Page 66, line 13 | through | Page 71, line 24 |
| Page 72, line 1 | through | Page 72, line 6 |
| Page 72, line 14 | through | Page 73, line 5 |
| Page 84, line 22 | through | Page 91, line 12 |
| Page 91, line 13 | through | Page 92, line 9 |
| Page 93, line 6 | through | Page 94, line 16 |
| Page 99, line 5 | through | Pager 101, line 1 |
| Page 107, line 17 | through | Page 108, line 6 |
| Page 109, line 4 | through | Page 110, line 16 |
| Page 110, line 17 | through | Page 110, line 19 |
| Page 110, line 20 | through | Page 111, line 14 |
| Page 113, line 23 | through | Page 117, line 12 |
| Page 117, line 20 | through | Page 118, line 8 |
| Page 118, line 9 | through | Page 119, line 11 |
| Page 119, line 7 | through | Page 119, line 9 |
| Page 119, line 10 | through | Page  119, line 22 |
| Page 130, line 4 | through | Page 131, line 5 |
| Page 132, line 1 | through | Page 133, line 9 |
| Page 133, line 10 | through | Page 134, line 14 |
| Page 137, line 10 | through | Page 138, line 2 |
| Page 138, line 16 | through | Page 139, line 21 |
| Page 140, line 9 | through | Page 140, line 15 |
| Page 140, line 16 | through | Page 143, line 21 |
| Page 143, line 22 | through | Page 145, line 4 |
| Page 145, line 5 | through | Page 146, line 14 |
| Page 146, line 15 | through | Page 150, line 16 |
| Page 150, line 17 | through | Page 153, line 10 |
| Page 162, line 22 | through | page 168, line 23 |
| Page 171, line 3 | through | Page 171, line 6 |
| Page 175, line 23 | through | Page 176, line 16 |
| Page 177, line 22 | through | Page 178, line 16 |

| Page 184, line 23 | through | Page 185, line 9 |
| Page 187, line 1 | through | Page 189, line 15 |
| Page 209, line 3 | through | Page 210, line 19 |
| Page 210, line 20 | through | Page 211, line 18 |
| Page 211, line 19 | through | Page 214, line 17 |
| Page 215, line 20 | through | Page 216, line 5 |
| Page 217, line 8 | through | Page 219, line 22 |
| Page 219, line 23 | through | Page 220, line 8 |
| Page 220, line 12 | through | Page 221, line 24 |
| Page 224, line 4 | through | Page 224, line 13 |
| Page 224, line 14 | through | Page 225, line 7 |
| Page 225, line 8 | through | Page 228, line 17 |
| Page 228, line 18 | through | Page 230, line 5 |
| Page 234, line 3 | through | Page 235, line 8 |
| Page 240, line 1 | through | Page 243, line 5 |
| Page 243 line 6 | through | Page 244 Line 11 |
| Page 248, line 8 | through | Page 249, line 6 |

### DEPOSITION OF ROBERT A. ZIERTEN (October 13, 2006)

| Page 5, line 12 | through | Page 5, line 13 |
| Page 11, line 3 | through | Page 11, line 21 |
| Page 12, line 16 | through | Page 13, line 6 |
| Page 19, line 19 | through | Page 20, line 1 |
| Page 36, line 21 | through | Page 43, line 20 |
| Page 45, line 7 | through | Page 45, line 13 |
| Page 50, line 12 | through | Page 50, line 19 |
| Page 51, line 11 | through | Page 52, line 19 |
| Page 54, line 22 | through | Page 55, line 17 |
| Page 64, line 8 | through | Page 65, line 10 |
| Page 65, line 11 | through | Page 67, line 7 |
| Page 67, line 18 | through | Page 69, line 18 |
| Page 70, line 11 | through | Page 71, line 1 |
| Page 71, line 2 | through | Page 71, line 10 |
| Page 72, line 12 | through | Page 72, line 14 |
| Page 82, line 13 | through | Page 83, line 1 |
| Page 83, line 2 | through | Page 87, line 19 |
| Page 90, line 24 | through | Page 91, line 5 |
| Page 91, line 21 | through | page 93, line 22 |
| Page 94, line 4 | through | Page 94, line 18 |
| Page 108, line 3 | through | Page 108, line 16 |
| Page 116, line 5 | through | Page 116, line 17 |
| Page 117, line 11 | through | Page 117, line 13 |
| Page 117, line 14 | through | Page 117, line 17 |
| Page 120, line 12 | through | Page 120, line 15 |

