UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ECHOMAIL, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS CO. and<br>IBM CORP.,<br><br>        Defendants. | Civil Action No. 05-11318-NMG |

**PLAINTIFF ECHOMAIL'S *ASSENTED-TO* MOTION
TO IMPOUND DEPOSITION EXHIBITS**

Pursuant to Local Rule 7.2 of the United States District Court for the District of Massachusetts and the Stipulation and Order for the Production and Exchange of Confidential Information entered into among the parties and dated April 28, 2006 (*See* Docket Entry No. 50) (the "Stipulation"), Plaintiff EchoMail, Inc. ("EchoMail"), with defendant American Express Company's ("AmEx") assent, seeks an order permitting the filing, under seal, of seven redacted deposition exhibits (the "Exhibits"). In support of its request, EchoMail states as follows:

1. Each of the Exhibits was produced by AmEx and designated "confidential" in accordance with the Stipulation.

2. On November 29, 2007, EchoMail filed a motion in limine seeking to compel the production of unredacted copies of these Exhibits. *See*, Plaintiff EchoMail's Motion In Limine To Compel Production of Unredacted Documents ("Motion In Limine"). In order for the Court to evaluate EchoMail's Motion In Limine, it will be necessary for the Court to review the redacted Exhibits. Filing the Exhibits under seal will allow for such a review and still maintain the confidentiality of the information contained therein.

3.  The parties propose that the impounding order be lifted only upon further order of the Court, that the papers be kept in the Clerk's nonpublic information file during any post-impoundment period, and that the impounded information be returned to plaintiff's counsel at the conclusion of this case.

**WHEREFORE**, EchoMail respectfully request that the Court allow this Assented-to Motion for Impoundment.

Respectfully submitted,

ECHOMAIL, INC.

By its attorneys,

/s/ Lisa A. Tenerowicz

---

Alan D. Rose Jr. (BBO# 628871)
Lisa A. Tenerowicz (BBO# 654188)
ROSE, CHINITZ & ROSE
29 Commonwealth Avenue
Boston, MA  02116
Tel: 617-536-0040
Fax: 617-536-4400

Date: November 29, 2007

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on or about November 29, 2007, I spoke with defendant's counsel, John Farraher, in an effort to resolve or limit the issues presented by this motion, and Mr. Farraher has assented to this motion.

/s/ Lisa A. Tenerowicz

---

Lisa A. Tenerowicz

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 29, 2007.

                                              /s/ Lisa A. Tenerowicz

                                              Lisa A. Tenerowicz