UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                             )
ECHOMAIL, INC.,                   )
                                             )     Civil Action No. 05-11318 (NMG)
          Plaintiff,          )
                                           )
v.                                          )
                                           )
AMERICAN EXPRESS CO. and     )
IBM CORP.,                         )
                                           )
          Defendants.        )
_____)

**DEFENDANT AMERICAN EXPRESS COMPANY'S OBJECTIONS TO
PLAINTIFF ECHOMAIL, INC.'S EXHIBIT LIST**

Defendant American Express ("AXP") hereby submits the following objections to the Exhibit List of Plaintiff EchoMail, Inc. ("EchoMail"). AXP reserves its right to object to the admissibility of any of the documents on EchoMail's Exhibit List in light of relief sought in the various pre-trial motions filed by AXP and depending upon pre-trial rulings of the Court. In addition, AXP reserves its right to raise hearsay objections and seek limiting instructions regarding the scope for which EchoMail's documents may be admitted. Finally, AXP reserves the right to object to the admissibility of any of the exhibits identified on EchoMail's exhibit list if an adequate foundation regarding the document is not established at trial. Subject to and without waiving the foregoing, AXP objects to the following documents identified by EchoMail on its Exhibit List:

1.) <u>EchoMail Product Dev. and Release Process -- Depo. Exhibit 11</u>

AXP objects to this document on the basis of a lack of foundation. Specifically, AXP objects to admitting into evidence the various pages of this exhibit as a unified document as there is no evidence to support such treatment.

2.)   6-2-05 Draft Letter from V.A. Shiva to K. Chenault -- Depo. Exhibit 28

AXP objects to this document on the grounds that it lacks relevance and is simply a self-serving hearsay statement. In addition, any probative value is substantially outweighed by its prejudicial effect, including the self-serving "damages" figures that lack any support in the record.

3.)   5-2-05 Email from H. Subramanian to A. Ramsammy attaching flow & infrastructure diagrams -- Depo. Exhibit 40

AXP objects to using the attachments to this e-mail based on lack of foundation. Specifically, AXP objects to admitting into evidence the various pages of this exhibit as a unified document absent evidence that the attached documents were linked to the e-mail.

4.)   Dr. Jackson's Expert Report with Exhibits

AXP objects to this document and its exhibits for the reasons expressed in its related Motion In Limine to Strike the Expert Report and Preclude the Testimony of Dr. Jackson.

5.)   1-10-2007 Invoice (# 6450) for generation of Amex data stored in EchoMail system to flat file format

AXP objects to this document as it was not produced during fact discovery.

6.)   EchoMail's Employment Agreements (ECO 0582-586)

EchoMail objects to this unexecuted form document. It lacks a sufficient foundation in the record and is not relevant.

7.)   4-11-05 Email from A. Ramsammy to H. Subramanian re: sample architectural flow diagrams (AXP 01481-AXP 01503)

AXP objects to including documents AXP 1500 through 1503 as part of this exhibit as there is not a sufficient foundation to link those pages to the rest of the document.

Respectfully submitted,

AMERICAN EXPRESS CO.
By its counsel


/s/ John F. Farraher, Jr.
John F. Farraher, Jr. (BBO# 568194)
Zachary C. Kleinsasser (BBO# 664291)
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, MA  02110
(617) 210-6000

      -and-

Louis Smith
GREENBERG TRAURIG LLP
200 Park Avenue
Florham Park, NJ  07932
(973) 360-7900

DATED:      December 7, 2007


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on December 7, 2007.

/s/ John F. Farraher, Jr.