UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS CO. )<br>and IBM CORP., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11318-NMG |

### ECHOMAIL, INC.'S MOTION TO SEAL DOCKET ENTRY 66

Pursuant to Local Rule 7.2, Plaintiff EchoMail, Inc. ("EchoMail") respectfully moves this Court to remove the document filed under Docket Entry 66, entitled "Technology Evaluation Questionnaire" ("TEQ"), from the Electronic Court Docket in this action and impound the document until a further order of the Court.

As good cause for this motion, EchoMail states as follows:

1. On July 1, 2005, in connection with its motion for preliminary injunction, EchoMail filed a motion to impound the TEQ. See Docket Entry 24. As grounds for that motion, EchoMail stated, among other things, that the TEQ was designated "CONFIDENTIAL" by Defendant American Express Company ("AmEx") and contains on each page the "Confidentiality" provision that EchoMail's counsel referred to at the hearing on June 29, 2005. The Court granted the motion on July 1, 2005.

2. Thereafter, on July 6, 2005, EchoMail filed the TEQ under seal as an Exhibit to the Affidavit of Mathew "Sonu" Abraham. See Docket Entry 25.

3.  During discovery in this case, AmEx designated the TEQ as "CONFIDENTIAL" and produced the document pursuant to the Stipulation and Protective Order entered into by the parties on May 10, 2006. See Docket Entry 50.

4.  On October 13, 2006, EchoMail filed a Motion for Extension of Time to December 15, 2006 to Complete Discovery. See Docket Entry 62. AmEx opposed this motion on October 27, 2006. See Docket Entry 64. On November 1, 2006, EchoMail inadvertently filed the TEQ unsealed as an Exhibit to its reply to AmEx's opposition. See Docket Entry 66.

5.  On June 19, 2007, the parties filed a joint motion for leave to file under seal certain documents designated as confidential in connection with the summary judgment motions and oppositions under seal. See Docket Entry 72. The Court granted that motion on June 22, 2007.

6.  On July 23, 2007, EchoMail filed under seal its opposition to AmEx's motion for summary judgment. See Docket Entry 85. The TEQ was attached as Exhibit 29 to the Declaration of Lisa A. Tenerowicz in Support of EchoMail's Opposition to American Express Company's Motion for Summary Judgment.[1]

---

[1] The TEQ was also filed under seal on July 23, 2007 as Exhibit 13 to the Declaration of Lisa A. Tenerowicz in Opposition to IBM Corporation's Motion for Summary Judgment. See Docket Entry 85.

WHEREFORE, EchoMail respectfully requests that this Court allow its motion to seal the TEQ and impound the document pending further order of this Court.

Respectfully submitted,

ECHOMAIL, INC.,

By its attorneys,

/s/ Lisa A. Tenerowicz
_____
Alan D. Rose Jr. (BBO# 628871)
Lisa A. Tenerowicz (BBO# 654188)
ROSE, CHINITZ & ROSE
29 Commonwealth Avenue
Boston, MA 02116
Tel: 617-536-0040
Fax: 617-536-4400

Date: December 7, 2007

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on December 7, 2007, I spoke with defendant's counsel, Louis Smith, in an effort to resolve or limit the issues presented by this motion, and we were unable to do so.

/s/ Lisa A. Tenerowicz
_____
Lisa A. Tenerowicz

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 7, 2007.

                                 /s/ Lisa A. Tenerowicz

                                 Lisa A. Tenerowicz