## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC.,                  ) <br><br>          Plaintiff,     ) <br><br> ) <br> v.                         ) <br><br> ) <br> AMERICAN EXPRESS CO.    ) <br> and IBM CORP.,            ) <br><br> ) <br>        Defendants.    ) <br> ) | Civil Action No. 05-11318-NMG |

## PLAINTIFF ECHOMAIL'S RESPONSE AND OBJECTIONS TO
## DEFENDANT AMERICAN EXPRESS COMPANY'S PROPOSED EXHIBITS

Plaintiff EchoMail, Inc. ("EchoMail"), through its undersigned counsel, hereby submits its response and objections to Defendant American Express Company's ("AmEx") Proposed Exhibits. As set forth in Fed. R. Civ. P. 26(a)(3), objections under Federal Rules of Procedure 402 and 403 not made herein are not waived, and EchoMail expressly reserves the right to raise such objections at the time of trial and/or the time the proposed exhibit is offered into evidence.

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Objection |
|---|---|---|
| 1. | Technical Due Diligence Review Report | No objection |
| 2. | 8/9/04 Meeting Invitation | Objection |
| 3. | 5/13/05 E-mail regarding Tape Stock | No objection |
| 4. | Technical Evaluation Questionnaire | No objection |
| 5. | Confidentiality Agreement | No objection |
| 6. | Stand Alone Agreement | No objection |
| 7. | E-mail Servicing Deck | Objection |
| 8. | Contract Amendment | No objection |

| Trial EX # | PROPOSED EXHIBIT – BRIEF DESCRIPTION | Objection |
|---|---|---|
| 9. | EchoMail Presentation | No objection |
| 10. | 5/25/05 E-mail | No objection |
| 11. | Termination Notice | No objection |
| 12. | Follow-up Termination Notice | No objection |
| 13. | 5/28/05 E-mails | No objection |
| 14. | "Follow Up" E-mails | No objection |
| 15. | May 31, 2005 Quigley Letter | Objection |
| 16. | Contract Extension | No objection |
| 17. | 9/28/04 E-mail from Chandrakumar | No objection |
| 18. | November 2005 E-mails re: Architecture Review | No objection |
| 19. | E-mails re: Architecture Review with enclosed process document | No objection |
| 20. | 4/18/05 E-mails | No objection |
| 21. | 6/20/05 E-mail re: EchoMail invoices with invoices | No objection |
| 22. | March 2005 E-mails | Objection |
| 23. | Disaster Recovery Plan | Objection |
| 24. | CSE Feedback | No objection |
| 25. | 5/6/05 E-mails re: EchoMail TDC | No objection |
| 26. | 12/5/04 E-mails re: Certs | Objection |
| 27. | 8/12/04 E-mails w/Escalation Process Attachment | Objection |
| 28. | E-mails regarding Certificates | Objection |
| 29. | 4/22/05 E-mail re: Clarification | No objection |
| 30. | April 2005 E-mails with attached Agreement | No objection |
| 31. | May 2005 E-mails re: Meeting | No objection |
| 32. | April 2005 E-mails with attached Agenda | No objection |
| 33. | 4/21/05 E-mail re: Review | No objection |
| 34. | April/May 2005 E-mails re: Review | No objection |

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Objection |
|---|---|---|
| 35. | 5/25/05 E-mail re: Meeting Notes | No objection |
| 36. | September 2004 E-mails re: EchoMail 7.3 | Objection |
| 37. | 10/28/04 E-mails | Objection |
| 38. | 10/08/04 E-mail re: Agenda | Objection |
| 39. | 11/03/04 E-mails | Objection |
| 40. | 4/08/05 E-mails re: RFI | No objection |
| 41. | April 2005 E-mails | No objection |
| 42. | March 2005 E-mails with attached Summary | No objection |
| 43. | 3/21/05 E-mail re: Throttling | No objection |
| 44. | March 2005 E-mails re: Agenda | Objection |
| 45. | 4/1/05 E-mail re: Action Items | No objection |
| 46. | April 2005 E-mails re: Review | No objection |
| 47. | April 2005 E-mails re: Review | No objection |
| 48. | 4/7/05 E-mail re: Review | No objection |
| 49. | 3/7/05 E-mail re: Servicing Support | No objection |
| 50. | 5/29/05 E-mail re: Outage | Objection |
| 51. | 5/31/05 E-mails re: Action Steps | Objection |
| 52. | 5/31 and 6/1/05 E-mails | Objection |
| 53. | 6/1 and 6/2/05 E-mails re: Entry Points | Objection |
| 54. | 3/22/05 E-mail re: Throttling | No objection |
| 55. | 4/15/05 E-mail re: Action Items | No objection |
| 56. | 6/7/05 E-mail re: RFP | No objection |
| 57. | 3/23/05 E-mail re: Architecture | No objection |
| 58. | April 2005 E-mails re: RFI | No objection |
| 59. | May 2005 E-mails re: Meeting | No objection |
| 60. | May 2005 E-mails re: Private Bank | Objection |

