UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11318-NMG |
| ) | |
| AMERICAN EXPRESS CO. ) | |
| and IBM CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF ECHOMAIL'S *ASSENTED-TO* MOTION
TO CONTINUE FINAL PRETRIAL CONFERENCE**

Plaintiff EchoMail, Inc. ("EchoMail"), through its undersigned counsel and with the assent of Defendant American Express Company ("AmEx"), respectfully requests that the final pretrial conference scheduled for Thursday, December 13, 2007 be continued until Tuesday, December 18, 2007 at 9:30 a.m.

As grounds for this motion, EchoMail states as follows:

1. Pursuant to the Court's September 18, 2007 order, the final pretrial conference in this case was scheduled for December 13, 2007 at 3:00 p.m.

2. On December 11, 2007, lead counsel for EchoMail learned that a family medical emergency involving a surgery on December 13, 2007 would prevent him from representing EchoMail at the final pretrial conference.

3. Counsel for EchoMail immediately notified counsel for AmEx of the medical emergency and scheduled surgery.

4. Counsel for EchoMail believes that continuing the final pretrial conference until December 18, 2007 is a reasonable resolution to this situation.

WHEREFORE, EchoMail respectfully requests that the Court continue the final pretrial conference until Tuesday, December 18, 2007 at 9:30 a.m.

Respectfully submitted,

ECHOMAIL, INC.

By its attorneys,

/s/ Lisa A. Tenerowicz
_____
Alan D. Rose, Jr. (BBO# 628871)
Lisa A. Tenerowicz (BBO# 654188)
ROSE, CHINITZ & ROSE
29 Commonwealth Avenue
Boston, MA 02116
Tel: 617-536-0040
Fax: 617-536-4400

Date:   December 12, 2007

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on December 11, 2007, I spoke with defendant's counsel, John Farraher and Louis Smith, in an effort to resolve or limit the issues presented by this motion, and Mr. Farraher and Mr. Smith have assented to the relief requested in this motion.

/s/ Lisa A. Tenerowicz
_____
Lisa A. Tenerowicz

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 12, 2007.

                                          /s/ Lisa A. Tenerowicz
                                          _____
                                          Lisa A. Tenerowicz