UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., | |
| Plaintiff, | CIVIL ACTION NO. 05-11318 (NMG) |
| v. | |
| AMERICAN EXPRESS CO. and IBM CORP., | |
| Defendants. | |

### DEFENDANT AMERICAN EXPRESS COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO SEAL DOCKET ENTRY 66

Nearly 13 months ago, Plaintiff EchoMail, Inc. ("EchoMail") electronically filed the so-called Technology Evaluation Questionnaire ("TEQ") with the Court as an attachment to a reply brief. *See* Docket Entry 66. The TEQ, which EchoMail alleges contains trade secrets or confidential information, thus was openly filed on the Court's ECF System and was subsequently published by Westlaw and made accessible to the public via Westlaw's website. *See* **Exhibit A** (Westlaw docket sheet regarding this matter, which includes docket entry 66). By way of its Motion To Seal Docket Entry 66, EchoMail claims that the public filing was "inadvertent" and now, over a year after the document has been in the public domain, seeks to place the TEQ under seal. Defendant American Express Company ("AXP") opposes EchoMail's Motion for the following reasons:

1.    EchoMail's motion was filed *after* the deadline established by the court for the filing of pre-trial motions and does not satisfy the rule on which EchoMail relies; and

2.    The public filing of the TEQ on the Internet, and the later publication of that document by Westlaw, destroyed the alleged trade secret status of the

TEQ.  Since the TEQ is publicly available, the Court should not now permit it to be filed under seal.

For these reasons, as set forth below, the motion should be denied.

## ARGUMENT

**I.     ECHOMAIL FAILED TO MEET THE DEADLINE FOR FILING PRE-TRIAL MOTIONS AND TO COMPLY WITH RULE 7.2.**

The deadline for filing pre-trial motions was Thursday, November 29, 2007.  In accordance with Local Rule 7.1, AXP's counsel conferred with EchoMail's counsel on Wednesday, November 28, 2007, to inform EchoMail of its intent to file a motion *in limine* to preclude evidence or argument that the TEQ contains trade secrets because that the TEQ had been publicly filed.  EchoMail could have filed its perfunctory, six-paragraph motion to seal the TEQ after the Rule 7.1 Conference and before the November 29 deadline, but opted instead to wait until eight days after the deadline expired to file its motion.  The motion is late and should be denied.  But beyond that, EchoMail's delay is not consistent with its arguments to this Court that the TEQ contains trade secret information.  Had EchoMail truly believed that it inadvertently exposed important, trade secret information, one would reasonably have expected EchoMail to seek immediate, emergent relief.  Instead, it waited nine days after the Rule 7.1 Conference to file a non-emergent motion.

EchoMail only cites Local Rule 7.2 in support of its motion, but its application to impound the TEQ does not satisfy the requirements of that rule.  Indeed, EchoMail cites no authority addressing the propriety of a Court sealing a document that has been in the public record for an extended period (in this case over one year).  To the contrary, as discussed below, the relevant authorities demonstrate that the TEQ cannot at this point be

sealed as requested by EchoMail.  Moreover, EchoMail's motion offers absolutely no explanation of the circumstances surrounding the filing of the TEQ and offers no factual support for its claim that the publication of the TEQ was "inadvertent."

## II.    A PUBLIC DOCUMENT MAY NOT BE FILED UNDER SEAL.

It is axiomatic that a publicly available document may not be filed under seal. *Schmitt v. Kennedy*, 2007 WL 2026619, at *1 (D. Mass. July 10, 2007) (Zobel, J.) (denying motion to seal when the document had already been published in Westlaw); *Ray v. Fed. Bureau of Investigation*, 2007 WL 1404445, at *1 (D.D.C. May 10, 2007) (denying motion to seal when documents had already been published on the court's docket, the court's website, and on Westlaw).

As set forth in AXP's earlier filed motion *in limine* and supporting memorandum of law, *see* Docket Entries 110, 111, by filing the TEQ electronically with the Court – and thereby making the document available to the public via the Internet – EchoMail destroyed any alleged trade secret status regarding the TEQ and the information contained therein.  While EchoMail in response argued that filing the document with the Court does not automatically destroy any alleged secrecy "in the absence of evidence of further publication" beyond the Court's electronic filing system, the TEQ has also been published by Westlaw.  Thus, even if the Court agrees with EchoMail's framing of the applicable standard, that standard is indisputably satisfied in light of the "further publication" of the TEQ by Westlaw on its website.  EchoMail also argues that there is no evidence that the TEQ has been viewed by EchoMail's competitors, but the First Circuit has made clear that evidence of review by third parties is irrelevant in assessing whether confidentiality has been preserved.  *See Baella-Silva v. Hulsey,* 454 F.3d 5, 12

(1st Cir. 2006) (affirming district court's finding that electronic filing of document breached confidentiality agreement and presented "confidential terms of the agreement to the general public" regardless of whether any third party reviewed the agreement).

## CONCLUSION

For all the foregoing reasons, AXP prays that this Court deny EchoMail's Motion to Seal Docket Entry 66.

Respectfully submitted,

AMERICAN EXPRESS COMPANY
By its attorneys,


 /s/ John F. Farraher, Jr.
John F. Farraher, Jr.  BBO # 568194
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, Massachusetts  02110
Tel: (617) 310-6000
Fax: (617) 310-6001

and

Louis Smith (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932-0677
Tel:  (973) 360-7900
Fax:  (973) 301-8410

Dated:  December 12, 2007

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on December 12, 2007.


        <u>/s/ John F. Farraher, Jr.</u>

# EXHIBIT A

Westlaw.

1:05-CV-11318

TO ORDER COPIES OF ANY DOCUMENTS LISTED BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply).

For Opinion See: 378 F.Supp.2d 1 445 F.Supp.2d 87

**This docket is current through 11/28/2007**

**For an updated version of this docket, click UPDATE**

Court:                         UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS
                               (BOSTON)

Case Title:                    ECHOMAIL, INC., v. AMERICAN EXPRESS COMPANY, INC. ET AL

Case:                              1:05-CV-11318

Judge:                             JUDGE NATHANIEL M. GORTON

Date Filed:                        06/23/2005

Other Dockets:                     SUPERIOR COURT, 05-02477-BLS

                                   **CASE INFORMATION**

Case Number:                       1:05CV11318

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Jury Demand:                          PLAINTIFF


Nature of Suit:                       CONTRACT:  OTHER CONTRACT  (190)


Key Nature of Suit:                   CONTRACTS; OTHER CONTRACT (130.55)


Jurisdiction:                         DIVERSITY


Cause:                                28 USC 1332 DIVERSITY-BREACH OF CONTRACT


### PARTICIPANT INFORMATION


Plaintiff:                            ECOMAIL, INC
Attorney(s):                          ALAN D. ROSE, JR.
Email Address:                        ADRJR@ROSE-LAW.NET
Firm Name:                            ROSE, CHINITZ & ROSE
Attorney Address:                     29 COMMONWEALTH AVENUE

                                      BOSTON, MA 02216
Attorney Phone:                       617-536-0040
Attorney Fax:                         617-536-4400


