UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS CO. )<br>and IBM CORP., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11318-NMG |

**PLAINTIFF ECHOMAIL'S RESPONSE TO AMERICAN EXPRESS COMPANY'S MEMORANDUM REQUESTING A LIMITED DEPOSITION OF V.A. SHIVA AYYADURAI ON AN EXPEDITED BASIS**

Plaintiff EchoMail strongly disagrees with American Express Company's ("AmEx") characterization of the facts in its Memorandum Requesting a Limited Deposition of V.A. Shiva Ayyadurai on an Expedited Basis (the "Memorandum"). However, EchoMail assents to the limited relief requested in AmEx's Memorandum -- a two-hour deposition of V.A. Shiva, limited to questions about Item 10 (ECO 21690-21705), Item 14 (ECO 21707-21715), and Item 15 (ECO 21706) of the Plaintiff's expert report. EchoMail will work with AmEx to schedule the deposition on a date mutually agreeable to the parties.

Respectfully submitted,

ECHOMAIL, INC.

By its attorneys,

/s/ Lisa A. Tenerowicz

---

Alan D. Rose Jr. (BBO# 628871)
Lisa A. Tenerowicz (BBO# 654188)
ROSE, CHINITZ & ROSE
29 Commonwealth Avenue
Boston, MA  02116
Tel: 617-536-0040
Fax: 617-536-4400

Date: December 20, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 20, 2007.

/s/ Lisa A. Tenerowicz

---

Lisa A. Tenerowicz