UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ECHOMAIL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11318-NMG |
| | ) | |
| AMERICAN EXPRESS CO. and IBM CORPORATION, | ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure, the parties to the above-captioned litigation, through their undersigned counsel, hereby stipulate and agree that this action, including all claims and counterclaims shall be dismissed, with prejudice, without costs or attorneys' fees, and with all parties waiving any and all rights of appeal.

PLAINTIFF ECHOMAIL, INC.

By its attorneys,

/s/ Lisa A. Tenerowicz
_____
Alan D. Rose, Jr. (BBO#62887)
Lisa A. Tenerowicz (BBO# 654188)
ROSE, CHINITZ & ROSE
29 Commonwealth Avenue
Boston, MA 02116
TEL: 617-536-0040
FAX: 617-536-4400

DEFENDANT AMERICAN EXPRESS CO.

By its attorneys,

/s/ John F. Farraher, Jr.
_____
John F. Farraher, Jr. (BBO#568194)
GREENBERR TRAURIG, LLP
One International Place
Boston, MA 02110
TEL: (617) 310-6000
FAX: (617) 310-6001

and

>Louis Smith
>Clark P. Russell
>GREENBERR TRAURIG, LLP
>200 Campus Drive
>Florham Park, NJ 07932
>TEL: (973) 360-7900
>FAX: (973) 301-8410

Date:   December 26, 2007

## Certificate of Service

    I hereby certify that this document filed through the ECF system on this 26th day of December, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 26, 2007.

>/s/ Lisa A. Tenerowicz
>_____
>Lisa A. Tenerowicz