| Page 122, line 11 | through | Page 124, line 3 |
| --- | --- | --- |
| Page 124, line 12 | through | Page 125, line 3 |
| Page 125, line 4 | through | Page 125, line 24 |
| Page 126, line 17 | through | Page 127, line 14 |
| Page 131, line 5 | through | Page 133, line 6 |
| Page 133, line 7 | through | Page 134, line 19 |
| Page 134, line 20 | through | Page 135, line 19 |
| Page 135, line 20 | through | Page 136, line 12 |
| Page 136, line 13 | through | Page 142, line 5 |
| Page 142, line 6 | through | Page 146, line 10 |
| Page 146, line 11 | through | Page 146, line 14 |
| Page 151, line 16 | through | Page 155, line 16 |
| Page 158, line 12 | through | Page 159, line 13 |
| Page 172, line 19 | through | Page 172, line 23 |
| Page 173, line 9 | through | Page 174, line 2 |
| Page 174, line 3 | through | Page 174, line 17 |
| Page 177, line 14 | through | page 177, line 23 |
| Page 181, line 8 | through | Page 181, line 21 |
| Page 200, line 16 | through | Page 200, line 21 |
| Page 203 Line 1 | through | Page 203, line 5 |
| Page 203, line 13 | through | Page 204, line 1 |
| Page 206, line 12 | through | page 206, line 21 |

## DEPOSITION OF V.A. SHIVA AYYADURAI (October 10, 2006)

| Page 5, line 3 | through | Page 5, line 13 |
| --- | --- | --- |
| Page 7, line 14 | through | Page 8, line 24 |
| Page 12, line 20 | through | Page 13, line 6 |
| Page 15, line 17 | through | Page 15, line 23 |
| Page 17, line 2 | through | Page 18, line 3 |
| Page 20, line 16 | through | Page 21, line 3 |
| Page 21, line 21 | through | Page 22, line 4 |
| Page 22, line 21 | through | Page 23, line 8 |
| Page 25, line 7 | through | Page 26, line 18 |
| Page 29, line 3 | through | Page 29, line 7 |
| Page 33, line 10 | through | Page 35, line 4 |
| Page 35, line 5 | through | Page 36, line 1 |
| Page 36, line 8 | through | Page 37, line 14 |
| Page 38, line 10 | through | Page 38, line 14 |
| Page 38, line 24 | through | Page 39, line 17 |
| Page 48, line 8 | through | Page 48, line 10 |
| Page 48, line 17 | through | Page 48, line 24 |
| Page 49, line 24 | through | Page 52, line 1 |
| Page 52, line 20 | through | Page 53, line 24 |
| Page 58, line 1 | through | Page 58, line 19 |

| Page 62, line 10 | through | Page 63, line 5 |
| --- | --- | --- |
| Page 63, line 6 | through | Page 63, line 11 |
| Page 64, line 11 | through | Page 64, line 15 |
| Page 68, line 4 | through | Page 68, line 8 |
| Page 69, line 21 | through | Page 69, line 24 |
| Page 70, line 1 | through | Page 70, line 4 |
| Page 70, line 18 | through | Page 71, line 2 |
| Page 71, line 3 | through | Page 71, line 5 |
| Page 75, line 20 | through | Page 76, line 4 |
| Page 77, line 17 | through | Page 78, line 8 |
| Page 101, line 7 | through | Page 101, line 22 |
| Page 101, line 23 | through | Page 102, line 4 |
| Page 102, line 9 | through | Page 103, line 7 |
| Page 103, line 14 | through | Page 103, line 24 |
| Page 108, line 24 | through | Page 110, line 1 |
| Page 113, line 23 | through | Page 113, line 24 |
| Page 114, line 5 | through | Page 114, line 8 |
| Page 120, line 3 | through | Page 120, line 8 |
| Page 135, line 8 | through | Page 136, line 12 |
| Page 148, line 8 | through | Page 148, line 24 |
| Page 150, line 1 | through | Page 150, line 22 |
| Page 154, line 8 | through | Page 154, line 20 |
| Page 158, line 12 | through | Page 158, line 19 |
| Page 161, line 8 | through | Page 161, line 20 |
| Page 161, line 21 | through | Page 163, line 20 |
| Page 163, line 21 | through | Page 164, line 5 |
| Page 164, line 11 | through | Page 164, line 17 |
| Page 168, line 22 | through | Page 168, line 24 |
| Page 170, line 17 | through | Page 171, line 2 |
| Page 171, line 10 | through | Page 171, line 14 |
| Page 171, line 24 | through | Page 172, line 18 |
| Page 174, line 1 | through | Page 176, line 21 |
| Page 178, line 23 | through | Page 179, line 5 |
| Page 179, line 6 | through | Page 181, line 19 |
| Page 182, line 19 | through | Page 184, line 11 |
| Page 185, line 15 | through | Page 186, line 4 |
| Page 190, line 10 | through | Page 191, line 6 |
| Page 191, line 7 | through | Page 191, line 23 |
| Page 191, line 24 | through | Page 193, line 4 |
| Page 216, line 16 | through | Page 218, line 13 |
| Page 233, line 11 | through | Page 234, line 2 |
| Page 237, line 17 | through | Page 237, line 23 |
| Page 237, line 24 | through | Page 238, line 17 |
| Page 252, line 22 | through | Page 254, line 23 |
| Page 266, line 23 | through | Page 273, line 1 |