3

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Objection |
|---|---|---|
| 61. | January 2005 E-mails re: Platform | Objection |
| 62. | March 2005 E-mails re: Servicing | Objection |
| 63. | 5/4/05 E-mail re: Follow -up | No objection |
| 64. | 5/31/05 E-mails re: Customer Service | Objection |
| 65. | 5/31/05 E-mail re: Status | Objection |
| 66. | 6/1/05 Meeting Notice | Objection |
| 67. | 4/15/05 E-mail with attached RFI | No objection |
| 68. | 4/27/05 E-mail with attached questions | No objection |
| 69. | 5/12/05 E-mails re: Inbound Servicing | No objection |
| 70. | 5/12/05 E-mail re: RFI | No objection |
| 71. | 5/16/05 E-mails re: EchoMail | Objection |
| 72. | 5/20/05 E-mails re: RFI | No objection |
| 73. | Services Agreement | Objection |
| 74. | Confidential Disclosure Agreement (EchoMail and IBM) | Objection |
| 75. | Confidential Disclosure Agreement | Objection |
| 76. | Invoices/Payment Documents | No objection |
| 77. | E-Mail Servicing: Interim Solutions | Objection |
| 78. | EchoMail 8.0 Performance Metrics | Objection |
| 79. | Agendas | Objection |
| 80. | June 2005 E-Mails | Objection |
| 81. | May 2004 E-Mails w/attachment | Objection |
| 82. | E-Mail Servicing Open Bugs Reports | Objection |
| 83. | April 2005 E-Mails | Objection |
| 84. | April/May 2005 E-Mails re: EchoMail Issues | Objection |
| 85. | Direct Marketing RFP | Objection |
| 86. | Inbound E-Mail Servicing Vendor Selection | Objection |

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Objection |
|---|---|---|
| 87. | 5/31/05 E-Mail w/Action Item List | Objection |
| 88. | 6/29/05 E-Mail re: servicing recovery | Objection |
| 89. | Millennium Software Productions Website Excerpt | Objection |
| 90. | Technology Due Care Review Initial Request Form | Objection |
| 91. | 4/13/05 E-Mail re: Review | Objection |
| 92. | 5/9/05 E-Mails re: TDC Discussion | Objection |
| 93. | 4/06/05 E-Mails re: Review | No objection |
| 94. | 4/13/05 E-Mails re: Review | Objection |
| 95. | April 2005 E-Mails re: Review | Objection |
| 96. | 5/20/05 E-Mails re: RFI | Objection |
| 97. | EchoMail's Patents | No objection |
| 98. | EchoMail Power Point | Objection |
| 99. | 5/18/05 E-Mail re: Amex | Objection |
| 100. | 5/28/05 E-Mails | Objection |
| 101. | EchoMail Internal Issue Log | Objection |
| 102. | 10/04/04 and 2/04/05 E-Mails | Objection |
| 103. | 11/30/04 E-Mail | Objection |
| 104. | 12/16/04 E-Mails | Objection |
| 105. | January 2005 E-Mails | Objection |
| 106. | March 2005 E-Mails | Objection |
| 107. | March 2005 E-Mails | Objection |
| 108. | 4/7/05 E-Mail | Objection |
| 109. | March 2005 E-Mails | Objection |
| 110. | March 2005 E-Mails | Objection |
| 111. | March 2005 E-Mails | Objection |
| 112. | 2/11/05 E-Mails | Objection |

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Objection |
|---|---|---|
| 113. | EchoMail Payments Chart | Objection |
| 114. | Payment Correspondence | Objection |
| 115. | Invoice Cover Sheet | Objection |
| 116. | Right Now Payments Chart | Objection |
| 117. | Checks to Right Now | Objection |
| 118. | Right Now Payment Correspondence | Objection |
| 119. | Chart re: Lost Transactions | Objection |
| 120. | Servicing Benefits Report | Objection |
| 121. | Right Now Invoice Documentation | Objection |
| 122. | Unit Cost Analysis Chart | Objection |
| 123. | Expense Report Documentation | Objection |
| 124. | Expense Report Documentation | Objection |
| 125. | Unit Cost Analysis Chart | Objection |
| 126. | Epic Forecasting Summary | Objection |
| 127. | IBL International Payments -Monthly Reports | Objection |
| 128. | Payroll Register | Objection |
| 129. | Statement of Work | Objection |
| 130. | Right Now Invoices | Objection |
| 131. | Servicing Benefits Document | Objection |
| 132. | Technology Due Care Review Document | Objection |
| 133. | 8/04 E-Mail regarding contract | Objection |
| 134. | 8/06/04 E-Mail regarding contract | Objection |
| 135. | E-Mail Servicing Contract Renewal | Objection |
| 136. | 10/28/04 E-Mail | Objection |
| 137. | 11/3/04 E-Mails | Objection |
| 138. | Oct.-Nov. 2004 E-Mails regarding EchoMail | Objection |