Attorney(s):                          ALAN D. ROSE, SR.
Email Address:                        ADR@ROSE-LAW.NET
Firm Name:                            ROSE, CHINITZ & ROSE
Attorney Address:                     29 COMMONWEALTH AVENUE

                                      BOSTON, MA 02216

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

| Attorney Phone: | 617-536-0040 |
| Attorney Fax: | 617-536-4400 |

| Attorney(s): | LISA A TENEROWICZ |
| Email Address: | LAT@ROSE-LAW.NET |
| Firm Name: | ROSE, CHINITZ & ROSE |
| Attorney Address: | 29 COMMONWEALTH AVE. |
| | BOSTON, MA 02116 |
| Attorney Phone: | 617-536-0040 |
| Attorney Fax: | 617-536-4400 |

| Defendant: | AMERICAN EXPRESS COMPANY, INC. |
| Attorney(s): | CLARK P. RUSSELL |
| Firm Name: | GREENBERG TRAURIG LLP |
| Attorney Address: | 200 PARK AVENUE, P.O. BOX 677 |
| | FLORHAM PARK, NJ 07932 |
| Attorney Phone: | 973-360-7900 |
| Attorney Fax: | 973-301-8410 |

| Attorney(s): | EVAN GEORGOPOULOS |
| Email Address: | GEORGOPOULOSE@GTLAW.COM |
| Firm Name: | GREENBERG TRAURIG, LLP |
| | ONE INTERNATIONAL PLACE |
| | BOSTON, MA 02110 |
| Attorney Phone: | 617-310-6000 |
| Attorney Fax: | 617-310-6001 |

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

1:05-CV-11318

| | |
|---|---|
| **Attorney(s):** | JOHN F. FARRAHER, JR. |
| **Email Address:** | FARRAHERJ@GTLAW.COM |
| **Firm Name:** | GREENBERG TRAURIG LLP |
| | ONE INTERNATIONAL PLACE |
| **Attorney Address:** | 20RD FLOOR |
| | BOSTON, MA 02110 |
| **Attorney Phone:** | 617-310-6000 |
| **Attorney Fax:** | 617-310-6001 |
| | |
| **Attorney(s):** | LOUIS SMITH |
| **Firm Name:** | GREENBERG TRAURIG LLP |
| **Attorney Address:** | 200 CAMPUS DRIVE, P.O. BOX 677, FLORHAM PARK, NJ 07932, 973.360.7900 |
| **Attorney Fax:** | 973-301-8410 |
| | |
| **Defendant:** | IBM CORPORATION |
| **Attorney(s):** | ROWAN D WILSON |
| **Firm Name:** | CRAVATH, SWAINE & MOORE LLP |
| **Attorney Address:** | WORLDWIDE PLAZA, 825 EIGHTH AVENUE |
| | NEW YORK, NY 10019-7475 |
| **Attorney Phone:** | 212-474-1000 |
| | |
| **Attorney(s):** | STEPHEN D. POSS |
| **Email Address:** | SPOSS@GOODWINPROCTER.COM |
| **Firm Name:** | GOODWIN PROCTER, LLP |
| | EXCHANGE PLACE |
| **Attorney Address:** | 53 EXCHANGE STREET |

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

1:05-CV-11318

BOSTON, MA 02109

Attorney Phone:           617-570-1886

Attorney Fax:             617-523-1231


Attorney(s):              THOMAS G. RAFFERTY

Firm Name:                CRAVATH, SWAINE & MOORE

Attorney Address:         825 EIGHTH AVE., WORLDWIDE PLAZA

                          NEW YORK, NY 10019


Counter Defendant:        ECOMAIL, INC


### DOCKET PROCEEDINGS


| Entry#: | Date: | Description: |
|---------|-------|-------------|
| 94 | 11/15/2007 | MEMORANDUM IN OPPOSITION REMOTION FOR RECONSIDERATION RE MEMORANDUM & ORDER, FILED BY ECOMAIL, INC. (SONNENBERG, ELIZABETH) (ENTERED: 11/15/2007) |

📄 View Document in PDF Format

| | | |
|---------|-------|-------------|
| 93 | 11/08/2007 | TRANSCRIPT OF HEARING ON MOTIONS FOR SUMMARY JUDGMENT HELD ON OCTOBER 9, 2007 BEFORE JUDGE GORTON. COURT REPORTER: CHERYL DAHLSTROM. THE ORIGINAL TRANSCRIPTS ARE MAINTAINED BY THE CLERK'S OFFICE. COPIES MAY BE OBTAINED BY CONTACTING THE COURT REPORTER AT 617/951-4555 OR THE CLERK'S OFFICE. (SCALFANI, DEBORAH) (ENTERED: 11/08/2007) |

📄 View Document in PDF Format

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

10/30/2007     ELECTRONIC NOTICE. THIS MATTER IS SET TO GO TO TRIAL ON
               1/7/08. MOTIONS IN LIMINE DUE 12/17/07. OPPOSITIONS,
               EXHIBIT AND WITNESS LISTS, PROPOSED VOIR DIRE BY
               12/21/07.ANY OBJECTIONS THERETO AND PROPOSED JURY
               INSTRUCTIONS AND VERDICT FORM BY 12/28/07. A TRIAL
               BRIEF IS NOT REQUIRED BY THE PARTIES. (NICEWICZ, CRAIG)
               (ENTERED: 10/30/2007)


               Order Document for Later Delivery


91     10/29/2007     MEMORANDUM IN SUPPORT REMOTION FOR RECONSIDERATION RE
                      MEMORANDUM & ORDER, FILED BY AMERICAN EXPRESS
                      COMPANY, INC.. (FARRAHER, JOHN) (ENTERED: 10/29/2007)


                      View Document in PDF Format


90     10/29/2007     MOTION FOR RECONSIDERATION RE MEMORANDUM & ORDER, BY
                      AMERICAN EXPRESS COMPANY, INC..(FARRAHER, JOHN)
                      (ENTERED: 10/29/2007)


                      View Document in PDF Format


89     10/18/2007     JUDGE NATHANIEL M. GORTON : ORDER ENTERED. MEMORANDUM
                      AND ORDER. FOR THE FOREGOING REASONS, DEFENDANT IBMS
                      MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 73) IS ALLOWED.
                      DEFENDANT AMEXS MOTION FOR SUMMARY JUDGMENT (DOCKET NO.
                      80) IS, WITH RESPECT TO COUNT II (UNFAIR COMPETITION)
                      AND COUNT VI (INTERFERENCE WITH BUSINESS RELATIONS),
                      ALLOWED, AND IS OTHERWISE DENIED.(NICEWICZ, CRAIG)
                      (ENTERED: 10/22/2007)


                      View Document in PDF Format


88     10/09/2007     LETTER/REQUEST (NON-MOTION) FROM LISA TENOROWICZ.
                      (SONNENBERG, ELIZABETH) ADDITIONAL ATTACHMENT(S) ADDED
                      ON 10/9/2007 (SONNENBERG, ELIZABETH). (ENTERED:
                      10/09/2007)