**DEPOSITION OF GENE A. DEANS (October 9, 2006)**

| Page 4, line 3 | through | Page 4, line 13 |
| Page 5, line 20 | through | Page 6, line 13 |
| Page 12, line 14 | through | Page 13, line 2 |
| Page 19, line 20 | through | Page 20, line 9 |
| Page 20, line 21 | through | Page 21, line 15 |
| Page 22, line 14 | through | Page 23, line 17 |
| Page 24, line 3 | through | Page 24, line 7 |
| Page 63, line 17 | through | Page 63, line 21 |
| Page 63, line 22 | through | Page 64, line 4 |
| Page 68, line 12 | through | Page 68, line 13 |
| Page 68, line 20 | through | Page 69, line 13 |
| Page 70, line 11 | through | Page 70, line 17 |
| Page 73, line 5 | through | Page 73, line 15 |
| Page 79 line 1 | through | Page 79, line 10 |
| Page 82, line 9 | through | Page 82, line 11 |
| Page 84, line 1 | through | Page 84, line 2 |
| Page 84, line 4 | through | Page 84, line 18 |
| Page 85, line 4 | through | Page 85, line 6 |
| Page 85, line 12 | through | Page 87, line 22 |
| Page 92, line 13 | through | Page 93, line 2 |
| Page 93, line 17 | through | Page 94, line 4 |
| Page 95, line 4 | through | Page 95, line 11 |
| Page 95, line 14 | through | Page 95, line 16 |
| Page 96, line 2 | through | Page 96, line 4 |
| Page 98, line 17 | through | Page 98, line 20 |
| Page 103, line 12 | through | Page 103, line 20 |
| Page 109, line 11 | through | Page 109, line 21 |
| Page 112, line 13 | through | Page 113, line 8 |
| Page 113, line 9 | through | Page 113, line 15 |
| Page 114, line 20 | through | Page 115, line 17 |
| Page 120, line 1 | through | Page 120, line 13 |

**DEPOSITION OF ROMAN E. ZAVOLLY (October 12, 2006)**

| Page 5, line 3 | through | Page 5, line 8 |
| Page 5, line 12 | through | Page 5, line 13 |
| Page 7, line 6 | through | Page 8, line 20 |
| Page 9, line 6 | through | Page 9, line 17 |
| Page 10, line 20 | through | Page 11, line 8 |
| Page 13, line 16 | through | Page 15, line 2 |
| Page 16, line 17 | through | Page 18, line 20 |
| Page 19, line 8 | through | Page 20, line 16 |

| Page 30, line 16 | through | Page 48, line 4 |
| --- | --- | --- |
| Page 56, line 9 | through | Page 57, line 7 |
| Page 73, line 23 | through | Page 74, line 1 |
| Page 74, line 17 | through | Page 75, line 17 |
| Page 75, line 18 | through | Page 75, line 23 |
| Page 81, line 11 | through | Page 82, line 6 |
| Page 82, line 7 | through | Page 82, line 13 |
| Page 83, line 23 | through | Page 84, line 4 |
| Page 84, line 5 | through | Page 85, line 17 |
| Page 86, line 13 | through | Page 86, line 15 |
| Page 86, line 23 | through | Page 87, line 2 |
| Page 87, line 17 | through | Page 90, line 5 |
| Page 96, line 8 | through | Page 96, line 11 |
| Page 96, line 18 | through | Page 97, line 1 |