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Objection |
|---|---|---|
| 139. | March 2005 E-Mails | Objection |
| 140. | March 2005 E-Mails | Objection |
| 141. | March 2005 E-Mails | Objection |
| 142. | 4/1/05 E-Mail | No objection |
| 143. | 4/1/05 E-Mail | No objection |
| 144. | 4/6/05 E-Mail | No objection |
| 145. | 4/11/05 E-Mail | Objection |
| 146. | 4/12/05 E-Mail | No objection |
| 147. | April 2005 E-Mails | Objection |
| 148. | April 2005 E-Mails | No objection |
| 149. | 4/28/05 E-Mail | No objection |
| 150. | 4/29/05 E-Mails | Objection |
| 151. | 5/12/05 E-Mails | No objection |
| 152. | 4/11/05 E-Mail w/attachment regarding diagrams | No objection |
| 153. | 5/31/05 E-Mail | Objection |
| 154. | 6/01/05 E-Mail | Objection |
| 155. | June 2005 E-Mails | Objection |
| 156. | 5/9/05 E-Mail | Objection |
| 157. | 5/9/05 Invitation | Objection |
| 158. | 5/4/05 Invitation | Objection |
| 159. | April 2005 E-Mails | Objection |
| 160. | 4/20/05 E-Mail | No objection |
| 161. | April 2005 E-Mails | Objection |
| 162. | 3/16/05 E-Mail | Objection |
| 163. | May 27, 2005 E-Mails | Objection |
| 164. | 8/12/04 E-Mail | Objection |

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Objection |
|---|---|---|
| 165. | EchoMail Payment Documentation | No objection |
| 166. | Distribution Detail Report | Objection |
| 167. | 6/6/05 E-Mails | Objection |
| 168. | June 2005 E-Mails | Objection |
| 169. | 6/29/05 E-Mail | Objection |
| 170. | 7/6/05 E-Mail | Objection |
| 171. | 5/12/05 E-Mails | Objection |
| 172. | 5/12/05 E-Mail | No objection |
| 173. | 4/15/05 E-Mail | Objection |
| 174. | Debrief from EchoMail Visit | Objection |
| 175. | 11/1/04 e-Mail | Objection |
| 176. | October 2004 E-Mails | Objection |
| 177. | 11/3/04 E-Mail with attached deck/diagram | Objection |
| 178. | 5/29/05 E-Mails | Objection |
| 179. | Expert Report of Kevin Jeffay | Objection |
| 180. | EchoMail web pages | Objection |
| 181. | EchoMail's Reply to Opposition to Extend Discovery Deadlines w/Exhibits | Objection |
| 182. | District of Massachusetts Electronic Case Filing Administrative Procedures dated January 1, 2006 | Objection |
| 183. | Payment documentation | Objection |
| 184. | 10/9/04 E-Mail | Objection |
| 185. | 11/1/04 E-Mail | Objection |
| 186. | 11/5/04 E-Mail | Objection |
| 187. | Nov. 2004 E-Mails | Objection |
| 188. | 2/4/05 E-Mail | Objection |
| 189. | 2/8/05 E-Mail | Objection |
| 190. | 3/15/05 E-Mails | Objection |

| Trial EX # | PROPOSED EXHIBIT - BRIEF DESCRIPTION | Objection |
|---|---|---|
| 191. | 4/11/05 E-Mail | No objection |
| 192. | 4/11/05 E-Mail | No objection |
| 193. | 5/31/05 E-Mails | No objection |
| 194. | 4/5/05 E-Mail | No objection |
| 195. | 4/18/05 E-Mail | Objection |
| 196. | 5/27/05 E-Mail | Objection |
| 197. | 5/27 and 5/28/05 E-Mails | Objection |
| 198. | April 2005 E-Mails | No objection |
| 199. | RightNow Invoices | Objection |

Respectfully submitted,

ECHOMAIL, INC.

By its attorneys,

/s/ Lisa A. Tenerowicz

_____

Alan D. Rose Jr. (BBO# 628871)
Lisa A. Tenerowicz (BBO# 654188)
ROSE, CHINITZ & ROSE
29 Commonwealth Avenue
Boston, MA  02116
Tel: 617-536-0040
Fax: 617-536-4400

Date: December 7, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 7, 2007.

/s/ Lisa A. Tenerowicz

_____

Lisa A. Tenerowicz