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

1:05-CV-11318

View Document in PDF Format

| 10/09/2007 | ELECTRONIC CLERK'S NOTES FOR PROCEEDINGS HELD BEFORE JUDGE NATHANIEL M. GORTON : MOTION HEARING HELD ON 10/9/2007 REMOTION FOR SUMMARY JUDGMENT FILED BY AMERICAN EXPRESS COMPANY, INC., MOTION FOR SUMMARY JUDGMENT FILED BY IBM CORPORATION. COURT TAKES MATTER UNDER ADVISEMENT. THIS CASE IS SET FOR TRIAL FOR 1/7/08. (COURT REPORTER DAHLSTROM.) (NICEWICZ, CRAIG) (ENTERED: 10/09/2007) |

Order Document for Later Delivery

| 09/18/2007 | ELECTRONIC NOTICE OF HEARING :JURY TRIAL SET FOR 1/7/2008 09:00 AM IN COURTROOM 4 BEFORE JUDGE NATHANIEL M. GORTON.,PRETRIAL CONFERENCE SET FOR 12/13/2007 03:00 PM IN COURTROOM 4 BEFORE JUDGE NATHANIEL M. GORTON. COUNSEL SHALL FILE ANY MOTIONS IN LIMINE, PROPOSED VOIR DIRE AND EXHIBIT/WITNESS LISTS 2 WEEKS BEFORE THE PRETRIAL CONFERENCE. ANY OPPOSITIONS TO MOTIONS IN LIMINE, AND ANY OBJECTIONS TO EXHIBIT/WITNESS LISTS 1 WEEK BEFORE THE PRETRIAL CONFERENCE. (NICEWICZ, CRAIG) (ENTERED: 09/18/2007) |

Order Document for Later Delivery

| 09/18/2007 | ELECTRONIC NOTICE OF HEARING ON MOTIONMOTION FOR SUMMARY JUDGMENT, MOTION FOR SUMMARY JUDGMENT : MOTION HEARING SET FOR 10/9/2007 10:00 AM IN COURTROOM 4 BEFORE JUDGE NATHANIEL M. GORTON. PREVIOUSLY SET MOTION HEARING DATE IS CANCELLED.(NICEWICZ, CRAIG) (ENTERED: 09/18/2007) |

Order Document for Later Delivery

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

08/29/2007          ELECTRONIC NOTICE OF HEARING ON MOTIONMOTION FOR
                    SUMMARY JUDGMENT, MOTION FOR SUMMARY JUDGMENT : MOTION
                    HEARING SET FOR 9/25/2007 03:00 PM IN COURTROOM 4
                    BEFORE JUDGE NATHANIEL M. GORTON. (NICEWICZ, CRAIG)
                    (ENTERED: 08/29/2007)


                          Order Document for Later Delivery


87      08/28/2007          LETTER/REQUEST (NON-MOTION) FROM JOHN F. FARRAHER, JR.
                            REQUESTING ORAL ARGUMENT BE SCHEDULED. (FARRAHER, JOHN)
                            (ENTERED: 08/28/2007)


                            📄 View Document in PDF Format


86      08/27/2007          LETTER/REQUEST (NON-MOTION) FROM STEPHEN D. POSS.
                            (POSS, STEPHEN) (ENTERED: 08/27/2007)


                            📄 View Document in PDF Format


85      07/23/2007          NOTICE BY ECOMAIL, INC REMOTION FOR SUMMARY JUDGMENT,
                            MOTION FOR SUMMARY JUDGMENT OF MANUAL FILING WITH
                            CLERK&#039;S OFFICE (TENEROWICZ, LISA) (ENTERED:
                            07/23/2007)


                            📄 View Document in PDF Format


84      06/27/2007          SEALED DECLARATION OF LOUIS SMITH RE MOTION FOR SUMMARY
                            JUDGMENT BY AMERICAN EXPRESS COMPANY, INC..
                            (SONNENBERG, ELIZABETH) (ENTERED: 06/27/2007)


                            📄 View Document in PDF Format


© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

1:05-CV-11318

| 83 | 06/27/2007 | SEALED DECLARATION OF COLLEEN DECHON RE MOTION FOR SUMMARY JUDGMENT BY AMERICAN EXPRESS COMPANY, INC.. (SONNENBERG, ELIZABETH) (ENTERED: 06/27/2007) |

🔁 View Document in PDF Format

| 80 | 06/25/2007 | MOTION FOR SUMMARY JUDGMENT BY AMERICAN EXPRESS COMPANY, INC..(FARRAHER, JOHN) (ENTERED: 06/25/2007) |

🔁 View Document in PDF Format

| 79 | 06/25/2007 | NOTICE BY AMERICAN EXPRESS COMPANY, INC. OF MANUAL FILING WITH CLERK'S OFFICE (FARRAHER, JOHN) (ENTERED: 06/25/2007) |

🔁 View Document in PDF Format

|  | 06/22/2007 | JUDGE NATHANIEL M. GORTON : ELECTRONIC ORDER ENTERED GRANTING MOTION TO SEAL DOCUMENT (NICEWICZ, CRAIG) (ENTERED: 06/25/2007) |

Order Document for Later Delivery

| 78 | 06/22/2007 | SEALED DECLARATION OF STEPHEN D. POSS (EXHIBITS 1-29) RE MOTION FOR SUMMARY JUDGMENT BY IBM CORPORATION. (SONNENBERG, ELIZABETH) (ENTERED: 06/25/2007) |

🔁 View Document in PDF Format

| 75 | 06/22/2007 | NOTICE BY IBM CORPORATION OF MANUAL FILING WITH CLERK'S OFFICE (POSS, STEPHEN) RECEIVED FOR FILING ON 6/25/2007 (SONNENBERG, ELIZABETH). (ENTERED: 06/22/2007) |

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

🗎 View Document in PDF Format

74          06/22/2007          DECLARATION REMOTION FOR SUMMARY JUDGMENT (DECLARATION
                                OF SHERYL A. KOVAL IN SUPPORT OF IBM
                                CORPORATION&#039;S MOTION FOR SUMMARY JUDGMENT) BY
                                IBM CORPORATION. (ATTACHMENTS: #EXHIBIT A#EXHIBIT
                                B#EXHIBIT C#EXHIBIT D#EXHIBIT E#EXHIBIT F#EXHIBIT
                                G#EXHIBIT H# EXHIBIT I)(POSS, STEPHEN) (ENTERED:
                                06/22/2007)

🗎 View Document in PDF Format

73          06/22/2007          MOTION FOR SUMMARY JUDGMENT BY IBM CORPORATION.(POSS,
                                STEPHEN) (ENTERED: 06/22/2007)

🗎 View Document in PDF Format

72          06/19/2007          JOINT MOTION TO SEAL DOCUMENT BY AMERICAN EXPRESS
                                COMPANY, INC.. (ATTACHMENTS: # EXHIBIT A)(FARRAHER,
                                JOHN) (ENTERED: 06/19/2007)

🗎 View Document in PDF Format

            02/09/2007          SET/RESET HEARINGS: JURY TRIAL SET FOR 10/29/2007 09:00
                                AM IN COURTROOM 4 BEFORE JUDGE NATHANIEL M. GORTON.
                                PRETRIAL CONFERENCE SET FOR 10/19/2007 03:00 PM IN
                                COURTROOM 4 BEFORE JUDGE NATHANIEL M. GORTON.
                                (NICEWICZ, CRAIG) (ENTERED: 02/09/2007)