**DEPOSITION OF ZOE HELENE GREENE (October 16, 2006)**

| Page 5, line 1 | through | Page 5, line 6 |
| --- | --- | --- |
| Page 11, line 19 | through | Page 12, line 8 |
| Page 13, line 24 | through | Page 14, line 4 |
| Page 15, line 21 | through | Page 16, line 17 |
| Page 18, line 14 | through | Page 18, line 19 |
| Page 19, line 20 | through | Page 19, line 23 |
| Page 20, line 4 | through | Page 20, line 5 |
| Page 22, line 2 | through | Page 22, line 5 |
| Page 22, line 6 | through | Page 23, line 8 |
| Page 36, line 1 | through | Page 36, line 16 |
| Page 75, line 5 | through | Page 75, line 11 |
| page 77, line 13 | through | Page 79, line 3 |
| Page 90, line 16 | through | Page 90, line 19 |
| Page 123, line 7 | through | Page 126, line 10 |
| Page 141, line 12 | through | Page 144, line 13 |
| Page 145, line 6 | through | Page 157, line 5 |
| Page 166, line 4 | through | page 168, line 21 |
| Page 174, line 21 | through | Page 175, line 3 |
| Page 209, line 5 | through | Page 212, line 20 |
| Page 218, line 2 | through | Page 218, line 7 |
| Page 219, line 20 | through | Page 220, line 10 |

**DEPOSITION OF MIGUEL A. RODRIGUEZ (October 25, 2006)**

| Page 5, line 2 | through | Page 5, line 14 |
| --- | --- | --- |
| Page 6, line 5 | through | Page 7, line 2 |
| Page 8, line 3 | through | Page 8, line 8 |
| Page 8, line 11 | through | Page 8, line 12 |

| Page 9, line 7 | through | Page 9, line 25 |
| Page 10, line 11 | through | Page 11, line 25 |
| Page 12, line 14 | through | Page 13, line 6 |
| Page 18, line 10 | through | Page 19, line 16 |
| Page 33, line 7 | through | Page 33, line 16 |
| Page 51, line 12 | through | Page 54, line 10 |
| Page 54, line 19 | through | Page 57, line 13 |
| Page 60, line 3 | through | Page 63, line 6 |
| Page 64, line 3 | through | Page 66, line 24 |
| Page 74, line 20 | through | Page 75, line 17 |
| Page 87, line 12 | through | Page 88, line 20 |
| Page 90, line 18 | through | Page 92, line 19 |
| Page 94, line 18 | through | Page 95, line 6 |
| Page 99, line 9 | through | Page 100, line 20 |
| Page 100, line 24 | through | Page 101, line 14 |
| Page 103, line 16 | through | Page 104, line 9 |
| Page 104, line 10 | through | Page 104, line 13 |
| Page 104, line 18 | through | Page 105, line 15 |
| Page 105, line 20 | through | Page 109, line 4 |
| Page 119, line 9 | through | Page 119, line 24 |
| Page 120, line 22 | through | Page 121, line 15 |
| Page 122, line 15 | through | Page 123, line 10 |
| Page 129, line 6 | through | Page 130, line 13 |
| Page 131, line 13 | through | Page 132, line 8 |
| Page 132, line 16 | through | Page 133, line 3 |
| Page 134, line 11 | through | Page 134, line 13 |
| Page 142, line 7 | through | Page 142, line 9 |
| Page 148, line 8 | through | Page 149, line 16 |
| Page 151, line 24 | through | Page 152, line 21 |
| Page 169, line 20 | through | Page 169, line 25 |
| Page 202, line 18 | through | Page 203, line 2 |
| Page 207, line 3 | through | Page 209, line 10 |
| Page 214, line 19 | through | Page 215, line 24 |
| Page 228, line 13 | through | Page 228, line 20 |
| Page 245, line 4 | through | Page 245, line 16 |
| Page 253, line 9 | through | Page 255. line 7 |

**DEPOSITION OF STEPHEN P. GIBBONS (October 5, 2006)**

| Page 5, line 2 | through | Page 5, line 6 |
| Page 8, line 16 | through | Page 8, line 19 |
| Page 8, line 20 | through | Page 10, line 24 |
| Page 11, line 13 | through | Page 11, line 19 |
| Page 15, line 17 | through | Page 17, line 18 |
| Page 18, line 24 | through | Page 20, line 8 |