Order Document for Later Delivery

71          02/08/2007          JUDGE NATHANIEL M. GORTON : ORDER ENTERED. MEMORANDUM
                                AND ORDER PLEASE SEE MEMORANDUM AND ORDER FOR
                                DETAILS.(SONNENBERG, ELIZABETH) (ENTERED: 02/08/2007)

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

1:05-CV-11318

🔁 View Document in PDF Format

70          01/23/2007          MEMORANDUM IN OPPOSITION RE MOTION FOR EXTENSION OF
                                TIME TO MARCH 30, 2007 TO COMPLETE DISCOVERY FILED BY
                                IBM CORPORATION. (POSS, STEPHEN) (ENTERED: 01/23/2007)

🔁 View Document in PDF Format

69          01/23/2007          OPPOSITION RE MOTION FOR EXTENSION OF TIME TO MARCH 30,
                                2007 TO COMPLETE DISCOVERY FILED BY AMERICAN EXPRESS
                                COMPANY, INC.. (FARRAHER, JOHN) (ENTERED: 01/23/2007)

🔁 View Document in PDF Format

68          01/09/2007          MOTION FOR EXTENSION OF TIME TO MARCH 30, 2007 TO
                                COMPLETE DISCOVERY BY ECOMAIL, INC, ECOMAIL,
                                INC.(TENEROWICZ, LISA) (ENTERED: 01/09/2007)

🔁 View Document in PDF Format

            11/07/2006          JUDGE NATHANIEL M. GORTON : ELECTRONIC ORDER ENTERED
                                FINDING AS MOOTMOTION TO COMPEL, GRANTINGMOTION TO
                                WITHDRAW, GRANTING MOTION FOR LEAVE TO FILE; COUNSEL
                                USING THE ELECTRONIC CASE FILING SYSTEM SHOULD NOW FILE
                                THE DOCUMENT FOR WHICH LEAVE TO FILE HAS BEEN GRANTED
                                IN ACCORDANCE WITH THE CM/ECF ADMINISTRATIVE
                                PROCEDURES. COUNSEL MUST INCLUDE - LEAVE TO FILE
                                GRANTED ON (DATE OF ORDER)- IN THE CAPTION OF THE
                                DOCUMENT. (NICEWICZ, CRAIG) (ENTERED: 11/07/2006)

                    Order Document for Later Delivery

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

| 67 | 11/01/2006 | MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS AMERICAN EXPRESS COMPANY'S AND IBM CORPORATION'S OPPOSITIONS TO ECHOMAIL'S MOTION TO EXTEND DISCOVERY DEADLINES BY ECOMAIL, INC, ECOMAIL, INC.(ROSE, ALAN) (ENTERED: 11/01/2006) |
|---|---|---|

🗎 View Document in PDF Format

| 66 | 11/01/2006 | REPLY TO RESPONSE TO MOTION REMOTION FOR EXTENSION OF TIME TO DECEMBER 15, 2006 TO COMPLETE DISCOVERY FILED BY ECOMAIL, INC, ECOMAIL, INC. (ATTACHMENTS: #EXHIBIT A#EXHIBIT B#EXHIBIT C# EXHIBIT D)(TENEROWICZ, LISA) (ENTERED: 11/01/2006) |
|---|---|---|

🗎 View Document in PDF Format

| 65 | 10/27/2006 | MEMORANDUM IN OPPOSITION REMOTION FOR EXTENSION OF TIME TO DECEMBER 15, 2006 TO COMPLETE DISCOVERY FILED BY IBM CORPORATION. (ATTACHMENTS: #EXHIBIT A#EXHIBIT B#EXHIBIT C#EXHIBIT D#EXHIBIT E# EXHIBIT F)(POSS, STEPHEN) (ENTERED: 10/27/2006) |
|---|---|---|

🗎 View Document in PDF Format

| 64 | 10/27/2006 | OPPOSITION REMOTION FOR EXTENSION OF TIME TO DECEMBER 15, 2006 TO COMPLETE DISCOVERY FILED BY AMERICAN EXPRESS COMPANY, INC.. (ATTACHMENTS: # EXHIBIT A THROUGH H)(FARRAHER, JOHN) (ENTERED: 10/27/2006) |
|---|---|---|

🗎 View Document in PDF Format

| 63 | 10/16/2006 | MOTION TO WITHDRAW MOTION TO COMPEL ANSWERS TO INTERROGATORIES FROM DEFENDANT IBM CORPORATION BY ECOMAIL, INC, ECOMAIL, INC.(TENEROWICZ, LISA) (ENTERED: 10/16/2006) |
|---|---|---|

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

🔁 View Document in PDF Format

| 62 | 10/13/2006 | MOTION FOR EXTENSION OF TIME TO DECEMBER 15, 2006 TO COMPLETE DISCOVERY BY ECOMAIL, INC, ECOMAIL, INC. (ATTACHMENTS: #EXHIBIT A# EXHIBIT B)(ROSE, ALAN) (ENTERED: 10/13/2006) |

🔁 View Document in PDF Format

| 61 | 10/13/2006 | MOTION TO COMPEL ANSWERS TO INTERROGATORIES FROM DEFENDANT IBM CORPORATION BY ECOMAIL, INC, ECOMAIL, INC.(ROSE, ALAN) (ENTERED: 10/13/2006) |

🔁 View Document in PDF Format

|  | 10/02/2006 | JUDGE NATHANIEL M. GORTON : ELECTRONIC ORDER ENTERED DENYING MOTION FOR RECONSIDERATION (NICEWICZ, CRAIG) (ENTERED: 10/03/2006) |

Order Document for Later Delivery

|  | 08/31/2006 | JUDGE NATHANIEL M. GORTON : ELECTRONIC ORDER ENTERED GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE ADDED CLARK P. RUSSELL FOR AMERICAN EXPRESS COMPANY, INC. (SONNENBERG, ELIZABETH) (ENTERED: 08/31/2006) |

Order Document for Later Delivery

|  | 08/31/2006 | FILING FEE: $ 50.00, RECEIPT NUMBER 74722 FOR ASSENTED TO MOTION FOR LEAVE TO APPEAR PRO HAC VICE BY CLARK P. RUSSELL (SONNENBERG, ELIZABETH) (ENTERED: 08/31/2006) |

Order Document for Later Delivery

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

1:05-CV-11318

Page 14

60    08/30/2006     ASSENTED TO MOTION FOR LEAVE TO APPEAR PRO HAC VICE BY
                      CLARK P. RUSSELL BY AMERICAN EXPRESS COMPANY, INC.,
                      AMERICAN EXPRESS COMPANY, INC.. (ATTACHMENTS: # EXHIBIT
                      A CERTIFICATE FOR ADMISSION PRO HAC VICE OF CLARK P.
                      RUSSELL)(FARRAHER, JOHN) (ENTERED: 08/30/2006)


                      📄 View Document in PDF Format


59    08/16/2006     LETTER/REQUEST (NON-MOTION) FROM ALAN D. ROSE, JR.
                      (ATTACHMENTS: #EXHIBIT 1#EXHIBIT 2# EXHIBIT
                      3)(SONNENBERG, ELIZABETH) (ENTERED: 08/17/2006)