| Page 20, line 16 | through | Page 20, line 21 |
| Page 20, line 22 | through | Page 20, line 24 |
| Page 22, line 6 | through | Page 22, line 24 |
| Page 26, line 13 | through | Page 26, line 17 |
| Page 26, line 18 | through | Page 29, line 9 |
| Page 33, line 23 | through | Page 34, line 2 |
| Page 34, line 10 | through | Page 34, line 25 |
| Page 35, line 17 | through | Page 35, line 20 |
| Page 35, line 21 | through | Page 36, line 9 |
| Page 40, line 15 | through | Page 41, line 2 |
| Page 44, line 16 | through | Page 44, line 22 |
| Page 57, line 6 | through | Page 58, line 8 |
| Page 60, line 17 | through | Page 61, line 12 |
| Page 63, line 16 | through | Page 63, line 17 |
| Page 63, line 19 | through | Page 64 line 6 |
| Page 64, line 19 | through | Page 64, line 22 |
| Page 69, line 2 | through | Page 71, line 3 |
| Page 71, line 15 | through | Page 71, line 19 |
| Page 78, line 10 | through | Page 78, line 13 |
| Page 78,  line 18 | through | Page 79, line 13 |
| Page 98, line 15 | through | Page 98, line 18 |
| Page 103, line 22 | through | Page 103, line 24 |
| Page 105, line 13 | through | Page 105, line 20 |
| Page 106, line 14 | through | Page 107, line 5 |
| Page 114, line 25 | through | Page 115, line 8 |
| Page 118, line 13 | through | Page 118, line 20 |

### DEPOSITION OF TODD SEAGER (October 6, 2006)

| Page 5, line 19 | through | Page 5, line 21 |
| Page 12, line 6 | through | Page 12, line 11 |
| Page 13, line 7 | through | Page 13, line 22 |
| Page 14, line 15 | through | Page 15, line 7 |
| Page 16, line 11 | through | Page 16, line 13 |
| Page 16, line 19 | through | Page 17, line 13 |
| Page 29, line 2 | through | Page 30, line 10 |
| Page 31, line 11 | through | Page 32, line 10 |
| Page 32, line 16 | through | Page 33, line 11 |
| Page 34, line 6 | through | Page 34, line 24 |
| Page 35, line 15 | through | Page 35, line 19 |
| Page 42, line 24 | through | Page 43, line 12 |
| Page 54, line 9 | through | Page 54, line 23 |
| Page 54, line 24 | through | Page 55, line 6 |
| Page 57, line 16 | through | Page 57, line 23 |
| Page 66, line 5 | through | Page 67, line 4 |

| Page 69, line 19 | through | Page 70, line 4 |
| --- | --- | --- |
| Page 73, line 5 | through | Page 73, line 8 |
| Page 74, line 17 | through | Page 75, line 14 |
| Page 77, line 2 | through | Page 78, line 25 |
| Page 84, line 17 | through | Page 85, line 3 |
| Page 86, line 11 | through | Page 89, line 4 |
| Page 94, line 11 | through | Page 95, line 6 |
| Page 125, line 14 | through | Page 126, line 11 |
| Page 127, line 19 | through | Page 129, line 16 |
| Page 129, line 17 | through | Page 130, line 4 |
| Page 130, line 5 | through | Page 130, line 22 |
| Page 130, line 23 | through | Page 131, line 4 |

**DEPOSITON OF ANGELA POLETIS (October 4, 2006)**

| Page 5, line 6 | through | Page 5, line 10 |
| --- | --- | --- |
| Page 6, line 24 | through | Page 7, line 12 |
| Page 7, line 13 | through | Page 7, line 25 |
| Page 8, line 9 | through | Page 9, line 12 |
| Page 11, line 16 | through | Page 11, line 20 |
| Page 11, line 21 | through | Page 11, line 25 |
| Page 13, line 7 | through | Page 13, line 10 |
| Page 14, line 21 | through | Page 15, line 4 |
| Page 16, line 12 | through | Page 16, line 22 |
| Page 17, line 5 | through | Page 17, line 9 |
| Page 17, line 10 | through | Page 17, line 16 |
| Page 17, line 23 | through | Page 18, line 3 |
| Page 18, line 4 | through | Page 18, line 8 |
| Page 18, line 15 | through | Page 18, line 21 |
| Page 18, line 24 | through | Page 19, line 13 |
| Page 19, line 14 | through | Page 19, line 20 |
| Page 21, line 5 | through | Page 21, line 21 |
| Page 24, line 10 | through | Page 24, line 16 |
| Page 26, line 18 | through | Page 26, line 21 |
| Page 30, line 25 | through | Page 31, line 9 |
| Page 31, line 10 | through | Page 32, line 6 |
| Page 52, line 23 | through | Page 53, line 2 |

Respectfully submitted,

AMERICAN EXPRESS COMPANY
By its attorneys,


 /s/ John F. Farraher, Jr.
John F. Farraher, Jr.  BBO # 568194
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, Massachusetts  02110
Tel: (617) 310-6000
Fax: (617) 310-6001

and

Louis Smith (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932-0677
Tel:  (973) 360-7900
Fax:  (973) 301-8410


Dated:  November 29, 2007


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on November 29, 2007.

/s/ John F. Farraher, Jr.