                      📄 View Document in PDF Format


58    08/07/2006     MEMORANDUM IN OPPOSITION REMOTION FOR RECONSIDERATION
                      RE MEMORANDUM & ORDER, GRANTING DEFENDANT AMERICAN
                      EXPRESS COMPANY&#039;S MOTION FOR SUMMARY JUDGMENT
                      AS TO COUNT III OF ITS COUNTERCLAIM FILED BY AMERICAN
                      EXPRESS COMPANY, INC.. (FARRAHER, JOHN) (ENTERED:
                      08/07/2006)


                      📄 View Document in PDF Format


57    07/24/2006     MEMORANDUM IN SUPPORT REMOTION FOR RECONSIDERATION RE
                      MEMORANDUM & ORDER, GRANTING DEFENDANT AMERICAN
                      EXPRESS COMPANY&#039;S MOTION FOR SUMMARY JUDGMENT
                      AS TO COUNT III OF ITS COUNTERCLAIM FILED BY ECOMAIL,
                      INC, ECOMAIL, INC. (TENEROWICZ, LISA) (ENTERED:
                      07/24/2006)


                      📄 View Document in PDF Format

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

56          07/24/2006          MOTION FOR RECONSIDERATION RE MEMORANDUM & ORDER,
                                GRANTING DEFENDANT AMERICAN EXPRESS COMPANY'S
                                MOTION FOR SUMMARY JUDGMENT AS TO COUNT III OF ITS
                                COUNTERCLAIM BY ECOMAIL, INC, ECOMAIL, INC.(TENEROWICZ,
                                LISA) (ENTERED: 07/24/2006)


                                    📄 View Document in PDF Format


            07/17/2006          ELECTRONIC NOTICE OF RESCHEDULING JURY TRIAL SET FOR
                                6/18/2007 09:00 AM IN COURTROOM 4 BEFORE JUDGE
                                NATHANIEL M. GORTON. PRETRIAL CONFERENCE SET FOR
                                6/6/2007 03:00 PM IN COURTROOM 4 BEFORE JUDGE NATHANIEL
                                M. GORTON. (NICEWICZ, CRAIG) (ENTERED: 07/17/2006)


                                    Order Document for Later Delivery


            07/17/2006          JUDGE NATHANIEL M. GORTON : ELECTRONIC ORDER ENTERED
                                GRANTING MOTION FOR EXTENSION OF TIME TO COMPLETE
                                DISCOVERY DISCOVERY TO BE COMPLETED BY 10/16/2006.
                                PLAINTIFFS EXPERTS DESIGNATED 11/30/06, DEFENDANTS
                                12/22/06. ALL EXPERT DEPOSITIONS 1/31/07. DISPOSITIVE
                                MOTIONS DUE BY 2/15/2007, RESPONSES 3/15/07. (NICEWICZ,
                                CRAIG) (ENTERED: 07/17/2006)


                                    Order Document for Later Delivery

55          07/14/2006          JUDGE NATHANIEL M. GORTON : ORDER ENTERED. MEMORANDUM
                                AND ORDER. THE MOTION OF AMEX FOR SUMMARY JUDGMENT ON
                                ITS REPLEVIN COUNTERCLAIM (DOCKET NO.) IS ALLOWED, AND,
                                THE MOTION OF IBM FOR JUDGMENT ON THE PLEADINGS (DOCKET
                                NO.) IS DENIED.(NICEWICZ, CRAIG) ADDITIONAL
                                ATTACHMENT(S) ADDED ON 7/17/2006 (NICEWICZ, CRAIG).
                                (ENTERED: 07/17/2006)


                                    📄 View Document in PDF Format


© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

54          07/11/2006        RESPONSE TO MOTION RE MOTION FOR EXTENSION OF TIME TO
                              10/15/2006 TO COMPLETE DISCOVERY FILED BY AMERICAN
                              EXPRESS COMPANY, INC.. (FARRAHER, JOHN) (ENTERED:
                              07/11/2006)


                              🖹 View Document in PDF Format


53          07/11/2006        RESPONSE TO MOTION REMOTION FOR EXTENSION OF TIME TO
                              10/15/2006 TO COMPLETE DISCOVERY (DEFENDANT
                              INTERNATIONAL BUSINESS MACHINES CORPORATION&#039;S
                              RESPONSE TO PLAINTIFF ECHOMAIL INC.&#039;S MOTION
                              TO EXTEND DISCOVERY DEADLINES) FILED BY IBM
                              CORPORATION. (ATTACHMENTS: #EXHIBIT A#EXHIBITS B - C#
                              EXHIBITS D - E)(POSS, STEPHEN) (ENTERED: 07/11/2006)


                              🖹 View Document in PDF Format


52          06/27/2006        MOTION FOR EXTENSION OF TIME TO 10/15/2006 TO COMPLETE
                              DISCOVERY BY ECOMAIL, INC. (ATTACHMENTS: #EXHIBIT
                              1#EXHIBIT 2#EXHIBIT 3#EXHIBIT 4#EXHIBIT 5# EXHIBIT
                              6)(TENEROWICZ, LISA) (ENTERED: 06/27/2006)


                              🖹 View Document in PDF Format


51          06/01/2006        NOTICE BY ECOMAIL, INC, ECOMAIL, INC OF CHANGE OF FIRM
                              NAME (ROSE, ALAN) (ENTERED: 06/01/2006)


                              🖹 View Document in PDF Format


50          05/10/2006        STIPULATION AND ORDER FOR THE PRODUCTION AND EXCHANGE
                              OF CONFIDENTIAL INFORMATION BY AMERICAN EXPRESS
                              COMPANY, INC., ECOMAIL, INC, ECOMAIL, INC, AMERICAN
                              EXPRESS COMPANY, INC., IBM CORPORATION. (TENEROWICZ,
                              LISA) (ENTERED: 05/10/2006)


® 2007 Thomson/West. No Claim to Orig. US Gov. Works.

🔁 View Document in PDF Format

49          01/11/2006          MEMORANDUM IN OPPOSITION RE MOTION FOR JUDGMENT ON THE
                                PLEADINGS FILED BY ECOMAIL, INC. (TENEROWICZ, LISA)
                                (ENTERED: 01/11/2006)

🔁 View Document in PDF Format

48          12/21/2005          DOCUMENT DISCLOSURE BY AMERICAN EXPRESS COMPANY,
                                INC..(FARRAHER, JOHN) (ENTERED: 12/21/2005)

🔁 View Document in PDF Format

            12/13/2005          JUDGE NATHANIEL M. GORTON : ELECTRONIC ORDER ENTERED
                                GRANTINGMOTION FOR EXTENSION OF TIME TO FILE
                                RESPONSE/REPLY RE MOTION FOR JUDGMENT ON THE PLEADINGS
                                RESPONSES DUE BY 1/11/2006 (NICEWICZ, CRAIG) (ENTERED:
                                12/13/2005)

Order Document for Later Delivery

47          12/12/2005          ASSENTED TO MOTION FOR EXTENSION OF TIME TO JANUARY 11,
                                2006 TO FILE RESPONSE/REPLY AS TO MOTION FOR JUDGMENT
                                ON THE PLEADINGS BY ECOMAIL, INC, ECOMAIL,
                                INC.(TENEROWICZ, LISA) (ENTERED: 12/12/2005)

🔁 View Document in PDF Format

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

12/08/2005      ELECTRONICCLERK'S NOTES FOR PROCEEDINGS HELD BEFORE JUDGE NATHANIEL M. GORTON : SCHEDULING CONFERENCE HELD ON 12/8/2005. AUTOMATIC DISCOVERY 12/21/05, AMENDMENTS/SUPPLEMENTS TO PLEADINGS 2/28/06. WRITTEN DISCOVERY SERVED 4/30/06, RESPONDED TO 5/31/06. ALL NON EXPERT DEPOSITIONS 7/15/06. PLAINTIFF EXPERT DES. AND RULE 26 8/31/06, DEFENDANT 9/22/06. EXPERT DEPOSITIONS 10/31/06. DISPOSITIVE MOTIONS 11/15/06, RESPONSES 11/30/06. REFER TO ADR IN 7/06. JURY TRIAL SET FOR 3/5/2007 09:00 AM IN COURTROOM 4 BEFORE JUDGE NATHANIEL M. GORTON. PRETRIAL CONFERENCE SET FOR 2/8/2007 03:00 PM IN COURTROOM 4 BEFORE JUDGE NATHANIEL M. GORTON. (COURT REPORTER NONE.) (NICEWICZ, CRAIG) (ENTERED: 12/08/2005)

Order Document for Later Delivery

46      12/07/2005      MEMORANDUM IN SUPPORT RE MOTION FOR JUDGMENT ON THE PLEADINGS FILED BY IBM CORPORATION. (POSS, STEPHEN) ADDITIONAL ATTACHMENT(S) ADDED ON 1/20/2006 (SONNENBERG, ELIZABETH). (ENTERED: 12/07/2005)

View Document in PDF Format

45      12/07/2005      MOTION FOR JUDGMENT ON THE PLEADINGS BY IBM CORPORATION.(POSS, STEPHEN) (ENTERED: 12/07/2005)

View Document in PDF Format

44      12/06/2005      CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 16.1(D)(3) BY LISA A TENEROWICZ ON BEHALF OF ECOMAIL, INC. (TENEROWICZ, LISA) (ENTERED: 12/06/2005)

View Document in PDF Format

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

| 42 | 12/05/2005 | CERTIFICATION PURSUANT TO LOCAL RULE 16.1 BY IBM CORPORATION.(POSS, STEPHEN) (ENTERED: 12/05/2005) |
|---|---|---|

🔧 View Document in PDF Format

| 43 | 12/01/2005 | CERTIFICATE OF CONSULTATION BY JOHN F. FARRAHER, JR ON BEHALF OF AMERICAN EXPRESS COMPANY, INC.. (NICI, RICHARD) (ENTERED: 12/06/2005) |
|---|---|---|

🔧 View Document in PDF Format

| 41 | 11/30/2005 | JOINT SUBMISSION PURSUANT TO LOCAL RULE 16.1 AND FED. R. CIV. P. 26(F) BY AMERICAN EXPRESS COMPANY, INC., ECOMAIL, INC, ECOMAIL, INC, AMERICAN EXPRESS COMPANY, INC., IBM CORPORATION.(FARRAHER, JOHN) (ENTERED: 11/30/2005) |
|---|---|---|

🔧 View Document in PDF Format

| 40 | 10/27/2005 | NOTICE OF SCHEDULING CONFERENCE SCHEDULING CONFERENCE SET FOR 12/7/2005 03:30 PM IN COURTROOM 4 BEFORE JUDGE NATHANIEL M. GORTON. (NICEWICZ, CRAIG) (ENTERED: 10/27/2005) |
|---|---|---|

🔧 View Document in PDF Format

| 39 | 10/13/2005 | RESPONSE BY ECOMAIL, INC, ECOMAIL, INC TO MOTION FOR SUMMARY JUDGMENT AS TO COUNT THREE OF ITS COUNTERCLAIM. (ROSE, ALAN) (ENTERED: 10/13/2005) |
|---|---|---|

🔧 View Document in PDF Format

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

| 38 | 10/13/2005 | AFFIDAVIT IN SUPPORT REOPPOSITION TO MOTION BY SONU M. ABRAHAM. (ATTACHMENTS: #EXHIBIT A#EXHIBIT B PART 1 OF 2# EXHIBIT B PART 2 OF 2)(ROSE, ALAN) (ENTERED: 10/13/2005) |

🔲 View Document in PDF Format

| 37 | 10/13/2005 | EXHIBIT RE OPPOSITION TO MOTION BY ECOMAIL, INC, ECOMAIL, INC. (ROSE, ALAN) (ENTERED: 10/13/2005) |

🔲 View Document in PDF Format

| 36 | 10/13/2005 | OPPOSITION RE MOTION FOR SUMMARY JUDGMENT AS TO COUNT THREE OF ITS COUNTERCLAIM FILED BY ECOMAIL, INC, ECOMAIL, INC. (ROSE, ALAN) (ENTERED: 10/13/2005) |

🔲 View Document in PDF Format

| 35 | 10/05/2005 | NOTICE OF APPEARANCE BY LISA A TENEROWICZ ON BEHALF OF ECOMAIL, INC (ELEFTHER, ELIZABETH) (ENTERED: 10/06/2005) |

🔲 View Document in PDF Format

| 34 | 09/29/2005 | DECLARATION REMOTION FOR SUMMARY JUDGMENT AS TO COUNT THREE OF ITS COUNTERCLAIM OF ANGELA RAMSAMMY BY AMERICAN EXPRESS COMPANY, INC., AMERICAN EXPRESS COMPANY, INC.. (ATTACHMENTS: #EXHIBIT EXHIBIT A# EXHIBIT B-D)(FARRAHER, JOHN) (ENTERED: 09/29/2005) |

🔲 View Document in PDF Format

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

| 33 | 09/29/2005 | STATEMENT OF FACTS RE MOTION FOR SUMMARY JUDGMENT AS TO COUNT THREE OF ITS COUNTERCLAIM BY AMERICAN EXPRESS COMPANY. (FARRAHER, JOHN) (ENTERED: 09/29/2005) |

🔁 View Document in PDF Format

| 32 | 09/29/2005 | MEMORANDUM IN SUPPORT RE MOTION FOR SUMMARY JUDGMENT AS TO COUNT THREE OF ITS COUNTERCLAIM FILED BY AMERICAN EXPRESS COMPANY, INC., AMERICAN EXPRESS COMPANY, INC.. (FARRAHER, JOHN) (ENTERED: 09/29/2005) |

🔁 View Document in PDF Format

| 31 | 09/29/2005 | MOTION FOR SUMMARY JUDGMENT AS TO COUNT THREE OF ITS COUNTERCLAIM BY AMERICAN EXPRESS COMPANY, INC., AMERICAN EXPRESS COMPANY, INC..(FARRAHER, JOHN) (ENTERED: 09/29/2005) |

🔁 View Document in PDF Format

| 30 | 07/29/2005 | RESPONSE BY ECOMAIL, INC TO AMERICAN EXPRESS COMPANY'S COUNTERCLAIM. (ROSE, ALAN) (ENTERED: 07/29/2005) |

🔁 View Document in PDF Format

| 29 | 07/15/2005 | JUDGE NATHANIEL M. GORTON : ORDER ENTERED. MEMORANDUM AND ORDER, MOTIONS TERMINATED: MOTION FOR PRELIMINARY INJUNCTION FILED BY ECOMAIL, INC,. IN ACCORDANCE WITH THE FOREGOING, PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION (DOCKET NO.2) IS DENIED. SO ORDERED.(NICEWICZ, CRAIG) (ENTERED: 07/15/2005) |

🔁 View Document in PDF Format

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

1:05-CV-11318

28          07/12/2005          JOINT STATEMENT OF COUNSEL. (ATTACHMENTS: # EXHIBITS A
                                - C)(POSS, STEPHEN) (ENTERED: 07/12/2005)


                                🔖 View Document in PDF Format


27          07/11/2005          ANSWER TO COMPLAINT (NOTICE OF REMOVAL) BY IBM
                                CORPORATION, IBM CORPORATION. (ATTACHMENTS: # EXHIBIT
                                A)(POSS, STEPHEN) (ENTERED: 07/11/2005)


                                🔖 View Document in PDF Format


26          07/11/2005          DEFENDANT AMERICAN EXPRESS COMPANY'S ANSWER TO
                                COMPLAINT AND, COUNTERCLAIM AGAINST ECOMAIL, INC BY
                                AMERICAN EXPRESS COMPANY, INC..(FARRAHER, JOHN)
                                (ENTERED: 07/11/2005)


                                🔖 View Document in PDF Format


25          07/06/2005          AFFIDAVIT OF MATHEW "SONU: ABRAHAM BY ECOMAIL,
                                INC. (ATTACHMENTS: # EXHIBIT SEALED)(ELEFTHER,
                                ELIZABETH) (ENTERED: 07/06/2005)


                                🔖 View Document in PDF Format


            07/01/2005          JUDGE NATHANIEL M. GORTON : ELECTRONIC ORDER ENTERED
                                GRANTING MOTION FOR ORDER (NICEWICZ, CRAIG) (ENTERED:
                                07/01/2005)


                                Order Document for Later Delivery

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

24          07/01/2005      FIRST MOTION FOR ORDER TO IMPOUND A DOCUMENT BY
                            ECOMAIL, INC.(ROSE, ALAN) (ENTERED: 07/01/2005)


                            📄 View Document in PDF Format


23          06/30/2005      SUMMONS RETURNED EXECUTED AMERICAN EXPRESS COMPANY,
                            INC. SERVED ON 6/21/2005, ANSWER DUE 7/11/2005.
                            (ELEFTHER, ELIZABETH) (ENTERED: 06/30/2005)


                            📄 View Document in PDF Format


22          06/30/2005      SUMMONS RETURNED EXECUTED IBM CORPORATION SERVED ON
                            6/21/2005, ANSWER DUE 7/11/2005. (ELEFTHER, ELIZABETH)
                            (ENTERED: 06/30/2005)


                            📄 View Document in PDF Format


21          06/30/2005      STATE COURT RECORD. (ELEFTHER, ELIZABETH) (ENTERED:
                            06/30/2005)


                            📄 View Document in PDF Format


            06/30/2005      FILING FEE: $ 100, RECEIPT NUMBER 65316 REGARDING PRO
                            HAC VICE FOR THOMAS G RAFFERTY AND ROWAN D WILSON
                            (ELEFTHER, ELIZABETH) (ENTERED: 06/30/2005)


                            Order Document for Later Delivery


20          06/30/2005      JUDGE NATHANIEL M. GORTON : ORDER ENTERED. RE MOTION
                            FOR PRELIMINARY INJUNCTION FILED BY ECOMAIL, INC,
                            (ELEFTHER, ELIZABETH) (ENTERED: 06/30/2005)

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

View Document in PDF Format

06/29/2005    FILING FEE: $ 50, RECEIPT NUMBER 65293 REGARDING PRO
              HAC VICE OF LOUIS SMITH (ELEFTHER, ELIZABETH) (ENTERED:
              06/30/2005)

              Order Document for Later Delivery

06/29/2005    ELECTRONIC CLERK'S NOTES FOR PROCEEDINGS HELD
              BEFORE JUDGE NATHANIEL M. GORTON : MOTION HEARING HELD
              ON 6/29/2005 RE MOTION FOR PRELIMINARY INJUNCTION FILED
              BY ECOMAIL, INC,. COURT HEARS ARGUMENT ON PREL.
              INJUNCTION MOTION. TAKES MATTER UNDER ADVISEMENT (COURT
              REPORTER TWOMEY.) (NICEWICZ, CRAIG) (ENTERED:
              06/30/2005)

              Order Document for Later Delivery

19    06/29/2005    AFFIDAVIT OF V.A. SHIVA AYYADURAI RE REPLY TO RESPONSE
                    TO MOTION BY ECHOMAIL, INC. (ELEFTHER, ELIZABETH)
                    (ENTERED: 06/29/2005)

              View Document in PDF Format

18    06/29/2005    AFFIDAVIT OF ROBERT ZIERTEN RE REPLY TO RESPONSE TO
                    MOTION BY ECOMAIL, INC. (ELEFTHER, ELIZABETH) (ENTERED:
                    06/29/2005)

              View Document in PDF Format

17    06/29/2005    AFFIDAVIT OF MATHEW "SONU" ABRAHAM RE REPLY
                    TO RESPONSE TO MOTION BY ECHOMAIL, INC. (ELEFTHER,
                    ELIZABETH) (ENTERED: 06/29/2005)

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

View Document in PDF Format

| 16 | 06/29/2005 | REPLY TO OPPOSITION RESPONSE TO MOTION RE MOTION FOR PRELIMINARY INJUNCTION FILED BY ECOMAIL, INC. (ELEFTHER, ELIZABETH) (ENTERED: 06/29/2005) |
|---|---|---|

View Document in PDF Format

|  | 06/29/2005 | JUDGE NATHANIEL M. GORTON : ELECTRONIC ORDER ENTERED GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE ADDED LOUIS SMITH FOR AMERICAN EXPRESS COMPANY, INC. (ELEFTHER, ELIZABETH) (ENTERED: 06/29/2005) |
|---|---|---|

Order Document for Later Delivery

| 14 | 06/29/2005 | PARTIALLY ASSENTED TO MOTION FOR LEAVE TO APPEAR PRO HAC VICE BY LOUIS SMITH FILING FEE $ 50. BY AMERICAN EXPRESS COMPANY, INC..(ELEFTHER, ELIZABETH) (ENTERED: 06/29/2005) |
|---|---|---|

View Document in PDF Format

|  | 06/29/2005 | JUDGE NATHANIEL M. GORTON : ELECTRONIC ORDER ENTERED GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE ADDED THOMAS G. RAFFERTY FOR IBM CORPORATION, ROWAN D WILSON FOR IBM CORPORATION (NICEWICZ, CRAIG) (ENTERED: 06/29/2005) |
|---|---|---|

Order Document for Later Delivery

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

| 13 | 06/28/2005 | DECLARATION OF ANGELA RAMSAMMY RE MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR PRELIMINARY INJUCTION BY AMERICAN EXPRESS COMPANY, INC.. (ELEFTHER, ELIZABETH) MODIFIED ON 6/29/2005 (ELEFTHER, ELIZABETH). (ENTERED: 06/29/2005) |

🔁 View Document in PDF Format

| 12 | 06/28/2005 | DECLARATION OF GREG DANIEL RE MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR PRELIMINARY INJUCTION BY AMERICAN EXPRESS COMPANY, INC.. (ELEFTHER, ELIZABETH) (ENTERED: 06/29/2005) |

🔁 View Document in PDF Format

| 11 | 06/28/2005 | DECLARATION OF REENA PANIKAR RE MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR PRELIMINARY INJUCTION BY AMERICAN EXPRESS COMPANY, INC.. (ELEFTHER, ELIZABETH) (ENTERED: 06/29/2005) |

🔁 View Document in PDF Format

| 10 | 06/28/2005 | DECLARATION OF COLLEEN DECHON RE MEMORANDUM OF LAW IN OPPOSITION TO MOTION OF PRELIMINARY INJUNCTION BY AMERICAN EXPRESS COMPANY, INC.. (ELEFTHER, ELIZABETH) (ENTERED: 06/29/2005) |

🔁 View Document in PDF Format

| 9 | 06/28/2005 | MEMORANDUM OF LAW BY AMERICAN EXPRESS COMPANY, INC. IN OPPOSITION TO MOTION FOR A PRELIMINARY INJUNCTION. (ELEFTHER, ELIZABETH) (ENTERED: 06/29/2005) |

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

⯐ View Document in PDF Format

| | | |
|---|---|---|
| 8 | 06/28/2005 | ASSENTED TO MOTION FOR LEAVE TO APPEAR PRO HAC VICE BY THOMAS G. RAFFERTY AND ROWAN D. WILSON BY IBM CORPORATION. (ATTACHMENTS: #EXHIBIT A# EXHIBIT B)(POSS, STEPHEN) (ENTERED: 06/28/2005) |

⯐ View Document in PDF Format

| | | |
|---|---|---|
| 7 | 06/28/2005 | MEMORANDUM IN OPPOSITION REMOTION FOR PRELIMINARY INJUNCTION FILED BY IBM CORPORATION. (ATTACHMENTS: #EXHIBIT A#EXHIBIT B# EXHIBIT C)(POSS, STEPHEN) ADDITIONAL ATTACHMENT(S) ADDED ON 6/28/2005 (ELEFTHER, ELIZABETH). (ENTERED: 06/28/2005) |

⯐ View Document in PDF Format

| | | |
|---|---|---|
| 15 | 06/27/2005 | LETTER FROM RICHARD E BOWMAN. (ELEFTHER, ELIZABETH) (ENTERED: 06/29/2005) |

⯐ View Document in PDF Format

| | | |
|---|---|---|
| | 06/27/2005 | JUDGE NATHANIEL M. GORTON : ELECTRONIC ORDER ENTERED GRANTING MOTION FOR HEARING (NICEWICZ, CRAIG) (ENTERED: 06/27/2005) |

Order Document for Later Delivery

| | | |
|---|---|---|
| | 06/27/2005 | NOTICE OF HEARING ON MOTION MOTION FOR PRELIMINARY INJUNCTION: MOTION HEARING SET FOR 6/29/2005 11:00 AM IN COURTROOM 4 BEFORE JUDGE NATHANIEL M. GORTON. DEFENDANTS MAY FILE A RESPONSE TO MOTION BY 12 NOON TOMORROW 6/28/05. (NICEWICZ, CRAIG) (ENTERED: 06/27/2005) |

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Order Document for Later Delivery


06/27/2005          JUDGE NATHANIEL M. GORTON AND NATHANIEL M. GORTON
                    ADDED. JUDGE GEORGE A. O'TOOLE, JR NO LONGER ASSIGNED
                    TO CASE. (ELEFTHER, ELIZABETH) (ENTERED: 06/27/2005)


Order Document for Later Delivery


06/24/2005          JUDGE GEORGE A. O'TOOLE JR.: ELECTRONIC ORDER ENTERED.
                    PURSUANT TO 28 U.S.C. SEC. 455(B)(4), I RECUSE MYSELF
                    FROM PARTICIPATION IN THIS CASE AND DIRECT THE CLERK
                    FORTHWITH TO REASSIGN THE CASE RANDOMLY TO ANOTHER
                    DISTRICT JUDGE.(LYNESS, PAUL) (ENTERED: 06/24/2005)


Order Document for Later Delivery


6          06/24/2005          CORPORATE DISCLOSURE STATEMENT BY AMERICAN EXPRESS
                               COMPANY, INC.. (GEORGOPOULOS, EVAN) (ENTERED:
                               06/24/2005)


                    📄 View Document in PDF Format


5          06/24/2005          CORPORATE DISCLOSURE STATEMENT BY IBM CORPORATION.
                               (POSS, STEPHEN) (ENTERED: 06/24/2005)


                    📄 View Document in PDF Format


4          06/23/2005          MOTION FOR HEARING RE MOTION FOR PRELIMINARY INJUNCTION
                               BY ECOMAIL, INC. C/S(CATINO, THERESA) (ENTERED:
                               06/24/2005)


                    📄 View Document in PDF Format


© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

3          06/23/2005          MEMORANDUM IN SUPPORT REMOTION FOR PRELIMINARY
                               INJUNCTION FILED BY ECOMAIL, INC. FILED. (ATTACHMENTS:
                               # EXHIBIT 1)(CATINO, THERESA) (ENTERED: 06/24/2005)


                               View Document in PDF Format


2          06/23/2005          MOTION FOR PRELIMINARY INJUNCTION BY ECOMAIL, INC.
                               C/S(CATINO, THERESA) (ENTERED: 06/24/2005)


                               View Document in PDF Format


           06/23/2005          IF THE TRIAL JUDGE ISSUES AN ORDER OF REFERENCE OF ANY
                               MATTER IN THIS CASE TO A MAGISTRATE JUDGE, THE MATTER
                               WILL BE TRANSMITTED TO MAGISTRATE JUDGE COLLINGS.
                               (CATINO, THERESA) (ENTERED: 06/24/2005)


                               Order Document for Later Delivery


1          06/23/2005          NOTICE OF REMOVAL BY ECOMAIL, INC, AMERICAN EXPRESS
                               COMPANY, INC. FROM SUPERIOR COURT, CASE NUMBER
                               05-2477-BLS. $ 250, RECEIPT NUMBER 65173, FILED BY
                               ECOMAIL, INC, AMERICAN EXPRESS COMPANY,
                               INC..C/S(CATINO, THERESA) ADDITIONAL ATTACHMENT(S)
                               ADDED ON 6/24/2005 (CATINO, THERESA). ADDITIONAL
                               ATTACHMENT(S) ADDED ON 6/24/2005 (CATINO, THERESA).
                               (ENTERED: 06/24/2005)


                               View Document in PDF Format


TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS 1-877-DOC-RETR
(1-877-362-7387) (Additional Charges Apply).


END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.